# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

RUSSELL ZINTER, et al.

vs.                                    Case No.: 5:18-cv-00680

CHIEF JOSEPH SALVAGGIO

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Solomon M. Radner, counsel for all Plaintiffs, RUSSELL ZINTER, et al., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Solomon M. Radner may appear on behalf of all Plaintiffs, RUSSELL ZINTER, in the above case.

IT IS FURTHER ORDERED that Solomon M. Radner, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE