# State Bar of Michigan

## Certificate of Good Standing

This certifies that Solomon Mordechai Radner, P73653 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on May 4, 2010 in Oakland County and became a member of the State Bar of Michigan on May 6, 2010.

Janet K. Welch, Executive Director
June 20, 2018