# THE UNITED STATES OF AMERICA



## UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

I, Deborah S. Hunt, Clerk do hereby certify that

### Solomon M. Radner

of Southfield, Michigan, being duly qualified, was admitted as an Attorney and Counselor of the United States Court of Appeals for the Sixth Circuit on the 11th day of May, A.D. 2016.

In Testimony Whereof, I have unto subscribe my name and affix the seal of the United States Court of Appeals for the Sixth Circuit at my office in Cincinnati, Ohio on the 11th day of May, A.D. 2016.

_____
Clerk