

# The United States of America

United States District Court
Eastern District of Michigan

I, David J. Weaver, Clerk of the United States District Court, certify that

**Solomon M. Radner**

was duly admitted and qualified as an Attorney and Counselor of said District Court on the 6th day of December, A.D., 2010



*Clerk*

*In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in the Eastern District of Michigan, this 6th day of December, A.D., 2010*