

WESTERN DISTRICT OF MICHIGAN

I, Tracey Cordes, Clerk of the United States District Court, do hereby certify that

**Solomon M. Radner**

was duly admitted and qualified to practice as an attorney in the District Court on the 14th day of February, 2014.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Grand Rapids, Michigan this 19th day of February, 2014.

_____
Deputy Clerk