## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **RUSSELL ZINTER, JACK MILLER, BRIAN HOWD, JAMES A. MEAD, JOSEPH BRANDON PIERCE; MARK BROWN; DAVID BAILEY; JUAN GONZALES JR., KEVIN EGAN, JONATHON GREEN, and JAMES SPRINGER,** <br><br>  **Plaintiffs,** <br><br> V. <br><br> **CHIEF JOSEPH SALVAGGIO; LIEUTENANT *JOHN DOE* ANDERSON; OFFICER *JANE DOE* GOLDMAN; OFFICER *JOHN DOE* VASQUEZ; CPL. C. MANDRY; SERGEANT *JOHN DOE*; DETECTIVE JIM *WELLS*; OFFICER L. FARIAS, Badge 534; OFFICER *JOHN DOE* EVANS, Badge 556; OFFICER *JOHN DOE* HERNANDEZ; *JOHN DOE TAZER 1*; *JOHN DOE TAZER 2*; and THE CITY OF LEON VALLEY,** <br><br>  **Defendants.** | **CIVIL ACTION NO. SA-18-CA-680-FB** |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Before the Court is the Motion for Admission Pro Hac Vice (docket no. 5) filed by attorney Solomon M. Radner, wherein out-of-district counsel seeks leave to appear pro hac vice as counsel on behalf of plaintiffs.

The Court hereby GRANTS (docket no. 5) counsel leave to appear pro hac vice in this cause. The Court further ORDERS that counsel familiarize himself with the Local Court Rules for the Western District of Texas. Should counsel apply to appear pro hac vice in any other action in the Western District of Texas, counsel shall advise this Court of such application. The Court will then order counsel to apply for admission to the Western District of Texas.

All counsel are ordinarily required to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance pro hac vice in any case. However, this Court has made an exception for out-of-district counsel practice in the Western District will be limited to one case. Should counsel desire to appear in another case in the district pro hac vice, it is counsel's duty to notify the Court in which counsel appears of this earlier application.

It is so ORDERED.

SIGNED this 24th day of July, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE