UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

CIVIL ACTION NO: 5:18-CV-680

*Plaintiffs*,

VS.

CHIEF JOSEPH SALVAGGIO, et al;

*Defendants*.
_____/

## INDEX OF EXHIBITS

**Exhibit A** – Search Warrant to Google (See item 7 in particular and the names of the people whose records are being sought).

**Exhibit B** – June 18, 2018 Police Report (See in general how many phones were seized from witnesses for an alleged misdemeanor).

**Exhibit C** – June 23, 2018 Police Report (See in particular "page 17 of 25" and "page 18 of 25" identifying those involved).