| | | | | |
|---|---|---|---|---|
| | DOB: | Arrest Age: 47 | Home Phone: (740)975-4639 | Work Phone: |
| | Juvenile: N | Current Age: 47 | Mobile Phone: | Caution: |
| DL#: | DL State: OH | DL Type: | Employer: | Occupation: |

Arrest Location: 6400  EL VERDE                                          City:  LEON VALLEY        District:
Agency:  LEON VALLEY POLICE DEPARTMENT

Arresting Officer: 1176        VASQUEZ #552
Booking Officer:
Transfer Officer:

Entered By:  1220         Entered Date:  6/23/2018

**Charge(s):**

**INTERFERENCE W/PUBLIC DUTIES**

Statute: 38.15(a)                                        Code: PC            Penalty: MB

Charge Note:

**RESIST ARREST SEARCH OR TRANSPORT**

Statute: 38.03(a)                                        Code: PC            Penalty: MA

Charge Note:

**FAILURE TO IDENTIFY**

Statute: 38.02                                           Code: PC            Penalty: MC

Charge Note:

Arrest Narrative:

---

**Arrest:**

Arrest#: 201804036D         Date Arrested: 6/23/2018    Time Arrested: 18:00    Cell No:           Date Released:

| | | | | |
|---|---|---|---|---|
| Name: NGYUEN, BAO-QUOC TRAN | | | Address: 644 KERY ST | |
| Race: A | Sex: M | | CROWLEY, TX 76036 | |
| DOB: | Arrest Age: 35 | Home Phone: | Work Phone: | |
| Juvenile: N | Current Age: 35 | Mobile Phone: | Caution: | |
| DL#: | DL State: | DL Type: | Employer: | Occupation: |

Arrest Location: 6400  EL VERDE                                          City:  LEON VALLEY        District:
Agency:  LEON VALLEY POLICE DEPARTMENT

Arresting Officer: 1176        VASQUEZ #552
Booking Officer:
Transfer Officer:

Entered By:  1220         Entered Date:  6/23/2018

**Charge(s):**

**OBSTRUCTION RETALIATION BY THREAT**

Statute: 36.06                                           Code: PC            Penalty: F3

Charge Note:

Arrest Narrative:

---

**Narrative:**

AP1 - Nyguen, Bao-Quac

AP2 - Springer, James
AP3 - Pierce, Joseph
AP4 - Green, Jason
AP5 - Howd, Brian
SP1 - Green, jonathan
SP2 - Hernandez, Aldo
SP3 - Gardiner, Gregory
SP4 - Russell, Josh

On 23June2018 at 1730 hours, This officer was at the listed location during an anarchist demonstration which had escalated over the past two weeks. Ap 1 and AP 2 were both in front of the Leon Valley Police dept protesting and both AP's were streaming live the event in progress. During this live broadcast on YouTube channels C 's home address personal identifying information and identifying information on C's family, names, addresses were listed. This act incited viewers to make death threats against C and his family. Ap1 and Ap2 did nothing to delete or stop the personal identifying information from being listed on the comments.

C1 stated himself and his family have come under death threat and physical harm and violence due to the publicly broadcasted information of C' and his family on the internet media platform YouTube. Information included their names and addresses. The information was being posted by anarchist agitators in the chat group during live broadcast as well as threats of stalking and causing physical violence.

This information was ultimately publicly broadcasted by AP1 and AP2 during their live streams and information left in the chat on their respective pages to be viewed by anyone on the page without interference from them. This action placed C in fear for his safety and life, as well as that of his family causing them to leave their home and find alternate housing since initial threat observed. This act was committed by AP1 and AP2 for the retaliation of C1, as public servant as The Chief of Police for the City of Leon Valley acting in his official capacity.

The posting of their addresses on YouTube by viewers of the live stream on, a publicly accessible site and channels operated by AP1 and AP2 with active moderators to control information displayed. Effort was shown deleting comments from viewers who are against their message or supporting police by the moderators as well as by AP1 and AP2 on their respective pages(Channels). The posting of the messages brought on the threats of violence, serious bodily harm as well as death.

No effort was made to moderate those offensive posts or personal information. AP1 and AP2 belong to this anarchist group of agitators who's sole purpose is to incite a confrontation with police and interrupt emergency 911 operations as the agitators encourage viewers to flood the 911 call center with frivolous calls

AP2 had posted a video to YouTube social media platform for a "call to action." This stemming from arrests on 18June2018, an organized gathering set for 22June2018 at 1200hours. AP1 and AP2 continued live streams hosted by both are monitored by both parties as seen during their broadcasts and the interaction with those typing on their respective channels. AP1 and AP2 had known moderators in the chat to delete comments which were contrary to beliefs and statements or pro law enforcement. Those names are seen in a different color font and a wrench next to the username during the chat.

The organized event was created to protest city government activity in the municipality. AP1, currently on Bond from Crowley, Tx and unemployed, he had rented a vehicle to travel to Leon Valley for the organized anti government/anti police event. AP1 live streamed his travels and activity through YouTube Live Stream and uses for financial gains/donations from viewers.

At time of arrest, I apprehended AP1 who was placed in handcuffs after the removal of his backpack and sign hanging from his neck. He was informed he was being charged with PC36.06 Obstruction or Retaliation and taken into the Leon Valley Municipal Building for identification and processing. AP1 identity was confirmed and shown clear of any warrants. His Samsung Galaxy S8, Spigen Phone Case and Zeadio mounted on ZGrip equipment frame was taken as evidence related to the offense.

AP2 was taken into custody by Off. Evans#556 for the offense of PC36.06 Obstruction or Retaliation for his YouTube channel(James Freeman) which was used to live stream the address and names of C1, and his family.

AP3 had been placed under arrest by Off.J.Vasquez#552 for Interference with Public Servant Duties followed by a Citation for Failure to Identify. Details of event noted in attached supplement report by J.Vasquez#552.

AP4 was placed under arrest by Capt.R.Saucedo#543 for the offense of Interference with Public Servant Duties followed by a Citation for Failure to Identify. Details of event noted in attached supplement report by Capt.R.Saucedo#543.

AP5 was placed under arrest by Off.U.Hernandez#561 for Interference with Public Servant Duties and Resisting Arrest. Details of event noted in attached supplement report by Off.U.Hernandez#561.

SP2 was contacted by Cpl.C.Carrillo#554 and identified. He provided information and allowing access to his cell phone to show he was not participating in the gathering and was released once shown with no active warrants.

SP3 was contacted by Cpl.L.Farias#534 who seized equipment as items used to record evidence of a crime occurring. He was released shortly after without incident.

SP4 was contacted by Off.U.Hernandez who had been attempting to retrieve recording devices as evidence. Off.R.Parra assisted in detaining in handcuffs. SP4 was identified and released shortly after without infcident. Contact documented in supplement reports from both officers.

The Leon Valley Police dept has been in contact with the Bexar County district Attorney's office and local FBI office in regards to this anarchist agitator group.

The D.A's office is aware of these charges and arrest being made today.

**Supplement:** R. Parra 520

On 06/23/2018 at 17:15hrs, I assisted Officers in front of the Leon Valley Municiple Offices with multiple agitators that were being arrested or detained for listed charges. All subjects at location were instructed to give up all recording devices since it was used to record the arrest and going to be seized as evidence. I confiscated SP6's cell phone. I observed AP5 resisting arrest/detention by Officer Hernandez by refusing to give up his recording his device in which it recorded a crime and by pulling away his arms. I approached Officer Hernandez and assisted detaining AP5 with handcuffs behind the back. SP6's cell phone was placed into evidence.

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement:** Hernandez

On June 23, 2018 at approximately 1730 hrs., I was assigned to the Leon Valley Police Dept as security for the first amendment auditors who were staging a protest. (AP5) Howd, B. had a black Canon camcord that was recording officers arrestting AP2 and needed to be seized as evidence. I then walked towards AP5 and instructed him twice to hand over the camera since it had recorded the event . AP5 then asked why and began to walk backwards . I then grabbed AP5 left arm that was holding the camera and he pulled back and became stiff not allowing me to retrieve the camera. I then advised AP5 that he was interfering with public duties. AP5 still continued to resist becoming stiff, LVPD Officer Parra #520 then came to me for assistance by controlling AP5 right arm. Both arms were placed behind his back and was placed in handcuffs. AP5 camera was placed in evidence room. AP5 was charged for Interference with Public Duty and Resisting arrest/Detention. AP5 was then transported to 401S.Frio for booking.

The entire event was captured on my Coban body cam.

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement:** E.Rivera 567

On 06.23.2018 at about 1730 hours, I was advised by Chief Salvaggio to provide property receipts to witnesses whose property was confiscated for

evidence. At that time I provided property receipts to SP2 and SP4 and placed confiscated property into property room. A white/ black GoPro Stick was located outside in front of the City Council Chambers and was not claimed, I placed property into property room as found.

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement:** Cpl. L. Farias 534

On the above date and time, I assisted other officers in front of the Leon Valley Municipal offices with several agitators that were being detained or arrested for the listed charges. All involved were instructed to give up all recording devices and recordings, since it was used to record the arrest and going to be seized as evidence.

SP3 was a witness to the listed crimes and was in possession of a Go Pro video camera attached to a camera stick. Officer R. Parra approached SP3 and requested that SP3 hand over the Go Pro camera as it was being seized for evidence. SP3 complied and Officer R. Parra placed it in the Patrol Room for safe keeping.

SP3 also had an AR15 rifle slung on his side with a loaded magazine, but did not display it in an alarming manner and was attached to him in a manner that he would have quick access to it. Officer J. Vasquez placed him in handcuffs for officer safety. At that point SP3 stated to me that he had a pistol in his possession and had a current concealed handgun license.

SP3 was now detained, so I conducted an investigation of possible unlawful carrying. I retrieved from SP3, a DTI AR15 5.56 rifle that had a PMAG magazine attached to it with ammo. The rifle had no ammo chambered or in battery. From SP3's hip Officer J. Vasquez retrieved a Ruger P94 .40cal pistol with a Ruger magazine with ammo and a round in the chamber. Officer J. Vasquez rendered the pistol safe and gave me possession of it.

SP3 stated he also had a Go Pro camera taken from him and he identified Officer Parra as the officer that seized it. I spoke with Officer Parra and retrieved the Go Pro camera as I took custody of it for processing as evidence.

I verified that SP3 had an active concealed handgun carry license, so I issued SP3 a property receipt indicating that he received his rifle, rifle magazine and ammo, his pistol, pistol magazine ammo. SP3 signed it and was given said property.

SP3 stated that he had no video recording of the above listed arrested individuals and stated he was just recording himself for proof that he did not display his rifle in an alarming way.

SP3 was asked by Det. E. Gonzalez and Det. J. Wells, if he would give consent for the police to retrieve the video on his Go Pro camera and SP3 declined. SP3 then was issued a property receipt for his Go Pro camera with a battery, a UK Pro camera stick and a 32G SanDisk memory card that was located inside the Go Pro camera. SP3 was advised the these items were being seized as evidence and a search warrant would be obtained.

SP3 was released at the scene and he left the location.

The items seized as evidence were place in evidence locker one.

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement:** Carrillo 554

On 06/23/18 at approximately 0530 hours, I arrived at Leon Valley Police Department to assist with a large group of protesters. I made location Identified SP2. I was informed by Officer Rivera, she had a property receipt for SP2's cell phone. SP2 then informed me he was not with the group but was at the water store at 6526 Bandera when he over heard one of the protesters make the comment of C going to have an interview with the protesters. SP2 stated he had been following some of the recordings on the Internet from the protesters. SP2 decided to follow the protesters and see what was going to happen. This is when he was taken into custody with the group and brought inside the Police Department. SP2 stated he was not recording and would allow us to review his phone. I handed SP2 a consent to search form. SP2 read and on his own free will signed consent form, and gave Detective Brooks the code to unlock the phone. Detective Brooks checked the phone and found that SP2 did not record any of the protest, SP2's phone contained no evidence and was released to leave with his phone.

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement:** Evans #556

On 06/23/2018 at approximately 1715 hours while at 6400 El Verde Rd (Leon Valley City Hall), I was advised by C we would be executing an arrest on AP1 and AP2. The charge for AP1 and AP2 would be Obstruction or Retaliation PC 36.06 due to AP1 and AP2 live streaming via YouTube, C's address along with his wife's and daughter's information for the public to see. AP2 publicly live streamed to the public C's address while knowing C is a public servant. AP2 was outside of the Leon Valley City Hall along with approximately 15-20 individuals conducting a demonstration. There have been threats of harm to C and his family ever since the information was posted on YouTube. My task was to apprehend AP2 once outside. I exited the building through the City Council Chamber's entrance/exit on the east wing of the building. I observed AP2 (who I have previously identified before) recording with his phone on the sidewalk near the intersection of El Verde Rd and Bandera Rd. I approached AP2 and advised him he was under arrest for Obstruction or Retaliation PC 36.06. AP2 was placed in hand cuffs and escorted into the police station. While in the police station, I searched AP2, read him his Miranda Warning, and placed him in a holding cell. Property obtained from AP2 was stored in Leon Valley Police Department Property Room as evidence. AP2 was given a property receipt for the items taken from him. AP2 was processed while at Leon Valley Police Department, then transported to 401 S. Frio for booking on the charge of Obstruction or Retaliation.

Items take from AP2 by me:

1 Black Samsung Cell Phone S/N=RV8K30KCA8P

1 Small Black Tripod No Brand

1 Black "Blackweb" Box Charger S/N= BWA18W1051

1 White USB Cable Cord No Brand

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement:** VASQUEZ #552

On 06/23/2018 at approximately 1700 hours, C advised Leon Valley Patrol units will be executing an arrest of AP1 for the offense of Obstruction or retaliation. C stepped outside to the front of the Municipal court building, east wing, and contacted a large group of over ten agitators/anarchist who were video recording with multiple video recording devices (cell phones, tablets, cameras etc). The large group of agitators /anarchists have been demonstrating over multiple days in front of the Municipal Court building with the sole purpose of creating a confrontation with the Police Department and government body. As C stepped out of the building, the large group of agitators/anarchists approached C and C immediately announced in a loud clear tone that AP1 was under arrest. Leon Valley Officers took custody of AP1, C then proceed to announce in a loud clear voice to all agitators/ anarchists that they are not free to leave and advised the large group to surrender their recording devices due to them being a witness to a crime.  Patrol Officers began requesting video recording devices from agitators /anarchists recording the event in the proximity. As a large group of agitators/anarchists were detained, they were told to sit down along a brick wall to collect items and provided property receipt. As I approached AP3 who was approximately 30 feet away from me, I could see him holding a selfie stick with a black phone or tablet attached to the end filming the event. He is known on YouTube as "Ethics instead" and is known to video record encounters with Police with the sole purpose to create hostile environments with the police. I commanded him in a loud clear voice to "come here" and as he began to walk away I advised him again to come here, now describing his clothing that he was wearing. As AP3 continued to walk away from me while recording after having clear sight of me approaching him, I told him one last time to "come here" and AP3 then stopped next to another agitator/anarchist continuing to record me approaching him. As I approached AP3, I told him clearly "I need your device." AP3 advised he didn't hear me so I told him again "I need your device." AP3 stated he didn't hear me again so I told him again "I need your device."  AP3 Replied "I don't want to give it to you." I then went hands on and attempted to grab his left wrist. At this time, he pulled his left arm back to prevent apprehension. As I grabbed AP3, he complied and was handcuffed. AP3 was wearing a black tank top shirt with a black back

pack on his back while holding a selfie stick with a black Samsung Verizon Galaxy J7 cell phone attached. AP3 was given to Captain Saucedo and I went to assist Corporal Farias to detain SP3 who was carrying a rifle slung to the front of his chest and a holstered handgun on his right side. SP3 was detained by me and both weapons were made safe, Corporal Farias then escorted male to the detainment area in front of the Municipal building. I then observed O1 standing on the sidewalk near Bandera and El Verde holding a cell phone to his face, also appearing to record the event taking place, due to him being a witness to the crime, I asked him for his phone and as he questioned why I detained him. He was then escorted to the detainment area in front of the Municipal hall building. After taking male to the location I assisted Officer Griego in identifying witnesses in the activity at 6526 Bandera, I contacted W1 and W2, due to W2 being a minor I also contacted mother O2. I then made location at 6400 El Verde and assisted in confiscating video devices. I collected a Samsung Cell Phone J3 Luna from a W4, property receipt provided and item given to E. Rivera, and a Motorola flip phone from a W3, property receipt given and items transferred over to Officer Rivera. I re-contacted AP3 in front of the council chambers and during property inventory I asked him for his name. AP3 advised he is not going to provide me any information. I continued to ask multiple times and he refused to provide his information. He was eventually identified as listed AP3 in this report. Following items were confiscated from AP3:

selfie stick

knife

black wallet with 19.25

Samsung Verizon Galaxy J7

Black outdoor back pack

Silver USB cord

Black mouse

Small tripod

EECU debit card

Black tape

AC adapter white

Wall plug

Hyundai portable charging device

Camera digital box containing 3 attachments

16 GB san disk

Charging outlet port for HP

Two USB cards

All items transferred over to E. Rivera

AP3 intentionally refused to provide his name, date of birth and address after he was lawfully arrested, he is charged with Failure to identify, Citation issued: 163028

AP1, AP2, AP3, AP4, AP5

**AP'S were given a criminal trespass warning and copy of all Leon Valley Facilities thereof:**

**CITY OF LEON VALLEY MUNICIPAL COURT OFFICES AND POLICE DEPARTMENT : 6400 EL VERDE RD**
**CITY OF LEON VALLEY FIRE DEPARTMENT : 6300 EL VERDE RD**
**CITY OF LEON VALLEY LIBRARY : 6425 EVERS RD**
**CITY OF LEON VALLEY COMMUNITY : 6427 EVERS RD**
**CITY OF LEON VALLEY CONFERENCE CENTER : 6421 EVERS RD**
**CITY OF LEON VALLEY PUBLIC WORKS : 6429 EVERS RD**
**CITY OF LEON VALLEY PARK : 6440 EVERS**
**ALL LOCATIONS ARE IN LEON VALLEY TX 78238**

Officer's Signature: _____
Date: _____
Supervisor's Signature: _____
Date: _____

**Supplement:** CID Supplement Brooks #521

**06/23/18**

I was called out on this date to assist LVPD officers with processing numerous subjects that had been arrested at the Leon Valley Police Department. Upon arrival, I was contacted by Sgt Gonzales who requested I speak with a subject who was a possible witness. I was directed to an individual identified as Aldo Alexandro Hernandez. Hernandez was detained during the arrests mentioned earlier. He was in possession of a cellular telephone that was believed may contain evidence regarding the arrests. Hernandez voluntarily signed a Consent to Search allowing LVPD officers to search his phone. Hernandez voluntarily provided his passcode and i examined the contents. I determined the phone did not contain any evidence and it was returned to Hernandez. He left the scene once his phone was returned to him.

*Inv T. Brooks #521*

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement:** A.Griego 566

Once on scene I was directed by Capt.Saucedo to detain individuals standing at the NE connor of the property. I detained SP6 in handcuffs and sat him in the council chambers lobby.I then again went outside to assist officers. Chief Salvaggio informed me that SP5 was a witness to the offense and advised me to identify her. I identified SP5 and seized her phone for evidence. SP5 was issued a copy of property receipt by Officer Rivera. I handed SP5's phone to Ofc Rivera for processing. Chief Salvaggio also handed me a cell phone that he located on sidewalk and asked me to locate its owner. SP1, who was already detained inside, stated that the cell phone found on the sidewalk belonged to him, I then issued SP1 a property receipt for his cell phone which was seized as evidence. SP1's cell phone was handed to Ofc Rivera for processing. I then returned to the council chambers lobby and identified SP6, SP6 was then given a property receipt for his cell phone by Ofc.Parra who had seized his cellphone.

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Reporting Officer Signature:**

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____