UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

CIVIL ACTION NO: 5:18-CV-680

*Plaintiffs*,

VS.

CHIEF JOSEPH SALVAGGIO, et al;

*Defendants*.
_____/

## [PROPOSED] TEMPORARY RESTRAINING ORDER

This matter having come before the Court on Plaintiffs' Emergency Motion for Temporary Restraining Order, and the Court being otherwise fully advised in the premises;

IT IS SO ORDERED that Plaintiffs' motion is GRANTED.

IT IS FURTHER ORDERED that the Defendants are enjoined from searching, examining, or in any other way, viewing the contents or files on any of the devices seized by the Defendants on the dates referred to in Plaintiffs' Complaint.

IT IS FURTHER ORDERED that the Defendants are enjoined from taking any actions in furtherance of their attempt to uncover, view, or examine any Google information of any of the Plaintiffs.

IT IS FURTHER ORDERED that Google is enjoined from producing any records about any Plaintiffs to any of the Defendants, that in any way relate to the allegations that are the subject of this litigation.

                                                            Hon. Fred Biery
                                                            UNITED STATES DISTRICT JUDGE

Dated: _____