UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

       CIVIL ACTION NO: 5:18-CV-680

   *Plaintiffs*,

VS.

CHIEF JOSEPH SALVAGGIO, et al;

   *Defendants*.
_____/

### PLAINTIFFS' MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

   NOW COME Plaintiffs, by and through their attorneys, and respectfully seek an Order from this Honorable Court extending the fourteen-day Temporary Restraining Order entered on August 20, 2018. For the reasons set forth in the accompanying Brief in Support, this Motion must be GRANTED.

   Respectfully Submitted,

   **EXCOLO LAW, PLLC**

   */S/ Solomon M. Radner (admission pending*
   SOLOMON M. RADNER
   Attorney for Plaintiffs
   26700 Lahser Rd, Suite 401
   Southfield, MI 48033
   248-291-9712
   sradner@excololaw.com

Dated: August 30, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

*Plaintiffs*,

CIVIL ACTION NO: 5:18-CV-680

VS.

CHIEF JOSEPH SALVAGGIO, et al;

*Defendants*.

_____/

**PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

This Court entered a TRO, ECF #22. Plaintiffs hereby incorporate their arguments in ECF #20. Nothing substantial has changed since the TRO was entered. No hearing was held, and the defendants have not responded to the Complaint or TRO. The TRO, ECF #22, pg ID 5 of 6, expires in fourteen days unless extended by the Court or with Defendants' consent. However, Defendants object. For the reasons explained in ECF #22, Plaintiffs request the TRO be extended until a hearing is held.

Respectfully Submitted,

*/S/ Solomon M. Radner*
Solomon M. Radner (MI Bar No. P73653)
Attorney for Plaintiffs
26700 Lahser Rd, Suite 401
Southfield, MI 48033
248-291-9712
sradner@excololaw.com

Dated: August 30, 2018

- 3 -

## **PROOF OF SERVICE**

On August 30, 2018, the undersigned served this notice on all known parties of record by e-filing it on this Court's electronic filing system which will send notice to counsel of record for all parties, with the exception of the John Doe Defendants who have yet to be identified.

*/s/ Solomon M. Radner*