## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

*Plaintiffs*,

CIVIL ACTION NO: 5:18-CV-680

VS.

CHIEF JOSEPH SALVAGGIO, et al;

*Defendants*.

_____/

## [PROPOSED] ORDER EXTENDING TEMPORARY RESTRAINING ORDER

This matter having come before the Court on Plaintiffs' Emergency Motion for Temporary Restraining Order, and the Court being otherwise fully advised in the premises;

IT IS SO ORDERED that Plaintiffs' motion is GRANTED.

IT IS FURTHER ORDERED that the Defendants are enjoined from searching, examining, or in any other way, viewing the contents or files on any of the devices seized by the Defendants on the dates referred to in Plaintiffs' Complaint, indefinitely.

_____
Hon. Fred Biery
UNITED STATES DISTRICT JUDGE

Dated: _____