UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; ET AL. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. SA-18-CA-680-FB |
| CHIEF JOSEPH SALVAGGIO; ET AL. | § § § | |
| Defendants. | § | |

**DEFENDANT, CITY OF LEON VALLEY'S
OBJECTION TO PLAINTIFFS' MOTION TO EXTEND TEMPORARY
RESTRAINING ORDER**

Defendant CITY OF LEON VALLEY files this its Objection to Plaintiffs' Motion to Extend Temporary Restraining Order [Dkt. 23] and would show this court the following:

1. Defendant, City of Uvalde, received Plaintiffs' Motion to Extend Temporary Restraining Order with accompanying Brief in support thereof on August 30, 2018. Defendant objects and does not consent to a longer extension to the 14 day TRO entered on August 20, 2018. Defendant is preparing its response to the Court's TRO and it will be filed timely within the allowable period.

Signed this 30th day of August, 2018.

                                    Respectfully submitted

                                    DENTON NAVARRO ROCHA BERNAL & ZECH
                                    A Professional Corporation
                                    2517 N. Main Avenue
                                    San Antonio, Texas 78212
                                    Telephone:   (210) 227-3243
                                    Facsimile:    (210) 225-4481
                                    patrick.bernal@rampage-sa.com
                                    adolfo.ruiz@rampage-sa.com

BY: _____
                                    PATRICK C. BERNAL
                                    State Bar No. 02208750
                                    ADOLFO RUIZ
                                    State Bar No. 17385600
                                    ATTORNEYS FOR DEFENDANT
                                    CITY OF LEON VALLEY

## **CERTIFICATE OF SERVICE**

       This is to certify that a true and correct copy of the foregoing instrument has been served upon the below named individual(s) via certified mail, return receipt requested, unless otherwise indicated, and according to the Federal Rules of Civil Procedure on the 30th day of August, 2018.

| | |
|---|---|
| Brandon J. Grable<br>GRABLE LAW FIRM PLLC<br>1603 Babcock Road, Suite 118<br>San Antonio, Texas 78229 | **E-NOTIFICATION** |
| Solomon M. Radner<br>EXCOLO LAW, PLLC<br>26700 Lahser Rd, Suite 401<br>Southfield, MI 48033 | **E-NOTIFICATION** |
| Charles S. Frigerio<br>Law Offices of Charles S. Frigerio PC<br>Riverview Towers<br>111 Soledad, Ste. 840<br>San Antonio, Texas 78205 | **E-NOTIFICATION** |

                                                      _____
                                                      PATRICK C. BERNAL
                                                      ADOLFO RUIZ