UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; ET AL. | § § § | |
| **Plaintiffs,** | § | |
| v. | § § | CIVIL NO. SA-18-CA-680-FB |
| CHIEF JOSEPH SALVAGGIO; ET AL. | § § § | |
| **Defendants.** | § | |

## ORDER ON PLAINTIFFS' MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

After considering Plaintiffs' Motion to Extend Temporary Restraining Order, and Defendant CITY OF LEON VALLEY's Objection to Plaintiffs' Motion, the Court hereby DENIES Defendant's Plaintiffs' Motion to Extend Temporary Restraining Order.

SIGNED on this ___ day of _____, 2018.

_____
U.S. DISTRICT JUDGE