# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **RUSSELL ZINTER, JACK MILLER, BRIAN HOWD, JAMES A. MEAD, JOSEPH BRANDON PIERCE; MARK BROWN; DAVID BAILEY; JUAN GONZALES JR., KEVIN EGAN, JONATHON GREEN, and JAMES SPRINGER,**<br><br>　　**Plaintiffs,**<br><br>**V.**<br><br>**CHIEF JOSEPH SALVAGGIO; LIEUTENANT *JOHN DOE* ANDERSON; OFFICER *JANE DOE* GOLDMAN; OFFICER *JOHN DOE* VASQUEZ; CPL. C. MANDRY; SERGEANT *JOHN DOE*; DETECTIVE JIM *WELLS*; OFFICER L. FARIAS, Badge 534; OFFICER *JOHN DOE* EVANS, Badge 556; OFFICER *JOHN DOE* HERNANDEZ; *JOHN DOE TAZER 1*; *JOHN DOE TAZER 2*; and THE CITY OF LEON VALLEY,**<br><br>　　**Defendants.** | **CIVIL ACTION NO. SA-18-CA-680-FB** |

### ORDER CONCERNING TEMPORARY RESTRAINING ORDER
### AND NOTICE TO APPEAR FOR HEARING

Before the Court are Plaintiffs' Motion to Extend Temporary Restraining Order (docket no. 23) and the City of Leon Valley's written objection ( docket no. 24) thereto which states that "the City is preparing its response to the Court's TRO and it will be filed timely within the allowable period." After careful consideration, the Court is of the opinion that the Temporary Restraining Order should be extended until a hearing can be held in this matter at 10 a.m. on Friday, September 7, 2018.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Extend Temporary Restraining Order (docket no. 23) is GRANTED such that this matter is SET for a hearing **at 10 a.m. on Friday, September 7, 2018,** in Courtroom 2 of the John H. Wood, Jr. United States Courthouse, 655 East César E. Chávez Blvd., San Antonio, Texas.

It is so ORDERED.

SIGNED this 31st day of August, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE