United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Radner, Solomon M. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, August 31, 2018 |
| Re: | 05:18-CV-00680-FB / Doc # 26 / Filed On: 08/31/2018 01:42 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Proposed order required.  DO NOT re-file entire document.  Please file ONLY the proposed order using the "Attachment" event from menu and link the proposed order to this document. See page 10, item 9d of the Administrative Policies.