# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

CIVIL ACTION NO: 5:18-CV-680

*Plaintiffs*,

VS.

CHIEF JOSEPH SALVAGGIO, et al;

*Defendants*.

_____/

## [PROPOSED] ORDER RESCHEDULING TRO HEARING

This matter having come before the Court on Plaintiffs' Motion to Reschedule the Temporary Restraining Order Hearing scheduled for September 7, 2018, and the Court being otherwise fully advised in the premises;

IT IS SO ORDERED that Plaintiffs' motion is GRANTED.

IT IS FURTHER ORDERED that the September 7, 2018 hearing is cancelled and will be rescheduled to a date and time to be determined by the Court.

_____
Hon. Fred Biery
UNITED STATES DISTRICT JUDGE

Dated: _____