UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; ET AL. | § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL NO. SA-18-CA-680-FB |
| CHIEF JOSEPH SALVAGGIO; ET AL. | § § § | |
| Defendants. | § | |

## ORDER ON PLAINTIFFS' REQUEST TO EXTEND TEMPORARY RESTRAINING ORDER

After considering Defendant's City of Leon Valley's Response to Temporary Restraining Order and its objection to Plaintiff's Request to Extend the Temporary Restraining Order and responses therein, the Court hereby DENIES Plaintiffs' Motion to Extend the Temporary Restraining Order and said Order is hereby vacated.

SIGNED on this ___ day of _____, 2018.

_____
U.S. DISTRICT JUDGE