IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **RUSSELL ZINTER, JACK MILLER, BRIAN HOWD, JAMES A. MEAD, JOSEPH BRANDON PIERCE; MARK BROWN; DAVID BAILEY; JUAN GONZALES JR., KEVIN EGAN, JONATHON GREEN, and JAMES SPRINGER,** <br><br> **Plaintiffs,** <br><br> V. <br><br> **CHIEF JOSEPH SALVAGGIO; LIEUTENANT *JOHN DOE* ANDERSON; OFFICER *JANE DOE* GOLDMAN; OFFICER *JOHN DOE* VASQUEZ; CPL. C. MANDRY; SERGEANT *JOHN DOE*; DETECTIVE JIM *WELLS*; OFFICER L. FARIAS, Badge 534; OFFICER *JOHN DOE* EVANS, Badge 556; OFFICER *JOHN DOE* HERNANDEZ; *JOHN DOE TAZER 1*; *JOHN DOE TAZER 2*; and THE CITY OF LEON VALLEY,** <br><br> **Defendants.** | **CIVIL ACTION NO. SA-18-CA-680-FB** |

## ORDER CONCERNING MOTION TO CONTINUE HEARING

Before the Court is Plaintiffs' Motion to Reschedule the TRO Hearing. (Docket no. 26). Plaintiffs move to extend a Temporary Restraining Order ("TRO") entered in this case on August 20, 2018. (Docket no. 22). The Court granted the motion until a hearing can be held on September 7, 2018. (Docket no. 25). The defendant City of Leon Valley filed a response in opposition to the TRO on August 31, 2018. (Docket no. 30). In the meantime, plaintiffs filed their motion to continue the hearing. (Docket no. 26).

While the Court understands plaintiffs' counsel's predicament, the Court is previously scheduled to be in Midland on September 13 and September 17 will be a continuation of a major criminal trial which will begin on September 10. Barring an agreement between the parties, the TRO will expire as a matter of law on September 17, 2018.

Accordingly, this matter is REFERRED to United States Magistrate Judge Richard Farrer to conduct a hearing on September 13, 2018, if he is not previously scheduled to be in Midland for a Court ceremony, or on September 17, 2018, with the time to be set by Magistrate Judge Farrer.

It is so ORDERED.

SIGNED this 2nd day of September, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE