| | |
|---|---|
| **THE STATE OF TEXAS** | § |
| | § |
| **COUNTY OF BEXAR** | § |

BEFORE ME, the undersigned authority in and for the State and County aforesaid, on this day personally appeared Brandon Ramsey, who being by my duly sworn upon his oath deposes and says:

I am Brandon Ramsey and I am over the age of 18 and capable of making this affidavit. I am employed by the Bexar County District Attorney's office as an Assistant Criminal District Attorney. I am currently assigned to the 227th Judicial District Court, Bexar County, Texas, and am the second chair prosecutor handling cause 2018CR7461 in the 227th Judicial District Court of Bexar County, Texas. The alleged offense date in said cause is June 23rd, 2018. That case involves an allegation of Retaliation under Texas Penal Code §36.06 being committed by James Allen Springer against a public servant and it is an ongoing state judicial proceeding. Said offense is a third degree felony punishable by up to ten years confinement in the Texas Department of Criminal Justice Institutional Division. I am also aware of additional potential criminal offenses that are being investigated that are related to above referenced case(s).

Additionally, several persons were identified during the investigation phase of the above listed cause number to include Brain Howd, James A. Mead, Joseph Pierce, and Jonathan Green. Detectives with the Leon Valley Police Department subsequently presented search warrants with regards to property seized from these individuals and James Springer. Search warrants were also presented regarding several youtube.com accounts including accounts believed to be associated with James Springer, Jonathan Green, and Joseph Pierce. It is my understanding that youtube.com is owned by Google. These search warrants were reviewed and signed by Texas District Court Judge Jefferson Moore of the 187th District Court of Bexar County, Texas.

I have also been able to review a case which has been filed with the Bexar County District Attorney's Office with regards to Jack Miller. That case is filed under cause 2018CR8725 in the 186th District Court of Bexar County, Texas. That case alleges a violation of Possessing a Weapon in a Prohibited Place under §46.03 of the Texas Penal Code alleged to have been committed on May 31st, 2018. Said offense is a third degree felony punishable by up to ten years in the Texas Department of Criminal Justice Institutional Division. After reviewing the file it appears that a Detective from Leon Valley applied for and was granted an arrest warrant and search warrant for Jack Miller. It also appears that a search warrant was subsequently presented by Detective Alex King of the Leon Valley Police Department to Judge Alcala, who approved said warrant. That warrant authorized the search of several electronic items belonging to Jack Miller.

I have also reviewed causes 577193 and 577195 which have both been filed in Bexar County Court at Law number 12 against Mark Brown. These cases relate to allegations of resisting arrest and interference with public duties of a public servant alleged to have been committed on June 14th, 2018. Both charges are misdemeanors under the laws of

the State of Texas. After reviewing these cases it appears that items were seized from Mark Brown. Based on my review it does not appear that any search warrants have been applied for with regards to said items at this time.

I have also reviewed cause 577789 which has been filed in Bexar County Court at Law number 4 against David Bailey. This cause relates to an allegation of Obstruction of a Passageway alleged to have been committed by David Bailey on June 18th, 2018. Based on my review of the file for the listed cause number, it appears that officers came in to contact with several individuals including Juan Gonzales Jr., James Mead, Russel Zitner, James Springer, Joseph Pierce, and David Bailey. During the officers interactions with these individuals it appears that they seized property from James Mead, Russel Zitner, and James Springer. Based on my review it does not appear that any search warrants have been applied for with regards to said items at this time.

I have reviewed a Temporary Restraining Order issued by the Hon. Fred Biery, United States District Judge for the Western District of Texas, in Civil Action No. SA-18-CA-680-FB. The order was signed on August 20, 2018. That order enjoins certain named law enforcement officials from "searching, examining, or in any other way, viewing the contents or files on any of the devices seized by the defendants on the dates to which plaintiffs refer in their complaint". The order also enjoins the officials "from taking any actions in furtherance of their attempt to uncover, view, or examine any Google information of any of the plaintiffs" and Google "from producing any records about any plaintiffs to any of the defendants that in any way relate to the allegations that are the subject of this litigation."

It is my belief that the trial court's order, by preventing the named law enforcement officials from completing their investigations, is interfering with the Bexar County District Attorney's Office ability to investigate and prosecute the above referenced cases.

_____
Brandon Ramsey

Sworn and subscribed before me, this 31st day of August, A.D., 2018.

MARGARET PEREZ
Notary Public, State of Texas
Comm. Expires 03-15-2021
Notary ID 6549238

_____
Notary Public in and for the State of Texas
My commission expires: 3-15-21