IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; JACK MILLER; BRIAN HOWD; JAMES A. MEAD; JOSEPH BRANDON PIERCE; MARK BROWN; DAVID BAILEY; JUAN GONZALES JR.; KEVIN EGAN; JONATHON GREEN; JAMES SPRINGER <br><br> Plaintiffs, <br><br> VS. <br><br> CHIEF JOSEPH SALVAGGIO; LIEUTENANT DAVID ANDERSON; DEPUTY JANE DOE GOLDMAN; OFFICER JOHNNY VASQUEZ; CPL CHAD MANDRY; SERGEANT JOHN DOE; OFFICER JIMMIE WELLS; CPL. LOUIS FARIAS, BADGE 534; OFFICER BRANDON EVANS, BADGE 556; OFFICER UZIEL HERNANDEZ; JOHN DOE TASER 1; JOHN DOE TASER 2 AND THE CITY OF LEON VALLEY, A POLITICAL SUBDIVISION OF THE STATE OF TEXAS <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:18-CV-0680-FB |

## **ORDER**

**ON THIS DAY** came on to be considered Plaintiffs' Motion to Extend Temporary Restraining Order (Dkt. 23), City of Leon Valley's Written Objections (Dkt 24) and Defendants Chief Salvaggio, Lt. Anderson And Officer Vasquez, Corporal Mandry, Officer Wells, Corporal Farias, Officer Evans and Officer Hernandez' Objections and Motion to Dissolve TRO and the Court after careful consideration rules as follows:

1. Plaintiffs' Motion for Extension of Temporary Restraining Order is hereby Denied;

2. Defendants' Motion to Dissolve TRO is hereby Granted.

**IT IS THEREFORE, ORDERED** that Plaintiffs' Motion to Extend the Temporary Restraining Order is denied and that that Defendants' Motion to Dissolve the TRO is hereby Granted.

SIGNED this _____ day of _____, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE