IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; JACK MILLER; | § | |
| BRIAN HOWD; JAMES A. MEAD; | § | |
| JOSEPH BRANDON PIERCE; MARK BROWN; | § | |
| DAVID BAILEY; JUAN GONZALES JR.; | § | |
| KEVIN EGAN; JONATHON GREEN; | § | |
| JAMES SPRINGER | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:18-CV-0680-FB |
| | § | |
| CHIEF JOSEPH SALVAGGIO; | § | |
| LIEUTENANT DAVID ANDERSON; | § | |
| DEPUTY JANE DOE GOLDMAN; | § | |
| OFFICER JOHNNY VASQUEZ; | § | |
| CPL CHAD MANDRY; SERGEANT JOHN DOE; | § | |
| OFFICER JIMMIE WELLS; CPL. LOUIS FARIAS, | § | |
| BADGE 534; OFFICER BRANDON EVANS, | § | |
| BADGE 556; OFFICER UZIEL HERNANDEZ; | § | |
| JOHN DOE TASER 1; JOHN DOE TASER 2 AND | § | |
| THE CITY OF LEON VALLEY, A POLITICAL | § | |
| SUBDIVISION OF THE STATE OF TEXAS | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

## <u>ORDER</u>

**ON THIS DAY** came on to be considered Defendant's Objections to Subpoenas and

Motion to Quash and after considering said motion the Court is of the opinion that said motion is

meritorious;

**IT IS THEREFORE, ORDERED** that Defendants' Objections to Subpoenas and Motion

to quash is hereby Granted.

SIGNED this _____ day of _____, 2018.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE