UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

                                            CIVIL ACTION NO: 5:18-CV-680

*Plaintiffs*,

VS.

CHIEF JOSEPH SALVAGGIO, et al;

*Defendants*.
_____/

## INDEX OF EXHIBITS

**Exhibit 1** – ROA's of case numbers 577193 and 577195 against Mark Brown, stemming from the June 14, 2018 incident. This is listed by Defendants on ECF #33 supposedly explaining that they need to keep all the seized property to investigate four criminal cases.

**Exhibit 2** – June 21, 2018 letter from Leon Valley to Mark Brown threatening to destroy his property if he does not retrieve it – the same Mark Brown who is currently being charged and referred to by Defendants in ECF #33 – and the same property that the defendants now claim they need to retain to investigate crimes.

**Exhibit 3** – ROA from case number 2018CR8725 against Jack Miller, cited by Defendants in ECF #33 to explain why they need to retain the property seized on June 14, 18, and 23, 2018. Note: these charges were filed on June 8, 2018 for a crime that allegedly took place on May 31, 2018.

**Exhibit 4 -** ROA from case number 577789 against David Bailey, cited by Defendants in ECF #33 to explain why they need to retain the property seized on

June 14, 18, and 23, 2018. This misdemeanor offense of allegedly blocking a door is the only pending criminal action stemming from June 18, 2018 yet the police are retaining over a dozen pieces of property primarily from witnesses, see ECF #20-3, page 2 of 13 through page 3 of 13 for a comprehensive list of all the property the defendants claim they need to investigate this one misdemeanor.

**Exhibit 5 -** Affidavit of Det. Terry Brooks showing that the alleged threatening post(s) was/were posted on the YouTube livestream of Bao-Quoc Tran Nguyen and/or James Springer, yet the defendants somehow got a warrant to read every single email ever sent by both Jonathon Green and Jason Green, who were merely witnesses at best. See ECF #20-2 for warrants on the Green's.