**GERARD C. RICKHOFF**    **DONNA KAY McKINNEY**

# COUNTY CLERK & DISTRICT CLERK
# COURT RECORDS SEARCH

# Case #577193

**Name**: MARK DAVID BROWN

**SID**: 514526

**Judicial Number**: 1852587

**Case Status Date**: 11/27/2018

**Case Status**: AWTG TRIAL

**Court** : CC12

**Location** : BND

**Fine Amount** : 0.00

**Court Costs** : 0.00

**Sentence** : 0000000000

**Disposition Date** : 00/00/0000

**Disposition Status** :

**Offense Date** : 06/14/2018

**Offense Description** : RESIST ARR-SEARCH-TRANSPORTATI

**Judgment Date** : 00/00/0000

**Judgment** :

**Attorney** : LIRA, MELANIE M

# Case Events

*Currently viewing 1 through 20 of 32 records*

| Date | Description |
|---|---|
| 11/27/2018 | RES JRY TR - CT |
| 11/27/2018 | AWTG TRIAL |
| 09/11/2018 | SET JURY TRIAL |
| 09/11/2018 | AWTG TRIAL |
| 07/19/2018 | EFILE ENVELOPE NBR 26101737 |
| 07/19/2018 | WITNESS LIST STATE'S FIRST |
| 07/11/2018 | ARRAIGNMENT SET |
| 07/11/2018 | AWTG DKT APPEARNCE |
| 07/11/2018 | DEF ATTORNEY APP 24091298 |
| 07/11/2018 | ATTORNEY APPOINTED V000P0000 |
| 06/22/2018 | FILE RECD IN COURT CC12 |
| 06/21/2018 | COMPLAINT REC'D CF |
| 06/21/2018 | FILE SENT TO COURT CC12 |
| 06/21/2018 | CC RECEIVED BOND # 1780400 |
| 06/20/2018 | DA INFO TO CCF |
| 06/15/2018 | BOOKED B20182840501 |
| 06/15/2018 | AWTG DKT APPEARNCE |
| 06/15/2018 | CNTY COURT ASSIGND CC12 577193 |
| 06/15/2018 | BOND MADE 1600.00 1780400 |
| 06/15/2018 | CYNTHIA JOHNSON 1780400 |

**GERARD C. RICKHOFF** **DONNA KAY McKINNEY**

**COUNTY CLERK & DISTRICT CLERK**
**COURT RECORDS SEARCH**

# Case #577195

**Name**: MARK DAVID BROWN

**SID**: 514526

**Judicial Number**: 1852588

**Case Status Date**: 11/27/2018

**Case Status**: AWTG TRIAL

**Court** : CC12

**Location** : BND

**Fine Amount** : 0.00

**Court Costs** : 0.00

**Sentence** : 0000000000

**Disposition Date** : 00/00/0000

**Disposition Status** :

**Offense Date** : 06/14/2018

**Offense Description** : INTERFERE W/DUTIES PUB SERVANT

**Judgment Date** : 00/00/0000

**Judgment** :

**Attorney** : LIRA, MELANIE M

# Case Events

*Currently viewing 1 through 20 of 32 records*

| Date | Description |
| --- | --- |
| 11/27/2018 | RES JRY TR - CT |
| 11/27/2018 | AWTG TRIAL |
| 09/11/2018 | SET JURY TRIAL |
| 09/11/2018 | AWTG TRIAL |
| 07/19/2018 | EFILE ENVELOPE NBR 26103337 |
| 07/19/2018 | WITNESS LIST STATES FIRST |
| 07/11/2018 | ARRAIGNMENT SET |
| 07/11/2018 | AWTG DKT APPEARNCE |
| 07/11/2018 | DEF ATTORNEY APP 24091298 |
| 07/11/2018 | ATTORNEY APPOINTED V000P0000 |
| 06/25/2018 | FILE RECD IN COURT CC12 |
| 06/25/2018 | FILE RECD IN COURT CC12 |
| 06/22/2018 | COMPLAINT REC'D CF |
| 06/22/2018 | FILE SENT TO COURT CC12 |
| 06/21/2018 | DA INFO TO CCF |
| 06/21/2018 | CC RECEIVED BOND # 1780401 |
| 06/15/2018 | BOOKED B20182840502 |
| 06/15/2018 | AWTG DKT APPEARNCE |
| 06/15/2018 | CNTY COURT ASSIGND CC12 577195 |
| 06/15/2018 | Offender record se nt to VINE1852588001 |