GERARD C. RICKHOFF    DONNA KAY MCKINNEY
COUNTY CLERK & DISTRICT CLERK
COURT RECORDS SEARCH

# Case #2018CR8725

**Name**: JACK EDWARD MILLER

**SID**: 553480

**Judicial Number**: 1850226

**Case Status Date**: 10/26/2018

**Case Status**: AWTG TRIAL

**Court** : D186

**Location** : BND

**Fine Amount** : 0.00

**Court Costs** : 0.00

**Sentence** : 0000000000

**Disposition Date** : 00/00/0000

**Disposition Status** :

**Offense Date** : 05/31/2018

**Offense Description** : POSS WPN - PROHIBITED PLACES

**Judgment Date** : 00/00/0000

**Judgment** :

**Attorney** : THOMPSON, MILLIE L

# Case Events

*Currently viewing 1 through 20 of 40 records*

| Date | Description |
|---|---|
| 10/26/2018 | TRIAL DATE SET |
| 10/26/2018 | AWTG TRIAL |
| 08/29/2018 | ATTY NOTICE FAXED FOR SETTING 10262018 |
| 08/29/2018 | BOND NOTICE FAXED FOR SETTING 10262018 |
| 08/29/2018 | ATTY NOTICE EMAIL FOR SETTING 10262018 |
| 08/27/2018 | DC FILE FORWARD TO D186 |
| 08/27/2018 | DC FILE REC IN CRT D186 |
| 08/24/2018 | ARRAIGNMENT SET |
| 08/24/2018 | AWTG TRIAL SETTING |
| 08/20/2018 | INDICTED BY GJ |
| 08/20/2018 | GRAND JURY REPORT V1485P1466 |
| 08/20/2018 | DIST COURT ASSIGND D186 2018CR8725 |
| 08/20/2018 | Offender record se nt to VINE1850226001 |
| 08/20/2018 | Charge record sent to VINE 1850226001 |
| 08/15/2018 | PRE-HEARING RESET D186 |
| 07/11/2018 | PRE-HEARING SET D186 |
| 06/21/2018 | EFILE ENVELOPE NBR 25459714 |
| 06/21/2018 | LDC ATTORNEY HIRED 24067974 |
| 06/18/2018 | GJ NUMBER ASSIGNED GJ673996 |
| 06/08/2018 | DC RECEIVED BOND 1778134 |