**GERARD C. RICKHOFF**   **DONNA KAY McKINNEY**

# COUNTY CLERK & DISTRICT CLERK COURT RECORDS SEARCH

# Case #577789

**Name**: DAVID MICHAEL BAILEY

**SID**: 773576

**Judicial Number**: 1853290

**Case Status Date**: 11/14/2018

**Case Status**: AWTG DKT APPEARNCE

**Court** : CC4

**Location** : BND

**Fine Amount** : 0.00

**Court Costs** : 0.00

**Sentence** : 0000000000

**Disposition Date** : 00/00/0000

**Disposition Status** :

**Offense Date** : 06/18/2018

**Offense Description** : OBSTRUCT PASSAGEWAY/ROADWAY/WA

**Judgment Date** : 00/00/0000

**Judgment** :

**Attorney** : SLIMANE, NATHAN W

# Case Events

*Currently viewing 1 through 20 of 25 records*

| Date | Description |
|---|---|
| 11/14/2018 | HEARING DATE SET |
| 11/14/2018 | AWTG DKT APPEARNCE |
| 08/27/2018 | HEARING DATE SET |
| 08/27/2018 | AWTG DKT APPEARNCE |
| 07/23/2018 | HEARING DATE SET |
| 07/23/2018 | AWTG DKT APPEARNCE |
| 07/23/2018 | DEF ATTORNEY APP 24043925 |
| 07/23/2018 | ATTORNEY APPOINTED V000P0000 |
| 07/10/2018 | ARRAIGNMENT SET |
| 06/25/2018 | CC RECEIVED BOND # 1780951 |
| 06/19/2018 | RELEASED FROM JAIL |
| 06/19/2018 | Offender record se nt to VINE1853290001 |
| 06/18/2018 | MB 530720 OBSTRUCT PASSAGEWAY/ROADWAY/ |
| 06/18/2018 | COMPLAINT FILED NM 393554 |
| 06/18/2018 | BOOKED B20182903201 |
| 06/18/2018 | BOND SET 800.00 0000000 |
| 06/18/2018 | DEF. MAGISTRATED |
| 06/18/2018 | AWTG DKT APPEARNCE |
| 06/18/2018 | CNTY COURT ASSIGND CC4 577789 |
| 06/18/2018 | BOND MADE 800.00 1780951 |