# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

                                                  CIVIL ACTION NO: 5:18-CV-680

*Plaintiffs*,

VS.

CHIEF JOSEPH SALVAGGIO, et al;

*Defendants*.

_____/

## INDEX OF EXHIBITS

    A – Plaintiff Brown's Documents regarding Returning his Property

    B – Plaintiff Brown's Arrested Person Property Form

    C – Plaintiff Springer's Police Report

    D – Non-Party Bao-Quoc Ngyuen's Police Report

    E – Search Warrant

    F – Affidavit for Search Warrant

    G – Bao-Quoc Ngyuen's Documents regarding Returning his Property

    H – Proposed Order