

# City of Leon Valley Police Department

Mark Brown
5701 Wyoming
Tucson, Arizona 85757

June 21, 2018

This letter is to inform you that the Leon Valley Police Department is holding property in which you may have ownership interest. A description of that property is set out below. In accordance with the Texas Code of Criminal Procedure Art. 18.17, if you do not assert your claim within ninety (90) days of the date of this notice, the property will be disposed of and the proceeds, after deducting the reasonable expense of keeping such property and the costs of the disposition, placed into the treasury of the City of Leon Valley. The Police Department is authorized to charge a property processing fee of twenty- five dollars ($25.00) for the processing of all personal property being retrieved by or returned from the property room. The term "Personal Property" as used by this subsection, shall refer to property which, at the time of its release, is not classified as evidence, recovered property, or found property. Fees must be paid by exact cash, cashier's check, money order, or credit card at 3% fee.

You may assert your claim by contacting the Property and Evidence Storage Office, in person, at 6400 El Verde Rd. Leon Valley, Texas 78238 within the next ninety (90) days. You may also be required to present your claim, setting out the facts evidencing ownership to a Municipal Judge. If you have any questions please call (210) 684-1391 Ext. 257.

| CASE # | Date Impounded | Description |
|---|---|---|
| 201803857 | 06.14.2018 | 3 Car Charging Adapters/ USB Cord/ Multiplug Outlet/ 1080 FHO Camera 8GB/ iKross USB Electric Stand/ Bank Receipt |

Thank you,
**Officer E.Rivera #567**
Property Detail
Leon Valley Police Department

# Authorization for Release of Property

Date: _____

To Whom It May Concern:

I, _____, give authorization to _____
          (Print Name)                                                           (Print Name)

(My "Authorized Representative") to pick up my property ("Property") that is being held either at the Leon Valley Police Department (LVPD) Property and Evidence Room or in a City of Leon Valley interest-bearing bank account for my benefit.

In the event the Property consists of money, I authorize LVPD to deliver the Property to my Authorized Representative in the form of a City of Leon Valley check payable to my order in the proper amount ("Check"). I understand and agree that it may take up to 5 business days after this form is properly completed, signed and verified by myself and my Authorized Representative and delivered to and received at the LVPD Property and Evidence Room for the check to be prepared and delivered to my Authorized Representative. I also understand and agree that my Authorized Representative will pick up and sign a receipt for the Check at LVPD Property and Evidence Room.

I and my Authorized Representative hereby jointly and severally release the City of Leon Valley, its officers, employees, representatives and attorneys from any and all claims, liabilities, demands, or cause of action for costs, fees, expenses, charges or other sums (including court costs and reasonable attorney's fees) of any nature or type whatsoever, which are directly or indirectly related to LVPD's delivery and release of the Check to my Authorized Representative.

I and my Authorized Representative hereby jointly and severally indemnify and hold the City of Leon Valley, its officers, employees, representatives and attorneys harmless from and against any and all claims, liabilities, demands, or causes of action for costs, fees, expenses, charges or other sums (including court costs and reasonable attorney's fees) of any nature of type whatsoever, which are directly or indirectly related to LVPD's delivery and release of the Check to my Authorized Representative.

_____  _____  _____
Signature of Owner                                     Date               Social Security #

_____  _____  _____
Signature of Authorized Representative      Date              Driver's License or ID #

Sworn to and subscribed to before me on this _____ day of _____, 20____.

                                              _____
                                              Notary Public, State of Texas
                                              Exp. Date _____

*18-3857*
*be. 21. 2018*