## MAGISTRATE SERVICES/DETENTION CENTER
## ARRESTED PERSON REGISTRATION/PROPERTY FORM

M / F   DATE: 6/14/18   TIME: 32:58   SEAL#: 78559

NAME: Brown Mark David   DOB: 7/14/62   SID#: 5145267

DESCRIPTORS: Blue [p]   INTAKE #: 1933058

JOB#: _____   COUNTY HIT: Y N   PHOTO: Y N
PHOTO TAKEN: Y N

CHARGE(S): 17278

A. Sight Arrests:
  a. Felonies: _____
  b. Class A/B: Resisting arrest, Interfering
  c. Class C- Non Traffic - PI  Yes
  d. Class C- Non Traffic: _____
  e. Class C - Traffic: _____

B. Warrants:
  a. Felonies: _____
  b. Class A/B: _____
  (City of San Antonio Warrants):
  1. Capias (approx #): _____
  2. (J.P. - approx #): _____
  3. Alias (approx #): _____

### PROPERTY INVENTORY UPON ARRIVAL

| # | Item | Yes | No |
|---|------|-----|-----|
| 1 | CASH AMT: $ | | NO |
| 2 | WALLET | | NO |
| 3 | TDL / ID | | NO |
| 4 | KEYS | | NO |
| 5 | PURSE | | NO |
| 6 | WATCH | | NO |
| 7 | KNIFE | | NO |
| 8 | RING(S) # | | NO |
| 9 | CELL PHONE | | NO |
| 10 | SHOES / STL TOE (Tagged) | | NO |
| 11 | OTHER ITEMS | YES | |

hat
town shirt

CLASSIFICATION: (circle one)
CODE:  1  2  3  4  6  7

ARRESTEE: I CERTIFY THAT THE INVENTORY LISTED ABOVE IS CORRECT: (X) _____

DETENTION OFFICER: ABOVE INVENTORY RECEIVED (X) _____

AGENCY:  SAPD   BCSO   OTHER: Leon Valley
ARREST/TRANSP OFF: Vasquez   BDGE #: 552
GUN BOX #: _____   DISTRICT: _____
Money Taken to Prop Rm: $ _____   AO Init: _____
AO'S COMMENTS: _____
POC PHONE #: 210 684 3715

SEAL # VERIFIED BY (Init & Bdge #): _____
DOES AP CLAIM TO BE SICK / INJ? YES NO
DO'S COMMENTS: AP was transported to psych unit

### PROPERTY / ARRESTEE DISPOSITION

A. DISPOSITION OF AP:  JAIL / PR-B / S-B / HOSP / Other: _____
B. AP/PROPERTY TRANSP BY: SAPD / BCSO   Off Badge #: _____   Date: 6/15   Time Out: _____
C. PROPERTY RETURNED TO AP - ( RELEASED BY JUDGE ) 1  2  3  4  5  6  7  8  9  10  11

ARRESTEE (I CERTIFY THAT I HAVE RECEIVED ALL OF THE ABOVE PROPERTY)   (X) _____
PROPERTY RELEASED BY (DO Init & Badge #): _____
PROPERTY RELEASED TO THIRD PARTY: I authorize my below listed property be released to the person listed below.
AP SIGNATURE (X): _____   PROP RELEASED TIME: _____
PROPERTY RELEASED TO: _____   SIGNATURE: (X) _____
I.D. NUMBER: _____   AUTH. SUPV.: _____   PROPERTY: 1 2 3 4 5 6 7 8 9 10 11
OTHER PROP: _____

MAGISTRATE SERVICES - DETENTION CENTER FORM 17 - (REVISED 02 / 2016)
ORIGINAL - FILE   YELLOW - ARRESTED PERSON   BLUE - AP PROPERTY BAG   PINK - CMAG

# Leon Valley Police Department
*Release of Property*

Case Number: 2018-03857

Date: 06/15/18         Time: 1400

☐ Physical Evidence     ☒ Personal Property     ☐ Recovered Property     ☐ Found Property

| Quantity | Name of Article and Description | Serial Number | Tag Number |
|---|---|---|---|
| | See attached list | NA | NA |
| | | | |
| | | | |
| | | | |

Circumstances of Release: Personal Property

Released to:                                                Address:

Release by - Officer / Badge #                              Supervisor Approval / Badge #
E.Rivera #567                                               E. Gonzales 536

**I hereby acknowledge receipt of listed property**

Signed: [signature]                Address:                Phone: 520-312-073

Property Room Charge:
E.Rivera #567                                               LVPD Form PR101 (Jan 201?)

Cynthia Ann Johnson
5701 W Wyoming        ARI ID  B1378884
5-5-62

| Case Number | | Ledger Number |
|---|---|---|
| 201803857 | LEON VALLEY POLICE DEPARTMENT | |

The below listed property was: ☒ SEIZED ☐ FOUND on this __14__ day of __June__
20__18__, at __1345__ AM / PM __6400 El Verde__
(Location)

to be held as: ☒ EVIDENCE   ☐ RECOVERED STOLEN PROPERTY
☐ LOST OR FOUND PROPERTY   ☐ _____

| # | Description | Serial Number |
|---|---|---|
| 1 | VA card | |
| 2 | Arizona Health card | |
| 3 | Arizona Medical marijuana card | |
| 4 | Arizona DL | B14355654 |

Signature of Officer: _____

| Case Number | | Ledger Number |
|---|---|---|
| 201803857 | LEON VALLEY POLICE DEPARTMENT | |

The below listed property was: ☒ SEIZED ☐ FOUND on this __14__ day of __June__
20__18__, at __1345__ AM / PM __6400 El Verde__
(Location)

to be held as: ☒ EVIDENCE   ☐ RECOVERED STOLEN PROPERTY
☐ LOST OR FOUND PROPERTY   ☐ _____

| # | Description | Serial Number |
|---|---|---|
| 1 | 310 US Dollars | |
| 2 | Brown wallet | |
| 3 | Chase ck $65.- | |
| 4 | 3 visa, 3 mastercards, 1 Discover, 1 Amex | |

Signature of Officer: _____ 352

---

CITY OF LEON VALLEY
210-684-1391

REC#: 00659704    6/15/2018    2:12 PM
OPER: LL    TERM: 009
REF#:

TRAN: 116.6000    Property Room Fee
201803857
MARK BROWN                25.00CR
Property Room Fee
                          25.00 CASH
TENDERED:    25.00-
APPLIED:
                          0.00
CHANGE: