2018 W 0995

## SEARCH WARRANT

**THE STATE OF TEXAS**     § Google, Inc.

**COUNTY OF BEXAR**       § 1600 Amphitheatre Parkway, Mountain View, CA 94043

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Bexar County, Texas or any Peace Officer of the State of Texas,

**GREETING:**

**WHEREAS,** the Affiant whose name appears on the attached affidavit is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said Affidavit is here now made part hereof for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief expressed therein and establish existence of proper grounds for issuance of this Warrant for the offense of **Obstruction or Retaliation** (TX Penal Code 36.06) ; now, therefore you are commanded to enter the suspected place described in said Affidavit; **Google, Inc.** and to there search for the personal property described in said Affidavit and to seize same, to include;

**With Regards to the below listed account;**

[redacted]

1. subscriber registration information,
2. all screen names associated with this account,
3. user names associated with this account,
4. passwords associated with this account
5. email(s) associated with this account,
6. all IP addresses / logs associated with this account,
7. any and all messages / comments sent or received by the individual account,
8. credit card information (if available),
9. sign-in IP addresses and associated time stamps,
10. video and photo upload IP addresses and associated time stamps,
11. copies of any and all videos and photos and associated video/photo information,
12. email content, and
13. any other user account associated data stored,

including the subject line and date/time stamps of all data, if available.

Case Number: 2018W0995     Document Type: SEARCH WARRANT

Page 6 of 10

## With Regards to the below listed account;

Screen Name: OHIO GUARDIAN 2.0
Associated URL: https://www.youtube.com/channel/UCrh20NFHC-cY2NYeyBCc9eA
*believed to be associated with Jonathan Green*



1. subscriber registration information,
2. all screen names associated with this account,
3. user names associated with this account,
4. passwords associated with this account
5. email(s) associated with this account,
6. all IP addresses / logs associated with this account,
7. any and all messages / comments sent or received by the individual account,
8. credit card information (if available),
9. sign-in IP addresses and associated time stamps,
10. video and photo upload IP addresses and associated time stamps,
11. copies of any and all videos and photos and associated video/photo information,
12. email content, and
13. any other user account associated data stored,

including the subject line and date/time stamps of all data, if available.

## With Regards to the below listed account;

[REDACTED]

1. subscriber registration information,
2. all screen names associated with this account,
3. user names associated with this account,
4. passwords associated with this account
5. email(s) associated with this account,
6. all IP addresses / logs associated with this account,
7. any and all messages / comments sent or received by the individual account,
8. credit card information (if available),
9. sign-in IP addresses and associated time stamps,
10. video and photo upload IP addresses and associated time stamps,
11. copies of any and all videos and photos and associated video/photo information,
12. email content, and
13. any other user account associated data stored,

including the subject line and date/time stamps of all data, if available.

With Regards to the below listed account;

Screen Name: BUCKEYE IN THE SKY NEWS
Associated URL: https://www.youtube.com/channel/UC3XIdN5o0Qy0I5_iYyMhIJw
*believed to be associated with Jason Green*

1. subscriber registration information,
2. all screen names associated with this account,
3. user names associated with this account,
4. passwords associated with this account
5. email(s) associated with this account,
6. all IP addresses / logs associated with this account,
7. any and all messages / comments sent or received by the individual account,
8. credit card information (if available),
9. sign-in IP addresses and associated time stamps,
10. video and photo upload IP addresses and associated time stamps,
11. copies of any and all videos and photos and associated video/photo information,
12. email content, and
13. any other user account associated data stored,

including the subject line and date/time stamps of all data, if available.

Further, you are **ORDERED**, pursuant to the provisions of Article 18.10, Texas Code of Criminal Procedure, to retain custody of any property seized pursuant to this Warrant, until further order of this Court or any other court of appropriate jurisdiction shall otherwise direct the manner of safekeeping of said property. This Court grants you leave and authority to remove such seized property from this county, if and only if such removal is necessary for the safekeeping of such seized property by you, or if such removal is otherwise authorized by the provisions of Article 18.10, T.C.C.P. You are further **ORDERED** to give notice to this Court, as a part of the inventory to be filed subsequent to the execution of this Warrant, and as required by Article 18.10, T.C.C.P., of the place where the property seized hereunder is kept, stored and held.

**HEREIN FAIL NOT**, but have you then and there this Warrant within three days, exclusive of the day of its issuance and exclusive of the day of its execution, with your return thereon, showing how you have executed the same, filed in this court.

ISSUED THIS THE 7 day of AUGUST, A.D., 2018, at 5:52 o'clock P .M. TO certify which witness my hand this day.

JEFFERSON MOORE
~~MAGISTRATE~~ JUDGE
Bexar County, Texas
186TH DISTRICT COURT
BEXAR COUNTY, TEXAS