**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

RUSSELL ZINTER, et al;

                                       CIVIL ACTION NO: 5:18-CV-680

        *Plaintiffs*,

VS.

CHIEF JOSEPH SALVAGGIO, et al;

        *Defendants*.

_____/

### [PROPOSED] PRELIMINARY INJUNCTION ORDER

This matter having come before the Court on Plaintiffs' Motion for a Preliminary Injunction, and the Court being otherwise fully advised in the premises;

IT IS SO ORDERED that Plaintiffs' motion is GRANTED.

IT IS FURTHER ORDERED that the Defendants are enjoined from searching, examining, or in any other way, viewing the contents or files on any of the devices seized by the Defendants on the dates referred to in Plaintiffs' Complaint.

IT IS FURTHER ORDERED that the Defendants are enjoined from taking any actions in furtherance of their attempt to uncover, view, or examine any Google information of any of the Plaintiffs.

IT IS FURTHER ORDERED that Google is enjoined from producing any records about any Plaintiffs to any of the Defendants, that in any way relate to the allegations that are the subject of this litigation.

IT IS FURTHER ORDERED that Defendants must immediately return all seized property to its owners or their counsel.

_____
Hon. Fred Biery
UNITED STATES DISTRICT JUDGE

Dated: _____