IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER *ET AL*. | § | |
| *Plaintiffs*, | § | 5-18-CV-00680-FB-RBF |
| vs. | § | |
| CHIEF JOSEPH SALVAGGIO *ET AL*. | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Preliminary Injunction. *See* Dkt. No. 46. This case was assigned to the undersigned for disposition of all pre-trial matters, including any requests for injunctive relief, pursuant to Rules CV-72 and 1 of Appendix C to the Local Rules for the United States District Court for the Western District of Texas. *See* Dkt. No. 42. **IT IS ORDERED THAT** that the Motion, Dkt. No. 46, is set for a hearing at **9:30 am on October 4, 2018** in Courtroom A on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206.

**IT IS SO ORDERED**.

SIGNED this 19th day of September, 2018.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE