**Defendant:** BAO-QUOC TRAN NGUYEN
**JN #:** 18S4288-1

State's ; COPY

**Address:** 644 KERG ST, CROWLEY, TX 76036

**Complainant:**

**CoDefendants:** JAMES ALAN SPRINGER JR

**Offense Code/Charge:** 500430 - RETALIATION

| | | |
|---|---|---|
| **GJ:** 675051 | **PH Court:** 227 | **MAG NO:** 394247 |
| **Court #:** 227 | **SID #:** 1103395 | **Cause #:** |

**Witness:** State's Attorney



FILED
____ O'CLOCK ____ M
JUL 1 9 2018
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY, TEXAS
BY _____
DEPUTY

2018- CR - 7462

## TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empaneled and sworn as such at the July term, A.D., 2018, of the 227 Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment:

### Count I

on or about the 23rd Day of June, 2018, BAO-QUOC TRAN NGUYEN, hereinafter referred to as defendant, with the intent to cause harm and a threat of harm to Joseph Salvaggio, hereinafter referred to as complainant, post on a publicly accessible website, namely Youtube.com, the residence address of the complainant, and the defendant knew that the complainant was a public servant, and the defendant's conduct was in retaliation for and on account of the service and status of complainant as a public servant;

### Count II

on or about the 23rd Day of June, 2018, BAO-QUOC TRAN NGUYEN, hereinafter referred to as defendant, with the intent to cause harm and a threat of harm to Patricia Salvaggio, hereinafter referred to as complainant, post on a publicly accessible website, namely Youtube.com, the residence address of the complainant, and the defendant knew that the complainant was a member of a public servant's family and household, and the defendant's conduct was in retaliation for and on account of the service and status of Joseph Salvaggio as a public servant;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
Foreman of the Grand Jury

**EXHIBIT A**