## INFORMATION – STATE'S COPY

**NAME: MARK DAVID BROWN**

**MG. NO. 393046**   **JN: 1852588-1**   **SID: 514526**   **COUNTY COURT CASE NO: 577195**

**OFFENSE CODE / CHARGE:   530009 - INTERFERE W/DUTIES PUB SERVANT**

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Now comes the undersigned Assistant Criminal District Attorney of Bexar County, Texas, upon the affidavit of affiant, hereto attached and made a part thereof, and in behalf of said State presents in the County Court at Law No. **12**   of Bexar County, Texas, that heretofore, to-wit:  in said County of Bexar and State of Texas, and before the making and filing of this information,

on or about the 14th Day of June, 2018, MARK DAVID BROWN did then and there, while J Wells, a peace officer was performing a duty and exercising authority imposed and granted by law, namely: DETAINING A SUSPECT, with criminal negligence interrupt, disrupt, impede and interfere with J Wells by FAILING TO FOLLOW INSTRUCTIONS TO LEAVE THE AREA SURROUNDING THE OFFICER'S PERFORMANCE OF DUTY AND EXERCISE OF AUTHORITY;

against the peace and dignity of the State.

**ORIGINAL SIGNED**
Assistant Criminal District Attorney
Bexar County, Texas

**EXHIBIT C**

## INFORMATION – STATE'S COPY

**NAME:** MARK DAVID BROWN

**MG. NO. 393045**    **JN:** 1852587-1    **SID:** 514526    **COUNTY COURT CASE NO:** 577193

**OFFENSE CODE / CHARGE:** 480105 - RESIST ARR-SEARCH-TRANSPORTATION

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Now comes the undersigned Assistant Criminal District Attorney of Bexar County, Texas, upon the affidavit of affiant, hereto attached and made a part thereof, and in behalf of said State presents in the County Court at Law No. **12** of Bexar County, Texas, that heretofore, to-wit: in said County of Bexar and State of Texas, and before the making and filing of this information,

on or about the 14th Day of June, 2018, MARK DAVID BROWN, hereinafter referred to as defendant, did intentionally prevent and obstruct a person, namely: J WELLS, hereinafter referred to as complainant, whom the defendant knew to be a Peace Officer, from effecting an arrest, search and transportation of THE DEFENDANT by using force against said complainant, to-wit: STRIKING THE COMPLAINANT WITH THE FOOT OF THE DEFENDANT;

against the peace and dignity of the State.

**ORIGINAL SIGNED**

Assistant Criminal District Attorney
Bexar County, Texas