Find out where their spouses (whom they likely abuse) work. Find out where their children attend school. Share this information with your fellow patriots.  The Republic is nearly dead. The generators for the life support machines are Bingo fuel. If you do not take action now you will see the death of the Republic before the next generation takes power. Is it illegal to dox a cop? It might be. Was it illegal under British law for minutemen to fire on His Majesty's forces? It sure was. Patriots fought. Patriots will fight. You can lie on your back and continue to wilfully accept the long cock of justice or you can resist. Will you be a sheep or a sheepdog? It's your call.

Cubicle Bear • 17 hours ago

 1         3

**EXHIBIT E**

VIEW 3 REPLIES



 It's simple this place needs a bomb

Nikos Katsaros • 9 hours ago

 1    

 That is a very weak police department. They're childish amateurs. I'm embarassed for them. Shameful.

Perdido Atlantic • 6 hours ago

 1    

 The Supreme Court has ruled that law enforcement can't search digital evidence (phones, cameras, HD cards, etc.) without a warrant. (Riley v California, 2014)



You guys need to start coordinating offline. Assume your channels are being watched. Assume your phone is being bugged. The American revolution was first coordinated in public houses, taverns, churches, and in the homes of patriots. We need to organize a resistance (without violence) and each take action wherever we are. Write the governor. Write the head of the TX Rangers. But take action in your community too. Film the Police. Do not let up. When you find corrupt officers make them known. Make their houses known. Find out where their spouses (whom they likely abuse) work. Find out where their children attend school. Share this information with your fellow patriots.  The Republic is nearly dead. The generators for the life support machines are Bingo fuel. If you do not take action now you will see the death of the Republic before the next generation takes

> Top chat ▼


8:16 PM  **Randy J**  I heard they searched his pickup without a warrant


8:16 PM  🔧 **Rica The Hopeful Voluntarist**  I'm waiting for Joe to give the ok but he's too busy pontificating as usual 🤣


8:16 PM  **HighVoltage Expect Us**  WE want Freeman out ... pigs let Freeman out .....


8:16 PM  **Sixth Estate Auditor AZ**  @Furry Potato, last Yelp the fuck out of 'em!


8:16 PM  **North Idaho Exposed**  that is winning


8:16 PM  **findingthe truth**  ya it's a scam police probably gets a kick back


8:16 PM  **LucindaStreets**  lol

8:16 PM  **Belle For Freedom**  EVERYONE GO TO

## Replies

 johnny five o I would like to personally thank the person who gave out this pigs address. He deserves way worse (the pig does). To that person who gave out the address you have my admiration and respect. Make sure that you melt down which ever medium ( hard drive) you used. No Corpus Delecti. Sir once again much respect you are the best. Roast these Redcoats (Now Blue Coats). If Hillary can melt down hard drives and info storage mediums so can we. Also remember never use your own IP address.

Robert Adams • 14 hours ago (edited)

2

johnny five o    IT WASNT ME    BUT I think



👍 1   👎   💬 1

**VIEW REPLY**



**Kill Pigs**

Sky Pup • 10 hours ago

👍 2   👎   💬

Good God Almighty!  Where is a talented sniper when you need one.  This kind of police NAZISM fully justifies anti-cop actions such as those by that brave and courageous sniper in Dallas TX a couple years ago.  These pig

Read more

rockit730 • 9 hours ago



## Replies 

 Hahahahahahahahahahahahahahahahahahah ahahahahaha hahahahahahahahahahahahahahahahahahah ahahahahaha

Brian Rusk • 10 hours ago

       1

 Add a public reply...

 Brian Rusk fuck you pig. When these thug pigs family get targeted by citizens that have had enough from these tyrant public servants, we will see who's laughing. Bootlicker



Replies

 https://www.facebook.com/Banis-Towing-Service-123801957633778/?rc=p

johnny five o • 2 hours ago

👍 9   👎   💬 10

Add a public reply...

 johnny five o phone number 210-647-3994

Barry Fields • 2 hours ago

👍 2   👎

johnny five o I don't use Fuckfacebook so left



**A bullet to the head will do just fine**
O M • 10 hours ago

1

VIEW REPLY

**This is cray wtf**
Cody Joe • 10 hours ago

**Chiefy and his boys dont mind digging that hole do they**



 3      

 Bring your sidearm for protection. EVERY American has the right to defend themself. Let a tyrant cop get out of hand. Fear for your life and execute. The chief is already a marked man, he'll get what's coming to him.

Shawn R • 10 hours ago

👍 8

Leon Valley School will be in session tomorrow morning at 11:am You have been put on notice

Freedom flight • 8 hours ago

 3      



VIEW REPLY

### Kill Pigs
Sky Pup • 10 hours ago

👍 2   👎   💬

Good God Almighty!  Where is a talented sniper when you need one.  This kind of police NAZISM fully justifies anti-cop actions such as those by that brave and courageous sniper in Dallas TX a couple years ago.  These pig motherfuckers are completely out of control.

rockit730 • 9 hours ago

👍 1   👎   💬

Top chat ▼

 8:21 PM  **BlackSheep1 Tupelo**  Thank you

 8:21 PM  **Phoenix Moon**  @Rica The Hopeful Voluntarist I also am a wimp and prefer the 'be kind' version of things. I watch auditors to try and get a size 15 up somewhere to get my fire going.

 8:21 PM  **Furry Potato**  They are on Yelp

 8:21 PM  **LucindaStreets**  go Rica

 8:21 PM  **Allentown Community Observer**  LEON VALLEY IS IN A WORLD OF TROUBLE AND THEY KNOW IT

 8:21 PM  **John Glendenning**  Banis Towing, owned by Donald Banis JR.

 8:21 PM  **possible kim**  you have to reenergize

8:21 PM  **North Idaho Exposed**  your spot on @Ethics



## Replies





**Time to kill blue Isis yet?**

SNOspicious Activity • 1 day ago

 5       3



Add a public reply...



Long passed time....Some already started Dallas was not a nutjob......

James Barnes • 1 day ago

 2



SNOspicious Activity please be careful with