## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RUSSELL ZINTER; ET AL.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-18-CA-680-FB** |
| | § | |
| **CHIEF JOSEPH SALVAGGIO; ET AL.** | § | |
| | § | |
| **Defendants.** | § | |

## AFFIDAVIT OF JOSEPH SALVAGGIO

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

Before me, the undersigned notary, on this day personally appeared Joseph Salvaggio, a person whose identity is known to me.  After being by me duly cautioned to tell the truth, subject to the penalties for perjury, he did affirm and testify as follows:

"My name is Joseph Salvaggio.  I am over the age of eighteen (18) years, am of sound mind, and am fully capable of making this affidavit.  I am personally familiar with facts recited below, which are true and correct.

Currently, I hold the position of Chief of Police for the City of Leon Valley ("City") Police Department.  I have held the position of Chief of Police since September 15, 2016.   I have personal knowledge of the lawsuit referenced above filed against the City based upon the incidents occurring on June 14 and 23, 2018.

On June 14, 2018, Plaintiff, Mark Brown was arrested for interference with the duties of a public servant and resisting arrest.  Mr. Brown was operating a rental vehicle which was parked at a local business. We notified the management of the local business of the vehicle being parked in their parking lot and they asked that it be removed. The vehicle was towed as a private tow to the City of Leon Valley's Impoundment lot located at 6429 Evers Rd., Leon Valley, Texas.   Mark Brown was advised of the rental vehicle being towed and informed our department that his wife could come get the vehicle. The property inside the vehicle was placed into our property room as personal property. After four days we sent a notice to the registered owner Hertz and the registered lienholder BYN

Affidavit of Joseph Salvaggio



Page 1 of 3

Mellon trust Company. The Hertz Company sent Gerber National Claim Services (G&S Towing Company) to pick up the vehicle on 06-29-18. The Leon Valley Police Department never took articles of clothing out of the vehicle. The Leon Valley Police Department was ready to release the rental vehicle to Mark Brown, his wife, or Hertz the day of the arrest up until the vehicle was picked up by Hertz on 06-29-18. To my knowledge, Mr. Brown was in front of City Hall at least a couple of times prior to 06-29-18 and never spoke with anyone with the Leon Valley Police Department about the rental vehicle or missing clothes.

I have reviewed the documents regarding the vehicle rented by Mark Brown and the disposition of said vehicle attached herein as **Attachment 1.**

I have reviewed the Incident Report, dated June 14, 2018 attached herein as **Attachment 2.**

In my capacity as Chief of Police, I serve as a Custodian of Records for the City of Leon Valley Police Department. Of those records, attached hereto is a true and correct copy of twenty-one (21) pages of documents reflecting:

**Attachment 1:** Documents regarding the vehicle rented by Mark Brown and the disposition of said vehicle.

**Attachment 2:** Incident Report No. 2018-03857, authored by Investigator/Officer Johnny Vasquez, regarding the arrest of Mark Brown on or about June 14, 2018.

The attached documents are kept by my department in the regular course of business, and it was in the regular course of business and activity of the City of Leon Valley for an employee of City, with knowledge of the act and contains information transmitted by the person with knowledge of the matters of the event, condition, opinion, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the occurrence of the matters set forth in the documents and was made by the regularly conducted activity as a usual practice for the City. The records attached are exact duplicates of the originals with the exception of the digital footage which has been edited to limit the footage to the incident depicted, which is true and correct.

Further Affiant sayeth not.

JOSEPH SALVAGGIO
POLICE CHIEF

SUBSCRIBED AND SWORN TO BEFORE ME on this 2ⁿᵈ day of September, 2018, to certify which witness my hand and official seal.

NOTARY PUBLIC, STATE OF TEXAS

FAVIOLA GARCIA
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
12/18/2018

TAG#:_____   CASE#: _20180385 7_

# LEON VALLEY POLICE DEPARTMENT
## DISCLAIMER NOTICE

I, _Apolonio Bermudiz_ , hereby state that I am accepting
my vehicle (Make: ___Ford___ , Model: ___Taurus___ ,
License Plate: _LF 165431_ ) and its entire contents from the
Leon Valley Police Department Impound lot located at 6429
Evers Rd, Leon Valley, Texas.
I am further stating that I have inspected my vehicle and
accepting full responsibility for the condition that it is now
and was prior to being towed to the Leon Valley Police
Department impound lot. I hereby release the Leon Valley
Police Department from any present or future claims
regarding the above-mentioned vehicle.


_Apolonio Bermudez_                    _6-29-18_
**Signature**                              **Date**


**Exhibit
B1**

19940

# BANIS TOWING SERVICE

6213 Grissom Rd., #606
SAN ANTONIO, TEXAS 78238
Phone: 210-647-3994 or 210-647-3995

MAIL: P.O. BOX 681329
SAN ANTONIO, TX 78268-1329

TDLR License # 005024709C
VSF 0642349

46533

| | | | |
|---|---|---|---|
| Date 6-14-18 | Time | ☐ AM ☐ PM | Requested By LVPD | Phone |

Name

Address | Suite/Apt. #

City | State | Zip

Location of Vehicle 6635 Bandera

| Mileage | Labor/Srvc Time | Extra Person |
|---|---|---|
| Finish _____ | Finish _____ | Finish _____ |
| Start _____ | Start _____ | Start _____ |
| Total _____ | Total _____ | Total _____ |

Year, Make, Model Ford Taurus

Doors 4 | Color Gold | State AZ | License Plate # CFK 5431

VIN # 1 F A H P 2 F 8 4 J G 1 0 9 6 6 4

| DESCRIPTION OF WORK (Must Be Exact Name of Service Issued to TDLR for Non-Consent Tows) | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |

| Private Property Authorization Property Name: | Agent Name (If any): | Phone #: | Towing | |
|---|---|---|---|---|
| | | | PPI | |
| Tow Operator Name Victor Contreras | TDLR Lic. # 28061 | Reason for Non-Consent Tow: | Law Tow | 95 00 |
| | | ☐ Law Enforcement Accident | Mileage | |
| For comments or complaints contact: TEXAS DEPARTMENT OF LICENSING & REGULATIONS P.O. Box 12157 Austin, TX 78711 • 1-800-299-1700 http://www.license.state.tx.us/complaints or email towing@license.state.tx.us | | ☐ Law Enforcement Arrest | Service Time | |
| | | ☐ Law Enforcement No Insurance | Extra Labor | |
| | | | Extra Truck | |
| | | ☐ Private Property Impound | Winching | |
| RO # | | | @ $ | |
| PO # | | ☐ Owner Request | Special Equipment | |

| CONDITION OF VEHICLE | Extreme Damages: | Law Enforcement Authorizing Tow: | Air Bags | |
|---|---|---|---|---|
| | ☐ Burn | Agency LVPD | 5th Wheel | |
| | ☐ Water | Impound Sheet # | Trailer | |
| | ☐ Rollover | Officer Name Salvessia | Clean Up | |
| | | Type of PPI and Statute: | Impound Fee | |
| | 1 - Minor | ☐ Fire Lane ☐ Tow Zone | Storage Fee | |
| | 2 - Moderate | ☐ Handicap ☐ Blocking Access | Notification Fee | |
| | 3 - Major | ☐ Other: _____ Statute: _____ | | |

| Vehicle Towed To: LVPD impound Lot | City | Sub Total | |
|---|---|---|---|
| | State, Zip | Sales Tax | |
| Second Tow Location: | City | | 95 00 |
| | State, Zip | TOTAL | |

| Photographs Taken | Keys | Keys Received by: | Method of Payment | |
|---|---|---|---|---|
| Yes No | Yes No | | ☐ Cash ☐ Check   DL# _____ State _____ | |
| Special Equipment: ☐ Dollies ☐ Sling/Hoist ☐ Go-Jaks ☐ Wheel Lift ☐ Flatbed ☐ Snatch Block ☐ Other: | | | ☐ VISA ☐ MasterCard ☐ AMERICAN EXPRESS   Exp. Date _____ | |
| | | | Credit Card # _____ CVC# _____ | |

Damage and Personal Property Release:
Banis Towing Service is not responsible for damages noted above, any personal property left in vehicle, or vehicle after delivery to any location.

I accept all the items listed:   CC Authorization #: _____

Signature: _____

NSF on Payments Made:
I understand that if there is a check returned for NSF, Closed Account, or a charge back on any credit card for any reason, that I will be assessed a $30 NSF Fee, and that my vehicle may be subject to repossession under Texas State Law.

DELUXE FOR BUSINESS   1-800-888-6327

## Impound Lot Fees

Case# | 201803857

|  |  | Fees |
|---|---|---|

Vehicle Description | 2018 FORD TAURUS CFK5431

City Impound Fee | $ 200.00

### Daily Fees

|  | Impounded | | Pickup | |  |  |
|---|---|---|---|---|---|---|
|  | Date | Time | Date | Time | Days | |
|  | 06/14/2018 | 0:00 | 06/29/2018 | 0:00 | 15 | $ 300.00 |

Administration Fees | $50.00

DUE CITY 116.4000 | $550

Towing Fees 116.5000 | $ 95.00

TOTAL AMOUNT DUE | $ 645.00



```
CITY OF LEON VALLEY
210-684-1391

REC#: 00661130    6/29/2018    3:11 PM
OPER: FB    TERM: 003
REF#:

ACCT #: XXXX-XXXX-XXXX-3189
AUTH #: 010319
TRAN #: 000000661130

TYPE: PURCHASE
APP NAME: Visa
ENTRY MODE: CHIP
CVM: SIGN

AMOUNT USD$    645.00

EMV DETAILS:
AID: A0000000031010
ARC: 00
IAD: 06010A03600000
TSI: 6800
TVR: 8080008000

TRAN: 116.4000   Impound Lot Fees
    201803857
    Impound Lot Fees       550.00CR

TRAN: 116.5000   Towing Fees Payable
    Towing Fees Payable     95.00CR

    TENDERED:      645.00  CREDIT CARD
    APPLIED:       645.00-

    CHANGE:          0.00
```

G&STOWI-01          MTAVARE

## TEXAS LIABILITY INSURANCE CARD

COMPANY PHONE NO.    COMPANY [X] COMM.  [ ] PERSONAL  [ ] NAMED DRIVER POLICY

**American States Insurance Company**

POLICY NUMBER          EFFECTIVE DATE          EXPIRATION DATE
25 CC 374928 40        10/04/2017              10/04/2018

YEAR     MAKE        MODEL       VEHICLE IDENTIFICATION NUMBER
2004     Kenworth    T300        2NKMHD7X14M051213

AGENCY                                    AGENCY PHONE NO.
Texas-Hub International Transportation    (800) 369-9010
Insurance Services Inc.
12175 Network Blvd
San Antonio, TX 78249

NAME AND ADDRESS OF INSURED
Apolonio Bermudez DBA G&S Towing
2547 Waverly Ave.
San Antonio, TX 78228

This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicles and named insureds and may provide coverage for other persons and vehicles as provided by the insurance policy.
WARNING:
A NAMED DRIVER POLICY DOES NOT PROVIDE COVERAGE FOR INDIVIDUALS RESIDING IN THE INSURED'S HOUSEHOLD THAT ARE NOT NAMED ON THE POLICY.

**SPANISH TRANSLATION**

**TRADUCCION DE ESPANOL**

### Tarjeta de Seguro de Responsabilidad Civil de Texas
### Guarde esta tarjeta.

**IMPORTANTE:** Usted debe mostrar esta tarjeta o una copia de su póliza de seguro cuando solicite o renueve su:

### Texas Liability Insurance Card
### Keep this card.

**IMPORTANT:** You must show this card or a copy of your insurance policy when you apply for or renew your:

(A) Motor vehicle registration
(B) Driver's License

STATE OF TEXAS

APOLONIO R BERMUDEZ JR

TOWING OPERATOR
CONSENT TOW

*tdlr*

LICENSE NUMBER 11278
EXPIRES 06/18/2019

TEXAS DEPARTMENT OF LICENSING AND REGULATION

**Texas**   **COMMERCIAL DRIVER LICENSE**      USA TX

4d CDL 20563457      9 Class A
4a Iss 11/21/2017    4b Exp 04/16/2023
3 DOB 04/16/1987
1 BERMUDEZ
2 APOLONIO R
8 2547 WAVERLY AVE
SAN ANTONIO TX 78228-0000
12 Restrictions NONE    9a End NONE
16 Hgt 5'-06"   15 Sex M   18 Eyes BRO
5 DD 20311731111221668098



## Removal and/or Inspection of a Motor Vehicle at a VSF

### This Form is Approved by the Texas Department of Licensing and Regulation

| Check __one__ of the following boxes: | SECTION ONE |
|---|---|

☐ **Box 1**: I am an immediate family member (parent, spouse, brother, sister, or child) of the owner of the vehicle. When
    selected, this form may be used as the Affidavit of Right of Possession Form.

☑ **Box 2**: I am an authorized representative of the owner of the vehicle.

☐ **Box 3**: I am an authorized representative of an insurance company authorized to conduct business in the State of Texas.

| Check the applicable box: | SECTION TWO |
|---|---|

☑ I will *remove* the vehicle;

☐ I will *inspect* the vehicle.

| Describe the motor vehicle and person authorized to inspect or remove the vehicle: | SECTION THREE |
|---|---|

Vehicle Year, Make and Model: 2018 FORD TAURUS

VIN or License Plate Number: 1FAHP2F84JG109664

**Describe the person removing or inspecting the motor vehicle:**

First and Last Name: _____

Company Name (if a representative of a company): G&S TOWING

If a tow truck is used to remove the vehicle, complete the following:

Tow Operator TDLR Lic. No: _____   Tow Truck TDLR No: _____

| Complete this section ONLY IF you checked Box 1 or Box 2 in SECTION ONE above: | SECTION FOUR |
|---|---|

On this date appeared _Bonnie Kim_ _HERTZ_ who upon oath declared that:

   I am the owner of the vehicle and authorize the person or company named in this document; [or]

   I am an immediate family member and authorized by the owner

to remove or inspect the motor vehicle described above.

The authority granted herein is limited to either (i) inspecting the vehicle or (ii) making payment to and removing the described
vehicle from _Len Valley Impound_ (name of the Vehicle Storage Facility).

This Authority to Act shall expire the earlier of three (3) days from its date of execution, or at an earlier date if revoked by me in
writing, or when the motor vehicle is returned to my possession.

Signed this 29 day of _June_, 20_18_  Signature: _Bonnie Kim_

Subscribed and sworn to before me on this 29 day of _Jun_, 20_8_

Notary Signature: _____

Notary Public, State of _IL_

My commission expires: _12/6/___

     JOHN ORTIZ
     Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 6, 2020

| Complete this section ONLY IF you checked Box 3 in SECTION ONE above: | SECTION FIVE |
|---|---|

I am a duly authorized licensed Insurance Adjuster. I work for or represent _____
(Name of Insurance Company) authorized to conduct business in the State of Texas. My Texas Department of Insurance Adjuster
License # is: _____. The claim related to this vehicle settled or, prior to settlement, the vehicle owner
expressly authorized its inspection and/or removal.
Signature: _____  Date: _____
Printed Name: _____  Insurance Claim#: _____
**I understand, acknowledge, and agree that by typing my name on this document, my typed name is an electronic signature
and this document has the same legally binding consequence as if executed with a traditional signature.**

This document affects your legal rights and may give others access to your motor vehicle. If you do not understand this document or have questions, please consult
an attorney. TDLR Form No. VSF011. Effective January 2014. Complaints may be filed online at www.tdlr.texas.gov/Complaints/

**Bill To:**

Gerber National Claim Services
150 Center Court
Schaumburg, IL 60195

Phone: 1-844-366-8697
Billing Dept: 1-855-238-3165
Fax: 1-630-823-2013

Attention:CASSANDRA



**NATIONAL CLAIM SERVICES**
Formerly Netcost Claim Services

### GERBER NATIONAL CLAIM SERVICES SECONDARY TOW/RELEASE ASSIGNMENT

| **Claimant Information:** | **Claim Information:** |
|---|---|
| Policy Number:1765304 | GNCS Dispatch Number:1597828531 |
| Claim Number:200759439 | Assigned By:BONNIEK |
| Claimant Name:Leon Valley Impound | Assignment Time:6/29/2018 13:43:34 |
| | Printed Time:6/29/2018 13:52:01 |
| | Date of Loss:06/27/18 |
| Home Phone:210-684-1391 | Cause of Loss:N/A · |
| Work Phone: | Work Authorized:Tow and Impound |
| Mobile Phone: | Damage Description:AZ/gold FEE:645.00 ON 6/29 OR 705.00 ON 7/2 |
| | STOR FEE:20 |
| | DOL/STOR:6/14 15 |
| | PAY:CASH/CC 5% IN PERSON/CERTIFIED CHECK |
| | DOC:TITLE/HH NOTARIZED |
| | DAMAGE:UNKNOWN |
| | KEYS:YES |
| | HRS:8 TO 4 MON THRU FRI |
| | CONTACT:JOEL |
| | Tow Limit:0 |
| **Repair Location:** | **Deductible:**0 |
| 6400 El Verde Rd | **Waived:** |
| Leon Valley, TX 78238 | |
| Vehicle Location Name:Leon Valley Impound | |
| Travel Direction: | |
| Nearest Intersection: | |
| Driver Will Be Present: | |
| **Destination:** | |
| Hertz SA | |
| 910 W. Cargo | |
| San Antonio, TX 78216 | |
| N/A | |
| 210-718-9931 | |

| **Vehicle Information:** | **Service Provider Information:** |
|---|---|
| Vehicle Year:2018 | G&S TOWING |
| Vehicle Make:Ford | 2547 WAVERLY DR |
| Vehicle Model:Taurus | SAN ANTONIO, TX - Texas 78228 |
| Vehicle Style: | |
| License Plate:CFK5431 AZ | |
| Vehicle Color:Gold | Phone:210-777-5305 OR 210-887-2712 |
| VIN:1FAHP2F84JG109664 | Fax: |

**PLEASE FAX YOUR INVOICE UPON COMPLETION TO GNCS AT: 630-823-2013.** Payment will not be made without current W-9 on file.

Notes:

Tow vendors must leave a copy of the work assignment inside the vehicle upon delivery. DO NOT leave a copy of the invoice. PLEASE SEND COPY OF IMPOUND INVOICE TO HERTZSTATUS@GERBERNCS.COM OR FAX TO ATTN: LORNA THOMPSON AT 630 823 2013.

115.50 TOW/ 705 PAYOUT ON 7/2/ 25 COURIER FOR CERTIFIED CHECK/ 84.55 10% CC FEE

Comdata MC Information:
Credit Card Number: 5567660477334002
Expiration Date: 818
CVC2 Number: 800
Auth Amount: 930.05

MARK BROWN
AZTUC24   0053224   2605  #01 EST

VEHICLE  02194 / 1765304         18 SIR TAUR 3.5 5N
LIC AZ CFK5431  CLS  G  MILES OUT  5176       FUEL OUT  8/8
SAT RADIO  Y   TK CAP  19.0                    STALL

## ESTIMATE OF CHARGES

RENTED: 06/09/18  10:48 @ TUCSON INTL AIRPORT
RETURN: 06/22/18  10:30 @ TUCSON INTL AIRPORT

THIS IS ONLY AN ESTIMATE.  Taxable charges are denoted by a T, and
additional details about some charges appear beneath the table.  Our
estimates of Your total charges appear on the right of the table below.
Our estimates assume (1) You will rent and return the vehicle at the
times and places indicated, (2) if a mileage charge applies, You will drive
no more than the distance indicated and (3) You will not incur any charges
that either are listed below opposite **** or cannot be calculated until
return.  If any of these assumptions is incorrect, additional charges or
charges at higher rates may apply.

| CHARGE RATE / AMOUNT | | CHARGE ESTIMATE |
|---|---|---|
| TIME / MILEAGE CHGS: RATE PLAN -  RCHW8 | | CLASS -  F |
| Rental Rate* | 1 @ $ 159.63 per wk   T $ | 159.63 |
| | 6 @ $  21.99 ex day   T $ | 131.94 |
| *Includes Unlimited Miles | | |
| **Additional Products** | | |
| Fuel Responsibility | Starting Level (FULL 8/8) | |

You agree to replace fuel used or pay a refueling charge of
$  9.99  per gallon OR $  .555  per mile driven.

| **Service Charges/Taxes** | | | |
|---|---|---|---|
| CONCESSION FEE RECOVERY | 11.11% | T $ | 32.56 |
| CTYCHG/CF+TX | | | 8.50 |
| ENERGY SURCHARGE | | T $ | 1.49 |
| Tax   11.100% On Est. Taxable Ttl $ | 325.62 | $ | 36.14 |
| ADJUSTMENTS | | | |

## TOTAL ESTIMATED CHARGE            $   370.26

CC AUTH WOULD BE     $   426.00

---



**MARK BROWN**

| Lot: | Vehicle: 2018 TAURUS |
| | License: AZ CFK5431 |

| Rental Rate* | 1 @ $ 159.63 per wk   T $ | 159.63 |
|---|---|---|
| | 6 @ $  21.99 ex day   T $ | 131.94 |

*Includes Unlimited Miles
**Additional Products**

| Frequent Flyer Surcharge | | T $ | .00 |
|---|---|---|---|

**Fuel Responsibility**            Starting Level (FULL 8/8)
You agree to replace fuel used or pay a refuelling charge of
$  9.99  per gallon OR $  .555  per mile driven.

**Service Charges/Taxes**

| CONCESSION FEE RECOVERY | 11.11% | T $ | 32.56 |
|---|---|---|---|
| CTYCHG/CF+TX | | | 8.50 |
| ENERGY SURCHARGE | | T $ | 1.49 |
| Tax   11.100% On Est. Taxable Ttl $ | 325.62 | $ | 36.14 |
| ADJUSTMENTS | | | |

## TOTAL ESTIMATED CHARGE        $   370.26

---

Credit Card Authorization Amount $    426.00
**Rented By Dollar Rent A Car, Inc.**
Vehicle: 02194 / 1765304 LocNum. AZTUC24  / 0053224
Miles Out:    5176   Plan:     RCHW8  Class:   F
Rental Location:  TUCSON INTL AIRPORT
Rental Time:     06/09/18  at  10:48 AM
Return Location:  TUCSON INTL AIRPORT
Return Time:     06/22/18  at  10:30 AM

Rental Extensions/Changes or
Emergency Road Service 1-866-434-2226

This estimate assumes you will rent and return at the locations and times
indicated, and that you will not exceed any mileage limitations.
Rental Rate subject to increase if You return Car more than 24 hours before
or 24 hours after scheduled Return Time. Late returns may be subject to
extra hour and/or extra day charges.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".
596767485                                        PG 1 OF 7 #01 RT

**DOLLAR** Rental Record#

AZTUC24    0053224    2605   #01 EST

VEHICLE  02194 / 1765304      18 SIR TAUR 3.5 5N
LIC AZ CFK5431  CLS  G   MILES OUT  5176      FUEL OUT  8/8
SAT RADIO  Y    TK CAP  19.0                  STALL

## ESTIMATE OF CHARGES

RENTED: 06/09/18  10:48 @ TUCSON INTL AIRPORT
RETURN: 06/22/18  10:30 @ TUCSON INTL AIRPORT

THIS IS ONLY AN ESTIMATE. Taxable charges are denoted by a T, and
additional details about some charges appear beneath the table. Our
estimates of Your total charges appear on the right of the table below.
Our estimates assume (1) You will rent and return the vehicle at the
times and places indicated, (2) if a mileage charge applies, You will drive
no more than the distance indicated and (3) You will not incur any charges
that either are listed below opposite **** or cannot be calculated until
return. If any of these assumptions is incorrect, additional charges or
charges at higher rates may apply.

| CHARGE RATE / AMOUNT | | | CHARGE ESTIMATE |
| TIME / MILEAGE CHGS: RATE PLAN - RCHW8 | | | CLASS - F |
|---|---|---|---|
| Rental Rate* | 1 @ $ 159.63 per wk | T $ | 159.63 |
| | 6 @ $ 21.99 ex day | T $ | 131.94 |

*Includes Unlimited Miles
**Additional Products**
Fuel Responsibility                         Starting Level (FULL 8/8)
You agree to replace fuel used or pay a refueling charge of
$ 9.99 per gallon OR $ .555 per mile driven.
**Service Charges/Taxes**

| CONCESSION FEE RECOVERY | 11.11% | T $ | 32.56 |
|---|---|---|---|
| CTYCHG/CF+TX | | | 8.50 |
| ENERGY SURCHARGE | | T $ | 1.49 |
| Tax   11.100% On Est. Taxable Ttl $ | 325.62 | $ | 36.14 |
| ADJUSTMENTS | | | |

## TOTAL ESTIMATED CHARGE                    $  370.26

---

**DOLLAR**

## MARK BROWN

Vehicle: 2018 T/
Lot:                                        License: AZ CFI

| Rental Rate* | 1 @ $ 159.63 per \ |
|---|---|
| | 6 @ $ 21.99 ex d |

*Includes Unlimited Miles
**Additional Products**
Frequent Flyer Surcharge
**Fuel Responsibility**                      Starting
You agree to replace fuel used or pay a refuelling char
$ 9.99 per gallon OR $ .555 per mile driven.
**Service Charges/Taxes**

| CONCESSION FEE RECOVERY | 11.11 |
|---|---|
| CTYCHG/CF+TX | |
| ENERGY SURCHARGE | |
| Tax   11.100% On Est. Taxable Ttl $ | 325.6 |
| ADJUSTMENTS | |

## TOTAL ESTIMATED CHARGE

---

Credit Card Authorization Amount $      426.0(
**Rented By Dollar Rent A Car, Inc.**
Vehicle: 02194 / 1765304 LocNum. AZTUC24
Miles Out:       5176    Plan:       RCHW8 (
Rental Location:  TUCSON INTL AIRPORT
Rental Time:      06/09/18 at 10:48 AM
Return Location:  TUCSON INTL AIRPORT
Return Time:      06/22/18 at 10:30 AM

Rental Extensions/Changes or
Emergency Road Service 1-866-434

This estimate assumes you will rent and return at the locati
indicated, and that you will not exceed any mileage limi
Rental Rate subject to increase if You return Car more that
or 24 hours after scheduled Return Time. Late returns ma
extra hour and/or extra day charges.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".
598767485                                        PG 1

CC AUTH WOULD BE   $  426.00

# City of Leon Valley
# Police Department Impound Facility

### 6400 El Verde
### Leon Valley, Texas 78238
### (210) 684-3215  Fax: (210) 684-6988

## FIRST NOTICE

DATE: 06/18/2018

Last known registered owner: HERTZ VEHICLES LLC CUST#131938560

Address: 1711E. BUCKEYE RD, PHOENIX, AZ 85034-4202

Registered lien holder: BNY MELLON TRUST CO

Address: 26933 NORTHWESTERN HWY ST, SOUTHFIELD MI, 48033-4701

Impound Date: 06/14/2018        Tag: JVR0760  A

Make: FORD    Model: TAURU    Vin: 1FAH

he Leon Valley Po
, Leon Valley, Tex
e hours of 8:00 AM

covers the first 24
ate of $20.00 per da
n accruing on 06/1

ve the right to claim
tice on payment of to
ate of Texas Transpo

der to claim the item
t, title and interest in
ion.

## Jimmie Wells

| | |
|---|---|
| **From:** | j.vasquez@leonvalleytexas.gov |
| **Sent:** | Thursday, June 14, 2018 4:24 PM |
| **To:** | j.wells@leonvalleytexas.gov |
| **Cc:** | j.vasquez@leonvalleytexas.gov |

SDX1.86280.JVR0760. 79522624 RR.AZ007C000.SDX1.*228974. TXT RR.AZ007C000 14:22 06/14/2018 40618 14:22
06/14/2018 93312 TX01510Z1 *228974 TXT LIC/CFK5431.LIY/2018.LIT/PC. LIC:CFK5431 001 TAB:CFK5431 EXPIRE:
06/30/2018 VIN:1FAHP2F84JG109664 VYR:2018 VMA:FORD VMO:TAURU VST:4DSD NAM:HERTZ VEHICLES LLC
CUST#:131938560 ADR:1711 E BUCKEYE RD CTY:PHOENIX ST:AZ ZIP:850344202 GVW:008000
TTL:AJ75018040051 ST:AZ DTE: 02/12/2018 1ST LIEN:BNY MELLON TRUST CO NA AMT: DATE: 02/08/2018
ADDR:26933 NORTHWESTERN HWY ST CTY:SOUTHFIELD ST:MI ZIP: 480334701 NO PRIOR PLATES. MRI:
79522624 IN: NLET 168109 AT 14JUN2018 16:22:35 OUT: SDX1 20643 AT 14JUN2018 16:22:35
[        ][insert comment][submit]

1



# Incident Report

**LEON VALLEY POLICE DEPARTMENT**                    **CFS #201803857**                    **Incident #201803857**

## Administrative:

Date Reported: 06/14/2018                                                              CFS#: 201803857

Location Address: **6400 EL VERDE RD**

City: LEON VALLEY                          State: TX     Zip: 78238          District: 3      Beat:        Grid:

Location: **LEON VALLEY POLICE DEPARTMENT**

Occurrence From: 06/14/2018   @ 13:45  To:              @                Day of Week: THU

Status Date: 06/14/2018                   Status: CLEARED BY ADULT ARREST

Type: 48               Description: OTHER OFFENSE / INCIDENT

Reportee: **RAYNES, RENE**                             Address: 6400 EL VERDE

Race: W              Sex: F                                LEON VALLEY, TX 78238

DOB:                 Offense Age:                Home Phone: (210)684-1391    Work Phone:

                     Current Age:               Mobile Phone:

Source of Call:            Time Received:      Time Dispatched:      Time Arrived:       Time Cleared:

Reporting Officer 1 ID: 1176        Name: VASQUEZ #552

Reporting Officer 2 ID:             Name:

Investigating Officer ID: 1260      Name: BROOKS, TERRY 521

## Offense:

Offense: **INTERFERENCE W/PUBLIC DUTIES**

Statute: 38.15(a)                    Code: PC                         Penalty: MB

### Offense M.O.

Type of Location: GOVERNMENT/PUBLIC BUILDINGS         Forced: No

Point of Entry:                              Offender Used: Not Applicable

Method of Entry:                             Bias Motivation: ANTI-NONE

Family Violence: No                          Weapons Involved:

Offense Note:

## Victim:

Victim Type: SOCIETY/PUBLIC                  Business: **STATE OF TEXAS**

                                             Address: 6400 EL VERDE

                                                      LEON VALLEY, TX 78238

                                             Phone:      ( )  -

Victim Note:

**Exhibit B2**

## Offender:

Relationship of Victim to Offender: STRANGER          Address: 5701 WYOMING

**LEON VALLEY POLICE DEPARTMENT**                    CFS #201803857                    **Incident #201803857**

Name: **BROWN, MARK, DAVID**                                        TUCSON, AZ 85757

| | | | |
|---|---|---|---|
| Race: W | Sex: M | Home Phone: | Work Phone: |
| DOB: 07/14/1962 | Offense Age: 55 | Mobile Phone: | |
| Juvenile: N | Current Age: 56 | | |

| | | | | |
|---|---|---|---|---|
| SSN: | Hgt: 6'07" | Wgt: 230 | Skin Tone: | Face Hair: |
| LID: | Hair: BRN | Eyes: BRO | Resident: | Citizen: |
| DL#:  B14355694 | DL State: AZ | DL Type: | | |

| | | | |
|---|---|---|---|
| License Number: | Year: | | Make: |
| License State: | Color: | | Model: |
| License Year: | VIN: | | Style: |

Offender Note:

## Offense:

Offense:  **RESIST ARREST SEARCH OR TRANSPORT**

Statute:  38.03(a)                    Code:  PC                    Penalty:  MA

### Offense M.O.

| | |
|---|---|
| Type of Location:  GOVERNMENT/PUBLIC BUILDINGS | Forced:  No |
| Point of Entry: | Offender Used:  Not Applicable |
| Method of Entry: | Bias Motivation: ANTI-NONE |
| Family Violence:  No | Weapons Involved:  PERSONAL WEAPONS |

Offense Note:

## Victim:

| | |
|---|---|
| Victim Type:  LAW ENFORCEMENT OFFICER | Business: |
| Name: **VASQUEZ #552,** | Address:  6400 EL VERDE RD |
| Race:  W          Sex:  M | LEON VALLEY, TX 78238 |
| DOB: | Home Phone:          Work Phone: 2106843215 |
| Offense Age: | Mobile Phone: |
| Current Age: | |

Injuries: NONE - - - -

Victim Note:

## Offender:

| | |
|---|---|
| Relationship of Victim to Offender:  STRANGER | Address: 5701 WYOMING |
| Name: **BROWN, MARK, DAVID** | TUCSON, AZ 85757 |

| | | | |
|---|---|---|---|
| Race: W | Sex:  M | Home Phone: | Work Phone: |
| DOB: 07/14/1962 | Offense Age: 55 | Mobile Phone: | |
| Juvenile: N | Current Age: 56 | | |

| | | | | |
|---|---|---|---|---|
| SSN: | Hgt: 6'07" | Wgt: 230 | Skin Tone: | Face Hair: |
| LID: | Hair:  BRN | Eyes: BRO | Resident: | Citizen: |
| DL#:  B14355694 | DL State: AZ | DL Type: | | |

| | | | |
|---|---|---|---|
| License Number: | Year: | | Make: |
| License State: | Color: | | Model: |
| License Year: | VIN: | | Style: |

Offender Note:

**LEON VALLEY POLICE DEPARTMENT**          CFS #201803857          Incident #201803857

## Property:

Quantity: 1          Type: **EVIDENCE**                              Description: **MONEY**

Year:                              Make / Brand:                              Model:
Color:                             VIN / Serial#:                             Loss Value: $0.00
Recovered Date:                    Recovered Value:          Stored At:
Owner#:                            NIC#:

Recovered From:                    Recovered Local:  No          Tag/Control:
Owner:                             Release Date:          Released To:

Property Note:

$310.00

## Property:

Quantity: 1          Type: **EVIDENCE**                              Description: **PURSES/HANDBAGS/WALLETS**

Year:                              Make / Brand:                              Model:
Color:                             VIN / Serial#:                             Loss Value: $0.00
Recovered Date:                    Recovered Value:  $0.00          Stored At:
Owner#:                            NIC#:

Recovered From:                    Recovered Local:  No          Tag/Control:
Owner:                             Release Date:          Released To:

Property Note:

WALLET

## Property:

Quantity: 1          Type: **EVIDENCE**                              Description: **CREDIT/DEBIT CARDS**

Year:                              Make / Brand:                              Model:
Color:                             VIN / Serial#:                             Loss Value: $0.00
Recovered Date:                    Recovered Value:  $0.00          Stored At:
Owner#:                            NIC#:

Recovered From:                    Recovered Local:  No          Tag/Control:
Owner:                             Release Date:          Released To:

**LEON VALLEY POLICE DEPARTMENT**                    **CFS #201803857**                    **Incident #201803857**

Property Note:

3 MASTERCARDS
3 VISA CARDS
1 DISCOVER CARD
1 AMERICAN EXPRESS

## Property:

| Quantity: 1 | Type: **EVIDENCE** | | Description: **IDENTITY DOCUMENTS** |
|---|---|---|---|

| Year: | Make / Brand: | | Model: |
|---|---|---|---|
| Color: | VIN / Serial#: | | Loss Value: $0.00 |
| Recovered Date: | Recovered Value: $0.00 | Stored At: | |
| Owner#: | NIC#: | | |
| Recovered From: | Recovered Local: No | Tag/Control: | |
| Owner: | Release Date: | Released To: | |

Property Note:

VA CARD
ARIZONA DEPARTMENT HEALTH SERVICES
ARIZONA MEDICAL MARIJUANA PROGRAM ID
ARIZONA DL B14355694

## Property:

| Quantity: 1 | Type: **EVIDENCE** | | Description: **AUTOMOBILES** |
|---|---|---|---|

| License Number: CFK5431 | License State: AZ | | License Year: |
|---|---|---|---|
| Year: 2018 | Make / Brand: FORD | | Model: TAU |
| Color: BRN | VIN / Serial#: 1FAHP2F84JG109664 | | Loss Value: $0.00 |
| Owner#: | NIC#: | | |
| Recovered Date: | Recovered Value: $0.00 | Stored At: | |
| Recovered From: | Recovered Local: No | Tag/Control: | |
| Owner: HERTZ VEHICLES LLC, | Release Date: | Released To: | |

Property Note:

## Property:

| Quantity: 1 | Type: **EVIDENCE** | | Description: **OTHER** |
|---|---|---|---|

| Year: | Make / Brand: | | Model: |
|---|---|---|---|
| Color: | VIN / Serial#: | | Loss Value: $0.00 |
| Recovered Date: | Recovered Value: $0.00 | Stored At: | |

**LEON VALLEY POLICE DEPARTMENT**  CFS #201803857  Incident #201803857

| | |
|---|---|
| Owner#: | NIC#: |
| Recovered From: | Recovered Local:  No        Tag/Control: |
| Owner:  HERTZ VEHICLES LLC, | Release Date:        Released To: |

Property Note:

3 charging adaptors
1 multi plug outlet with 1 usb cord
1080 fhd camera w 8 gb sd card
ikross usb electronic stand

## Property:

Quantity:  2        Type: **EVIDENCE**                Description: **RECORDINGS-AUDIO/VISUAL**

| | | |
|---|---|---|
| Year: | Make / Brand: | Model: |
| Color: | VIN / Serial#: | Loss Value:  $0.00 |
| Recovered Date: | Recovered Value:  $0.00        Stored At: | |
| Owner#: | NIC#: | |
| Recovered From: | Recovered Local:  No        Tag/Control: | |
| Owner:  HERTZ VEHICLES LLC, | Release Date:        Released To: | |

Property Note:

1 BLACK TABLET

1 CELL PHONE

## Involved:

Code:  SUSPECT 1                Address:  11555 W CULEBRA   360
Name: **PADILLA, JESUS**                SAN ANTONIO, TX 77906

| | | | |
|---|---|---|---|
| Race:  W | Sex:  M | Home Phone: | Work Phone: |
| DOB:  06/30/1990 | Offense Age: 27        Current Age: 28 | Mobile Phone: | |
| DL#:  28082240 | DL State:  TX | Employer: | Occupation: |

## Arrest:

Arrest#:  **201803857**        Date Arrested: 06/14/2018        Time Arrested: 13:45        Cell No:        Date Released:
Name: **BROWN, MARK, DAVID**                Address:  5701 WYOMING
                TUCSON, AZ 85757

| | | | |
|---|---|---|---|
| Race: W | Sex:  M | Home Phone: | Work Phone: |
| DOB: 07/14/1962 | Arrest Age:   55 | Home Phone: | Work Phone: |
| Juvenile:  N | Current Age: 56 | Mobile Phone:        Caution: | |
| DL#:  B14355694 | DL State: AZ        DL Type: | Employer: | Occupation: |

| LEON VALLEY POLICE DEPARTMENT | CFS #201803857 | Incident #201803857 |
|---|---|---|

Arrest Location: 6400 EL VERDE         City:  LEON VALLEY      District:  3
Agency:   LEON VALLEY POLICE DEPARTMENT

Arresting Officer: 1176      VASQUEZ #552
Booking Officer:
Transfer Officer:

**Charge(s):**
**INTERFERENCE W/PUBLIC DUTIES**

Statute: 38.15(a)                 Code:  PC         Penalty:  MB

Charge Note:

**RESIST ARREST SEARCH OR TRANSPORT**

Statute: 38.03(a)                 Code:  PC         Penalty:  MA

Charge Note:

Arrest Narrative:

---

### Narrative:

R - Rene raynes
AP - Mark Brown
SP - Jesus Padilla

During shift briefing at Leon Valley Police Department (6400 El Verde) on 06/14/2018 at 1345 hours, Leon Valley Municipal Court receptionist R announced over the intercom "we need officers to the front immediately!" Officer Yarbrough and I ran to the front Municipal Court Lobby to investigate and navigated thru the crowd due to court being in session. As I approached the front doors of the Municipal Court Lobby, I observed SP standing near the front steps outside of the Municipal court doors with a cell phone in hand. As I exited the building, I saw Detectives attempting to take into custody SP, while AP was standing in close proximity video recording SP's arrest. I then observed Detective J. Wells make contact with AP and repeatedly told him to put his hands behind his back. AP refused Detective Well's command and continued filming SP's arrest. Detective Wells then attempted to arrest AP, while still giving the commands to put his hands behind his back and to stop resisting. I then assisted Detective J. Wells in giving the same commands to AP, to put his hands behind his back and to stop resisting. AP then began to pull away his arms and used his body weight (6'7" 230 lbs) to resist being subdued and arrested by police officers. Officer Farias made the scene and managed to place AP on the ground with AP falling on top of Officer Farias. While on the ground, the AP continued to pull his arms away and place them underneath himself. As officers continued to arrest AP, AP began to violently kick and thrash his body weight forcibly to prevent himself from being arrested. Due to multiple officers struggling to subdue and arrest AP, and it was unknown if AP was in possession of any weapons, I used my electronic control

LEON VALLEY POLICE DEPARTMENT                    CFS #201803857                    Incident #201803857

device (taser) and performed a drive stun on AP's back side of his body, lower abdomen. As the electronic control device (taser) stopped after five seconds, AP continued to resist with officers so I re-applied the electronic control device (taser) drive stun and AP complied. AP then stated he couldn't move, so Leon Valley EMS was called out and AP was placed in EMS unit accompanied by Officer Yarbrough. AP was then transported to University Hospital.

AP was arrested for Interference with Public Duties, due to him being ordered repeatedly by Det. J. Wells and officers to move back while SP was being arrested. AP continued to disregard officers' commands and interefered by video recording SP's arrest within a several feet of officers arresting SP, possibly resulting in injury to himself, SP or officers.

AP was also charged with resisting arrest due to him refusing to comply with officers' repeated commands, and by using his body weight in a thrashing manner to prevent arrest.

AP was given a criminal trespass warning to all Leon Valley Facilities thereof:

CITY OF LEON VALLEY MUNICIPAL COURT OFFICES AND POLICE DEPARTMENT : 6400 EL VERDE RD
CITY OF LEON VALLEY FIRE DEPARTMENT : 6300 EL VERDE RD
CITY OF LEON VALLEY LIBRARY : 6425 EVERS RD
CITY OF LEON VALLEY COMMUNITY : 6427 EVERS RD
CITY OF LEON VALLEY CONFERENCE CENTER : 6421 EVERS RD
CITY OF LEON VALLEY PUBLIC WORKS : 6429 EVERS RD
CITY OF LEON VALLEY PARK : 6440 EVERS
ALL LOCATIONS ARE IN LEON VALLEY TX 78238

Attached items placed in evidence locker as evidence

AP's vehicle was towed to 6429 Evers road for safe keeping from 6635 Bandera

Following property was given to me by Captain Saucedo in regards to the vehicle tow inventory:
3 charging adaptors
1 multi plug outlet with 1 usb cord
1080 fhd camera w 8 gb sd card
ikross usb electronic stand

see report for SP arrest 201803859

# City of Leon Valley
# Police Department Impound Facility

**6400 El Verde**
**Leon Valley, Texas 78238**
**(210) 684-3215  Fax: (210) 684-6988**

# FIRST NOTICE

**DATE: 06/18/2018**

**Last known registered owner:** HERTZ VEHICLES LLC CUST#131938560

**Address: 1711E. BUCKEYE RD, PHOENIX, AZ 85034-4202**

**Registered lien holder:** BNY MELLON TRUST CO

**Address:** 26933 NORTHWESTERN HWY ST, SOUTHFIELD MI, 48033-4701

**Impound Date: 06/14/2018**       **Tag:** JVR0760  AZ

**Make: FORD**     **Model: TAURU**     **Vin: 1FAH**

The above item is being held at the Leon Valley Poli
Facility located at 6400 El Verde, Leon Valley, Texa
Monday thru Friday between the hours of 8:00 AM

that covers the first 24
rate of $20.00 per da
gan accruing on 06/1

have the right to clain
notice on payment of
State of Texas Transp

older to claim the iter
ght, title and interest
ction.

# Incident Report

**LEON VALLEY POLICE DEPARTMENT**                    CFS #201803857                    **Incident #201803857**

## Administrative:

Date Reported: 6/14/2018                                                        CFS#:  201803857

Location Address: **6400 EL VERDE RD**

City:  LEON VALLEY                          State:  TX    Zip:  78238        District:  3      Beat:          Grid:

Location: **LEON VALLEY POLICE DEPARTMENT**

Occurrence From: 06/14/2018   @ 13:45   To:                @                    Day of Week:  THU

Status Date:  6/14/2018                    Status:   CLEARED BY ADULT ARREST

Type:   48                    Description: OTHER OFFENSE / INCIDENT

---

Reportee:  **RAYNES, RENE**                          Address:    6400 EL VERDE

Race:  W                    Sex:  F                                    LEON VALLEY, TX 78238

DOB:                    Offense Age:                    Home Phone:  (210)684-1391        Work Phone:

                    Current Age:                    Mobile Phone:

---

Source of Call:                    Time Received:            Time Dispatched:            Time Arrived:            Time Cleared:

Reporting Officer 1 ID:  1176            Name: VASQUEZ #552

Reporting Officer 2 ID:                    Name:

Investigating Officer ID: 1260            Name: BROOKS, TERRY 521

Entered By:    1176                    Entered Date:  6/14/2018

## Offense:

Offense:  **INTERFERENCE W/PUBLIC DUTIES**

Statute:  38.15(a)                    Code:  PC                        Penalty:  MB

### Offense M.O.

Type of Location:   GOVERNMENT/PUBLIC BUILDINGS            Forced:  No

Point of Entry:                                    Offender Used:  Not Applicable

Method of Entry:                                    Bias Motivation: ANTI-NONE

Family Violence:  No                                Weapons Involved:

Entered By:    1176                                Entered Date:  6/14/2018

Offense Note:

## Victim:

Victim Type:  SOCIETY/PUBLIC                        Business:  **STATE OF TEXAS**

**LEON VALLEY POLICE DEPARTMENT**  CFS #201803857  **Incident #201803857**

| | | | | |
|---|---|---|---|---|
| Name: | | Address: 6400 EL VERDE | | |
| Race: | Sex: | LEON VALLEY, TX 78238 | | |
| DOB: | Offense Age: | Home Phone: | Work Phone: | |
| | Current Age: | Mobile Phone: | | |

Injuries:

Entered By:   1176        Entered Date:   6/14/2018

Victim Note:

---

## Offender:

Relationship of Victim to Offender:  STRANGER            Address:  5701 WYOMING

Name: **BROWN, MARK, DAVID**                              TUCSON, AZ 85757

Race: W            Sex:  M            Home Phone:        Work Phone:

DOB: 7/14/1962     Offense Age: 55    Mobile Phone:

Juvenile: N        Current Age: 56

| | | | | |
|---|---|---|---|---|
| SSN: | Hgt: 6'07" | Wgt: 230 | Skin Tone: | Face Hair: |
| LID: | Hair: BRN | Eyes: BRO | Resident: | Citizen: |
| DL#:  B14355694 | DL State: AZ | DL Type: | | |

| | | | |
|---|---|---|---|
| License Number: | Year: | | Make: |
| License State: | Color: | | Model: |
| License Year: | VIN: | | Style: |

Entered By:   1176                Entered Date:   6/14/2018

Offender Note:

---

## Offense:

Offense:  **RESIST ARREST SEARCH OR TRANSPORT**

Statute:  38.03(a)            Code:  PC            Penalty:  MA

### Offense M.O.

| | |
|---|---|
| Type of Location:  GOVERNMENT/PUBLIC BUILDINGS | Forced:  No |
| Point of Entry: | Offender Used:  Not Applicable |
| Method of Entry: | Bias Motivation: ANTI-NONE |
| Family Violence:  No | Weapons Involved:  PERSONAL WEAPONS |

Entered By:   1176                Entered Date:   6/14/2018

Offense Note:

---

## Victim:

Victim Type:   LAW ENFORCEMENT OFFICER            Business:

Name: **VASQUEZ #552,**            Address:  6400 EL VERDE RD

Race:  W            Sex:  M            LEON VALLEY, TX 78238

DOB:              Offense Age: BB    Home Phone:            Work Phone: 2106843215

Current Age:      Mobile Phone:

Injuries:  NONE - - - - -

Entered By:   1176        Entered Date:   6/14/2018

Victim Note:

---

## Offender:

**LEON VALLEY POLICE DEPARTMENT**          CFS #201803857          Incident #201803857

Relationship of Victim to Offender:  STRANGER          Address:  5701 WYOMING
                                                                  TUCSON, AZ 85757

Name: **BROWN, MARK, DAVID**

| | |
|---|---|
| NO IMAGE AVAILABLE | Race: W          Sex:  M          Home Phone:          Work Phone: |

DOB: 7/14/1962          Offense Age: 55          Mobile Phone:

Juvenile:  N          Current Age:  56

| | | | | |
|---|---|---|---|---|
| SSN: | Hgt: 6'07" | Wgt: 230 | Skin Tone: | Face Hair: |
| LID: | Hair:  BRN | Eyes: BRO | Resident: | Citizen: |
| DL#:  B14355694 | DL State: AZ | DL Type: | | |

| | | |
|---|---|---|
| License Number: | Year: | Make: |
| License State: | Color: | Model: |
| License Year: | VIN: | Style: |

Entered By:     1176          Entered Date:  6/14/2018

Offender Note:

---

## Property:

| Quantity | Type | Description | Brand / Model / Color | VIN / Serial# | Loss Value | Recovered |
|---|---|---|---|---|---|---|
| 1 | EVIDENCE | MONEY | | | 0.00 | |

Entered By:     1176          Entered Date:  6/14/2018          / /

Property Note:

$310.00

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | EVIDENCE | PURSES/HANDBAGS/WALLETS | | | 0.00 | 0.00 |

Entered By:     1176          Entered Date:  6/14/2018          / /

Property Note:

WALLET

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | EVIDENCE | CREDIT/DEBIT CARDS | | | 0.00 | 0.00 |

Entered By:     1176          Entered Date:  6/14/2018          / /

Property Note:

3 MASTERCARDS
3 VISA CARDS
1 DISCOVER CARD
1 AMERICAN EXPRESS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | EVIDENCE | IDENTITY DOCUMENTS | | | 0.00 | 0.00 |

Entered By:     1176          Entered Date:  6/14/2018          / /

Property Note:

VA CARD
ARIZONA DEPARTMENT HEALTH SERVICES
ARIZONA MEDICAL MARIJUANA PROGRAM ID
ARIZONA DL B14355694

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | EVIDENCE | AUTOMOBILES | FORD / TAU / BRN | 1FAHP2F84JG109664 | 0.00 | 0.00 |
| 1 | EVIDENCE | OTHER | | | 0.00 | 0.00 |

Entered By:     1176          Entered Date:  6/14/2018          / /

Property Note:

3 charging adaptors
1 multi plug outlet with 1 usb cord
1080 fhd camera w 8 gb sd card
ikross usb electronic stand

---

**LEON VALLEY POLICE DEPARTMENT**          **CFS #201803857**          **Incident #201803857**

| 2 | EVIDENCE | RECORDINGS-AUDIO/VISUAL | | 0.00 | 0.00 |

Entered By:   1176          Entered Date:  6/20/2018                    / /

Property Note:

1 BLACK TABLET

1 CELL PHONE

---

Stolen:  $0.00                    Recovered:  $0.00                    Damaged:  $0.00

---

## Involved:

Code:  SUSPECT 1                                        Address:  11555 W CULEBRA   360

Name:  **PADILLA, JESUS**                                            SAN ANTONIO, TX 77906

Race:  W                    Sex:  M                    Home Phone:                    Work Phone:

DOB:  6/30/1990          Offense Age: 27          Current Age:  28          Mobile Phone:

DL#:  28082240          DL State:  TX                    Employer:                    Occupation:

Entered By:    1176          Entered Date:  6/14/2018

---

## Arrest:

Arrest#:  **201803857**          Date Arrested: 6/14/2018          Time Arrested: 13:45          Cell No:          Date Released:

NO IMAGE AVAILABLE

Name:  **BROWN, MARK, DAVID**                    Address:  5701 WYOMING

Race:  W                    Sex:  M                    TUCSON, AZ 85757

DOB:  7/14/1962          Arrest Age:  55          Home Phone:                    Work Phone:

Juvenile:  N          Current Age:  56          Mobile Phone:                    Caution:

DL#:  B14355694          DL State: AZ          DL Type:          Employer:          Occupation:

Arrest Location: 6400  EL VERDE                    City:   LEON VALLEY          District:  3

Agency:   LEON VALLEY POLICE DEPARTMENT

Arresting Officer: 1176          VASQUEZ #552

Booking Officer:

Transfer Officer:

Entered By:    1176          Entered Date:  6/14/2018

---

*Charge(s):*

**INTERFERENCE W/PUBLIC DUTIES**

Statute:  38.15(a)                              Code:  PC          Penalty:   MB

Charge Note:

**RESIST ARREST SEARCH OR TRANSPORT**

Statute:  38.03(a)                              Code:  PC          Penalty:   MA

Charge Note:

Arrest Narrative:

---

## Narrative:

# R - Rene raynes
# AP - Mark Brown
# SP - Jesus Padilla

---

LEON VALLEY POLICE DEPARTMENT                         CFS #201803857              Incident #201803857

During shift briefing at Leon Valley Police Department (6400 El Verde) on 06/14/2018 at 1345 hours, Leon Valley Municipal Court receptionist R announced over the intercom "we need officers to the front immediately!" Officer Yarbrough and I ran to the front Municipal Court Lobby to investigate and navigated thru the crowd due to court being in session. As I approached the front doors of the Municipal Court Lobby, I observed SP standing near the front steps outside of the Municipal court doors with a cell phone in hand. As I exited the building, I saw Detectives attempting to take into custody SP, while AP was standing in close proximity video recording SP's arrest. I then observed Detective J. Wells make contact with AP and repeatedly told him to put his hands behind his back. AP refused Detective Well's command and continued filming SP's arrest. Detective Wells then attempted to arrest AP, while still giving the commands to put his hands behind his back and to stop resisting. I then assisted Detective J. Wells in giving the same commands to AP, to put his hands behind his back and to stop resisting. AP then began to pull away his arms and used his body weight (6'7" 230 lbs) to resist being subdued and arrested by police officers. Officer Farias made the scene and managed to place AP on the ground with AP falling on top of Officer Farias. While on the ground, the AP continued to pull his arms away and place them underneath himself. As officers continued to arrest AP, AP began to violently kick and thrash his body weight forcibly to prevent himself from being arrested. Due to multiple officers struggling to subdue and arrest AP, and it was unknown if AP was in possession of any weapons, I used my electronic control device (taser) and performed a drive stun on AP's back side of his body, lower abdomen. As the electronic control device (taser) stopped after five seconds, AP continued to resist with officers so I re-applied the electronic control device (taser) drive stun and AP complied. AP then stated he couldn't move, so Leon Valley EMS was called out and AP was placed in EMS unit accompanied by Officer Yarbrough. AP was then transported to University Hospital.

AP was arrested for Interference with Public Duties, due to him being ordered repeatedly by Det. J. Wells and officers to move back while SP was being arrested. AP continued to disregard officers' commands and interefered by video recording SP's arrest within a several feet of officers arresting SP, possibly resulting in injury to himself, SP or officers.

AP was also charged with resisting arrest due to him refusing to comply with officers' repeated commands, and by using his body weight in a thrashing manner to prevent arrest.

AP was given a criminal trespass warning to all Leon Valley Facilities thereof:

CITY OF LEON VALLEY MUNICIPAL COURT OFFICES AND POLICE DEPARTMENT : 6400 EL VERDE RD

LEON VALLEY POLICE DEPARTMENT                     CFS #201803857                     Incident #201803857

**CITY OF LEON VALLEY FIRE DEPARTMENT : 6300 EL VERDE RD**
**CITY OF LEON VALLEY LIBRARY : 6425 EVERS RD**
**CITY OF LEON VALLEY COMMUNITY : 6427 EVERS RD**
**CITY OF LEON VALLEY CONFERENCE CENTER : 6421 EVERS RD**
**CITY OF LEON VALLEY PUBLIC WORKS : 6429 EVERS RD**
**CITY OF LEON VALLEY PARK : 6440 EVERS**
**ALL LOCATIONS ARE IN LEON VALLEY TX 78238**

**Attached items placed in evidence locker as evidence**

**AP's vehicle was towed to 6429 Evers road for safe keeping from 6635 Bandera**

**Following property was given to me by Captain Saucedo in regards to the vehicle tow inventory:**
**3 charging adaptors**
**1 multi plug outlet with 1 usb cord**
**1080 fhd camera w 8 gb sd card**
**ikross usb electronic stand**

**see report for SP arrest 201803859**

---

**Supplement:** R. Parra 520

On 06/14/2018, I was off duty departing the Leon Valley Police Department. As I was turning east bound on El Verde Rd, I observed SP in front of the main entrance of 6400 El Verde Rd in which I knew Municipal Court was in session. I also knew SP to have an active Criminal Trespass Warning for the Leon Valley Municipal Court building. I observed SP then step onto the Leon Valley Municipal Court building property. As I was exiting my personal vehicle to make contact, Sgt Urdiales then placed SP in custody. I then assisted Officer Vasquez, Sgt Burleson, Detective Wells, and Cpl Farias in restraining AP, who was resisting arrest. After Officer Vasquez performed a drive stun on AP with his Taser, we were able to place him into custody.

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

---

**Supplement:** Cpl. L. Farias 534

On 06-14-2018 at approximately 1345 hrs, I was contacted  via cell phone by Officer R. Parra. R. Parra, who had just ended his shift and was in his personal vehicle and leaving the police station. Officer R. Parra advised me that he observed 'Jesus Padilla' (SP) outside of our City Hall and Police Department. SP is well known for having a criminal trespass warning issued to him for not being allowed on any Leon Valley city property. He has had multiple arrest from the Leon Valley Police Department for criminal trespass and harassment of a police officer.

I made my way to the front of City Hall to assist Officer Parra,  where I observed Officer J. Vasquez,

**LEON VALLEY POLICE DEPARTMENT**                    CFS #201803857                    Incident #201803857

Officer C. Yarbrough, Sgt. Urdiales and Officer R. Parra attempting to restrain a white male later identifed as AP. I clearly heard officers give instructions to AP to quit resisting multiple times, while they were attempting to place his hands behind his back so they can arrest him. After repeated commands were not followed, I grabbed AP to assist other officers and placed him on the ground in an attempt to arrest him.  AP collapsed on top of me and Officer J. Vasquez warned AP several times that he was going to deploy his taser in order to restrain him. After AP failed to comply with officers' commands, Officer J. Vasquez conducted a drive stun to his lower back area. This Taser deployment gave Officers the opportunity to place AP in handcuffs, without further incident.

AP complained of injuries, so Leon Valley EMS was called to the scene. They evaluated him and transported him to the University Hospital. Officer C. Yarbrough accompanied AP. No further action by this officer.

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement:** C.Yarbrough #565

On Thursday June 14, 2018 at 1345 Hours, I responded to the front of 6400 El Verde for an assistance call, I observed Detective Wells struggling with  AP1  as I exited the building.  AP1 began pulling aware and resisting the application of hand cuffs as other officers arrived on the scene.  AP1 was then assisted to the ground,  while on the ground AP1 refuse to comply with the application of the handcuffs again. Officer Vasquez # 552 then dry stunned AP1 on the left side of AP1's lower back twice. Due to AP1 not removing his left hand from under his body.  I was then able to control AP1's left arm and reposition it behind his back as I yelled,"stop resisting!" AP1 complied with the orders and I was able to apply the left handcuff onto AP1 behind his back.  AP1 was then turned onto his right side,  but turned himself on to his back. I then requested EMS to our location for an assessment at the scene.  Prior to the arrival of EMS AP1 was assisted to his feet but refused to stand under his own power.

AP1 complained of pain in his legs and stated he could not stand as he kicked his legs.  EMS arrived and AP1 was assisted onto a gurney and secured in the ambulance.  I stayed with AP1 for security purposes in the ambulance and the hospital.  While in the ambulance AP1 refused to answer any questions from the paramedic crew.  AP1 was then transported to University Hospital.

While at University Hospital, I read AP1 a criminal trespass warning advising the location and addresses of the property AP1 was prohibited from in  The City of Leon Valley, Texas  AP1 stated he would die and he didn't know where the properties were located.

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement:** K Burleson #517

On Thursday, June 14, 2018 at shift change I was conducting roll call when R called over the intercom that she needed officers up front immediately. Officer Vasquez, Officer Yarbrough and I proceeded into

**LEON VALLEY POLICE DEPARTMENT**                    **CFS #201803857**                    **Incident #201803857**

the front lobby of the Municipal Court where I observed officers outside attempting to detain two parties, SP and AP. I could see officers telling them to put their hands behind their backs. Detective King, Detective Brooks and Sgt. Urdiales were observed detaining SP but already had him under control. Detective Wells and Officer Vasquez were attempting to detain AP but AP was pulling away and appeared to be trying to break free from their hold. I saw Officer Parra emerge from the left in an attempt to help take AP into custody. AP continued to yell and refused to comply with requests to stop resisting as he pushed and pulled away from officers attempting to detain him. I put my hand on his left arm in an attempt to assist, but then saw Cpl. Farias jump in from the front taking AP to the ground. AP fell on top of Officer Farias. Officers kept giving verbal commands to stop resisting as we attempted to gain control of AP. AP kept jerking back and forth in an attempt to get free. I heard Officer Vasquez advise of Taser deployment. I got into position to place handcuffs on AP. I was able to get him handcuffed. I then stood by with Officers until EMS arrived to evaluate AP. AP was evaluated by Paramedics J. Valadez and R. Flores. for minor scrapes to his arm. He was then transported to University Hospital for further evaluation. No further action.

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement:** J. WELLS #548

 **LEON VALLEY POLICE DEPARTMENT SUPPLEMENT REPORT** LVPD FORM NO. 65 [3-67]   **DATE:**

**06/14/2018**

MESSAGE HERE: [TYPE OR PRINT ONLY - USE INK]

ON 06/14/2018 AT APPROXIMATELY 1400 HRS, I WAS ON DUTY AND SITTING AT MY DESK INSIDE THE POLICE DEPARTMENT, WHEN I HEARD A REQUEST FOR OFFICERS IN THE LEON VALLEY CITY HALL LOBBY. I IMMEDIATELY PROCEEDED TO THAT LOCATION AND WAS DIRECTED TO THE FRONT ENTRANCE AREA, JUST OUTSIDE THE FRONT DOOR. I OBSERVED A SUBJECT KNOWN TO ME AS JESUS PADILLA DOB-06/30/1990 BEING PLACED UNDER ARREST BY SGT. J. URDIALES. JESUS PADILLA WAS RECENTLY ARRESTED FOR CRIMINAL TRESPASSING ON CITY PROPERTY AND WAS ISSUED A "NO TRESPASS" WARNING BY THE CITY OF LEON VALLEY. JESUS PEDILLA WAS NOW BEING ARRESTED BY SGT URDIALES FOR VIOLATING THIS WARNING AND TRESPASSING AGAIN. I THEN OBSERVED A WHITE ADULT MALE HOLDING A PHONE AND IPAD, WHO APPEARED TO BE VIDEOING MOVING TOWARDS THE LOCATION WHERE THE ARREST WAS TAKING PLACE. WHEN I APPROACHED THIS WHITE ADULT MALE, HE WAS WITHIN FIVE FEET OF SGT J. URDIALES AND JESUS PADILLA. I IMMEDIATELY ADVISED THIS WHITE ADULT MALE THAT "HE NEEDED TO STAND ACROSS THE STREET RIGHT NOW, YOU NEED TO STAND ACROSS THE STREET" I WANTED TO DISTANCE HIM FROM THE ARREST SIGHT FOR HIS OWN SAFETY AND THE SAFETY OF OTHERS. THE WHITE ADULT MALE AFTER BEING TOLD SEVERAL TIMES TO MOVE BACK REFUSED TO MOVE AT WHICH TIME I GRABBED HIS RIGHT ARM AND ATTEMPTED TO DIRECT HIM TO BACK UP. THE

**LEON VALLEY POLICE DEPARTMENT**                    CFS #201803857                    Incident #201803857

ADULT MALE, BEGAN RESISTING AND PULLING AWAY FROM ME. AT THIS TIME OTHER UNIFORMED
OFFICERS ARRIVED AND ASSISTED AND THE ADULT MALE LATER IDENTIFIED AS MARK BROWN
07/14/1966 WAS PLACED UNDER ARREST FOR INTERFERENCE. I WANT TO ADD THAT I WAS DRESSED
IN POLICE FATIGUES PANTS AND SHIRT, DISPLAYING MY POLICE BADGE, DUTY WEAPON AND
POLICE CREDENTIALS. IT WAS APPARENT THIS WHITE ADULT MALE KNEW I WAS A POLICE
OFFICER. THE ADULT MALE WAS LATER IDENTIFIED AS MARK BROWN 07/14/1966, WAS PLACED
UNDER ARREST FOR INTERFERENCE WITH THE DUTIES OF A PUBLIC SERVANT.


_____**JIM WELLS #548**_____
**LEON VALLEY POLICE DEPARTMENT**

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement: 6**

Det Brooks, King and Munoz all assigned to case

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

**Supplement: CID Supplement Brooks #521**

## 06/14/18

On 06/14/18 I was inside the police department building at 6400 El Verde Rd when I heard a request over the
phone system for officers to come to the front lobby immediately.  I ran to the front and noticed Sgt Urdiales
walking out the front lobby doors towards the front entrance area of the police department.  There were
numerous citizens in the lobby area due to court being in session.  When I reached the front door, I observed a
tall white male, later identified as Mark David Brown, holding both arms in the air with recording devices  in each
hand.  At the bottom of the steps I observed a hispanic male, later identified as Jesus Padilla pointing his camera
in the direction of the lobby entrance.  Sgt Urdiales went straight for Padilla and advised him he was under
arrest.  Padilla did not immediatly comply so I grabbed his right arm.  While Sgt Urdiales was placing Padilla in
handcuffs, I heard a commotion immediatley behind us.  I looked and observed Det J. Wells saying something to
Brown, but I could not make it out.  Brown still had both hands in the air with his camera devices.  I turned my
attention back to Padilla to assist Sgt Urdiales in placing Padilla in handcuffs.  That is when I heard the
commotion with Brown escalate.  When I turned around I noticed several officers attempting to place Brown in
custody.  I heard officers giving Brown commands to stop resisting and to put his hands behind his back, but he
was not complying.  Officers were eventually able to get Brown on the ground where he continued to resist with
his arms and flailing his legs.  I was able to grab his legs and hold them until he was placed in handcuffs and
stopped flailing his legs.  Both were provided medical care at the scene.

During the altercation I was handed a tablet and cell phone that I learned belonged to Brown.  I gave these
devices to Ofc J. Vasquez and he placed them into evidence.

After both subjects were placed into custody, I was informed that Padilla was charged with Criminal Trespass

**LEON VALLEY POLICE DEPARTMENT**                    CFS #201803857                    Incident #201803857

due to a notice trespass that had previously been issued to him for 6400 El Verde Rd.  Brown was charged with Interference with Public Duties due to him not complying with officers commands while Padilla was being placed under arrest.

I was advised there was a witness to the incident named Scott Beal.  After speaking with Beal, he agreed to provide a statement to what he saw.  I voluntarily took a statement from Beal at the Leon Valley Police Department.

I was informed later in the day the vehicles that Padilla and Brown were located and had been impounded.  Sgt Gonzales advised Chief Salvaggio tasked myself and Sgt Gonzales with inventorying the vehicles.  The vehicles had been towed to the Leon Valley Police Departments Impound Lot by Chief Salvaggio.  Myself and Sgt Gonzales inventoried Padilla's vehicle and placed any valuable items into property for safe keeping.  I recorded the inventory on my body camera.  Brown's vehicle was not inventoried due to it being locked and no keys available.  I later learned Ofcs had inventoried the vehicle prior to it being towed to the Leon Valley Impountd Lot.

## *Inv T. Brooks #521*

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____

| **Reporting Officer Signature:** |
|---|

Officer's Signature: _____

Date: _____

Supervisor's Signature: _____

Date: _____