# City of Leon Valley Police Department



David Bailey
164 Elizabeth
San Antonio, Texas 78209

June 21, 2018

This letter is to inform you that the Leon Valley Police Department is holding property in which you may have ownership interest. A description of that property is set out below. In accordance with the Texas Code of Criminal Procedure Art. 18.17, if you do not assert your claim within ninety (90) days of the date of this notice, the property will be disposed of and the proceeds, after deducting the reasonable expense of keeping such property and the costs of the disposition, placed into the treasury of the City of Leon Valley. The Police Department is authorized to charge a property processing fee of twenty- five dollars ($25.00) for the processing of all personal property being retrieved by or returned from the property room. The term "Personal Property" as used by this subsection, shall refer to property which, at the time of its release, is not classified as evidence, recovered property, or found property. Fees must be paid by exact cash, cashier's check, money order, or credit card at 3% fee.

You may assert your claim by contacting the Property and Evidence Storage Office, in person, at 6400 El Verde Rd. Leon Valley, Texas 78238 within the next ninety (90) days. You may also be required to present your claim, setting out the facts evidencing ownership to a Municipal Judge. If you have any questions please call (210) 684-1391 Ext. 257.

| CASE # | Date Impounded | Description |
|---|---|---|
| 201803942 Line Flag | 06.21.2018 | Tablet Unknown Brand/ Burned Blue |

*E.R. 567*

Thank you,
**Officer E.Rivera #567**
Property Detail
Leon Valley Police Department



Exhibit D

1

# Authorization for Release of Property

Date: _____

To Whom It May Concern:

I, _____, give authorization to _____
         (Print Name)                                                                          (Print Name)

(My "Authorized Representative") to pick up my property ("Property") that is being held either at the Leon Valley Police Department (LVPD) Property and Evidence Room or in a City of Leon Valley interest-bearing bank account for my benefit.

In the event the Property consists of money, I authorize LVPD to deliver the Property to my Authorized Representative in the form of a City of Leon Valley check payable to my order in the proper amount ("Check"). I understand and agree that it may take up to 5 business days after this form is properly completed, signed and verified by myself and my Authorized Representative and delivered to and received at the LVPD Property and Evidence Room for the check to be prepared and delivered to my Authorized Representative. I also understand and agree that my Authorized Representative will pick up and sign a receipt for the Check at LVPD Property and Evidence Room.

I and my Authorized Representative hereby jointly and severally release the City of Leon Valley, its officers, employees, representatives and attorneys from any and all claims, liabilities, demands, or cause of action for costs, fees, expenses, charges or other sums (including court costs and reasonable attorney's fees) of any nature or type whatsoever, which are directly or indirectly related to LVPD's delivery and release of the Check to my Authorized Representative.

I and my Authorized Representative hereby jointly and severally indemnify and hold the City of Leon Valley, its officers, employees, representatives and attorneys harmless from and against any and all claims, liabilities, demands, or causes of action for costs, fees, expenses, charges or other sums (including court costs and reasonable attorney's fees) of any nature of type whatsoever, which are directly or indirectly related to LVPD's delivery and release of the Check to my Authorized Representative.

_____     _____     _____
Signature of Owner                                          Date                        Social Security #

_____     _____     _____
Signature of Authorized Representative                       Date                        Driver's License or ID #

Sworn to and subscribed to before me on this _____ day of _____, 20____.

_____
Notary Public, State of Texas
Exp. Date _____

18-3943
6.21.18





POLICE DEPARTMENT
CITY OF LEON VALLEY
6400 EL VERDE RD.
LEON VALLEY, TEXAS 78238

CERTIFIED MAIL
7017 2680 0001 0267 3815

RECEIVED JUN 2 8 2018 BY:

PROPERTY ROOM

NIXIE    782    DE 1    0006/27/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 78238232200    *2893-04455-27-15

18-3942

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>David Bailey<br>1604 Elizabeth<br>San Antonio, Texas 78209 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3340 7227 2233 39 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2680 0001 0267 3815 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053   18-3942 | Domestic Return Receipt |

 

# City of Leon Valley Police Department

Joseph Pierce
644 Kerry St.
Crowley, Texas 76036

June 27, 2018

This letter is to inform you that the Leon Valley Police Department is holding property in which you may have ownership interest. A description of that property is set out below. In accordance with the Texas Code of Criminal Procedure Art. 18.17, if you do not assert your claim within ninety (90) days of the date of this notice, the property will be disposed of and the proceeds, after deducting the reasonable expense of keeping such property and the costs of the disposition, placed into the treasury of the City of Leon Valley. The Police Department is authorized to charge a property processing fee of twenty- five dollars ($25.00) for the processing of all personal property being retrieved by or returned from the property room. The term "Personal Property" as used by this subsection, shall refer to property which, at the time of its release, is not classified as evidence, recovered property, or found property. Fees must be paid by exact cash, cashier's check, money order, or credit card at 3% fee.

You may assert your claim by contacting the Property and Evidence Storage Office, in person, at 6400 El Verde Rd. Leon Valley, Texas 78238 within the next ninety (90) days. You may also be required to present your claim, setting out the facts evidencing ownership to a Municipal Judge. If you have any questions please call (210) 684-1391 Ext. 257.

| CASE # | Date Impounded | Description |
|---|---|---|
| 201804036 | 06.23.2018 | |

Black Computer Mouse/ Silver USB Cord/ Small Tripod/ Outdoor Product Backpack/
Brown Box with 2 Batteries and USB Cord/ Cell Ph[one]
White Samsung AC Adapter/ Black ZTE Wall Plug
Portable Charger (Cigarette Plug)/ Wall Plug Char[ger]
Debit Mastercard/ Black Electrical Tape/ $19.50 US[D]

*Erika R. 567*

Thank you,
**Officer E. Rivera #567**
Property Detail
Leon Valley Police Department

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$ 6.67
Sent To
Joseph Pierce
Street and Apt. No., or PO Box No.
644 Kerry St.
City, State, ZIP+4®
Crowley Texas 76036

Postmark Here

7017 2680 0001 0267 3860

1

# Authorization for Release of Property

Date: _____

To Whom It May Concern:

I, _____, give authorization to _____
              (Print Name)                                                        (Print Name)

(My "Authorized Representative") to pick up my property ("Property") that is being held either at the Leon Valley Police Department (LVPD) Property and Evidence Room or in a City of Leon Valley interest-bearing bank account for my benefit.

In the event the Property consists of money, I authorize LVPD to deliver the Property to my Authorized Representative in the form of a City of Leon Valley check payable to my order in the proper amount ("Check"). I understand and agree that it may take up to 5 business days after this form is properly completed, signed and verified by myself and my Authorized Representative and delivered to and received at the LVPD Property and Evidence Room for the check to be prepared and delivered to my Authorized Representative. I also understand and agree that my Authorized Representative will pick up and sign a receipt for the Check at LVPD Property and Evidence Room.

I and my Authorized Representative hereby jointly and severally release the City of Leon Valley, its officers, employees, representatives and attorneys from any and all claims, liabilities, demands, or cause of action for costs, fees, expenses, charges or other sums (including court costs and reasonable attorney's fees) of any nature or type whatsoever, which are directly or indirectly related to LVPD's delivery and release of the Check to my Authorized Representative.

I and my Authorized Representative hereby jointly and severally indemnify and hold the City of Leon Valley, its officers, employees, representatives and attorneys harmless from and against any and all claims, liabilities, demands, or causes of action for costs, fees, expenses, charges or other sums (including court costs and reasonable attorney's fees) of any nature of type whatsoever, which are directly or indirectly related to LVPD's delivery and release of the Check to my Authorized Representative.

_____       _____       _____
Signature of Owner                                                Date                Social Security #

_____       _____       _____
Signature of Authorized Representative                         Date                Driver's License or ID #

Sworn to and subscribed to before me on this _____ day of _____, 20_____.

_____
Notary Public, State of Texas
Exp. Date _____

18-4036



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph Pierce
1044 Kerry St.
Crowley, Texas 76036

9590 9402 3340 7227 2232 54

2. Article Number *(Transfer from service label)*

7017 2680 0001 0267 3860

PS Form 3811, July 2015 PSN 7530-02-000-9053    18-4036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*: Joe Pierce

C. Date of Delivery: 7-3-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt




# City of Leon Valley Police Department

James Springer
3006 Chiesa
Rowlett, Texas 75088

July 10, 2018

This letter is to inform you that the Leon Valley Police Department is holding property in which you may have ownership interest. A description of that property is set out below. In accordance with the Texas Code of Criminal Procedure Art. 18.17, if you do not assert your claim within ninety (90) days of the date of this notice, the property will be disposed of and the proceeds, after deducting the reasonable expense of keeping such property and the costs of the disposition, placed into the treasury of the City of Leon Valley. The Police Department is authorized to charge a property processing fee of twenty-five dollars ($25.00) for the processing of all personal property being retrieved by or returned from the property room. The term "Personal Property" as used by this subsection, shall refer to property which, at the time of its release, is not classified as evidence, recovered property, or found property. Fees must be paid by exact cash, cashier's check, money order, or credit card at 3% fee.

You may assert your claim by contacting the Property and Evidence Storage Office, in person, at 6400 El Verde Rd. Leon Valley, Texas 78238 within the next ninety (90) days. You may also be required to present your claim, setting out the facts evidencing ownership to a Municipal Judge. If you have any questions please call (210) 684-1391 Ext. 257.

| CASE # | Date Impounded | Description |
|---|---|---|
| 201803942 | 06.18.2018 | Ruger SR40c SN: 345-03584/ Ruger Magazine/ Blackhawk |

Thank you,
**Officer E. Rivera #567**
Property Detail
Leon Valley Police Department

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Total Postage and Fees $ 6.67
Sent To James Springer
Street and Apt. No., or PO Box No. 3006 Chiesa
City, State, ZIP+4® Rowlett, Texas 75088

1

USPS TRACKING #

9590 9402 3340 7227 2231 79

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

- Sender: Please print your name, address, and ZIP+4® in this box•

LEON VALLEY POLICE DEPT.
6400 El Verde Road
Leon Valley, Texas 78238

ROPERTY ROOM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Springer
3006 Chiesa
Rowlett, Texas 75088

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3340 7227 2231 79

2. Article Number (Transfer from service label)

7017 2680 0001 0267 3969

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): James Springer

C. Date of Delivery: 7/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    18-3942    Domestic Return Receipt