UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER; ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL NO. SA-18-CA-680-FB |
| § | |
| CHIEF JOSEPH SALVAGGIO; ET AL. § | |
| § | |
| Defendants. § | |

**ORDER ON PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

After considering Defendant's City of Leon Valley's Response to Plaintiffs' Motion for Preliminary Injunction and responses therein, the Court hereby DENIES Plaintiffs' Motion for Preliminary Injunction.

SIGNED on this ___ day of _____, 2018.

_____
U.S. DISTRICT JUDGE