AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Zinter, et al<br>*Plaintiff*<br>v.<br>Salvaggio, et al<br>*Defendant* | Civil Action No. 18-cv-00680 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Det. J. Wells #548"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206

Courtroom No.: Courtroom A on 4th Floor
Date and Time: 10/04/2018 4:31 pm

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal building relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

CLERK OF COURT

OR

_____    _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs** , who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT A**

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Zinter, et al
*Plaintiff*
v.
Salvaggio, et al
*Defendant*

Civil Action No. 18-cv-00680

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Farias #534"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 Am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal building relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

CLERK OF COURT

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs
, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Zinter, et al
*Plaintiff*
v.
Salvaggio, et al
*Defendant*

Civil Action No. 18-cv-00680

## SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Person/Person(s) who partipated in the June 14, 2018 arrest of Mark Brown.

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
| --- | --- |
|  | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable):*
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal building relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

CLERK OF COURT

OR

*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs
_____, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Zinter, et al
*Plaintiff*
v.
Salvaggio, et al
*Defendant*

Civil Action No. 18-cv-00680

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Detective Terry Brooks.

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206

Courtroom No.: Courtroom A on 4th Floor
Date and Time: 10/04/2018 9:31 am

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal building relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the Instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Plaintiffs__
___, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033, 248-291-9719.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▼

| | |
|---|---|
| Zinter, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-cv-00680 |
| Salvaggio, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "E. Rivera #567"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: 1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municipal building relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the Instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs**
_____, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Zinter, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-cv-00680 |
| Salvaggio, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Records Custodian

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: 1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal building relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

CLERK OF COURT

OR

_____    /s/ *(signature)*
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs**
_____, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Zinter, et al
*Plaintiff*
v.
Salvaggio, et al
*Defendant*

Civil Action No. 18-cv-00680

## SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Chief Joe Salvaggio.

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
| --- | --- |
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal building relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs , who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▼

| | |
|---|---|
| Zinter, et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 18-cv-00680 |
| Salvaggio, et al ) | |
| *Defendant* ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Rudy Munoz"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable):*
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municipal building relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs** , who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Western District of Texas ▾

| | |
|---|---|
| Zinter, et al<br>*Plaintiff*<br>v.<br>Salvaggio, et al<br>*Defendant* | )<br>)<br>) Civil Action No. 18-cv-00680<br>)<br>) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Vasquez #552"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

| CLERK OF COURT | OR | /s/ Solomon Radner |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs**, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Zinter, et al | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-cv-00680 |
| Salvaggio, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Cpl Chad Mandry #540"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
| --- | --- |
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: 1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municipal building relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR

_____                             _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs** _____, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Zinter, et al *Plaintiff* v. Salvaggio, et al *Defendant* | Civil Action No. 18-cv-00680 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Sgt. J. Urdiales #555"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR

_____        _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs**, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**charles frigerio**

**From:** Solomon Radner <sradner@excololaw.com>
**Sent:** Thursday, September 27, 2018 10:54 AM
**To:** Adolfo Ruiz <adolfo.ruiz@rampage-sa.com>
**Cc:** Charles S. Frigerio <csfrigeriolaw@sbcglobal.net>; Patrick Bernal <patrick.bernal@rampage-sa.com>
**Subject:** RE: Upcoming hearing

Attached. I anticipate 20-30 minutes per witness at most. I will have very specific questions for each witness based on the documents I have.

Again, if you get me the subpoenaed items earlier than the hearing, we can likely skip witnesses altogether.