IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER; JACK MILLER; BRIAN HOWD; JAMES A. MEAD; JOSEPH BRANDON PIERCE; MARK BROWN; DAVID BAILEY; JUAN GONZALES JR.; KEVIN EGAN; JONATHON GREEN; JAMES SPRINGER<br><br>    Plaintiffs,<br><br>VS.<br><br>CHIEF JOSEPH SALVAGGIO; LIEUTENANT DAVID ANDERSON; DEPUTY JANE DOE GOLDMAN; OFFICER JOHNNY VASQUEZ; CPL CHAD MANDRY; SERGEANT JOHN DOE; OFFICER JIMMIE WELLS; CPL. LOUIS FARIAS, BADGE 534; OFFICER BRANDON EVANS, BADGE 556; OFFICER UZIEL HERNANDEZ; JOHN DOE TASER 1; JOHN DOE TASER 2 AND THE CITY OF LEON VALLEY, A POLITICAL SUBDIVISION OF THE STATE OF TEXAS<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ CIVIL ACTION NO. 5:18-CV-0680-FB |

## **ORDER**

**ON THIS DAY** came on to be considered Defendant's Objections to Subpoenas and Motion to Quash and after considering said motion the Court is of the opinion that said motion is meritorious;

**IT IS THEREFORE, ORDERED** that Defendants' Objections to Subpoenas and Motion to quash is hereby Granted.

SIGNED this _____ day of _____, 2018.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE