**From:** Solomon Radner [mailto:sradner@excololaw.com]
**Sent:** Thursday, September 27, 2018 10:54 AM
**To:** Adolfo Ruiz <adolfo.ruiz@rampage-sa.com>
**Cc:** Charles S. Frigerio <csfrigeriolaw@sbcglobal.net>; Patrick Bernal <patrick.bernal@rampage-sa.com>
**Subject:** RE: Upcoming hearing

Attached. I anticipate 20-30 minutes per witness at most. I will have very specific questions for each witness based on the documents I have.

Again, if you get me the subpoenaed items earlier than the hearing, we can likely skip witnesses altogether.

**From:** Solomon Radner
**Sent:** Friday, September 21, 2018 1:51 PM
**To:** Adolfo Ruiz <adolfo.ruiz@rampage-sa.com>
**Cc:** Charles S. Frigerio <csfrigeriolaw@sbcglobal.net>; Patrick Bernal <patrick.bernal@rampage-sa.com>
**Subject:** Re: Upcoming hearing

Thank you both. Will get them out to you shortly.

Once you review them, please let me know if you would agree to produce the subpoenaed items prior to the hearing, which would likely save time and probably reduce the need for some testimony.

Thanks again.

-- Sent on my iPhone. Please excuse brevity and tpyos.
Solomon M. Radner, Attorney & Counselor
Excolo Law PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
Direct: 248-291-9719
Fax: 866-571-1020
Email: SRadner@ExcoloLaw.com

On Sep 21, 2018, at 1:48 PM, Adolfo Ruiz <adolfo.ruiz@rampage-sa.com> wrote:

Solomon:  I left you a voice mail a little while ago.  We will accept via email.

<image001.jpg>
A Professional Corporation

Adolfo Ruiz
Senior Associate
2517 N. Main Avenue
San Antonio, Texas 78212



(210) 227-3243
(210) 225-4481 (Fax)
Email: adolfo.ruiz@rampage-sa.com
www.rampagelaw.com

CONFIDENTIALITY NOTICE

This transmission is intended for the individual or entity to which it is addressed, and may be information that is PRIVILEGED & CONFIDENTIAL.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient and have received this information in error, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited.  If you have received this communication in error, please notify us immediately by replying to the message and deleting if from your computer.  Thank you.

**From:** Solomon Radner [mailto:sradner@excololaw.com]
**Sent:** Friday, September 21, 2018 11:30 AM
**To:** Charles S. Frigerio <csfrigeriolaw@sbcglobal.net>
**Cc:** Patrick Bernal <patrick.bernal@rampage-sa.com>; Adolfo Ruiz <adolfo.ruiz@rampage-sa.com>
**Subject:** RE: Upcoming hearing

Thank you for the courtesy, Charles.

The attorneys for the City are cc'ed as well this time.

Patrick and Adolof: Do you consent to me emailing you subpoenas for the upcoming hearing, or do I need to have a process server bring them to your office?

Thanks in advance.

**From:** Charles S. Frigerio [mailto:csfrigeriolaw@sbcglobal.net]
**Sent:** Friday, September 21, 2018 12:23 PM
**To:** Solomon Radner <sradner@excololaw.com>
**Subject:** RE: Upcoming hearing

Counsel,

My clients subpoenas can be emailed to my office.
Please be advised that any subpoenas for documents or surveillance footage should be served on the Attorneys representing the City of Leon Valley.
Thanks,



Charles S. Frigerio | Attorney at Law | Law Offices of Charles S Frigerio PC
Riverview Towers | 111 Soledad, Ste 840 | San Antonio, TX | 78205
T: 210.271.7877 | F: 210.271.0602 | Email: csfrigeriolaw@sbcglobal.net

<image005.jpg>    <image006.png>    <image007.png>

ATTORNEY/CLIENT PRIVILEGED COMMUNICATION: ***CONFIDENTIALITY NOTICE***The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank You.

**From:** Solomon Radner <sradner@excololaw.com>
**Sent:** Thursday, September 20, 2018 6:56 PM
**To:** csfrigeriolaw@sbcglobal.net; frigeriolaw1995@sbcglobal.net
**Subject:** Upcoming hearing

Mr. Frigerio,

I hope all is well.

Please advise if I have to mail you hardcopies of subpoenas or if I can just email them to you.

Other than the officers, I will need to subpoena the surveillance footage that shows the alleged door blocking on June 18, 2018. I also need to subpoena all other warrants and affidavits for warrants that have been prepared or submitted by your clients.

Thanks.

-- Sent on my iPhone. Please excuse brevity and tpyos.
Solomon M. Radner, Attorney & Counselor
Excolo Law PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
Direct: 248-291-9719
Fax: 866-571-1020
Email: SRadner@ExcoloLaw.com

*This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-529-3476 and delete the message.*

*This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-529-3476 and delete the message.*

*This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-529-3476 and delete the message.*

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▾

| | |
|---|---|
| Zinter, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-cv-00680 |
| Salvaggio, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Chief Joe Salvaggio.

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: 
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR  _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Plaintiffs__, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Zinter, et al </br> *Plaintiff* </br> v. </br> Salvaggio, et al </br> *Defendant* | ) ) ) ) ) Civil Action No. 18-cv-00680 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Cpl Chad Mandry #540"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor </br> Date and Time: 10/04/2018 9:31 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Plaintiffs__ , who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Zinter, et al )
*Plaintiff* )
v. ) Civil Action No. 18-cv-00680
Salvaggio, et al )
*Defendant* )

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Det. J. Wells #548"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
| | Date and Time: 10/04/2018 4:31 pm |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: 1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs** _____, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▼

| | |
|---|---|
| Zinter, et al ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 18-cv-00680 |
| Salvaggio, et al ) | |
| _Defendant_ ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Detective Terry Brooks.

_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 4:31 pm |

You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

CLERK OF COURT

OR _/s/ signature_

_Signature of Clerk or Deputy Clerk_     _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ **Plaintiffs**, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▼

| | |
|---|---|
| Zinter, et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 18-cv-00680 |
| Salvaggio, et al ) | |
| *Defendant* ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "E. Rivera #567"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR _[signature]_

*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Plaintiffs__ , who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▼

| | |
|---|---|
| Zinter, et al *Plaintiff* v. Salvaggio, et al *Defendant* | ) ) ) ) ) Civil Action No. 18-cv-00680 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Farias #534"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 Am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: 
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR _____/s/_____

_____              _____
*Signature of Clerk or Deputy Clerk*                                   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Plaintiffs__, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Zinter, et al<br>*Plaintiff*<br>v.<br>Salvaggio, et al<br>*Defendant* | )<br>)<br>)  Civil Action No. 18-cv-00680<br>)<br>) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Person/Person(s) who partipated in the June 14, 2018 arrest of Mark Brown.

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR  /s/ *Attorney's signature*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs
_____, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▼

| | |
|---|---|
| Zinter, et al *Plaintiff* v. Salvaggio, et al *Defendant* | ) ) ) ) ) Civil Action No. 18-cv-00680 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Records Custodian

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: 1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  09/21/2018

*CLERK OF COURT*

OR  _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  **Plaintiffs** , who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Zinter, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-cv-00680 |
| Salvaggio, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Rudy Munoz"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 4:31 pm |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiffs**, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Zinter, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-cv-00680 |
| Salvaggio, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Sgt. J. Urdiales #555"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal building relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

_____      OR      _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Plaintiffs__, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▼

| | |
|---|---|
| Zinter, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-cv-00680 |
| Salvaggio, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "Vasquez #552"

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206 | Courtroom No.: Courtroom A on 4th Floor |
|---|---|
| | Date and Time: 10/04/2018 9:31 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: 1. June 14 2018 surveillance footage and June 18, 2018 surveillance footage from the Leon Valley municpal buildling relating to Cause No. 577789 vs Bailey, and Cause Nos. 577193, 577195 respectively. Also bring all video footage of these incidents, that is owned by Leon Valley or its police officers.
2. All drafted warrants, affidavits, and reports identifying any party or property in the instant action.
3. All copies of the post(s)/comment(s) that gave rise to criminal case 2018CR7461.
4. All communications to or from any Leon Valley employee that relate to the property/parties in this action.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2018

*CLERK OF COURT*

OR  /s/ *[signature]*

*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  **Plaintiffs**, who issues or requests this subpoena, are:

Solomon Radner, EXCOLO LAW PLLC, 26700 Lasher Road, Suite 400, Southfield, MI 48033. 248-291-9719.

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).