UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; ET AL. | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | CIVIL NO. SA-18-CA-680-FB |
| CHIEF JOSEPH SALVAGGIO; ET AL. | § § § | |
| **Defendants.** | § | |

## ORDER ON CITY OF LEON VALLEY'S OBJECTIONS TO PLAINTIFFS' SUBPOENAS AND MOTION TO QUASH

After considering Defendant's City of Leon Valley's ("City") Objections to Plaintiffs' Subpoenas and Motion to Quash and responses therein, the Court hereby GRANTS Defendant City's Objections and Motion to Quash.

SIGNED on this ___ day of _____, 2018.

_____
U.S. DISTRICT JUDGE