UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER, JACK MILLER, BRIAN HOWD, JAMES A. MEAD, JOSEPH BRANDON PIERCE, MARK BROWN, DAVID BAILEY, JUAN GONZALES JR, KEVIN EGAN, JONATHON GREEN, JAMES SPRINGER | § § § § § § § CIVIL NO: SA:18-CV-00680-FB |
| vs. | |
| JOSEPH SALVAGGIO, JOHN DOE ANDERSON, JANE DOE GOLDMAN, JOHN DOE VASQUEZ, C MANDRY, JOHN DOE, JIM WELLS, L FARIAS, JOHN DOE EVANS, JOHN DOE HERNANDEZ, JOHN DOE TAZER 1, JOHN DOE TAZER 2, THE CITY OF LEON VALLEY, TEXAS | |

## LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. | 1. Chief Joseph Salvaggio |
| 2. | 2. Detective Terry Brooks |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |