UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER, JACK MILLER, BRIAN HOWD, JAMES A. MEAD, JOSEPH BRANDON PIERCE, MARK BROWN, DAVID BAILEY, JUAN GONZALES JR, KEVIN EGAN, JONATHON GREEN, JAMES SPRINGER | § § § § § § | CIVIL NO: SA:18-CV-00680-FB |

vs.

JOSEPH SALVAGGIO, JOHN DOE ANDERSON, JANE DOE GOLDMAN, JOHN DOE VASQUEZ, C MANDRY, JOHN DOE, JIM WELLS, L FARIAS, JOHN DOE EVANS, JOHN DOE HERNANDEZ, JOHN DOE TAZER 1, JOHN DOE TAZER 2, THE CITY OF LEON VALLEY, TEXAS

# EXHIBITS

| Exhibit | Description | Date Admitted |
|---|---|---|
| P-A | Affidavit for Search Warrant & Search Warrant | 10/04/2018 |
| P-B | Affidavit for Search Warrant & Search Warrant | 10/04/2018 |
| D-1 | YouTube Picture | 10/04/2018 |
| D-2 | YouTube Address of James Freeman | 10/04/2018 |
| D-3 | Leon Valley Police Department CD | 10/04/2018 |
| DC-B | Copies of charge & dispositions filed with Bexar County Court House | 10/04/2018 |
| DC-C | Video | 10/04/2018 |

**Court admits for purposes of this hearing only**