# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. SA-18-CA-680-FB |
| | § | |
| CHIEF JOSEPH SALVAGGIO; ET AL. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT, CITY OF LEON VALLEY'S NOTICE OF TRADITIONAL FILING OF VIDEO RECORDING

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW Defendant, CITY OF LEON VALLEY, ("City") and files this its notice of traditional filing of video tendered by the City as Defendant's video exhibit at the October 4, 2018, Preliminary Injunction hearing. The video depicting the June 14, 2018 incident as shown to the Court by Defendant's counsel was not readily available in an acceptable format to introduce as evidence at the time of the hearing. With the Court's permission and no objection from Plaintiffs' counsel, the City at this time tenders a copy of the video identified as 1184@201806141351070, and introduced into evidence from recording time sequence from 00:00 to 01:51. Said recording is on the flash drive which accompanies this motion. **Exhibit A.**

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 North Main Avenue
San Antonio, Texas 78212
Telephone:     (210) 227-3243
Facsimile:     (210) 225-4481
patrick.bernal@rampage-sa.com
adolfo.ruiz@rampage-sa.com

By: _____

PATRICK C. BERNAL
State Bar No. 02208750
ADOLFO RUIZ
State Bar No. 17385600
COUNSEL FOR DEFENDANT CITY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served upon the below named individual(s) via e-filing, and according to the Federal Rules of Civil Procedure on the ____ day of October, 2018.

Brandon J. Grable                                       **E-NOTIFICATION**
GRABLE LAW FIRM PLLC
1603 Babcock Road, Suite 118
San Antonio, Texas 78229

Solomon M. Radner                                    **E-NOTIFICATION**
EXCOLO LAW, PLLC
26700 Lahser Rd, Suite 401
Southfield, MI 48033

Charles S. Frigerio                                       **E-NOTIFICATION**
Law Offices of Charles S. Frigerio PC
111 Soledad, Ste. 840
San Antonio, Texas 78205

_____
PATRICK C. BERNAL
ADOLFO RUIZ