THE VIDEO RECORDINGS WILL BE MAILED UNDER SEPARATE COVER



Exhibit A