**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

RUSSELL ZINTER, et al;                                    CIVIL ACTION NO: 5:18-CV-680

    *Plaintiffs*,

VS.

CHIEF JOSEPH SALVAGGIO, et al;

    *Defendants*.
_____/

**NOTICE OF TRADITIONAL FILING OF SUPPLEMENTAL EXHIBITS RELATED TO THE OCTOBER 4, 2018 HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

NOW COME Plaintiffs, by and through their attorneys, and hereby gives notice of traditional filing of video exhibits C, D and E, related to the hearing that took place on October 4, 2018, concerning Plaintiffs' Motion for Preliminary Injunction. Exhibits C and D are body-camera videos from the June 14, 2018 incident and Exhibit E is a body-camera video from the June 18, 2018 incident. Said video exhibits shall be filed conventionally with the Court and are on the DVD which accompanies this Motion, a copy of which is attached hereto.

                                              Respectfully Submitted,

                                              **EXCOLO LAW, PLLC**

Dated: October 8, 2018

                                              */s/ Solomon M. Radner*
                                              Solomon M. Radner (admitted *pro hac vice*)
                                              Attorney for Plaintiffs
                                              26700 Lahser Rd, Suite 401
                                              Southfield, MI 48033
                                              248-291-9712
                                              sradner@excololaw.com

## **PROOF OF SERVICE**

On October 8, 2018, the undersigned served this notice on all known parties of record by efiling it on this Court's efiling system which will send notice to all counsel of record for all parties, with the exception of the Doe defendants who have yet to be identified. The video exhibits have been mailed to the Court and all defense counsel at their addresses listed on the case caption on the same date of this filing.

*/s/ Solomon M. Radner*