IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER, JACK MILLER, BRIAN HOWD, JAMES A. MEAD, JOSEPH BRANDON PIERCE; MARK BROWN; DAVID BAILEY; JUAN GONZALES JR., KEVIN EGAN, JONATHON GREEN, and JAMES SPRINGER, | ) ) ) ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| V. | ) ) ) |
| CHIEF JOSEPH SALVAGGIO; LIEUTENANT *JOHN DOE* ANDERSON; OFFICER *JANE DOE* GOLDMAN; OFFICER *JOHN DOE* VASQUEZ; CPL. C. MANDRY; SERGEANT *JOHN DOE*; DETECTIVE JIM *WELLS*; OFFICER L. FARIAS, Badge 534; OFFICER *JOHN DOE* EVANS, Badge 556; OFFICER *JOHN DOE* HERNANDEZ; *JOHN DOE TAZER 1*; *JOHN DOE TAZER 2*; and THE CITY OF LEON VALLEY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

CIVIL ACTION NO. SA-18-CA-680-FB

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the United States Magistrate Judge (docket no. 45), which was filed in this cause on September 14, 2018. The Report and Recommendation concerns Plaintiffs' Second Motion for Temporary Restraining Order. (Docket no. 40). To date, no objections to the Report and Recommendation have been filed.[1]

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review.  *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.").  The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law.  *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge (docket no. 45), filed in this cause on September 14, 2018, is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiffs' Second Motion for Temporary Restraining Order (docket no. 40) is DENIED.

It is so ORDERED.

SIGNED this 10th day of October, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE