IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER *ET AL*. | § § § | |
| *Plaintiffs*, | § § | 5-18-CV-00680-FB-RBF |
| vs. | § § § | |
| CHIEF JOSEPH SALVAGGIO *ET AL.* | § § § | |
| *Defendants*. | § § § § | |

## ORDER

Before the Court are: (1) the Motion to Quash filed by Defendants Chief Salvaggio, Lieutenant Anderson, and Officers Vasquez, Mandry, Wells, Farias, Evans, and Hernandez, Dkt. No. 50; (2) the Motion to Quash and Motion for Protective Order filed by non-party Brandon Ramsey, Dkt. No. 51; and (3) the Motion to Quash filed by Defendant City of Leon Valley, Dkt. No. 52. This case was assigned to the undersigned for disposition of all pre-trial matters, including any requests for injunctive relief, pursuant to Rules CV-72 and 1 of Appendix C to the Local Rules for the United States District Court for the Western District of Texas. *See* Dkt. No. 42.

On October 4, 2018, the undersigned held a hearing on the motions, all of which related to Plaintiffs' Motion for Preliminary Injunction, at which counsel for all parties and non-party Ramsey appeared. Counsel for Plaintiffs had an opportunity to address the merits of the motions at the hearing. For the reasons stated on the record at the October 4 hearing, **IT IS ORDERED THAT**:

1) Defendants' Motions to Quash, Dkt. Nos. 50 and 52 are **DISMISSED AS MOOT**. Based on the representations of counsel at the hearing, the parties have reached an agreement regarding the substance of these motions.

2) Ramsey's Motion to Quash and Motion for Protective Order, Dkt. No. 51 is **GRANTED**. Except as otherwise agreed to by Plaintiffs and Ramsey, Ramsey is not required to produce documents responsive to Plaintiffs' subpoena served on October 3, 2018 or to testify at the October 4, 2018 hearing.

**IT IS SO ORDERED**.

SIGNED this 10th day of October, 2018.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE