IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER; JACK MILLER; <br> BRIAN HOWD; JAMES A. MEAD; <br> JOSEPH BRANDON PIERCE; MARK BROWN; <br> DAVID BAILEY; JUAN GONZALES JR.; <br> KEVIN EGAN; JONATHON GREEN; <br> JAMES SPRINGER <br><br> Plaintiffs, <br><br> VS. <br><br> CHIEF JOSEPH SALVAGGIO; <br> LIEUTENANT DAVID ANDERSON; <br> DEPUTY JANE DOE GOLDMAN; <br> OFFICER JOHNNY VASQUEZ; <br> CPL CHAD MANDRY; SERGEANT JOHN DOE; <br> OFFICER JIMMIE WELLS; CPL. LOUIS FARIAS, <br> BADGE 534; OFFICER BRANDON EVANS, <br> BADGE 556; OFFICER UZIEL HERNANDEZ; <br> JOHN DOE TASER 1; JOHN DOE TASER 2 AND <br> THE CITY OF LEON VALLEY, A POLITICAL <br> SUBDIVISION OF THE STATE OF TEXAS <br><br> Defendants. | CIVIL ACTION NO. 5:18-CV-0680-FB |

**DEFENDANT CHIEF SALVAGGIO, ET AL'S ADVISORY TO THE COURT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FRED BIERY:

NOW COME **CITY OF LEON VALLEY CHIEF OF POLICE JOSEPH SALVAGGIO, LT. DAVID ANDERSON AND OFFICERS JOHNNY VASQUEZ, CORPORAL CHAD MANDRY, OFFICER JIMMIE WELLS, CORPORAL LOUIS FARIAS, OFFICER BRANDON EVANS** and **OFFICER UZIEL HERNANDEZ**, advise the Court that Plaintiffs, by and through their lead Plaintiff James Miller, have caused to be published on YouTube a five minute and forty-eight second (5:48) audio portions of the federal court hearing of October 4, 2018 with "Full audio coming shortly from everyone" (*See photo inset Excerpt taken from YouTube Video*.)

The Honorable Magistrate Court Judge Farrer posted orders on the outside of the Court room prohibiting recording by video or audio taping of the proceedings. Instructive in this analysis is the Plaintiffs' posting on YouTube of the fact that the recording of this October 4, 2018 hearing is prohibited but in defiance of the Court's Order proceeded in fomenter fashion to so record.

> Russell Zinter, et al. V. Chief Joseph Salvaggio, et al.
>
> FEDERAL COURT HEARING ON OCTOBER 4TH, 2018
>
> Photography and/or audio recording was prohibited in the courtroom. Here is some leaked audio for your enjoyment. There is 5 1/2 hours of testimony. In this short preview clip you will hear the attorney for the plaintiffs, Solomon Radner, questioning DEFENDANT Joe Salvaggio about a "Failure to identify "arrest of a WITNESS in Texas. Joe is "on the stand" in front of a Federal Judge. Joe is finding it extremely difficult to be "IN CHARGE".
>
> FULL AUDIO COMING SHORTLY FROM EVERYONE

(Photo Inset from YouTube Video)

Defendants will be filing a Motion under Rule 37, Federal Rules of Civil Procedure for the blatant and intentional disregard for this Court's Order. These actions further display that Plaintiffs' zealot communicators lack of respect for the law and further attempts at electronic civil disobedience.

Defendants will be filing their Rule 37 Motion with attached evidence.

                Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: csfrigeriolaw@sbcglobal.net
       frigeriolaw1995@sbcglobal.net

BY: /s/ Charles S. Frigerio
     CHARLES S. FRIGERIO
     SBN:  07477500
     ATTORNEY-IN-CHARGE

     HECTOR X. SAENZ
     SBN:  17514850
ATTORNEYS FOR DEFENDANTS CHIEF OF POLICE JOSEPH SALVAGGIO, LT. DAVID ANDERSON AND OFFICERS JOHNNY VASQUEZ, CORPORAL CHAD MANDRY, OFFICER JIMMIE WELLS, CORPORAL LOUIS FARIAS, OFFICER BRANDON EVANS AND OFFICER UZIEL HERNANDEZ

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2018, I electronically filed the foregoing Defendants Chief Salvaggio, Lt. Anderson and Officer Vasquez, Corporal Mandry, Officer Wells, Corporal Farias, Officer Evans and Officer Hernandez' Advisory to the Court with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Brandon J. Grable
Grable Law Firm PLLC
1603 Babcock Road, Suite 118
San Antonio, Texas 78229

Mr. Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033

                /s/ Charles S. Frigerio
                CHARLES S. FRIGERIO