2018 W 0994

## AFFIDAVIT FOR SEARCH WARRANT

**THE STATE OF TEXAS**        §   Google, Inc.

**COUNTY OF BEXAR**        §   1600 Amphitheatre Parkway, Mountain View, CA 94043

The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath, makes the following statements and accusations:

1.  There is a suspected place described as and located as follows:
    **Google Legal Investigations Support**
    **1600 Amphitheatre Parkway**
    **Mountain View, CA 94043**

2.  At said place you shall search for and, if same be found, seize and bring before me the property described in the affidavit for Google, Inc. Screen / User Names:

Screen Name: JAMES FREEMAN
Associated URL https://www.youtube.com/channel/UCBKfo8q1NZTPPmcHAbaE7Hw
*Believed to be associated with James Springer*

3.  There is contained within said suspected premises and items constituting evidence of a criminal offense or constituting evidence tending to show that a particular person committed a criminal offense:

All records concerning the identity of the specifics:

Screen Name: JAMES FREEMAN
Associated URL https://www.youtube.com/channel/UCBKfo8q1NZTPPmcHAbaE7Hw
*Believed to be associated with James Springer*

to include subscriber registration information, all screen names and user names associated with these accounts, passwords associated with these accounts, email(s) associated with these accounts, all IP addresses / logs associated with these accounts, any and all messages / comments sent or received by

Screen Name: JAMES FREEMAN
Associated URL https://www.youtube.com/channel/UCBKfo8q1NZTPPmcHAbaE7Hw
*Believed to be associated with James Springer*

including the subject line and date/time stamps, credit card information (if available), sign-in IP addresses and associated time stamps, video and photo upload IP addresses and associated time stamps, copies of any and all videos and photos and associated video/photo information, email content, and any other user account associated data stored.

4.  Said suspected place is in charge of and controlled by each of the following persons:
    **Google Legal Investigations Support**
    **1600 Amphitheatre Parkway**
    **Mountain View, CA 94043**



5.  It is the belief of the Affiant, and he hereby charges and accuses, that: **James Springer** committed the offense of **Obstruction or Retaliation**, in violation of *Texas Penal Code 36.06, a Felony*.

6.  Affiant has probable cause for said belief by reason of the following facts:

    a.  Your affiant is Detective Terry Brooks #521, a peace officer in the State of Texas employed by the Leon Valley Police Department. Your affiant has been assigned as a Detective since 2004. Your affiant has extensive training and experience in the investigation of property crimes, financial crimes, illegal narcotic crimes, person crimes, child abuse crimes and child pornography crimes.

    On 07/17/2018 your affiant received a request from Leon Valley Police Detective R. Munoz to prepare a search warrant requesting information on the above listed YouTube accounts. On 06/23/2018, and in the days leading up to this date, two YouTube accounts, "Clash with Bao" and "James Freeman", were observed livestreaming themselves and other individuals who were involved in similar activity in and around the City of Leon Valley Police Department. YouTube is a publicly accessible website. During the livestreams of these two account holders, their viewers were posting comments in reference to the livestream. Comments included numerous threats made towards law enforcement. Livestream viewers on these accounts also posted the residence address and personal information of the Leon Valley Chief of Police and his family members. This appeared to be in retaliation for previous arrests of individuals, which began on May 2nd, 2018. During this Obstruction or Retaliation investigation, two individuals were identified who are believed to be in control of the above listed accounts. The "Clash with Bao" You Tube channel is believed to be in control of Bao-Quoc Tran Nguyen (A/M 12/1/82) and the "James Freeman" You Tube channel is believed to be in control of James Springer (W/M 07/29/84).

    During the above mentioned live streaming the account associated with "James Freeman" had the personal residence address of the Chief of Police of Leon Valley, Joseph Salvaggio, published to its live stream feed.

    As a result of the threats towards law enforcement and the posting of law enforcement personnel's personal information on the above listed YouTube channels, the above listed individuals were arrested for Obstruction or Retaliation.

    On 06/23/18, Bao-Quoc Tran Nguyen and James Springer were outside the Leon Valley Police Department at 6400 El Verde Rd participating in similar activity with numerous other individuals. Prior to the arrest, law enforcement officers learned Bao-Quoc Tran Nguyen and James Springer, along with other individuals at the scene, were live streaming on their individual You Tube channels. During their similar activity, Leon Valley police officers arrested Bao-Quoc Tran Nguyen and James Springer. When they were arrested, Leon Valley officers attempted to identify other individuals who appeared to be livestreaming or recording the event.

7. I am requesting a search warrant for the listed suspect's Google You Tube accounts,

Screen Name: JAMES FREEMAN
Associated URL https://www.youtube.com/channel/UCBKfo8q1NZTPPmcHAbaEZHwA
*Believed to be associated with James Springer*

because I believe that messages/comments contained within will show evidence of the listed suspect's involvement in the offense of Obstruction or Retaliation. In my experience, corresponding e-mail between suspect(s) and others may contain information that can assist in identifying a person as well as detailing offenses committed. Often times, people the suspect(s) are communicating with may include the real name, alias, or residence information of the suspect. It is also possible that the suspect(s) may have uploaded pictures of themselves or other identifying information that could lead to a positive identification of the suspect(s).

8. By nature, Google being a Website Internet Company, it is realized that many other individuals, organizations, businesses, and other entities utilize this company's services and have no association with the subject investigation. These other unnamed individuals, organizations, businesses, and other entities may have various amounts of information maintained in various forms with Google Inc. with a reasonable expectation of privacy. It is Affiant's intent that the search conducted at Google Inc. to be as least intrusive as possible to complete this search as it relates to the above listed user name(s) and email address associated with the described offense only. Further, it is the intent to use whatever means or methodology on hand to conduct this search with limited or no interruption of the service provided to these other unnamed individuals. It is for these reasons that Affiant requests that Google Inc. locate and isolate the above-named information on their servers and make a copy of such information in a readable format to provide to Affiant for review as part of this investigation.

8. I seek authorization for civilian assistance from Google Inc., representatives for the execution of this search warrant because their technical assistance will be necessary to obtain the information from Google Inc. files.

9. Google Inc. shall disclose responsive data, if any, by sending to

    **Leon Valley Police Department**
    **ATTN: Detective Terry Brooks**
    **6400 El Verde Rd**
    **Leon Valley, Texas 78238**
    **t.brooks@leonvalleytexas.gov**

using the US Postal Service or another courier service, or by email, notwithstanding 18 U.S.C. 2252A or similar statute or code

10. Furthermore, it is ordered that this search warrant and application be sealed until otherwise ordered by the court and that its agents and employees, shall not disclose the existence of this order or the existence of this *Obstruction or Retaliation* investigation to any person, unless or until otherwise ordered by the court. Such disclosure could give the subscriber an opportunity to destroy evidence, notify confederates, or flee or continue his flight from prosecution.

11. All information noted in this affidavit for search warrant has been related to Affiant by the person(s) and/or source(s) attributed or referenced. Affiant further believes in good faith that the information provided herein to be true and correct. Because the sole purpose of this affidavit is to establish probable cause that a criminal offense has occurred, not every relevant fact known to me, or to other investigators, is included within. Rather, only those facts necessary to establish probable cause have been discussed

WHEREFORE, based on the facts, circumstances, the training of Affiant and the information noted in this document, Affiant asks for issuance of a warrant that will authorize him to search any and all items listed above.

_____ #521
                                                        AFFIANT

Subscribed and sworn to before me by said Affiant on this the

___7___ day of __AUGUST__, 20_18_

JEFFERSON MORE

JUDGE
MAGISTRATE, BEXAR COUNTY, TEXAS
186th
COURT, BEXAR COUNTY, TEXAS
DISTRICT
COURT

2018 W 0994

## SEARCH WARRANT

**THE STATE OF TEXAS** § Google, Inc.

**COUNTY OF BEXAR** § 1600 Amphitheatre Parkway, Mountain View, CA 94043

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Bexar County, Texas or any Peace Officer of the State of Texas,

**GREETING:**

WHEREAS, the Affiant whose name appears on the attached affidavit is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said Affidavit is here now made part hereof for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief expressed therein and establish existence of proper grounds for issuance of this Warrant for the offense of **Obstruction or Retaliation** (Texas Penal Code 36.06) ; now, therefore you are commanded to enter the suspected place described in said Affidavit; **Google, Inc.** and to there search for the personal property described in said Affidavit and to seize same, to include;

With Regards to the below listed account;

Screen Name: JAMES FREEMAN
Associated URL https://www.youtube.com/channel/UCBKfo8q1NZTPPmcHAbaE7Hw
*Believed to be associated with James Springer*

1. subscriber registration information,
2. all screen names associated with this account,
3. user names associated with this account,
4. passwords associated with this account
5. email(s) associated with this account,
6. all IP addresses / logs associated with this account,
7. any and all messages / comments sent or received by the individual account,
8. credit card information (if available),
9. sign-in IP addresses and associated time stamps,
10. video and photo upload IP addresses and associated time stamps,
11. copies of any and all videos and photos and associated video/photo information.
12. email content, and
13. any other user account associated data stored,

including the subject line and date/time stamps of all data, if available.

Further, you are **ORDERED**, pursuant to the provisions of Article 18.10. Texas Code of Criminal Procedure, to retain custody of any property seized pursuant to this Warrant, until further order of this Court or any other court of appropriate jurisdiction shall otherwise direct the manner of safekeeping of said property. This Court grants you leave and authority to remove such seized property from this county, if and only if such removal is necessary for the

safekeeping of such seized property by you, or if such removal is otherwise authorized by the provisions of Article 18.10, T.C.C.P. You are further **ORDERED** to give notice to this Court, as a part of the inventory to be filed subsequent to the execution of this Warrant, and as required by Article 18.10, T.C.C.P., of the place where the property seized hereunder is kept, stored and held.

**HEREIN FAIL NOT,** but have you then and there this Warrant within three days, exclusive of the day of its issuance and exclusive of the day of its execution, with your return thereon, showing how you have executed the same, filed in this court.

**ISSUED THIS THE** _7_ day of _AUGUST_ A.D., 2018, at
5:50 o'clock _p_ .M. TO certify which witness my hand this day.

JEFFERSON MOORE

~~MAGISTRATE~~ JUDGE
Bexar County, Texas

186TH DISTRICT COURT
BEXAR COUNTY, TEXAS

## RETURN AND INVENTORY

**THE STATE OF TEXAS**  §  Google, Inc.

**COUNTY OF BEXAR**  §1600 Amphitheatre Parkway, Mountain View, CA 94043

      The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the _____ day of _____, 20_____, by making the search directed therein and seizing during such search the following described personal property:

_____

AFFIANT

SUBSCRIBED AND SWORN to before me, the undersigned authority, on

this the _____ day of _____, 20_____.

_____

Notary Public in and for Bexar County, Texas

Case Number: 2018W0994          Document Type: SEARCH WARRANT

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS

By:

CLARISSA BECERRA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*



# 2018 W 0995

## AFFIDAVIT FOR SEARCH WARRANT

THE STATE OF TEXAS § Google, Inc.

COUNTY OF BEXAR § 1600 Amphitheatre Parkway, Mountain View, CA 94043

The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath makes the following statements and accusations:

1. There is a suspected place described as and located as follows:
   **Google Legal Investigations Support**
   **1600 Amphitheatre Parkway**
   **Mountain View, CA 94043**

2. At said place you shall search for and, if same be found, seize and bring before me the property described in the affidavit for Google, Inc. Screen / User Names:

Screen Name: ETHICS INSTEAD
Associated URL: https://www.youtube.com/watch?v=qrappObkLog
*believed to be associated with Joseph Pierce*

Screen Name: OHIO GUARDIAN 2.0
Associated URL: https://www.youtube.com/channel/UCrh20NFHC-cY2NYeyBCc9eA
*believed to be associated with Jonathan Green*

Screen Name: NEWS NOW HOUSTON/
Assocaited URL: https://www.youtube.com/watch?v=BkYYapwH6iM
*believed to be associated with Earl Worden*

Screen Name: BUCKEYE IN THE SKY NEWS
Associated URL: https://www.youtube.com/channel/UC3XldN5o0Qy0l5_iYyMhIJw
*believed to be associated with Jason Green*

3. There is contained within said suspected premises and items constituting evidence of a criminal offense of *Obstruction or Retaliation in violation of Texas Penal Code 36.06,* or constituting evidence tending to show that a particular person committed a criminal offense:

All records concerning the identity of the specifics:

Screen Name: ETHICS INSTEAD
Associated URL: https://www.youtube.com/watch?v=qrappObkLog
*believed to be associated with Joseph Pierce*

Screen Name: OHIO GUARDIAN 2.0
Associated URL: https://www.youtube.com/channel/UCrh20NFHC-cY2NYeyBCc9eA
*believed to be associated with Jonathan Green*

Screen Name: NEWS NOW HOUSTON/
Assocaited URL: https://www.youtube.com/watch?v=BkYYapwH6iM
*believed to be associated with Earl Worden*

Screen Name: BUCKEYE IN THE SKY NEWS
Associated URL: https://www.youtube.com/channel/UC3XIdN5o0Qy0I5_iYyMhIJw
*believed to be associated with Jason Green*

to include subscriber registration information, all screen names and user names associated with these accounts, passwords associated with these accounts, email(s) associated with these accounts, all IP addresses / logs associated with these accounts, any and all messages / comments sent or received by

Screen Name: ETHICS INSTEAD
Associated URL: https://www.youtube.com/watch?v=qrappObkLog
*believed to be associated with Joseph Pierce*

Screen Name: OHIO GUARDIAN 2.0
Associated URL: https://www.youtube.com/channel/UCrh20NFHC-cY2NYeyBCc9eA
*believed to be associated with Jonathan Green*

Screen Name: NEWS NOW HOUSTON/
Assocaited URL: https://www.youtube.com/watch?v=BkYYapwH6iM
*believed to be associated with Earl Worden*

Screen Name: BUCKEYE IN THE SKY NEWS
Associated URL: https://www.youtube.com/channel/UC3XIdN5o0Qy0I5_iYyMhIJw
*believed to be associated with Jason Green*

including the subject line and date/time stamps, credit card information (if available), sign-in IP addresses and associated time stamps, video and photo upload IP addresses and associated time stamps, copies of any and all videos and photos and associated video/photo information, email content, and any other user account associated data stored.

4. Said suspected place is in charge of and controlled by each of the following persons:
   **Google Legal Investigations Support**
   **1600 Amphitheatre Parkway**
   **Mountain View, CA 94043**

5. It is the belief of the Affiant that: **above listed You Tube channels** contain evidence of an arrest of an individual who was charged with the offense of **Obstruction or Retaliation**, in violation of *Texas Penal Code 36.06, a Felony.*

6. Affiant has probable cause for said belief by reason of the following facts:

   a. Your affiant is Detective Terry Brooks #521, a peace officer in the State of Texas employed by the Leon Valley Police Department. Your affiant has been assigned as a Detective since 2004. Your affiant has extensive training and experience in the investigation of property crimes, financial

crimes, illegal narcotic crimes, person crimes, child abuse crimes and child pornography crimes.

On 07/17/2018 your affiant received a request from Leon Valley Police Detective R. Munoz to prepare a search warrant requesting information on the above listed YouTube accounts. On 06/23/2018, and in the days leading up to this date, two YouTube accounts, "Clash with Bao" and "James Freeman", were observed livestreaming themselves and other individuals who were involved in similar activity in and around the City of Leon Valley Police Department. During the livestreams of these two account holders, their viewers were posting comments in reference to the livestream. Comments included numerous threats made towards law enforcement. Livestream viewers on these accounts also posted the residence address and personal information of the Leon Valley Chief of Police and his family members. This appeared to be in retaliation for previous arrests of individuals, which began on May 2nd, 2018. During this Obstruction or Retaliation investigation, two individuals were identified who are believed to be in control of the above listed accounts. "Clash with Bao" You Tube channel account is believed to be in control of Bao-Quoc Tran Nguyen (A/M 12/1/82) and "James Freeman" You Tube channel account is believed to be in control of James Springer (W/M 07/29/84).

As a result of the threats towards law enforcement and the posting of law enforcement personnel's personal information on the above listed YouTube channels, Bao-Quoc Tran Nguyen and James Freeman were arrested for Obstruction or Retaliation in violation of Texas Penal Code 36.06.

On 06/23/18, Bao-Quoc Tran Nguyen and James Springer were outside the Leon Valley Police Department at 6400 El Verde Rd participating in similar activity with numerous other individuals. Prior to the arrest, law enforcement officers learned Bao-Quoc Tran Nguyen and James Springer, along with other individuals at the scene, were live streaming on their individual You Tube channels. During this time, Leon Valley police officers arrested Bao-Quoc Tran Nguyen and James Springer. When they were arrested, Leon Valley officers attempted to identify other individuals who appeared to be livestreaming or recording the event.

Your affiant was able to identify the individuals believed to be in control of the listed You Tube channel accounts: "Ethics Instead" is believed to be in control of Joseph Pierce (W/M 07/19/76), Ohio Guardian 2.0" is believed to be in control of Jonathan Green (W/M 07/01/88), "News Now Houston" is believed to be in control of Earl Worden (W/M) and "Buckeye in the Sky News" is believed to be in control of Jason Green (W/M 02/12/71).

Your affiant has noticed since the beginning of the activities by the above listed individuals, they have regularly commented on each other's You Tube channels. Also, on the date of Bao-Quoc Tran Nguyen and James Springers' arrest, the above listed individuals who were believed to be in control of the above listed You Tube channels, were present and believed to have livestreamed or recorded the event.

7. I am requesting a search warrant for the listed suspect's Google You Tube accounts,

Screen Name: ETHICS INSTEAD
Associated URL: https://www.youtube.com/watch?v=qrappObkLog
*believed to be associated with Joseph Pierce*

Screen Name: OHIO GUARDIAN 2.0
Associated URL: https://www.youtube.com/channel/UCrh20NFHC-cY2NYeyBCc9eA
*believed to be associated with Jonathan Green*

Screen Name: NEWS NOW HOUSTON/
Assocaited URL: https://www.youtube.com/watch?v=BkYYapwH6iM
*believed to be associated with Earl Worden*

Screen Name: BUCKEYE IN THE SKY NEWS
Associated URL: https://www.youtube.com/channel/UC3XIdN5o0Qy0I5_iYyMhIJw
*believed to be associated with Jason Green*

because I believe that messages/comments contained within will show evidence of the offense of *Obstruction or Retaliation*. In my experience, corresponding e-mail between suspect(s) and others may contain information that can assist in identifying a person as well as detailing offenses committed. Often times, people the suspect(s) are communicating with may include the real name, alias, or residence information of the suspect. It is also possible that the suspect(s) may have uploaded pictures of themselves or other identifying information that could lead to a positive identification of the suspect(s).

8. By nature, Google being a Website Internet Company, it is realized that many other individuals, organizations, businesses, and other entities utilize this company's services and have no association with the subject investigation. These other unnamed individuals, organizations, businesses, and other entities may have various amounts of information maintained in various forms with Google Inc. with a reasonable expectation of privacy. It is Affiant's intent that the search conducted at Google Inc. to be as least intrusive as possible to complete this search as it relates to the above listed user name(s) and email address associated with the described offense only. Further, it is the intent to use whatever means or methodology on hand to conduct this search with limited or no interruption of the service provided to these other unnamed individuals. It is for these reasons that Affiant requests that Google Inc. locate and isolate the above-named information on their servers and make a copy of such information in a readable format to provide to Affiant for review as part of this investigation.

8. I seek authorization for civilian assistance from Google Inc., representatives for the execution of this search warrant because their technical assistance will be necessary to obtain the information from Google Inc. files.

9. Google Inc. shall disclose responsive data, if any, by sending to

**Leon Valley Police Department**
**ATTN: Detective Terry Brooks**
**6400 El Verde Rd**
**Leon Valley, Texas 78238**
**t.brooks@leonvalleytexas.gov**

using the US Postal Service or another courier service, or by email, notwithstanding 18 U.S.C. 2252A or similar statute or code

Case Number: 2018W0995                    Document Type: SEARCH WARRANT

10. Furthermore, it is ordered that this search warrant and application be sealed until otherwise ordered by the court and that its agents and employees, shall not disclose the existence of this order or the existence of this *Obstruction or Retaliation* investigation to any person, unless or until otherwise ordered by the court. Such disclosure could give the subscriber an opportunity to destroy evidence, notify confederates, or flee or continue his flight from prosecution.

11. All information noted in this affidavit for search warrant has been related to Affiant by the person(s) and/or source(s) attributed or referenced. Affiant further believes in good faith that the information provided herein to be true and correct. Because the sole purpose of this affidavit is to establish probable cause that a criminal offense has occurred, not every relevant fact known to me, or to other investigators, is included within. Rather, only those facts necessary to establish probable cause have been discussed

WHEREFORE, based on the facts, circumstances, the training of Affiant and the information noted in this document, Affiant asks for issuance of a warrant that will authorize him to search any and all items listed above.

#521

AFFIANT

Subscribed and sworn to before me by said Affiant on this the

7 day of AUGUST , 20 18

JEFFERSON MOORE

JUDGE
MAGISTRATE, BEXAR COUNTY, TEXAS

186TH COURT, BEXAR COUNTY, TEXAS

DISTRICT
COURT

2018 W 0995

## SEARCH WARRANT

**THE STATE OF TEXAS**      § Google, Inc.

**COUNTY OF BEXAR**      § 1600 Amphitheatre Parkway, Mountain View, CA 94043

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Bexar County, Texas or any Peace Officer of the State of Texas,

**GREETING:**

WHEREAS, the Affiant whose name appears on the attached affidavit is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said Affidavit is here now made part hereof for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief expressed therein and establish existence of proper grounds for issuance of this Warrant for the offense of **Obstruction or Retaliation** (TX Penal Code 36.06) ; now, therefore you are commanded to enter the suspected place described in said Affidavit; **Google, Inc.** and to there search for the personal property described in said Affidavit and to seize same, to include:

**With Regards to the below listed account;**

Screen Name: ETHICS INSTEAD
Associated URL: https://www.youtube.com/watch?v=qrappObkLog
*believed to be associated with Joseph Pierce*

1. subscriber registration information,
2. all screen names associated with this account,
3. user names associated with this account,
4. passwords associated with this account
5. email(s) associated with this account,
6. all IP addresses / logs associated with this account,
7. any and all messages / comments sent or received by the individual account,
8. credit card information (if available),
9. sign-in IP addresses and associated time stamps,
10. video and photo upload IP addresses and associated time stamps,
11. copies of any and all videos and photos and associated video/photo information,
12. email content, and
13. any other user account associated data stored,

including the subject line and date/time stamps of all data, if available.

**With Regards to the below listed account;**

Screen Name: OHIO GUARDIAN 2.0
Associated URL: https://www.youtube.com/channel/UCrh20NFHC-cY2NYeyBCc9eA
*believed to be associated with Jonathan Green*



1. subscriber registration information,
2. all screen names associated with this account,
3. user names associated with this account,
4. passwords associated with this account
5. email(s) associated with this account,
6. all IP addresses / logs associated with this account,
7. any and all messages / comments sent or received by the individual account,
8. credit card information (if available),
9. sign-in IP addresses and associated time stamps,
10. video and photo upload IP addresses and associated time stamps,
11. copies of any and all videos and photos and associated video/photo information,
12. email content, and
13. any other user account associated data stored,

including the subject line and date/time stamps of all data, if available.

**With Regards to the below listed account;**

Screen Name: NEWS NOW HOUSTON/
Assocaited URL: https://www.youtube.com/watch?v=BkYYapwH6iM
*believed to be associated with Earl Worden*

1. subscriber registration information,
2. all screen names associated with this account,
3. user names associated with this account,
4. passwords associated with this account
5. email(s) associated with this account,
6. all IP addresses / logs associated with this account,
7. any and all messages / comments sent or received by the individual account,
8. credit card information (if available),
9. sign-in IP addresses and associated time stamps,
10. video and photo upload IP addresses and associated time stamps,
11. copies of any and all videos and photos and associated video/photo information,
12. email content, and
13. any other user account associated data stored,

including the subject line and date/time stamps of all data, if available.

Case Number: 2018W0995          Document Type: SEARCH WARRANT

**With Regards to the below listed account;**

Screen Name: BUCKEYE IN THE SKY NEWS
Associated URL: https://www.youtube.com/channel/UC3XldN5o0Qy0I5_iYyMhlJw
*believed to be associated with Jason Green*

1. subscriber registration information,
2. all screen names associated with this account,
3. user names associated with this account,
4. passwords associated with this account
5. email(s) associated with this account,
6. all IP addresses / logs associated with this account,
7. any and all messages / comments sent or received by the individual account,
8. credit card information (if available).
9. sign-in IP addresses and associated time stamps,
10. video and photo upload IP addresses and associated time stamps,
11. copies of any and all videos and photos and associated video/photo information,
12. email content, and
13. any other user account associated data stored,

including the subject line and date/time stamps of all data, if available.

Further, you are **ORDERED**, pursuant to the provisions of Article 18.10, Texas Code of Criminal Procedure, to retain custody of any property seized pursuant to this Warrant, until further order of this Court or any other court of appropriate jurisdiction shall otherwise direct the manner of safekeeping of said property. This Court grants you leave and authority to remove such seized property from this county, if and only if such removal is necessary for the safekeeping of such seized property by you, or if such removal is otherwise authorized by the provisions of Article 18.10, T.C.C.P. You are further **ORDERED** to give notice to this Court, as a part of the inventory to be filed subsequent to the execution of this Warrant, and as required by Article 18.10, T.C.C.P., of the place where the property seized hereunder is kept, stored and held.

**HEREIN FAIL NOT**, but have you then and there this Warrant within three days, exclusive of the day of its issuance and exclusive of the day of its execution, with your return thereon, showing how you have executed the same, filed in this court.

**ISSUED THIS THE** 7 day of AUGUST, A.D., 2018, at 5:52 o'clock P .M. TO certify which witness my hand this day.

JEFFERSON MOORE
~~MAGISTRATE~~ JUDGE
Bexar County, Texas
186TH DISTRICT COURT
BEXAR COUNTY, TEXAS

## RETURN AND INVENTORY

**THE STATE OF TEXAS**          § Google, Inc.

**COUNTY OF BEXAR**             §1600 Amphitheatre Parkway, Mountain View, CA 94043

       The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the _____ day of _____, 20_____, by making the search directed therein and seizing during such search the following described personal property:

_____

                                 AFFIANT

SUBSCRIBED AND SWORN to before me, the undersigned authority, on

this the _____ day of _____, 20_____.

_____

                      Notary Public in and for Bexar County, Texas

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS

By: _____

CLARISSA BECERRA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

# 2018   W   0996

## AFFIDAVIT FOR SEARCH WARRANT

**THE STATE OF TEXAS**      §   Google, Inc.

**COUNTY OF BEXAR**      §   1600 Amphitheatre Parkway, Mountain View, CA 94043

The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath makes the following statements and accusations:

1.  There is a suspected place described as and located as follows:
    **Google Legal Investigations Support**
    **1600 Amphitheatre Parkway**
    **Mountain View, CA 94043**

2.  At said place you shall search for and, if same be found, seize and bring before me the property described in the affidavit for Google, Inc. Screen / User Names:

Screen Name: CLASH WITH BAO
Associated URL: https://www.youtube.com/watch?v=36FZDz4jBLo
*Believed to be associated with Bao-Quoc Tran Nguyen*

3.  There is contained within said suspected premises and items constituting evidence of a criminal offense or constituting evidence tending to show that a particular person committed a criminal offense:

All records concerning the identity of the specifics:

Screen Name: CLASH WITH BAO
Associated URL: https://www.youtube.com/watch?v=36FZDz4jBLo
*Believed to be associated with Bao-Quoc Tran Nguyen*

to include subscriber registration information, all screen names and user names associated with these accounts, passwords associated with these accounts, email(s) associated with these accounts, all IP addresses / logs associated with these accounts, any and all messages / comments sent or received by

Screen Name: CLASH WITH BAO
Associated URL: https://www.youtube.com/watch?v=36FZDz4jBLo
*Believed to be associated with Bao-Quoc Tran Nguyen*

including the subject line and date/time stamps, credit card information (if available), sign-in IP addresses and associated time stamps, video and photo upload IP addresses and associated time stamps, copies of any and all videos and photos and associated video/photo information, email content, and any other user account associated data stored.

4. Said suspected place is in charge of and controlled by each of the following persons:
   **Google Legal Investigations Support**
   **1600 Amphitheatre Parkway**
   **Mountain View, CA 94043**



5. It is the belief of the Affiant, and he hereby charges and accuses, that: Bao-Quoc Tran Nguyen committed the offense of **Obstruction or Retaliation**, in violation of *Texas Penal Code 36.06, a Felony*.

6. Affiant has probable cause for said belief by reason of the following facts:

   a. Your affiant is Detective Terry Brooks #521, a peace officer in the State of Texas employed by the Leon Valley Police Department. Your affiant has been assigned as a Detective since 2004. Your affiant has extensive training and experience in the investigation of property crimes, financial crimes, illegal narcotic crimes, person crimes, child abuse crimes and child pornography crimes.

   On 07/17/2018 your affiant received a request from Leon Valley Police Detective R. Munoz to prepare a search warrant requesting information on the above listed YouTube accounts. On 06/23/2018, and in the days leading up to this date, two YouTube accounts, "Clash with Bao" and "James Freeman", were observed livestreaming themselves and other individuals who were involved in similar activity in and around the City of Leon Valley Police Department. YouTube is a publicly accessible website. During the livestreams of these two account holders, their viewers were posting comments in reference to the livestream. Comments included numerous threats made towards law enforcement. Livestream viewers on these accounts also posted the residence address and personal information of the Leon Valley Chief of Police and his family members. This appeared to be in retaliation for previous arrests of individuals, which began on May 2nd, 2018. During this Obstruction or Retaliation investigation, two individuals were identified who are believed to be in control of the above listed accounts. The "Clash with Bao" You Tube channel is believed to be in control of Bao-Quoc Tran Nguyen (A/M 12/1/82) and the "James Freeman" You Tube channel is believed to be in control of James Springer (W/M 07/29/84).

   During the above mentioned live streaming, the account associated with "Clash with Bao" had the personal residence address of the Chief of Police of Leon Valley, Joseph Salvaggio, published to its live stream feed. Bao-Qouc Tran Nguyen is seen interacting with the comments as they are streamed on the feed, acknowledging them and clarifying comments from viewers. Bao-Qouc Tran Nguyen participated in the publication of the comments.

   As a result of the threats towards law enforcement and the posting of law enforcement personnel's personal information on the above listed YouTube channels, the above listed individuals were arrested for Obstruction or Retaliation.

   On 06/23/18, Bao-Quoc Tran Nguyen and James Springer were outside the Leon Valley Police Department at 6400 El Verde Rd participating in similar activity with numerous other individuals. Prior to the arrest, law enforcement officers learned Bao-Quoc Tran Nguyen and James Springer, along with other individuals at the scene, were live streaming on their individual You Tube channels. During their similar activity, Leon Valley police officers arrested Bao-Quoc Tran Nguyen and James Springer. When they were arrested, Leon Valley officers attempted to identify other individuals who appeared to be livestreaming or recording the event.

7.   I am requesting a search warrant for the listed suspect's Google You Tube accounts,

Screen Name: CLASH WITH BAO
Associated URL: https://www.youtube.com/watch?v=36FZDz4jBLo
*Believed to be associated with Bao-Quoc Tran Nguyen*

because I believe that messages/comments contained within will show evidence of the listed suspect's involvement in the offense of Obstruction or Retaliation.  In my experience, corresponding e-mail between suspect(s) and others may contain information that can assist in identifying a person as well as detailing offenses committed.  Often times, people the suspect(s) are communicating with may include the real name, alias, or residence information of the suspect.  It is also possible that the suspect(s) may have uploaded pictures of themselves or other identifying information that could lead to a positive identification of the suspect(s).

8.   By nature, Google being a Website Internet Company, it is realized that many other individuals, organizations, businesses, and other entities utilize this company's services and have no association with the subject investigation.  These other unnamed individuals, organizations, businesses, and other entities may have various amounts of information maintained in various forms with Google Inc. with a reasonable expectation of privacy.  It is Affiant's intent that the search conducted at Google Inc. to be as least intrusive as possible to complete this search as it relates to the above listed user name(s) and email address associated with the described offense only.  Further, it is the intent to use whatever means or methodology on hand to conduct this search with limited or no interruption of the service provided to these other unnamed individuals.  It is for these reasons that Affiant requests that Google Inc. locate and isolate the above-named information on their servers and make a copy of such information in a readable format to provide to Affiant for review as part of this investigation.

8.   I seek authorization for civilian assistance from Google Inc., representatives for the execution of this search warrant because their technical assistance will be necessary to obtain the information from Google Inc. files.

9.   Google Inc. shall disclose responsive data, if any, by sending to

**Leon Valley Police Department**
**ATTN: Detective Terry Brooks**
**6400 El Verde Rd**
**Leon Valley, Texas 78238**
**t.brooks@leonvalleytexas.gov**

using the US Postal Service or another courier service, or by email, notwithstanding 18 U.S.C. 2252A or similar statute or code

10.  Furthermore, it is ordered that this search warrant and application be sealed until otherwise ordered by the court and that its agents and employees, shall not disclose the existence of this order or the existence of this *Obstruction or Retaliation* investigation to any person, unless or until otherwise ordered by the court.  Such disclosure could give the subscriber an opportunity to destroy evidence, notify confederates, or flee or continue his flight from prosecution.

Case Number: 2018W0996                     Document Type: SEARCH WARRANT

11. All information noted in this affidavit for search warrant has been related to Affiant by the person(s) and/or source(s) attributed or referenced. Affiant further believes in good faith that the information provided herein to be true and correct. Because the sole purpose of this affidavit is to establish probable cause that a criminal offense has occurred, not every relevant fact known to me, or to other investigators, is included within. Rather, only those facts necessary to establish probable cause have been discussed

        WHEREFORE, based on the facts, circumstances, the training of Affiant and the information noted in this document, Affiant asks for issuance of a warrant that will authorize him to search any and all items listed above.

                                                    BP #521
                                                    _____
                                                    AFFIANT

Subscribed and sworn to before me by said Affiant on this the

____7____ day of ___AUGUST___ , 20_18

                                    JEFFERSON MOORE
                        JUDGE
        18TH  MAGISTRATE, BEXAR COUNTY, TEXAS

                            _____ COURT, BEXAR COUNTY, TEXAS
        DISTRICT
        court

2018 W 0996 '

## SEARCH WARRANT

**THE STATE OF TEXAS**          § Google, Inc.

**COUNTY OF BEXAR**          § 1600 Amphitheatre Parkway, Mountain View, CA 94043

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Bexar County, Texas or any Peace Officer of the State of Texas,

**GREETING:**

WHEREAS, the Affiant whose name appears on the attached affidavit is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said Affidavit is here now made part hereof for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief expressed therein and establish existence of proper grounds for issuance of this Warrant for the offense of **Obstruction or Retaliation** (Texas Penal Code 36.06) ; now, therefore you are commanded to enter the suspected place described in said Affidavit; **Google, Inc.** and to there search for the personal property described in said Affidavit and to seize same, to include:

With Regards to the below listed account;

Screen Name: CLASH WITH BAO
Associated URL: https://www.youtube.com/watch?v=36FZDz4jBLo
*Believed to be associated with Bao-Quoc Tran Nguyen;*

1. subscriber registration information,
2. all screen names associated with this account,
3. user names associated with this account,
4. passwords associated with this account
5. email(s) associated with this account,
6. all IP addresses / logs associated with this account,
7. any and all messages / comments sent or received by the individual account,
8. credit card information (if available),
9. sign-in IP addresses and associated time stamps,
10. video and photo upload IP addresses and associated time stamps,
11. copies of any and all videos and photos and associated video/photo information,
12. email content, and
13. any other user account associated data stored,

including the subject line and date/time stamps of all data, if available.

Further, you are **ORDERED**, pursuant to the provisions of Article 18.10, Texas Code of Criminal Procedure, to retain custody of any property seized pursuant to this Warrant, until further order of this Court or any other court of appropriate jurisdiction shall otherwise direct the manner of safekeeping of said property. This Court grants you leave and authority to remove such seized property from this county, if and only if such removal is necessary for the

RE: CLASH WITH HPAD

safekeeping of such seized property by you, or if such removal is otherwise authorized by the provisions of Article 18.10, T.C.C.P. You are further **ORDERED** to give notice to this Court, as a part of the inventory to be filed subsequent to the execution of this Warrant, and as required by Article 18.10, T.C.C.P., of the place where the property seized hereunder is kept, stored and held.

**HEREIN FAIL NOT,** but have you then and there this Warrant within three days, exclusive of the day of its issuance and exclusive of the day of its execution, with your return thereon, showing how you have executed the same, filed in this court.

**ISSUED THIS THE** _7_ day of _AUGUST_, A.D., 2018, at _5:47_ o'clock _P_.M. TO certify which witness my hand this day.

MAGISTRATE JUDGE
Bexar County, Texas

186TH DISTRICT COURT
BEXAR COUNTY, TEXAS

## RETURN AND INVENTORY

**THE STATE OF TEXAS**            § Google, Inc.

**COUNTY OF BEXAR**            §1600 Amphitheatre Parkway, Mountain View, CA 94043

     The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the _____ day of _____, 20_____, by making the search directed therein and seizing during such search the following described personal property:

_____
                                         **AFFIANT**

SUBSCRIBED AND SWORN to before me, the undersigned authority, on

this the _____ day of _____, 20_____.

_____
             Notary Public in and for Bexar County, Texas

Case Number: 2018W0996                    Document Type: SEARCH WARRANT

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By:

CLARISSA BECERRA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

**State of Texas**

**County of Bexar**

**Number:** 049077

**In the Magistrate Court**

# Affidavit for Search Warrant

The undersigned Affiant, Detective Terry Brooks #521 , being a Peace Officer under the laws of the State of Texas and being duly sworn, on oath, makes the following statements and accusations:

- There is in Bexar County, Texas, a suspected Thing described as follows:

    ZTE Cell Phone Mod. Z982 .
    FCCID: 2AAD3JADM0P0, FCCID: CNFASST1, Cell phone #SN 320284337925

- There is in this suspected Thing items constituting evidence that the offense of

Harassment of Public servant, Criminal Trespassing and Resisting Arrest , in violation of Section 22.11, 30.05, and 38.03 of the Penal Code of the State of Texas, has been committed, and said evidence is described as follows:

    Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/ stored videos and images.

    Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

- It is the belief of your Affiant that the offense of Harassment of Public servant, Criminal Trespassing and Resisting Arrest was committed on or about the 02 day of May, 2018 in Bexar County, Texas.

- Your Affiant has probable cause for said belief by reason of the following facts:

    Your affiant is a Detective with the Leon Valley Police Department and assigned to the Criminal Investigation Unit. As a detective your affiant is tasked with the investigation of incidents such as aggravated assaults, assaults on peace officers, deadly conduct, injury to elderly and disabled, burglary, and other criminal complaints. There is an active Harassment of a public servant, Resisting arrest, and Criminal Trespass case documented under case LVPD #2018-02669.

    Your affiant being duly sworn does attest to the following:
    Your affiant has read the preliminary investigation report prepared by Officer L. Farias, badge number 534, of the Leon Valley Police Department dated May 02, 2018 and numbered 2018-02669. Officer Farias reported that a suspect identified as Jesus Padilla 06/30/90, hereinafter referred to as the defendant, entered the City of Leon Valley City offices. The defendant was video recording his entry and encounter with City of Leon Valley employees by using the listed cell phone, camera, and Go Pro cam which was attached to his head. The

GR.4250-02-b
Rev.2016-6  01/15/16

**State of Texas**                                    Number: 049077

defendant left the City Hall public lobby and entered an area of City Hall.

The defendant was approached by a Leon Valley Police Officer and advised he was in a non public restricted area. The defendant continued to video record his encounter and began cursing and yelling at the Leon Valley Police Officer.

The defendant was told numerous times to leave the restricted area but refused. A Leon Valley Police Officer in uniform advised the defendant he was under arrest for criminal trespass. The defendant kept screaming "dont touch me". During the arrest, the defendant struggled by pulling his arms free and and swung his arms and elbows striking the officer that was trying to arrest him. The officer managed to get the defendant restrained on the ground however during the struggle the defendant spit at the officer getting the defendants saliva on the hands and arms of the arresting officer.

Other officers arrived and the defendant was handcuffed. It was during this time officers realized the defendant was video recording the entire event and streaming it live on Youtube using the listed devices to transmit live images. Affiant believes data and images on the listed devices contain evidence that the listed offenses and crimes have occurred.
The above devices are currently in possession of the Leon Valley Police Department property room.

● Your Affiant believes a search of the above described suspected  Thing  for the above described item(s) will constitute

evidence that the offense of  Harassment of Public servant,  Criminal Trespassing and Resisting  Arrest  was committed

on or about  May , 2018      in Bexar County, Texas.

● Your Affiant further believes that the specific offense of

Harassment of Public servant,  Criminal Trespassing and Resisting  Arrest  has been committed  and  that the  item(s)  described

above, constituting evidence to be  searched for and seized, are located in the suspected Thing.

**State of Texas**

Number: 04907

Wherefore, your Affiant asks for the issuance of a Warrant that will authorize the seizure and search of the suspected thing, and the seizure of the above described evidence.

Respectfully Submitted,

#521

Signature of Affiant

Sworn to and subscribed before me in person

this        day of        MAY 1 7 2018

hour of        12 06 p.m

Signature of Magistrate
Bexar County, Texas        Michael Ugarte



GR.4250-02-b
Rev.2016-6  01/15/16

**State of Texas**

**County of Bexar**

Number: **049077**

In the Magistrate Court

## Search Warrant

The State of Texas, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,

Greetings:

Whereas the Affiant whose signature is affixed to the Affidavit attached hereto did therefore this day subscribe and swear to said Affidavit before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the Affiant in said Affidavit show that the Affiant has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this Warrant.

You are now therefore commanded to seize and search the suspected thing , described as follows:

ZTE Cell Phone Mod. Z982 .
FCCID: 2AAD3JADM0P0,  FCCID: CNFASST1, Cell phone #SN 320284337925

for the following items found therein, including, but not limited to:

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/ data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

GR.4250-02-b
Rev.2016-6  01/15/16

**State of Texas**

Number **049077**

Herein fail not, but have you then and there execute this Warrant within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

| Issued on this the      day of MAY 1 7 2018 at the hour of  12:06 P M | <br> Signature of Magistrate **Michael Ugarte** Bexar County, Texas |
|---|---|



**State of Texas**

**County of Bexar**

Number: 048576

In the Magistrate Court

# Affidavit for Search Warrant

The undersigned Affiant,  Detective Terry Brooks #521 , being a Peace Officer under the laws of the State of Texas  and being duly sworn, on oath, makes the following statements and accusations:

- There is in  Bexar  County, Texas, a suspected  Thing  described as follows:

    Red Nikon CoilPix B500 Camera, Grey in Color, GoPro Hero with Battery,  SDHC Card 32GB (Sandisk Blue in Color)/ ZTE Cell Phone Mod. Z982 .
    FCCID: 2AAD3JADM0P0,  FCCID: CNFASST1, Cell phone #SN 320284337925

- There is in this suspected  Thing  items constituting evidence that the offense of

Harassment of public servant,  Criminal Trespassing and Resisting  arrest , in  violation of Section  22:11, 30:05, and 38:03

of the Penal Code of the State of Texas, has been  committed, and said evidence is described as follows:

    Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras.  To include any and all multimedia files or data associated with these video recordings or images.  Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/ stored videos and images.

    Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

- It is the belief of your Affiant that the offense of  Harassment of public servant,  Criminal Trespassing and Resisting  arrest

was committed on or about the  02 day of  May,  2018  in Bexar  County, Texas.

- Your Affiant has probable cause for said belief by reason of the following facts:

    Your affiant, is a Detective  with the Leon Valley Police Department  and assigned to the Criminal Investigation Unit.  As a  detective your affiant is tasked with the investigation of incidents such as; aggravated assaults, assaults on peace officers, deadly conduct, injury to elderly and disabled, burglary assault.  There is an active Harassment of a public servant, Resisting arrest, and Criminal Trespass case documented under case LVPD #201802669.

    Your affiant being duly sworn does attest to the following:
    Your affiant has read the Preliminary Investigation Report prepared by Officer L. Farias  badge number 534, of the Leon Valley Police Department dated May 02, 2018 , and numbered as 18-02669 Officer Farias  reports that a suspect identified as Jesus Padilla 06/30/90 hereinafter referred to as the defendant entered the City of Leon Valley City offices. The defendant was video taping his entry and encounter with City of Leon Valley employees

by using the listed cell phone, camera, and Go Pro cam which was attached to his head.  The defendant left the City Hall public  Lobby and entered a restricted area of of the City Hall.

There were signs posted this was not a public area. The defendant was approached by a  Leon Valley Police Officer and advised he was in a non public restricted area. The defendant continued to video his encounter and began cursing and yelling and any City employee that approached him.

Defendant was told many time to leave the restricted area and defendant refused. A Leon Valley Officer in uniform  advised defendant he was under arrest for criminal trespass and to place his hands on the wall in ordered to be handcuffed. The defendant kept screaming "dont touch me" . During the arrest defendant struggled pulling his arms free and and swung his arms and elbows striking the officer that was trying to arrest defendant. The officer managed to get the defendant restrained on the ground however during this struggle defendant spit at the officer getting defendants saliva on the hands and arms of arresting officer.

Other officers arrived and defendant was handcuffed. It was during this time officers realized the defendant was video recording the entire event live on Youtube and was broadcasting the event using the listed devices to transmit live images. Affiant believes data and images on the listed devices contain evidence that the listed offenses and crimes have occurred.
The above devices are currently in possession of the Leon Valley Police Department property room.

● Your Affiant believes a search of the above described suspected  Thing  for the above described item(s) will constitute

evidence that the offense of  Harassment of public servant,  Criminal Trespassing and Resisting  arrest was committed

on or about  May , 2018      in Bexar County, Texas.

● Your Affiant further believes that the specific offense of

Harassment of public servant,  Criminal Trespassing and Resisting  arrest has been committed and  that the   item(s) described

above, constituting evidence to be searched for and seized, are located in the suspected Thing.

**State of Texas**

Number: ___04857 6

Wherefore, your Affiant asks for the issuance of a Warrant that will authorize the seizure and search of the suspected thing, and the seizure of the above described evidence.

Respectfully Submitted,

Signature of Affiant _____ #521

Sworn to and subscribed before me in person

this 2 day of May 2018

hour of 850

Signature of Magistrate
Bexar County, Texas

# Search Warrant

The State of Texas, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,

Greetings:

Whereas the Affiant whose signature is affixed to the Affidavit attached hereto did therefore this day subscribe and swear to said Affidavit before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the Affiant in said Affidavit show that the Affiant has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this Warrant.

You are now therefore commanded to seize and search the suspected thing , described as follows:

> Red Nikon CoilPix B500 Camera, Grey in Color, GoPro Hero with Battery,  SDHC Card 32GB (Sandisk Blue in Color)/ ZTE Cell Phone Mod. Z982 .
> FCCID: 2AAD3JADM0P0,  FCCID: CNFASST1, Cell phone #SN 320284337925

for the following items found therein, including, but not limited to:

> Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras.  To include any and all multimedia files or data associated with these video recordings or images.  Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/ data associated with these transmitted/stored videos and images.

> Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

Herein fail not, but have you then and there execute this Warrant within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

| | |
|---|---|
| Issued on this the 2 day of May 2018 at the hour of 650 ∧ | Lori Crockett<br>Signature of Magistrate<br>Bexar County, Texas |

THE STATE OF TEXAS                    §        IN THE **MAGISTRATE'S** COURT

COUNTY OF **BEXAR**                   §        NUMBER **049563**

## SEARCH WARRANT

THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,

GREETINGS:

WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,

YOU ARE NOW THEREFORE commanded to proceed 4839 DICK GORDON Dr  Kirby, Bexar County Texas, and to ENTER and SEARCH said place, for the following items found therein, including but not limited to:

    A black semi-auto hand gun
    A Go Pro Camera
    Any cell phone media devices used to record
    Computer desk top or Laptop
    Photographic evidence

HEREIN FAIL NOT, but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at ___10 : 30___ AM/PM on this the ___31___ day of ___May___, 2018.

_____
MAGISTRATE
BEXAR COUNTY, TEXAS

Case Number: RETURN                    Document Type: 049563

201803491 Inventory
From:   e.rivera@leonvalleytexas.gov
Sent:   Fri, Jun 1, 2018 at 3:00 pm
To:     a.king@leonvalleytexas.gov

Norinco Rifle/ Glock 19/ 15 Round Magazine/ Black Case/ 15 9mm Luger Live Rounds/ 2 Spent Rounds/ Smith & Wesson SD9 VE/ Magazine/ 16 Live Luger 9mm Rounds/ Black Gun Holder/ Black Case Powershot SD1200 1S Digital/ Nikon CoolPix/ Black iPhone/ White iPhone/ Hero Session GoPro/ Hero Session GoPro5/ Cobra Device/ Logitech HD 1080p Camera/ Sunpack FlexPodDX Camera Holder/ Canon Vixia HF R600 Video Recorder/ 2 Misc. Cables/ Miscro SDHC Memory Card/ Sandisk Ultra 4GB/ Micro SD Sandisk/ Blue Aurinia Thumb Drive/ Black Toy Gun Stinger P9T/ Black Belt with Tan Holster/ Ubee Monitor Model: UBC1301/ iBuyPower i-Series Tower/ Jack Miller Documnets/ Rifle Magazine/ 28 Live Rifle Rounds

Case Number: RETURN                     Document Type: 049563

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT. WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*July 10, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

JESSICA ALVAREZ, Deputy District Clerk

*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

**State of Texas**

**County of Bexar**

Number  040667

In the Magistrate Court

## Search Warrant

The State of Texas, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,

Greetings:

Whereas the Affiant whose signature is affixed to the Affidavit attached hereto did therefore this day subscribe and swear to said Affidavit before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the Affiant in said Affidavit show that the Affiant has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this Warrant.

You are now therefore commanded to seize and search the suspected thing , described as follows:

  Canon Power shot Ultra WXX1E75KFP2,
  Nikon coolpix sn 36679382
  Black I Phone
  White I Phone
  Hero Session Go Pro SD Card
  Hero Session Go Pro SD Card
  Cobra Device SD Card
  Logitech HD 108 Camera
  Canon Vixia HF R600 Recorder s/n 9320140000902
  Miscro SDHC Memory Card
  Sandisk Ultra 4GB
  Blue Aurinia Thumb Drive
  I Power Tower  s/n 82AE-50D6-2184-8658-145

for the following items found therein, including, but not limited to:

  Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras.  To include any and all multimedia files or data associated with these video recordings or images.  Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines,

**State of Texas**                                    Number: 049667

cable, satellite transmission, or any other method to include any and all files/ data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

Herein fail not, but have you then and there execute this Warrant within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

| | |
|---|---|
| Issued on this the 4th day of June 2018 at the hour of 5:54 PM. | Alfredo M. Tavera |
| | Signature of Magistrate Bexar County, Texas |

GR.4250-02-b
Rev. 2016.6  01/15/16
Case Number: 049667

Document Type: RETURN

Page 5

Page 3 of 5

**SEARCH WARRANT LIST – LEON VALLEY CAE 2018-03491**

Nikon Coolpix s/n 36679382
Black I Phone Model #A1660
White and Red I Phone
Hero Session Go Pro SD Card
Hero Session Go Pro SD Card
Cobra Device SD Card
Logitech HD 108 Camera
Canon Vixia HF R600 Recorder s/n 9320140000902
Miscro SDHC Memory Card
Sandisk Ultra 4GB
Blue Aurinia Thumb Drive
I Power Tower  s/n 82AE-50D6-2184-8658-145



CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT. WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*July 10, 2018*

**DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS**

By: _____
    JESSICA ALVAREZ, Deputy District Clerk
    *(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

**2018 W 0733**

THE STATE OF TEXAS
COUNTY OF BEXAR

IN THE DISTRICT COURT
NUMBER:_____

FILED
2018 JUN 12 A 11: 52

KAY McKINNEY
DISTRICT CLERK

DEPUTY

### AFFIDAVIT FOR SEARCH WARRANT
**{Article 18.02(10), Texas Code of Criminal Procedure}**

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:

1. My name is Detective Alex King and I am commissioned as a peace officer by City of Leon Valley. There is in Bexar County Texas 6400 El Verde Leon Valley Police department property room suspected evidence. Said evidence is described as follows:

   Nikon Coolpix s/n 36679382
   Black I Phone Model #A1660
   White and Red I Phone
   Hero Session Go Pro SD Card
   Hero Session Go Pro SD Card
   Cobra Device SD Card
   Logitech HD 108 Camera
   Canon Vixia HF R600 Recorder s/n 9320140000902
   Miscro SDHC Memory Card
   Sandisk Ultra 4GB
   Blue Aurinia Thumb Drive
   I Power Tower  s/n 82AE-50D6-2184-8658-145

2. It is the belief of Affiant that said suspected listed things contain items constituting evidence that the Felony offense of (Places weapons prohibited) in violation of section 46.03 of the Penal Code of the State of Texas, has been committed, and said evidence is described as follows:

   Text messages, incoming and outgoing call logs, all volatile and stored data contained within the laptop computer and any memory cards within the computer.

   Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

   Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

**3. Affiant has probable cause for said belief by reason of the following facts and circumstances:**

Your Affiant is an investigator with the City of Leon Valley Police Department and assigned to the Criminal Investigation unit, and has been a Texas Peace officer for 16 yrs. There is an active Felony investigation for "Places Weapons Prohibited" in violation of section 46.03 of the penal code of the state of Texas, under case LVPD 2018-03491. Your Affiant being duly sworn does attest to the following;

Your Affiant on June 1, 2018, served a Magistrate signed search warrant # 049563 at 4839 Dick Gordon, Kirby Texas. The above listed items were seized as part of an investigation for "Places Weapons Prohibited" in violation of section 46.03 of the penal code of the state of Texas. The defendant is described as Jack Miller 06/28/72. The defendant is part of an organized group known as the "First Amendment Auditors." This defendant engages in open carry of weapons to draw attention to themselves from police officers and or the public. These individuals have proven in past encounters that they intentionally try to provoke a response from officers they might encounter. The defendant was found in possession of the listed items at his residence.

Defendant was using various devices to video tape his entire encounter with Leon Valley Police officers at 6400 El Verde, Leon Valley Texas, on May 31, 2018, when defendant committed the felony offense of "Places Weapons Prohibited" by entering the Leon Valley municipal court building while court was in session, and while openly carrying a firearm on his body. The defendant was arrested on June 1, 2018 at his residence by Leon Valley Police dept on an arrest warrant obtained by Leon Valley Police on May 31, 2018 for the felony charge of "Places Weapons Prohibited." The items were not only used to record and store videos and images but also are used to communicate with other members, and were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said suspected things for the above described evidence and seize same.

Affiant _____ #579.

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE
12th DAY OF June, 2018, AT 11:45 AM/PM

, BEXAR COUNTY, TEXAS
DISTRICT COURT JUDGE:

**2018 W 0733**

THE STATE OF TEXAS                    IN THE DISTRICT COURT
COUNTY OF BEXAR                       NUMBER_____

## SEARCH WARRANT

THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,

GREETINGS:

WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

    Nikon coolpix sn 36679382
    Black I Phone
    White and Red I Phone
    Hero Session Go Pro SD Card
    Hero Session Go Pro SD Card
    Cobra Device SD Card
    Logitech HD 108 Camera
    Canon Vixia HF R600 Recorder s/n 9320140000902
    Miscro SDHC Memory Card
    Sandisk Ultra 4GB
    Blue Aurinia Thumb Drive
    I Power Tower  s/n 82AE-50D6-2184-8658-145

Currently stored in the Leon Valley Police property room located at 6400 El Verde Leon Valley, Tx 78238:

    Text messages, incoming and outgoing call logs, all volatile and stored data contained within the laptop computer and any memory cards within the computer.

    Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card-

(SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

**HEREIN FAIL NOT, but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.**

Issued at ___11 : 45___ AM / ~~PM~~ on this the ___12th___ day of ___June___, 2018.

_____

**DISTRICT JUDGE**
**BEXAR COUNTY, TEXAS**

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS

**June 12, 2018**

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _Jessica Alvarez_

JESSICA ALVAREZ, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE)*

2018 W 0989

| | |
|---|---|
| **THE STATE OF TEXAS** | **IN THE DISTRICT COURT** |
| **COUNTY OF BEXAR** | **NUMBER:** _____ |

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

**BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:**

**Affiant: Detective Alex King**
 **Leon Valley Police Department**
 **6400 El Verde Leon Valley, Texas 78238**
 **Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.

There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from Joshua Russell D.O.B. 06/12/89 and is described as follows:

### 1. Grey/Blk LG cell phone SN # 804VTXF010210

It is the belief of Affiant that said suspected listed item contains items constituting evidence pertaining to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic device described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the cell phone and any memory cards within the cell phone.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

Your Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer R. Parra #520 stated Leon Valley officers were arresting two persons Bao-Quoc Ngyuen, D.O.B. 12-01-1982, herein after referred to as defendant #1, and James Springer D.O.B. 07/29/84, herein after referred to as defendant #2, for violation of Texas Penal Code 36.06, Obstruction or Retaliation. It is believed that a witness, Joshua Russell D.O.B. 06/12/89, recorded and live streamed the arrests of defendant #1 and #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation.

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer R. Parra #520 observed the witness recording the arrest and officer advised Witness he was now a witness to the arrest of defendants for the offense of Texas Pena Code 36.06 Obstruction or Retaliation.

Witness relinquished his recording device and was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

RE- GREY/BLK LG CELL PHONE S/N #
804VTXF010210

    Wherefore, affiant asks for issuance of a warrant that will authorize him to search said listed item of evidence for the above described evidence and seize same.

Affiant _____

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE _7_ DAY OF AUGUST 2018, AT _5:24_ AM/PM

186TH , BEXAR COUNTY, TEXAS
DISTRICT COURT JUDGE:

X _____ JEFFERSON MOORE

Document Type: SEARCH WARRANT

2018 W 0989

**THE STATE OF TEXAS**
**COUNTY OF BEXAR**

**IN THE DISTRICT COURT**
**NUMBER_____**

### SEARCH WARRANT

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**

**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

1. **Grey/Blk LG cell phone SN # 804VTXF010210**

Currently stored in the Leon Valley Police property room:
   All video and audio recordings, all volatile and stored data contained within the cell phone and any memory cards within the cell phone.
   Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras.  To include any and all multimedia files or data associated with these video recordings or images.  Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

   Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or

RE: GREY/BLK LG CELL PHONE SN# 804VTXF0102I0

transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at ___5:24___ AM / PM on this the ___7___ day of ___AUGUST___ 2018.

DISTRICT JUDGE
186TH DISTRICT COURT
BEXAR COUNTY, TEXAS

JEFFERSON
MOORE

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

CLARISSA BECERRA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

# 2018 W 09911

**THE STATE OF TEXAS**
**COUNTY OF BEXAR**

IN THE DISTRICT COURT
NUMBER: _____

AFFIDAVIT FOR SEARCH WARRANT
(Article 18.02(10), Texas Code of Criminal Procedure)

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:

**Affiant: Detective Alex King**
**Leon Valley Police Department**
**6400 El Verde Leon Valley, Texas 78238**
**Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.

There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from Brian Howd 04/26/67 and is described as follows:

1. Canon Vixia HFR800 video Recorder (Black in color) SN #35249011801

It is the belief of Affiant that said suspected listed item contains items constituting evidence that the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic device described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the Digital Video Camera and any memory cards within the camera.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer U. Hernandez #561 stated Leon Valley officers were arresting two persons identified as Bao-Quoc Ngyuen D.O.B. 12-01-1982 and James Springer, D.O.B. 07/29/84 for violations of Texas Penal Code Section 36.06 Obstruction or Retaliation. It is believed that a witness, Brian Howd D.O.B. 04/26/67, recorded and live streamed the arrests of Bao-Quoc Ngyuen, herein after referred to as defendant #1, and James Springer, herein after referred to as defendant #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police or government facility and try try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer O. Hernandez #561 observed the witness recording the arrest and officer advised Witness he was now a witness to the arrest of defendants for the offense of Texas Penal Code 36.06, Obstruction or Retaliation.

Witness refused to relinquish the recording device for evidence. Witness began to walk backwards at which time Officer Hernandez grabbed the Witness by the arm. Witness continued to resist until another officer assisted, at which time he placed   Witness in custody for violation of Texas Penal Code 38.15 (Interference with public duties) and Texas Penal Code 38.03 (Resist Arrest search or transport). Witness was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge, training, and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images, but also are used to communicate live with other members, of this group and   were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

RE: CANON VIXIA HFR800 VIDEO RECORDER (BLACK IN COLOR) SN #352490 1180)

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said suspected things devices for the above described evidence and seize same.

Affiant _____

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE __7__ DAY OF _SYSTM_____, AT _5:13_ AM/PM

AUGUST 2018

, BEXAR COUNTY, TEXAS
DISTRICT COURT JUDGE:

185TH

X _____ JEFFERSON MOORE

2018 W 0991

**THE STATE OF TEXAS**
**COUNTY OF BEXAR**

**IN THE DISTRICT COURT**
**NUMBER_____**

### SEARCH WARRANT

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

1. Canon Vixia HFR800 video Recorder (Black in color) SN #35249011801

Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the camera and any memory cards within the camera.
Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras.  To include any and all multimedia files or data associated with these video recordings or images.  Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

RE: CANON VIXIA HFR 800 VIDEO RECORDER (BLACK IN COLOR) SN# 352490 1180)

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at ___5:13___ AM/ PM on this the ___7___ day of _____

DISTRICT JUDGE
186th DISTRICT COURT
BEXAR COUNTY, TEXAS

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By:

CLARISSA BECERRA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

Case Number: 2018W0991          Document Type: SEARCH WARRANT

# 2018 W 0990

THE STATE OF TEXAS

COUNTY OF BEXAR

IN THE DISTRICT COURT

NUMBER:

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

2018 AUG

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:

Affiant: Detective Alex King
 Leon Valley Police Department
 6400 El Verde Leon Valley, Texas 78238
 Phone #210-684-3215

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.

There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from Selena Herrera D.O.B. 04/07/98 and is described as follows:

**1. Apple I phone SN# 3S57990794SS356**

It is the belief of Affiant that said suspected listed item contains items constituting evidence pertaining to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic device described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the phone and any memory cards within the phone.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device; mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer Chief Salvaggio #500 stated Leon Valley officers were arresting two persons, Bao-Quoc Ngyuen, D.O.B. 12-01-1982, herein after referred to as defendant #1, and James Springer D.O.B. 07/29/84, herein after referred to as defendant #2, for violation of Texas Penal Code 36.06, Obstruction or Retaliation. It is believed that a witness, Selena Herrera D.O.B. 04/07/98, recorded and live streamed the arrests of defendant #1 and #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation.

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer Chief Salvaggio #500 observed the witness recording the arrest and officer advised Witness she was now a witness to the arrest of defendants for the offense of Texas P.C 36.06 Obstruction or Retaliation.

Witness relinquished her recording device and was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and  were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

RE: APPLE I PHONE SN#3S5799079455536

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said listed item of evidence for the above described evidence and seize same.

Affiant

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE __7__ DAY OF _AUGUST 2018_ AT _5: 20_ AM/PM

186TH , BEXAR COUNTY, TEXAS
DISTRICT COURT JUDGE:

X _____ JEFFERSON
MOORE

2010 W 0090

**THE STATE OF TEXAS**
**COUNTY OF BEXAR**

**IN THE DISTRICT COURT**
**NUMBER_____**

**SEARCH WARRANT**

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

1. **Apple I phone SN# 3S57990794SS356**

Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the phone and any memory cards within the phone.
Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras.  To include any and all multimedia files or data associated with these video recordings or images.  Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip,

RE: APPLE I PHONE SN# 3S57990794SS356

which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at ___5:20___ AM / PM on this the ___7___ day of ___AUGUST___, 2018.

                                    DISTRICT JUDGE
                        186TH DISTRICT COURT,
                        BEXAR COUNTY, TEXAS

JEFFERSON
MOORE

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT. WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

CLARISSA BECERRA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

2018 W 0992

**THE STATE OF TEXAS**
**COUNTY OF BEXAR**

**IN THE DISTRICT COURT**
**NUMBER:** _____

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

**BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:**

**Affiant: Detective Alex King**
      **Leon Valley Police Department**
      **6400 El Verde Leon Valley, Texas 78238**
      **Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.
There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from James Springer D.O.B. 07/29/84 and is described as follows:

    *1. **Black Samsung Cell Phone s/n RV8K30KCA8P***

It is the belief of Affiant that said suspected listed item contains items constituting evidence pertaining to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic device described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the Cell phone and any memory cards within the cell phone.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted/streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer C. Mandry #540 stated Leon Valley officers were arresting a person identified as James Springer D.O.B. 07/29/84, herein after referred to as defendant, for violation of Texas Penal Code 36.06 Obstruction or Retaliation. It is believed that defendant was recording and live streaming his own arrest on YouTube using the listed evidence.

Defendant is part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant was engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. During this live broadcast on defendants YouTube channel the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family members information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant did nothing to delete or stop this personal information from being listed on the comments from his YouTube channel. This

action placed the Chief in fear of his safety and the safety of his family. Defendant was live streaming on his YouTube channel, while being arrested.

Defendant was identified and arrested for Obstruction or Retaliation in violation of section 36.06 of the Texas Penal Code. This is a Felony charge. Defendant was booked and given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and  were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said listed item of evidence for the above described evidence and seize same.

Affiant _Cole B #519,_

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE _7_ DAY OF _August 2018_, AT _5:10_ AM/(PM)

_186TH_        , BEXAR COUNTY, TEXAS
                  DISTRICT COURT JUDGE:

X _____ JEFFERSON
                        MOORE

**THE STATE OF TEXAS**

**IN THE DISTRICT COURT**

2018   W   0992

**THE STATE OF TEXAS**
**COUNTY OF BEXAR**

**IN THE DISTRICT COURT**
**NUMBER_____**

### SEARCH WARRANT

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

### 1. *Black Samsung Cell Phone s/n RV8K30KCA8P*

Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the cell phone and any memory cards within the cell phone.
Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras.  To include any and all multimedia files or data associated with these video recordings or images.  Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

RE: BLACK SAMSUNG CELL PHONE S/N RV8K30
KCA8P

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at ___5:10___ AM / PM on this the ___7___ day of AUGUST 2018

DISTRICT JUDGE
186TH DISTRICT COURT
BEXAR COUNTY, TEXAS

JEFFERSON MOORE

Case Number: 2018W0992

Document Type: SEARCH WARRANT

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS**

By:

CLARISSA BECERRA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

Case Number: 2018W0992

Document Type: SEARCH WARRANT

Page 6 of 6

2018 W 0999

**THE STATE OF TEXAS**                    **IN THE DISTRICT COURT**
**COUNTY OF BEXAR**                       **NUMBER:** _____

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

**BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:**

**Affiant: Detective Alex King**
**Leon Valley Police Department**
**6400 El Verde Leon Valley, Texas 78238**
**Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.
There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from James Mead D.O.B. 09/23/60 and is described as follows:

### 1. Red Motorola Flip Phone S/N IMEI # 351628052468025

It is the belief of Affiant that said suspected listed item contains items constituting evidence that pertains to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic devices described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the phone and any memory cards within the phone.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer J. Vasquez #552 stated Leon Valley officers were arresting two persons Bao-Quoc Ngyuen, D.O.B. 12-01-1982, herein after referred to as defendant #1, and James Springer D.O.B. 07/29/84, herein after referred to as defendant #2, for violation of Texas Penal Code 36.06, Obstruction or Retaliation. It is believed that a witness, James Mead D.O.B. 09/23/60, recorded and live streamed the arrests of defendant #1 and #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube

channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation.

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer J. Vasquez #552 observed the witness recording the arrest and officer advised Witness he was now a witness to the arrest of defendants for the offense of Texas Penal Code 36.06 Obstruction or Retaliation.

Witness relinquished his recording device and was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

1. RED MOTOROLA FLIP PHONE S/N IMEI #
   351628052468025

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said listed items of evidence for the above described evidence and seize same.

Affiant _GV  G. 459_

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE _7_ DAY OF _AUGUST_ _2018_, AT _5:58_ AM/PM)

_188th_ , BEXAR COUNTY, TEXAS
DISTRICT COURT JUDGE:

X _JEFFERSON MOORE_

2018 W 0999

**THE STATE OF TEXAS**
**COUNTY OF BEXAR**

**IN THE DISTRICT COURT**
**NUMBER_____**

### SEARCH WARRANT

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

1. **Red Motorola Flip Phone S/N IMEI # 351628052468025**

   Currently stored in the Leon Valley Police property room:
   All video and audio recordings, all volatile and stored data contained within the phone and any memory cards within the phone.
   Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras.  To include any and all multimedia files or data associated with these video recordings or images.  Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

   Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

RE: RED MOTOROLA FLIP PHONE S/N IMEI #
3516280524 68025

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at ___5:58___ AM / PM on this the ___7___ day of ___AUGUST___ 2018.

___186TH___ DISTRICT JUDGE

BEXAR COUNTY, TEXAS

JEFFERSON MOORE

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS**

By:

AUDREY ARRIOLA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

## 2018 W 0998

**THE STATE OF TEXAS**　　　　　　　　　**IN THE DISTRICT COURT**
**COUNTY OF BEXAR**　　　　　　　　　　**NUMBER:** _____

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

**BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:**

**Affiant: Detective Alex King**
　　　　**Leon Valley Police Department**
　　　　**6400 El Verde Leon Valley, Texas 78238**
　　　　**Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.
There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from Theresa Richard 07/31/69 and is described as follows:

**1. Pink I Phone 8Plus NO serial number (picture attached)**

It is the belief of Affiant that said suspected listed item contains items constituting evidence pertaining to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic device described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the Digital Video Camera and any memory cards within the camera.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer Chief Salvaggio #500 stated Leon Valley officers were arresting two persons Bao-Quoc Ngyuen, D.O.B. 12-01-1982, herein after referred to as defendant #1, and James Springer D.O.B. 07/29/84, herein after referred to as defendant #2, for violation of Texas Penal Code 36.06, Obstruction or Retaliation. It is believed that a witness, Theresa Richard D.O.B. 07/31/69, recorded and live streamed the arrests of defendant #1 and #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation.

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer Chief Salvaggio #500 observed the witness recording the arrest and officer advised Witness she was now a witness to the arrest of defendants for the offense of Texas P.C 36.06 Obstruction or Retaliation.

Witness relinquished her recording device and was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

RE: PINK I PHONE 8PLUS NO SERIAL NUMBER
(PICTURE ATTACHED)

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said listed item of evidence for the above described evidence and seize same.

Affiant

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE 7 DAY OF AUGUST 2018, AT 6:00 AM/ PM

185TH , BEXAR COUNTY, TEXAS
DISTRICT COURT JUDGE:

X _____ JEFFERSON
MOORE

JM

Theresa Richard no serial 3x 6 iPhone
From: evrivera0912@gmail.com
Sent:  Fri, Jul 27, 2018 at 10:44 am
To:    a.king@leonvalleytexas.gov

IMG_2979.jpg (102.2 KB)    IMG_2980.jpg (96.3 KB)  – Download all

PINK I PHONE 8PLUS NO SERIAL NUMBER
SEARCH WARRANT ATTACHMENT

Sent from my iPhone



Case Number: 2018W0998                    Document Type: SEARCH WARRANT



2018 W 0998

THE STATE OF TEXAS                                      IN THE DISTRICT COURT
COUNTY OF BEXAR                                         NUMBER_____

## SEARCH WARRANT

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

### 1. Pink I Phone 8Plus NO serial number (picture attached)

Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the phone and any memory cards within the phone.
Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

RE: PINK I PHONE 8 PLUS NO SERIAL NUMBER
(PICTURE ATTACHED)

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at ___6:00___ AM / PM on this the ___7___ day of __AUGUST__,
2018.

186TH    DISTRICT JUDGE

BEXAR COUNTY, TEXAS

JEFFERSON
MOORE

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS**

By:

AUDREY ARRIOLA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

2018 W 0997

THE STATE OF TEXAS
COUNTY OF BEXAR

IN THE DISTRICT COURT
NUMBER: _____

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

**BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:**

**Affiant: Detective Alex King**
**Leon Valley Police Department**
**6400 El Verde Leon Valley, Texas 78238**
**Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which has resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.
There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from Joseph Pierce D.O.B. 07/19/76 and is described as follows:

**1. Samsung Galaxy J7 cell phone SM#J727pp IMEI:355077082522326**

It is the belief of Affiant that said suspected listed item contains items constituting evidence pertaining to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic device described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the cell phone and any memory cards within the cell phone.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer J. Vasquez #552 stated Leon Valley officers were arresting two persons Bao-Quoc Ngyuen, D.O.B. 12-01-1982, herein after referred to as defendant #1, and James Springer D.O.B. 07/29/84, herein after referred to as defendant #2, for violation of Texas Penal Code 36.06, Obstruction or Retaliation. It is believed that a witness, Joseph Pierce D.O.B. 07/19/76, recorded and live streamed the arrests of defendant #1 and #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation.

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer J. Vasquez #552 observed the witness recording the arrest and officer advised Witness he was now a witness to the arrest of defendants for the offense of Texas Penal Code 36.06 Obstruction or Retaliation.

Witness refused to identify himself and relinquish the recording device for evidence. Witness was placed in custody for violation of Texas Penal Code 38.15 (Interference with public duties) and was issued a citation for Texas Penal Code 38.02 (Failure to Identify). Witness was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

RE: SAMSUNG GALAXY J7 CREWPRINE
SM# J727pp IMEI: 35507708 2522326

Wherefore, affiant asks for issuance of a warrant that will authorize him
to search said item of evidence for the above described evidence and seize same.

Affiant _____

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS
THE __7__ DAY OF __AUGUST 2018__ AT __6:05__ AM/ PM

, BEXAR COUNTY, TEXAS
186TH DISTRICT COURT JUDGE:

X _____ JEFFERSON
MOORE

## 2018 W 0997

**THE STATE OF TEXAS**                                    **IN THE DISTRICT COURT**
**COUNTY OF BEXAR**                                       **NUMBER_____**

### SEARCH WARRANT

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

### 1. Samsung Galaxy J7 cell phone SM#J727pp IMEI:355077082522326

Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the cell phone and any memory cards within the cell phone.
Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

RE: SAMSUNG GALAXY S7 CELL PHONE S/N # 3727pp
IMEI: 355077082522326

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at __6:05__ AM /PM on this the __7__ day of _AUGUST_ 2018.

187TH DISTRICT JUDGE

BEXAR COUNTY, TEXAS

_JEFFERSON MOORE_

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

   AUDREY ARRIOLA, Deputy District Clerk
   *(NOT VALID WITHOUT THE CLERK'S ORIGINAL SIGNATURE.)*

2018 W 1004

**THE STATE OF TEXAS**
**COUNTY OF BEXAR**

IN THE DISTRICT COURT
NUMBER: _____

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

**BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:**

**Affiant: Detective Alex King**
       **Leon Valley Police Department**
       **6400 El Verde Leon Valley, Texas 78238**
       **Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.
There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from Jonathan Green 07/01/88 and is described as follows:

### 1. Samsung Galaxy S8 SN# 355982080759491

It is the belief of Affiant that said suspected listed item contains items constituting evidence pertaining to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic devices described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the phone and any memory cards within the phone.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer Capt. Saucedo #543 stated Leon Valley officers were arresting two persons Bao-Quoc Ngyuen, D.O.B. 12-01-1982, herein after referred to as defendant #1, and James Springer D.O.B. 07/29/84, herein after referred to as defendant #2, for violation of Texas Penal Code 36.06, Obstruction or Retaliation. It is believed that a witness, Jonathan Green D.O.B. 07/01/88, recorded and live streamed the arrests of defendant #1 and #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation.

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer Capt. Saucedo #543 observed the witness recording the arrest and officer advised Witness he was now a witness to the arrest of defendants for the offense of Texas P.C 36.06 Obstruction or Retaliation.

Witness relinquished his recording device and was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and  were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

RE: SAMSUNG GALAXY S8 SN#
355982080759491

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said listed item of evidence for the above described evidence and seize same.

Affiant _____ #519

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE 9 DAY OF AUGUST 2018 AT 5:29 AM/PM

186TH , BEXAR COUNTY, TEXAS
DISTRICT COURT JUDGE:

X _____ JEFFERSON MOORE

2018 W 1004

**THE STATE OF TEXAS**                          **IN THE DISTRICT COURT**
**COUNTY OF BEXAR**                             **NUMBER_____**

## SEARCH WARRANT

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**

**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

### 1. Samsung Galaxy S8 SN# 355982080759491

Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the phone and any memory cards within the phone.
Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

RE: SAMSUNG GALAXY S8 SN#
3559 82080759491

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at _5:29_ AM / PM on this the _7_ day of _AUGUST_ 2018.

_____
DISTRICT JUDGE
186m DISTRICT COURT
BEXAR COUNTY, TEXAS

JEFFERSON MOORE

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

AUDREY ARRIOLA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

## 2018 W 1003

**THE STATE OF TEXAS**　　　　　　　　**IN THE DISTRICT COURT**
**COUNTY OF BEXAR**　　　　　　　　　　**NUMBER:** _____

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

**BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:**

**Affiant: Detective Alex King**
　　　　**Leon Valley Police Department**
　　　　**6400 El Verde Leon Valley, Texas 78238**
　　　　**Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2. 
There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from Jason Green 02/12/71 and is described as follows:

　　1. **DVC Digital Video Camera S/N f31724366**
　　2. **Ultra Sandisk Memory Card**

It is the belief of Affiant that said suspected listed item contains items constituting evidence pertaining to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic device described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the Digital Video Camera and any memory cards within the camera.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer Capt. Saucedo #543 stated Leon Valley officers were arresting two persons Bao-Quoc Ngyuen, D.O.B. 12-01-1982, herein after referred to as defendant #1, and James Springer D.O.B. 07/29/84, herein after referred to as defendant #2, for violation of Texas Penal Code 36.06, Obstruction or Retaliation. It is believed that a witness, Jason Green D.O.B. 02/12/71, recorded and live streamed the arrests of defendant #1 and #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation.

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer Capt. Saucedo #543 observed the witness recording the arrest and officer advised Witness he was now a witness to the arrest of defendants for the offense of Texas P.C 36.06 Obstruction or Retaliation.

Witness refused to identify himself and relinquish the recording device for evidence. Witness was placed in custody for violation of Texas Penal Code 38.15 (Interference with public duties) and Texas Penal Code 38.03 (Resist Arrest search or transport). Witness was issued a citation for Texas Penal Code 38.02 (Failure to Identify) Witness was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and  were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

RE: 1. DIGITAL VIDEO CAMERA 181410 1-1792-4366
2. ULTRA SANDISK MEMORY CARD

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said listed items of evidene for the above described evidence and seize same.

Affiant _____ #519

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE 7 DAY OF August 2018 AT 5:33 AM, PM

186TH , BEXAR COUNTY, TEXAS
DISTRICT COURT JUDGE:

X _____ JEFFERSON MOORE

2018 W 1003

**THE STATE OF TEXAS**
**COUNTY OF BEXAR**

**IN THE DISTRICT COURT**
**NUMBER_____**

### SEARCH WARRANT

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

1. **DVC Digital Video Camera S/N f31724366**
2. **Ultra Sandisk Memory Card**

Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the camera and any memory cards within the camera.
Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

1. ONE DIGITAL VIDEO CAMERA S/N + S1-124366

RE: 2. ULTRA SANDISK MEMORY CARD

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at ___5:33___ AM / PM on this the ___7___ day of AUGUST 2018.

DISTRICT JUDGE
186TH DISTRICT COURT
BEXAR COUNTY, TEXAS

JEFFERSON
MOORE

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT. WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

AUDREY ARRIOLA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

Case Number: 2018W1003                    Document Type: SEARCH WARRANT

# 2018 W 0993 !

THE STATE OF TEXAS
COUNTY OF BEXAR

IN THE DISTRICT COURT ~EY
NUMBER:

**AFFIDAVIT FOR SEARCH WARRANT**
{Article 18.02(10), Texas Code of Criminal Procedure}

FILED
2018 AUG -8 PM 2: 40

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:

Affiant: Detective Alex King
       Leon Valley Police Department
       6400 El Verde Leon Valley, Texas 78238
       Phone #210-684-3215

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.
There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from Bao-Quoc Ngyuen, D.O.B. 12-01-82 and is described as follows:

   *1. Samsung Galaxy S8 IMEI# 357753082239230*

It is the belief of Affiant that said suspected listed item contains items constituting evidence that the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic device described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the cell phone and any memory cards within the cell phone.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer C. Mandry #540 stated Leon Valley officers were arresting a person identified as Ngyuen, Bao-Quoc, D.O.B. 12-01-1982, hereinafter referred to as defendant, for violation of Texas Penal Code 36.06 Obstruction or Retaliation. It is believed that defendant was recording and live streaming his own arrest on YouTube using the listed evidence.

Defendant is part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant was engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. During this live broadcast on defendants YouTube channel the Leon Valley Police Chiefs personal identifying information to include names, residence addresses, including the Police Chief's family members information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant did nothing to delete or stop this personal information from being listed on the comments from his YouTube channel. This

action placed the Chief in fear of his safety and the safety of his family. Defendant was live streaming on his YouTube channel, while being arrested.

Defendant was identified and arrested for Obstruction or Retaliation in violation of section 36.06 of the Texas Penal Code. This is a felony charge. Defendant was booked and given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and  were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said suspected things devices for the above described evidence and seize same.

Affiant _a̶v̶ #519._

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE _7_ DAY OF _AUGUST 2018_, AT _5:05_ AM/ PM

_185TH_ , BEXAR COUNTY, TEXAS
DISTRICT COURT JUDGE:

X _JEFFERSON MOORE_

2018 W 0993

**THE STATE OF TEXAS**                     **IN THE DISTRICT COURT**
**COUNTY OF BEXAR**                        **NUMBER**

### SEARCH WARRANT

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

> **1. *Samsung Galaxy S8 IMEI# 357753082239230***

Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the cell phone and any memory cards within the cell phone.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

RE: SAMSUNG GALAXY S8 IMEI# 357753 08223 9230

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at ___5:05___ AM (PM) on this the ___17TH___ day of AUGUST 2018

DISTRICT JUDGE
185TH DISTRICT COURT
BEXAR COUNTY, TEXAS

JEFFERSON
MOORE

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

CLARISSA BECERRA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

2018 W 1000

**THE STATE OF TEXAS**                          **IN THE DISTRICT COURT**
**COUNTY OF BEXAR**                             **NUMBER:** _____

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

**BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:**

**Affiant: Detective Alex King**
**Leon Valley Police Department**
**6400 El Verde Leon Valley, Texas 78238**
**Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.
There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from Gregory Gardiner, D.O.B. 04/27/61 and is described as follows:

1. **Go Pro Hero 2 Camera H214A1012051811**
   **SanDisk memory card 32G**

It is the belief of Affiant that said suspected listed item contains items constituting evidence pertaining to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic devices described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the Digital Video Camera and any memory cards within the camera.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer L. Farias #534 stated Leon Valley officers were arresting two persons Bao-Quoc Ngyuen, D.O.B. 12-01-1982, herein after referred to as defendant #1, and James Springer D.O.B. 07/29/84, herein after referred to as defendant #2, for violation of Texas Penal Code 36.06, Obstruction or Retaliation. It is believed that a witness, Gregory Gardiner D.O.B. 04/27/61, recorded and live streamed the arrests of defendant #1 and #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation.

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer L. Farias #534 observed the witness recording the arrest and officer advised Witness he was now a witness to the arrest of defendants for the offense of Texas Penal Code 36.06 Obstruction or Retaliation.

Witness relinquished his recording device and was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and  were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

RE: SAN DISK MEMORY CARD 32G

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said listed items of evidence for the above described evidence and seize same.

Affiant _____

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE ☐ DAY OF AUGUST 2018, AT 5:55 AM/PM

, BEXAR COUNTY, TEXAS
187th DISTRICT COURT JUDGE:

X _____ JEFFERSON MOORE

2018 W 1000

**THE STATE OF TEXAS**               **IN THE DISTRICT COURT**
**COUNTY OF BEXAR**                  **NUMBER**_____

**SEARCH WARRANT**

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

1.   **Go Pro Hero 2 Camera H214A1012051811**
     **SanDisk memory card 32G**

Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the camera and any memory cards within the camera.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras.  To include any and all multimedia files or data associated with these video recordings or images.  Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

RE: 1- GO PRO HERO 2 CAMERA H2L74A107205/811
SANDISK MEMORY CARD 32G

Issued at _____5:55_____ AM / PM on this the ___7___ day of __AUGUST__, 2018.

/185TH DISTRICT JUDGE

BEXAR COUNTY, TEXAS

JEFFERSON MOORE

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By: _____

AUDREY ARRIOLA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

2018 W 1002

**THE STATE OF TEXAS**                          **IN THE DISTRICT COURT**
**COUNTY OF BEXAR**                              **NUMBER:** _____

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

**BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:**

**Affiant: Detective Alex King**
        **Leon Valley Police Department**
        **6400 El Verde Leon Valley, Texas 78238**
        **Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.
There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from Jason Maldonado 08/06/78 and is described as follows:

**1. Black Samsung Phone J3 Luna IMEI# 354308081104894**

It is the belief of Affiant that said suspected listed item contains items constituting evidence pertaining to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the portable electronic devices described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the Phone and any memory cards within the phone.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer J. Vasquez #552 stated Leon Valley officers were arresting two persons Bao-Quoc Ngyuen, D.O.B. 12-01-1982, herein after referred to as defendant #1, and James Springer D.O.B. 07/29/84, herein after referred to as defendant #2, for violation of Texas Penal Code 36.06, Obstruction or Retaliation. It is believed that a witness, Jason Maldonado D.O.B. 08/06/78, recorded and live streamed the arrests of defendant #1 and #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names, and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube

channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation.

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer J. Vasquez #552 observed the witness recording the arrest and officer advised Witness he was now a witness to the arrest of defendants for the offense of Texas P.C 36.06 Obstruction or Retaliation.

Witness relinquished his recording device and was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and  were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said listed item of evidence for the above described evidence and seize same.

Affiant _____ #512.

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE ___ DAY OF _AUGUST 2018_, AT _5:39_ AM/PM

_____ , BEXAR COUNTY, TEXAS
186TH DISTRICT COURT JUDGE:

X _____ JEFFERSON MOORE

2018 W 1002



**THE STATE OF TEXAS**                          **IN THE DISTRICT COURT**
**COUNTY OF BEXAR**                             **NUMBER_____**

**SEARCH WARRANT**

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:


**1 Black Samsung Phone J3 Luna IMEI# 354308081104894**




Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the phone and any memory cards within the phone.

RE: BLACK SAMSUNG PHONE IMEI #
354308 08 11 04894

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at _5 : 39_ AM (PM) on this the _7_ day of _AUGUST_,

2018.

_JEFFERSON MOORE_

186TH DISTRICT JUDGE

BEXAR COUNTY, TEXAS

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT.  WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By:

AUDREY ARRIOLA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

2018 W 1001

**THE STATE OF TEXAS**                                    **IN THE DISTRICT COURT**
**COUNTY OF BEXAR**                                       **NUMBER:** _____

### AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

**BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:**

**Affiant: Detective Alex King**
**Leon Valley Police Department**
**6400 El Verde Leon Valley, Texas 78238**
**Phone #210-684-3215**

1. Affiant is a Texas Peace Officer and has been employed with the Leon Valley Police department for over 16 years of which 2 years as an investigator assigned to the criminal investigation section. Affiant has participated in state search warrants from property crimes to violent crimes against persons and have made arrests and recovered evidence which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit through personal investigation and/or through discussions with other law enforcement personnel:

2.
There is in Bexar County Texas 6400 El Verde, Leon Valley Police department property room suspected evidence. I am submitting this Affidavit in support of an application for a warrant to search the following portable electronic device. Said evidence seized from David Worden, D.O.B. 09/19/61 and is described as follows:

1. Canon Vixia HFR600 Video Recorder SN- 942114100798
2. SD card

It is the belief of Affiant that said suspected listed item contains items constituting evidence pertaining to the offense of Obstruction or Retaliation in violation of section 36.06 of the Penal Code of the State of Texas, because this affidavit is being submitted for the limited purpose of securing a warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary

to establish probable cause to believe that the portable electronic devices described above contain said evidence is described as follows:

Recorded video's, all volatile and stored data contained within the Digital Video Camera and any memory cards within the camera.

Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

3. Affiant has probable cause for said belief by reason of the following facts and circumstances: under case Leon Valley Police report 2018-04036. Your Affiant being duly sworn does attest to the following;

You're Affiant has read Leon Valley Police report 18-04036 dated 06/23/18. Leon Valley Officer J. Vasquez #552 stated Leon Valley officers were arresting two persons Bao-Quoc Ngyuen, D.O.B. 12-01-1982, herein after referred to as defendant #1, and James Springer D.O.B. 07/29/84, herein after referred to as defendant #2, for violation of Texas Penal Code 36.06, Obstruction or Retaliation. It is believed that a witness, David Worden, D.O.B. 09/19/61, recorded and live streamed the arrests of defendant #1 and #2 on YouTube using the listed evidence.

Both defendants and Witness are part of a group calling themselves First Amendment Auditors. This is a group whose purpose is to go into a police and or government facility and try to create a confrontation with police while streaming live with a recording video device.

Defendant #1 and Defendant #2 were engaged in a protest in front of the Leon Valley Police station at 6400 El Verde, Leon Valley, Bexar County TX on June 23, 2018. Both Defendant #1 and Defendant #2 were live streaming during said protest. During the live broadcasts on their YouTube channels the Leon Valley Police Chiefs personal identifying information, to include names,

and residence address, including the Police Chief's family member's information were listed.

This incited other viewers to make death threats against the Police Chief and his family. Defendant #1 and Defendant #2 did nothing to delete or stop this personal information from being listed on the comments on their YouTube channels. This action placed the Chief in fear of his safety and the safety of his family. Defendant #1 and Defendant #2 were subsequently arrested for violation of Texas Penal Code 36.06 Obstruction or Retaliation.

While defendants were being arrested, It is believed the Witness was videotaping and live streaming their arrests on YouTube. Leon Valley Officer J. Vasquez #552 observed the witness recording the arrest and officer advised Witness he was now a witness to the arrest of defendants for the offense of Texas P.C 36.06 Obstruction or Retaliation.

Witness relinquished his recording device and was given a property receipt for the listed evidence items. The listed evidence was placed in the Leon Valley Police property room.

Based on my knowledge and training and the experience of other agents with whom I have discussed this investigation, I know that in order to completely and accurately retrieve data maintained in the device hardware or software, to ensure accuracy and completeness of such data, and to prevent the loss of the data either from accidental or intentional destruction, it is often necessary that the listed devices, be seized and subsequently processed by a qualified specialist in a controlled environment.

The listed items were not only used to record and store videos and images but also are used to communicate live with other members, of this group and were seen being used by defendant to communicate. The above listed things are currently in possession of the Leon Valley Police Department property room.

Wherefore, affiant asks for issuance of a warrant that will authorize him to search said listed items of evidence for the above described evidence and seize same.

Affiant _____ #517

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE 7 DAY OF AUGUST 2018, AT 5:41 AM/PM

185TH , BEXAR COUNTY, TEXAS DISTRICT COURT JUDGE: JEFFERSON MOORE

2018 W 1001

**THE STATE OF TEXAS**                     **IN THE DISTRICT COURT**
**COUNTY OF BEXAR**                        **NUMBER_____**

### SEARCH WARRANT

**THE STATE OF TEXAS, to the Sheriff or any Peace Officer of Bexar County, Texas, or any Peace Officer of the State of Texas,**

**GREETINGS:**
**WHEREAS the Affiant whose signature is affixed to the AFFIDAVIT attached hereto did therefore this day subscribe and swear to said AFFIDAVIT before me, which is hereby incorporated herein for all purposes, and whereas I find that the facts stated by the AFFIANT in said AFFAIDAVIT show that the AFFIANT has probable cause for the belief he expresses herein and establishes the existence of proper grounds for the issuance of this WARRANT,**

YOU ARE NOW THEREFORE commanded to seize and search the suspected listed things described as:

1. Canon Vixia HFR600 Video Recorder SN- 942114100798
2. SD card

Currently stored in the Leon Valley Police property room:
All video and audio recordings, all volatile and stored data contained within the camera and any memory cards within the camera.
Visual material, to wit, multimedia, video recordings or images capable of being displayed on a video screen or stored on a media device, mobile device, secure data card- (SD), analog camcorder, digital camcorder, digital camera, Hard drive, DVDs, Mini DVDs, Floppy Disks, USB Flash Drives and disposable cameras. To include any and all multimedia files or data associated with these video recordings or images. Material capable of being transmitted, streamed or stored on the listed items or on any video screen by way of telephone lines, cable, satellite transmission, or any other method to include any and all files/data associated with these transmitted/stored videos and images.

Mobile Cellular phone hardware, software, and peripherals including the secure digital memory card- (SD) and Subscriber Identity Module- (SIM) chip, which can collect, analyze, create, display, convert, store, conceal, stream or transmit electronic, magnetic, optical or similar mobile cellular phone impulses or data.

RE: CNN 5... HERNDON VIDEO RECORDER S/N
942 114 100798

HEREIN FAIL NOT but have you then and there execute this WARRANT within three days, exclusive of the day of its issuance and execution, with your return thereon, showing how you have executed the same.

Issued at _____5:41_____ AM (PM) on this the __7__ day of AUGUST, 2018.

2.50 CARD

186TH DISTRICT JUDGE
BEXAR COUNTY, TEXAS

JEFFERSON MOORE

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF THE ORIGINAL RECORD AS
INDICATED BY THE VOLUME, PAGE AND COURT ON
SAID DOCUMENT. WITNESSED MY OFFICIAL HAND
AND SEAL OF OFFICE ON THIS:

*August 08, 2018*

**DONNA KAY McKINNEY**
**BEXAR COUNTY, TEXAS**

By:

AUDREY ARRIOLA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

Case Number: 2018W1001

Document Type: SEARCH WARRANT