UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. SA-18-CA-680-FB |
| | § | |
| CHIEF JOSEPH SALVAGGIO; ET AL. | § | |
| | § | |
| Defendants. | § | |

## JOINT ADVISORY WHETHER CASE SHOULD PROCEED OR REMAIN STAYED

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the November 19, 2018 Magistrate's Order [Dkt. 66], the parties conferred to discuss their respective views on whether the instant case should proceed forward or remain stayed. Plaintiffs contend the case should proceed forward, while Defendants contend the case should remained stayed. The Plaintiffs" and Defendants' advisories discussing their corresponding views to include any relevant authority and specific facts in support of their contentions are attached hereto respectively as Exhibits "A" and "B".

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 North Main Avenue
San Antonio, Texas 78212
Telephone:   (210) 227-3243
Facsimile:     (210) 225-4481
patrick.bernal@rampage-sa.com
adolfo.ruiz@rampage-sa.com

By:   */s/ Adolfo Ruiz*
PATRICK C. BERNAL
State Bar No. 02208750

       ADOLFO RUIZ
       State Bar No. 17385600
       COUNSEL FOR DEFENDANT CITY


       LAW OFFICES OF CHARLES S. FRIGERIO PC
       Riverview Towers
       111 Soledad, Ste. 840
       San Antonio, Texas 78205
       Telephone: (210) 271-7877
       Facsimile: (210) 271-0602
       csfrigeriolaw@sbcglobal.net

By: */s/ Charles S. Frigerio*
   Charles S. Frigerio
   State Bar No. 07477500
   Hector Saenz
   State Bar No. 17514850
   COUNSEL FOR INDIVIDUAL DEFENDANTS


       EXCOLO LAW, PLLC
       26700 Lahser Rd., Ste. 401
       Southfield, Michigan  48033
       Telephone: (248) 291-9712
       sradner@excololaw.com

By: */s/ Solomon M. Radner*
   Solomon M. Radner
   MBN:  P73653
   COUNSEL FOR PLAINTIFFS