IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER *ET AL*. | § | |
| *Plaintiffs*, | § | 5-18-CV-00680-FB-RBF |
| vs. | § | |
| CHIEF JOSEPH SALVAGGIO *ET AL*. | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the status of the above-referenced case, which is currently stayed. *See* Dkt. No. 66. On May 17, 2019, the parties filed a joint advisory discussing their respective views on whether the case is ready to proceed or should remain stayed. *See* Dkt. No. 68. For all the reasons previously stated in the Court's November 19, 2018 Order, Dkt. No. 66, the Court finds that this case should remain stayed for an additional six-month period. Moreover, Plaintiffs' candid recognition of the effect on this litigation of statements made by Chief Salvaggio bolsters that conclusion. *See* Dkt. No. 68-1 at 6-7,

At the conclusion of six months from the date of this Order, the parties should confer and file a joint advisory with the Court discussing their respective views on whether the stay imposed in this case should be continued. In support of and in addition to their respective positions in the joint advisory, the parties may submit information *in camera* should they believe such information would be appropriate and relevant to the Court's determination.

**IT IS SO ORDERED**.

SIGNED this 13th day of June, 2019.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE