

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

## TRANSFER ORDER

It is hereby ORDERED that the following civil cases assigned to the docket of the Honorable Fred Biery, United States District Judge, are hereby TRANSFERRED to the docket of the Honorable Jason K. Pulliam, United States District Judge.  Pursuant to the Amended Order Assigning the Business of the Court effective August 6, 2019, the Clerk shall credit the case to the percentage of business of the receiving judge.   All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

| | |
|---|---|
| SA:16-CV-0428; | Scott Meyer v. Warden Lorie Davis |
| SA:17-CV-0514; | Austen Lackey v. Austin Dement, et al |
| SA:17-CV-0712; | Sergio Alpizar v. John Christner Trucking, LLC, et al |
| SA:17-CV-0904; | Leslie Bettice v. City of New Braunfels |
| SA:17-CV-1226; | 8000 Del Donore HOA-8000 Inc. v. Mid-Century Insurance Company et al |
| SA:17-CV-1246; | Juan Segovia et al v. Fuelco Energy LLC |
| SA:18-CV-0006; | Jette Scott v. International Laboratories, LLC d/b/a International Laboratories et al |
| SA:18-CV-0088; | Duckhee Lee et al v. UNITED STATES OF AMERICA |
| SA:18-CV-0178; | Robert Crowley v. Westlake Services, LLC |
| SA:18-CV-0234; | Luz Rodriguez v. Target Corporation |
| SA:18-CV-0270; | Sidney Isaac Gates v. J. Williams, et al |
| SA:18-CV-0316; | Francette Washington v. Virginia Rodriguez, et al |
| SA:18-CV-0338; | Cesar Rafael Zuniga v. E. Calderon, et al |

| | |
|---|---|
| SA:18-CV-0414; | CJ Security, Inc. v. Foremost Signature Insurance Company |
| SA:18-CV-0470; | Henry Reyes v. Sheriff Javier Salazar, et al |
| SA:18-CV-0540; | Jefferson United Methodist Church v Church Mutual Insurance Company |
| SA: 18-CV-0558; | Joe Valdez et al v. UNITED STATES OF AMERICA, et al |
| SA:18-CV-0596; | Nova Nilla Entertainment, L.L.C. v. Players Nightclub, LLC |
| SA:18-CV-0680; | Russell Zinter, et al v. Chief Joseph Salvaggio, et al |
| SA:18-CV-0724; | Joseph A. Navarro v. VIA Metropolitan Transit, et al |
| SA:18-CV-0730; | 3rd Planet Products, LTD. v. Bill DePace |
| SA:18-CV-0782; | Rosario Passmore, et al v. SSC Kerrville Hilltop Village Operating Company LLC, et al |
| SA:18-CV-0938; | Pilar Lastra v Wal-Mart Stores Texas, LLC |
| SA:19-CV-0010; | Claire O. O'Malley v. Brown Brothers Harriman & Co. |
| SA:19-CV-0136; | Maverick Whiskey, LLC v. Brewery on Half Moon Bay Inc. |
| SA:19-CV-0314; | Patricia Reed-Lewis v. The Prudential Insurance Company of America, et al |
| SA:19-CV-0592; | Isidro Martinez Ramirez v. Rhonda Rockwell, et al |

It is so ORDERED.

SIGNED this 21st day of August, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE