UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. SA-18-CA-680-FB |
| | § | |
| CHIEF JOSEPH SALVAGGIO; ET AL. | § | |
| | § | |
| Defendants. | § | |

## JOINT ADVISORY WHETHER CASE SHOULD PROCEED OR REMAIN STAYED

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the June 13, 2019 Magistrate's Order [Dkt. 69], the parties conferred to discuss their respective views on whether the instant case should proceed forward or remain stayed. Plaintiffs contend the case should proceed forward, while Defendants contend the case should remained stayed. The Plaintiffs' and Defendants' advisories discussing their corresponding views to include any relevant authority and specific facts in support of their contentions are attached hereto respectively as **Exhibits "A" and "B".**

        Respectfully submitted,

        DENTON NAVARRO ROCHA BERNAL & ZECH
        A Professional Corporation
        2517 North Main Avenue
        San Antonio, Texas 78212
        Telephone: (210) 227-3243
        Facsimile: (210) 225-4481
        patrick.bernal@rampage-sa.com
        adolfo.ruiz@rampage-sa.com

  By:  */s/ Adolfo Ruiz*
        PATRICK C. BERNAL
        State Bar No. 02208750

            ADOLFO RUIZ
            State Bar No. 17385600
            COUNSEL FOR DEFENDANT CITY

            LAW OFFICES OF CHARLES S. FRIGERIO PC
            Riverview Towers
            111 Soledad, Ste. 840
            San Antonio, Texas 78205
            Telephone:   (210) 271-7877
            Facsimile:   (210) 271-0602
            csfrigeriolaw@sbcglobal.net

By:    */s/ Charles S. Frigerio*
            Charles S. Frigerio
            State Bar No. 07477500
            Hector Saenz
            State Bar No.  17514850
            COUNSEL FOR INDIVIDUAL DEFENDANTS

            EXCOLO LAW, PLLC
            26700 Lahser Rd., Ste. 401
            Southfield, Michigan  48033
            Telephone:   (248) 291-9712
            sradner@excololaw.com

By:    */s/ Solomon M. Radner*
            Solomon M. Radner
            MBN:  P73653
            COUNSEL FOR PLAINTIFFS