**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **RUSSELL ZINTER; ET AL.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **CIVIL NO. SA-18-CA-680-FB** |
| | § | |
| **CHIEF JOSEPH SALVAGGIO; ET AL.** | § | |
| | § | |
| **Defendants.** | § | |

---

### DEFENDANTS' ADVISORY TO THE COURT

---

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the June 13, 2019 Magistrate's Order [Dkt. 69], Defendants submit their advisory to the Court to contend the case should remained stayed, because the following named Plaintiffs have criminal charges and/or investigations still pending and unresolved.

### STATUS OF PLAINTIFFS' CRIMINAL CHARGES

<u>**James Springer:**</u>

Mr. Springer has the following active criminal cases/investigations:

1.     Interference with Duties of a Public Servant, #603209.  Hearing set for <u>December 16, 2019</u>. See attached **Exhibit B-1.**[1]

2.     Retaliation, Cause No. 2018-CR-7461. Trial date set for <u>December 16, 2019.</u> See attached **Exhibit B-2**.



---

[1] Defendants request the Court to take judicial notice of attached Exhibits B-1 through B-6, as public records.

**Jack Miller:**

Mr. Miller has the following active criminal cases/investigations:

3.       Disorderly Conduct, Criminal Trespass, and Interference with Duties of a Public Servant, Possession of Weapon-Prohibited Places, #2018-CR8725.   Trial set for <u>January 24, 2020</u>. See attached **Exhibit B-3.**

4.       Criminal Trespass of a Building, #566363. Awaiting Hearing/Pre-Trial Conference set for <u>January 24, 2020</u>.  See attached **Exhibit B-4.**

5.       Disorderly Conduct, Display Firearm, #566364.  Awaiting Hearing/Pre-Trial Conference set for <u>January 24, 2020</u>. See attached **Exhibit B-5.**

6.       Interference with Duties of a Public Servant, #572819. Awaiting Hearing/Pre-Trial Conference set for <u>January 24, 2020</u>. See attached **Exhibit B-6.**

<u>CONCLUSION</u>

7.       As evidence demonstrated by the Exhibits attached hereto, two (2) Plaintiffs are involved in criminal proceedings.  As the Supreme Court held in *Younger v. Harris* that, when a party in federal court is simultaneously defending a state criminal prosecution, federal courts "should not act to restrain [the state] criminal prosecution, when the moving party has an adequate remedy at law and will not suffer irreparable injury if denied equitable relief." 401 U.S. 37, 43–44, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).  Defendants' refer to the Individual Defendants' and Defendant City's Responses to Plaintiffs' Motion for Preliminary Injunction in support of their contention that the instant civil proceeding under 42 U.S.C. §1983 should remain stayed until the criminal proceedings have been concluded. **[Dkt. 33]; [Dkt. 49 ¶¶ 32, 33, 34, 35, and 36].**

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 North Main Avenue
San Antonio, Texas 78212
Telephone:     (210) 227-3243
Facsimile:      (210) 225-4481
patrick.bernal@rampage-sa.com
adolfo.ruiz@rampage-sa.com


By:     */s/ Adolfo Ruiz*
        PATRICK C. BERNAL
        State Bar No. 02208750
        ADOLFO RUIZ
        State Bar No. 17385600
        COUNSEL FOR DEFENDANT CITY



        LAW OFFICES OF CHARLES S. FRIGERIO PC
        Riverview Towers
        111 Soledad, Ste. 840
        San Antonio, Texas 78205
        Telephone:     (210) 271-7877
        Facsimile:      (210) 271-0602
        csfrigeriolaw@sbcglobal.net


By:     */s/ Charles S. Frigerio*
        Charles S. Frigerio
        State Bar No. 07477500
        Hector Saenz
        State Bar No.  17514850
        COUNSEL FOR INDIVIDUAL DEFENDANTS



Home / Back to Search Results

# Case #603209   Events 00060

**Mag Case Number**

**Name**

JAMES ALAN SPRINGER

| **SID** | **Judicial Number** | **Case Status Date** | **Case Status** |
|---|---|---|---|
| 1103396 | 1857241 | 12/16/2019 | AWTG HEARING |

| **Court** | **Location** | **Fine Amount** | **Court Costs** |
|---|---|---|---|
| CC8 | BND | 0.00 | 0.00 |

**Sentence**
0000000000

| **Disposition Date** | **Disposition Status** |
|---|---|
| N/A | |

| **Offense Date** | **Offense Description** |
|---|---|
| 6/18/2018 | INTERFERE W/DUTIES PUB SERVANT |

| **Judgment Date** | **Judgment** |
|---|---|
| N/A | |

**Attorney Name**

**LDC**

**DC 2**

Exhibit
B-1

**DC 3**

**MTR**

**APL**

 **Bond(s) exist for this case - Click here to view.**

# Case Events   Back To Top

| ← Previous | *Currently viewing 1 through 20 of 00060 records* | Next → |
|---|---|---|

| Date | Description |
|---|---|
| 12/16/2019 | HEARING DATE SET |
| 12/16/2019 | AWTG HEARING |
| 9/30/2019 | HEARING DATE SET |
| 9/30/2019 | AWTG HEARING |
| 8/16/2019 | HEARING DATE SET |
| 8/16/2019 | AWTG HEARING |
| 6/17/2019 | HEARING DATE SET |
| 6/17/2019 | AWTG HEARING |
| 6/4/2019 | PRE-TRIAL CONFRNCE |
| 6/4/2019 | AWTG HEARING |
| 4/12/2019 | FILE RECD IN COURT CC8 |
| 4/10/2019 | TRANSFER TO CC8 INTEREST OF JUSTICE |
| 4/10/2019 | CNTY COURT TRANSFR CC8 |
| 4/10/2019 | COURT TRNSFR ORDER |
| 3/25/2019 | PRE-TRIAL CONFRNCE |
| 3/25/2019 | AWTG HEARING |
| 3/23/2019 | FILE RECD IN COURT CC1 |

| 3/1/2019 | FILE RECD IN COURT CC1 |
| 2/28/2019 | PRE-TRIAL CONFRNCE |
| 2/28/2019 | AWTG HEARING |

If you would like to view the full case record available, please use the button below. Please be aware that some cases are quite large and may require some time to display.

View Full Case



Bexar.org | Bexar County County Clerk | Bexar County District Clerk
100 Dolorosa San Antonio, Texas 78205 | 210.335.2011



# COUNTY CLERK & DISTRICT CLERK COURT RECORDS SEARCH

Records Search Home     Advanced Search     Bexar County

Home / Back to Search Results

# Case #2018CR7461     Events 00124

**Mag Case Number**

NM394250

**Name**

JAMES ALAN SPRINGER JR

| **SID** | **Judicial Number** | **Case Status Date** | **Case Status** |
|---|---|---|---|
| 1103396 | 1854291 | 12/16/2019 | AWTG TRIAL |

| **Court** | **Location** | **Fine Amount** | **Court Costs** |
|---|---|---|---|
| D227 | BND | 0.00 | 0.00 |

**Sentence**

0000000000

| **Disposition Date** | **Disposition Status** |
|---|---|
| N/A | |

| **Offense Date** | **Offense Description** |
|---|---|
| 6/23/2018 | RETALIATION |

| **Judgment Date** | **Judgment** |
|---|---|
| N/A | |

**Attorney Name**

**LDC**

GILMORE, STEVEN

Exhibit B-2

 **Bond(s) exist for this case - Click here to view.**

# Case Events   Back To Top

*Currently viewing all 124 records*

| Date | Description |
| --- | --- |
| 12/16/2019 | TRIAL DATE SET |
| 12/16/2019 | AWTG TRIAL |
| 11/2/2019 | ATTY NOTICE FAXED FOR SETTING 12162019 |
| 11/2/2019 | ATTY NOTICE EMAIL FOR SETTING 12162019 |
| 9/30/2019 | TRIAL DATE SET |
| 9/30/2019 | AWTG TRIAL |
| 9/9/2019 | ORD MTN QUASH WRNT V1551P0488(DENIED) |
| 9/9/2019 | MTN TO QUASH WARRANT |
| 9/9/2019 | ORD MTN QUASH WRNT V1551P0489(DENIED) |
| 9/5/2019 | EFILE ENVELOPE NBR 36548344 |
| 9/5/2019 | ASSERT RIGHT |
| 8/13/2019 | DVD'S W/D OFF TO PL KENREANNE DAVIS |
| 8/13/2019 | DVD W/D OFF TO PL KENREANNE DAVIS |
| 7/19/2019 | ATTY NOTICE FAXED FOR SETTING 09302019 |
| 7/19/2019 | ATTY NOTICE EMAIL FOR SETTING 09302019 |
| 6/17/2019 | TRIAL DATE SET |
| 6/17/2019 | AWTG TRIAL |
| 5/15/2019 | FLASH DRIVE P/U BY BRANDON RAMSEY |
| 5/8/2019 | DC FILE REC IN CRT 227 |
| 5/7/2019 | REFERRED TO CLM TRO/MT STAY/QSH WRRT |

| | |
|---|---|
| 5/7/2019 | CASE HANDLD M.A.C. MTN FOR TEMPORARY |
| 5/7/2019 | RESTRAINING ORD & MTN TO STAY EXECUTIO |
| 5/7/2019 | FOR & TO QUASH SEA RCH WARRANT HRD |
| 5/7/2019 | HEARING HELD |
| 5/7/2019 | ORDER TO DENY V1527P2842 |
| 5/7/2019 | BY ORDERS OF JUDGE CARRUTHERS |
| 5/7/2019 | COURT REPORTER ROXIE PENA |
| 5/7/2019 | OUTTAKE DA 24077572 |
| 5/7/2019 | OUTTAKE DA 24074930 |
| 5/7/2019 | ASST DA ANDREW FIELDS |
| 5/7/2019 | ASST DA BRANDON RAMSEY |
| 5/7/2019 | DC FILE FORWARD TO 227TH |
| 5/6/2019 | DC FILE FORWARD TO MAG COURT |
| 5/6/2019 | DC FILE REC IN CRT MAG CRT |
| 4/8/2019 | ATTY NOTICE FAXED FOR SETTING 06172019 |
| 4/8/2019 | ATTY NOTICE EMAIL FOR SETTING 06172019 |
| 3/28/2019 | CODEFENDANT 1110596 |
| 3/25/2019 | TRIAL DATE SET |
| 3/25/2019 | AWTG TRIAL |
| 2/28/2019 | ORD OF REFERRAL V1519P3058 |
| 2/28/2019 | MT/ORD SCANNED TO MAG COURT |
| 2/28/2019 | MAG RCVD ORD OF RE FERRAL & RQST FOR |
| 2/28/2019 | TEMP. REST. ORDER MTN TO STAY EXECUTIO |
| 2/28/2019 | OF/& TO QUASH SEAR CH WRNT FROM 227TH |
| 2/19/2019 | EFILE ENVELOPE NBR 31270730 |
| 2/19/2019 | REQ TEMP RESTRAIN ORD MTN STAY AND QUA |

| 2/19/2019 | SH |
| 2/14/2019 | SUPP DVDS SENT TO 227 |
| 2/7/2019 | AGREED MT QUASH SRCH WRRNT 2018W0994 |
| 2/7/2019 | ORD QUASH WARRANT V1519P1354 |
| 2/7/2019 | ORD TO QUASH PRG JDG CARRUTHERS |
| 1/29/2019 | ATTY NOTICE FAXED FOR SETTING 03252019 |
| 1/29/2019 | ATTY NOTICE EMAIL FOR SETTING 03252019 |
| 1/15/2019 | DC FILE REC IN CRT 227 |
| 1/14/2019 | DC FILE FORWARD TO 227TH |
| 1/10/2019 | REFERRED TO CLM PRETIRAL MOTIONS |
| 1/10/2019 | DC FILE FORWARD TO MAG COURT |
| 1/10/2019 | DC FILE REC IN CRT MAG COURT |
| 1/10/2019 | CASE HANDLD M.A.C. PRETRL MTNS HRD |
| 1/10/2019 | RQST FOR TEMPORARY ORDER; MTN TO STAY |
| 1/10/2019 | EXECUTION OF & TO QUASH SEARCH WRNT |
| 1/10/2019 | WITHDRAWN; MTN FOR THE PRODUCTION OF |
| 1/10/2019 | GRAND JURY TRANSCR IPTS-DENIED |
| 1/10/2019 | BY ORDERS OF JUDGE CARRUTHERS |
| 1/10/2019 | COURT REPORTER ROXIE PENA |
| 1/10/2019 | OUTTAKE DA 24027761 |
| 1/10/2019 | ASST DA BRANDON RAMSEY |
| 1/10/2019 | ORD WITHDRAWN V1518P1410 |
| 1/10/2019 | ORD PROD GRAND JRY V1518P1409(DENIED) |
| 12/13/2018 | MAG RVD ORD OF RFR MTN PRD GND JRY TRNS |
| 12/13/2018 | MAG RVD ORD OF RFR MTN FOR TEMP RSTN OR |
| 12/12/2018 | EFILE ENVELOPE NBR 29675110 |

| | |
|---|---|
| 12/12/2018 | MT QUASH WRRNTS/SHOW CAUSE |
| 12/12/2018 | MT/ORD OF REFERRAL FWD TO MAG COURT |
| 12/12/2018 | MT/ORD OF REFFERAL FWD TO MAG COURT |
| 12/11/2018 | ORD OF REFERRAL V1502P3854 |
| 12/11/2018 | ORD OF REFERRAL V1502P3853 |
| 12/10/2018 | TRIAL DATE SET |
| 12/10/2018 | AWTG TRIAL |
| 12/5/2018 | EFILE ENVELOPE NBR 29510062 |
| 12/5/2018 | MTN PROD GRAND JRY TRANSCRIPT ART20.02D |
| 10/30/2018 | ATTY NOTICE FAXED FOR SETTING 12102018 |
| 10/30/2018 | ATTY NOTICE EMAIL FOR SETTING 12102018 |
| 10/29/2018 | TRIAL DATE SET |
| 10/29/2018 | AWTG TRIAL |
| 8/20/2018 | EFILE ENVELOPE NBR 26865805 |
| 8/20/2018 | 1ST AMD MT QUASH W ARRANT |
| 8/20/2018 | EFILE ENVELOPE NBR 26898792 |
| 8/20/2018 | SUPP 1ST AMD MTN T O QUASH |
| 8/17/2018 | EFILE ENVELOPE NBR 26852785 |
| 8/17/2018 | REQ TEMP REST ORD MTN STAY & QUASH |
| 8/17/2018 | EFILE ENVELOPE NBR 26861042 |
| 8/17/2018 | MT QUASH WARRANT |
| 8/16/2018 | PRE-HEARING RESET D227 |
| 8/15/2018 | ATTY NOTICE FAXED FOR SETTING 10292018 |
| 8/15/2018 | ATTY NOTICE EMAIL FOR SETTING 10292018 |
| 7/23/2018 | DC FILE FORWARD TO D227 |
| 7/23/2018 | DC FILE REC IN CRT 227TH |

| | |
|---|---|
| 7/20/2018 | ARRAIGNMENT SET |
| 7/20/2018 | AWTG TRIAL SETTING |
| 7/19/2018 | INDICTED BY GJ |
| 7/19/2018 | GRAND JURY REPORT V1485P0683 |
| 7/19/2018 | DIST COURT ASSIGND D227 2018CR7461 |
| 7/19/2018 | Offender record se nt to VINE1854291001 |
| 7/19/2018 | Charge record sent to VINE 1854291001 |
| 6/28/2018 | EFILE ENVELOPE NBR 25629163 |
| 6/28/2018 | LDC ATTORNEY HIRED 24096173 |
| 6/28/2018 | DC RECEIVED BOND 1781762 |
| 6/27/2018 | GJ NUMBER ASSIGNED GJ675052 |
| 6/27/2018 | CODEFENDANT 1103395 |
| 6/24/2018 | BOOKED B20183003701 |
| 6/24/2018 | BOND SET 5000.00 0000000 |
| 6/24/2018 | DEF. MAGISTRATED |
| 6/24/2018 | AWTG INDICTMENT |
| 6/24/2018 | BOND MADE 5000.00 1781762 |
| 6/24/2018 | SID 0438294 B20183003701 1781762 |
| 6/24/2018 | REL'D ON BOND |
| 6/24/2018 | Offender record se nt to VINE1854291001 |
| 6/24/2018 | Charge record sent to VINE 1854291001 |
| 6/24/2018 | RELEASED FROM JAIL |
| 6/24/2018 | Offender record se nt to VINE1854291001 |
| 6/23/2018 | F3 500430 RETALIAT ION |
| 6/23/2018 | COMPLAINT FILED NM 394250 |
| 6/23/2018 | ER2 RECV FROM DPS |



Bexar.org | Bexar County County Clerk | Bexar County District Clerk
100 Dolorosa San Antonio, Texas 78205 | 210.335.2011



Records Search Home    Advanced Search    Bexar County

Home / Back to Search Results

# Case #2018CR8725    Events 00123

**Mag Case Number**

CM049562

**Name**

JACK EDWARD MILLER

| **SID** | **Judicial Number** | **Case Status Date** | **Case Status** |
| --- | --- | --- | --- |
| 553480 | 1850226 | 1/24/2020 | AWTG TRIAL |

| **Court** | **Location** | **Fine Amount** | **Court Costs** |
| --- | --- | --- | --- |
| D186 | BND | 0.00 | 0.00 |

**Sentence**

0000000000

| **Disposition Date** | **Disposition Status** |
| --- | --- |
| N/A | |

| **Offense Date** | **Offense Description** |
| --- | --- |
| 5/31/2018 | POSS WPN - PROHIBITED PLACES |

| **Judgment Date** | **Judgment** |
| --- | --- |
| N/A | |

**Attorney Name**

**LDC**

THOMPSON, MILLIE L

Exhibit
**B-3**

 **Bond(s) exist for this case - Click here to view.**

# Case Events   Back To Top

*Currently viewing all 123 records*

| Date | Description |
|------|-------------|
| 1/24/2020 | TRIAL DATE SET |
| 1/24/2020 | AWTG TRIAL |
| 12/6/2019 | REFERRED TO CLM FND FCT CON LW 9:00 |
| 12/3/2019 | ACKNG TRF EXHIB DC |
| 12/3/2019 | EXHIBITS ROUTED TO ARCHIVE(BX 1025)1ENV |
| 11/2/2019 | ATTY NOTICE EMAIL FOR SETTING 01242020 |
| 11/2/2019 | BOND NOTICE EMAIL FOR SETTING 01242020 |
| 11/2/2019 | ATTY NOTICE FAXED FOR SETTING 01242020 |
| 11/2/2019 | BOND NOTICE FAXED FOR SETTING 01242020 |
| 11/1/2019 | TRIAL DATE SET |
| 11/1/2019 | AWTG TRIAL |
| 10/31/2019 | DC FILE FORWARD TO D186 |
| 10/31/2019 | RET FROM MAG CRT |
| 10/31/2019 | DC FILE REC IN CRT 186TH |
| 10/30/2019 | CASE HANDLD M.A.C. MTN TO SUPPRESS HRD |
| 10/30/2019 | RESET FOR FINDINGS & FACTS OF CONCLUSIN |
| 10/30/2019 | OF LAW |
| 10/30/2019 | BY ORDERS OF JUDGE CARRUTHERS |
| 10/30/2019 | COURT REPORTER ROXIE PENA |
| 10/30/2019 | OUTTAKE DA 24084577 |

| | |
|---|---|
| 10/30/2019 | ASST DA OSCAR SALINES |
| 10/30/2019 | FILE SENT TO ANGEL A FOR NEXT HEARING |
| 10/29/2019 | DC FILE TO MAG CRT |
| 10/9/2019 | EFILE ENVELOPE NBR 37505973 |
| 10/9/2019 | SUBPOENA REQUEST FORM |
| 10/8/2019 | EFILE ENVELOPE NBR 37481423 |
| 10/8/2019 | SUBPOENA REQUEST FORM |
| 10/8/2019 | EFILE ENVELOPE NBR 37480195 |
| 10/8/2019 | MOTION IN LIMINI #1 - 7 |
| 10/8/2019 | DEF JURY ELECTION |
| 10/8/2019 | REQ NTC INT INTRO EXTRAN OFFNS EVID |
| 10/4/2019 | TRIAL DATE SET |
| 10/4/2019 | AWTG TRIAL |
| 10/4/2019 | EFILE ENVELOPE NBR 37405998 |
| 10/4/2019 | SUBPOENA REQUEST FORM |
| 9/27/2019 | ATTY NOTICE FAXED FOR SETTING 11012019 |
| 9/27/2019 | BOND NOTICE FAXED FOR SETTING 11012019 |
| 9/27/2019 | ATTY NOTICE EMAIL FOR SETTING 11012019 |
| 9/27/2019 | BOND NOTICE EMAIL FOR SETTING 11012019 |
| 9/25/2019 | REFERRED TO CLM MT SUPSS 2PM |
| 8/29/2019 | ATTY NOTICE FAXED FOR SETTING 10042019 |
| 8/29/2019 | BOND NOTICE FAXED FOR SETTING 10042019 |
| 8/29/2019 | ATTY NOTICE EMAIL FOR SETTING 10042019 |
| 8/29/2019 | BOND NOTICE EMAIL FOR SETTING 10042019 |
| 8/28/2019 | ORD OF REFERRAL SCANNED TO MAG CRT |
| 8/28/2019 | MAG RCVD ORD OF RE FERRAL & DEFT'S MTN |

| | |
|---|---|
| 8/28/2019 | TO SUPPRESS & MEMO RANDUM IN SUPPORT |
| 8/28/2019 | FROM 186TH |
| 8/27/2019 | ORD OF REFERRAL V1547P1454 |
| 8/15/2019 | INTAKE DA 24072900 |
| 7/23/2019 | NO ACTION TAKEN ON MTN DSMD FOR SPOILTN |
| 7/23/2019 | NO ORDER ATTACHED |
| 7/16/2019 | EFILE ENVELOPE NBR 35164614 |
| 7/16/2019 | DEF MICHAEL MORTON ACT REQUEST |
| 7/16/2019 | EFILE ENVELOPE NBR 35166019 |
| 7/16/2019 | MT DSMS FOR SPOLIA TION |
| 6/25/2019 | REFERRAL SCANNED TO MAG COURT |
| 6/25/2019 | MAG RCVD ORD REFRL RULE UPON PRETRL MTN |
| 6/22/2019 | ATTY NOTICE FAXED FOR SETTING 09132019 |
| 6/22/2019 | BOND NOTICE FAXED FOR SETTING 09132019 |
| 6/22/2019 | ATTY NOTICE EMAIL FOR SETTING 09132019 |
| 6/22/2019 | BOND NOTICE EMAIL FOR SETTING 09132019 |
| 6/21/2019 | TRIAL DATE SET |
| 6/21/2019 | AWTG TRIAL |
| 6/21/2019 | ORD OF REFERRAL V1538P2185 (SUPRESS) |
| 6/19/2019 | MOTION TO SUPRESS & MEMORANDUM |
| 6/19/2019 | MOTION TO SUPRESS & MEMORANDUM |
| 4/9/2019 | ATTY NOTICE FAXED FOR SETTING 06212019 |
| 4/9/2019 | BOND NOTICE FAXED FOR SETTING 06212019 |
| 4/9/2019 | ATTY NOTICE EMAIL FOR SETTING 06212019 |
| 4/5/2019 | TRIAL DATE SET |
| 4/5/2019 | AWTG TRIAL |

| | |
|---|---|
| 2/6/2019 | ATTY NOTICE FAXED FOR SETTING 04052019 |
| 2/6/2019 | BOND NOTICE FAXED FOR SETTING 04052019 |
| 2/6/2019 | ATTY NOTICE EMAIL FOR SETTING 04052019 |
| 1/25/2019 | TRIAL DATE SET |
| 1/25/2019 | AWTG TRIAL |
| 10/30/2018 | ATTY NOTICE FAXED FOR SETTING 01252019 |
| 10/30/2018 | BOND NOTICE FAXED FOR SETTING 01252019 |
| 10/30/2018 | ATTY NOTICE EMAIL FOR SETTING 01252019 |
| 10/26/2018 | TRIAL DATE SET |
| 10/26/2018 | AWTG TRIAL |
| 10/26/2018 | DEF MTN COMPEL MIC HAEL MORTON COMPLNC |
| 10/26/2018 | PRECEPT/INDICT SVD |
| 10/26/2018 | ORD M.M. COMPLIANC V1506P1513 |
| 8/29/2018 | ATTY NOTICE FAXED FOR SETTING 10262018 |
| 8/29/2018 | BOND NOTICE FAXED FOR SETTING 10262018 |
| 8/29/2018 | ATTY NOTICE EMAIL FOR SETTING 10262018 |
| 8/27/2018 | DC FILE FORWARD TO D186 |
| 8/27/2018 | DC FILE REC IN CRT D186 |
| 8/24/2018 | ARRAIGNMENT SET |
| 8/24/2018 | AWTG TRIAL SETTING |
| 8/20/2018 | INDICTED BY GJ |
| 8/20/2018 | GRAND JURY REPORT V1485P1466 |
| 8/20/2018 | DIST COURT ASSIGND D186 2018CR8725 |
| 8/20/2018 | Offender record se nt to VINE1850226001 |
| 8/20/2018 | Charge record sent to VINE 1850226001 |
| 8/15/2018 | PRE-HEARING RESET D186 |

| | |
|---|---|
| 7/11/2018 | PRE-HEARING SET D186 |
| 6/21/2018 | EFILE ENVELOPE NBR 25459714 |
| 6/21/2018 | LDC ATTORNEY HIRED 24067974 |
| 6/18/2018 | GJ NUMBER ASSIGNED GJ673996 |
| 6/8/2018 | DC RECEIVED BOND 1778134 |
| 6/1/2018 | CO DEFENDANT NUM DC2015CR4571 |
| 6/1/2018 | BOOKED B20182590601 |
| 6/1/2018 | BOND SET 10000.00 0000000 |
| 6/1/2018 | DEF. MAGISTRATED |
| 6/1/2018 | WARRANT EXECUTED 1649627 |
| 6/1/2018 | AWTG INDICTMENT |
| 6/1/2018 | Offender record se nt to VINE1850226001 |
| 6/1/2018 | Charge record sent to VINE 1850226001 |
| 6/1/2018 | WARRANT RETURNED 1649627 |
| 6/1/2018 | BOND MADE 10000.00 1778134 |
| 6/1/2018 | SID 0438078 B20182590601 1778134 |
| 6/1/2018 | REL'D ON BOND |
| 6/1/2018 | RELEASED FROM JAIL |
| 6/1/2018 | Offender record se nt to VINE1850226001 |
| 5/31/2018 | F3 520306 POSS WPN - PROHIBITED PLACES |
| 5/31/2018 | COMPLAINT FILED CM 049562 |
| 5/31/2018 | WARRANT ISSUED 0000000 |
| 5/31/2018 | PRE-INDICT FUG |
| 5/31/2018 | WARRANT RECEIVED 1649627 |
| 5/31/2018 | ER2 RECV FROM DPS |



Bexar.org | Bexar County County Clerk | Bexar County District Clerk
100 Dolorosa San Antonio, Texas 78205 | 210.335.2011



Home / Back to Search Results

# Case #566363   Events 00069

**Mag Case Number**

NM377804

**Name**

JACK EDWARD MILLER

| **SID** | **Judicial Number** | **Case Status Date** | **Case Status** |
|---|---|---|---|
| 553480 | 1833103 | 1/24/2020 | AWTG HEARING |

| **Court** | **Location** | **Fine Amount** | **Court Costs** |
|---|---|---|---|
| CC15 | BND | 0.00 | 0.00 |

**Sentence**

0000000000

| **Disposition Date** | **Disposition Status** |
|---|---|
| N/A | |

| **Offense Date** | **Offense Description** |
|---|---|
| 2/20/2018 | CRIM TRESPASS-BLDG/VEHICLE |

| **Judgment Date** | **Judgment** |
|---|---|
| N/A | |

**Attorney Name**

**LDC**

THOMPSON, MILLIE L

Exhibit
**B-4**

 **Bond(s) exist for this case - Click here to view.**

# Case Events   Back To Top

*Currently viewing all 69 records*

| Date | Description |
| --- | --- |
| 1/24/2020 | PRE-TRIAL CONFRNCE |
| 1/24/2020 | AWTG HEARING |
| 11/1/2019 | PRE-TRIAL CONFRNCE |
| 11/1/2019 | AWTG HEARING |
| 10/4/2019 | PRE-TRIAL CONFRNCE |
| 10/4/2019 | AWTG HEARING |
| 9/13/2019 | PRE-TRIAL CONFRNCE |
| 9/13/2019 | AWTG HEARING |
| 9/13/2019 | EXAM TRIAL WAIVED |
| 8/19/2019 | PRE-TRIAL CONFRNCE |
| 8/19/2019 | AWTG HEARING |
| 8/19/2019 | EXAM TRIAL WAIVED |
| 8/15/2019 | INTAKE DA 24072900 |
| 6/21/2019 | PRE-TRIAL CONFRNCE |
| 6/21/2019 | AWTG HEARING |
| 4/29/2019 | PRE-TRIAL CONFRNCE |
| 4/29/2019 | AWTG HEARING |
| 1/25/2019 | PRE-TRIAL CONFRNCE |
| 1/25/2019 | AWTG HEARING |
| 11/13/2018 | PRE-TRIAL CONFRNCE |

| | |
|---|---|
| 11/13/2018 | AWTG HEARING |
| 10/29/2018 | FILE RECD IN COURT CC15 |
| 10/26/2018 | FILE RECD IN COURT CRCENTRAL |
| 8/15/2018 | PRE-TRIAL CONFRNCE |
| 8/15/2018 | AWTG HEARING |
| 7/11/2018 | PRE-TRIAL CONFRNCE |
| 7/11/2018 | AWTG HEARING |
| 6/14/2018 | ARRAIGNMENT RESET |
| 6/14/2018 | AWTG DKT APPEARNCE |
| 6/14/2018 | ATTY ARRGN NTCE EM SENT 20180514 |
| 6/14/2018 | ATTY VOUCHER FLD 24071140 A.E. |
| 6/14/2018 | ATTY VOUCHER FRWD 75 |
| 6/8/2018 | ARRAIGNMENT HELD |
| 6/8/2018 | ARRAIGNMENT |
| 4/6/2018 | LDC ATTORNEY HIRED 24067974 |
| 4/6/2018 | LDC ATTORNEY HIRED 24067974 |
| 4/5/2018 | EFILE ENVELOPE NBR 23691486 |
| 3/21/2018 | FILE RECD IN COURT CC15 |
| 3/19/2018 | TRANS TO CC#15 1 FOR 1 TRANS DWI |
| 3/19/2018 | COURT (526741/ 527788) |
| 3/19/2018 | CNTY COURT TRANSFR CC15 |
| 3/19/2018 | COURT TRNSFR ORDER |
| 3/16/2018 | VA-IMPACT SENT AK |
| 3/16/2018 | APPT OF ATTY FLD |
| 3/14/2018 | ARRAIGNMENT SET |
| 3/14/2018 | AWTG DKT APPEARNCE |

| | |
|---|---|
| 3/14/2018 | DEF ATTORNEY APP 24071140 |
| 3/14/2018 | ATTORNEY APPOINTED V0000P0000 |
| 3/14/2018 | APPT- JUDGE REQST CELESTE BROWN |
| 3/9/2018 | FILE RECD IN COURT CC8 |
| 3/7/2018 | COMPLAINT REC'D CF |
| 3/7/2018 | FILE SENT TO COURT CC8 |
| 3/6/2018 | DA INFO TO CCF |
| 2/28/2018 | CC RECEIVED BOND # 1761652 |
| 2/21/2018 | BOOKED B20180812301 |
| 2/21/2018 | BOND SET 1000.00 0000000 |
| 2/21/2018 | DEF. MAGISTRATED |
| 2/21/2018 | AWTG DKT APPEARNCE |
| 2/21/2018 | CNTY COURT ASSIGND CC8 566363 |
| 2/21/2018 | BOND MADE 1000.00 1761652 |
| 2/21/2018 | SID 0438078 B20180812301 1761652 |
| 2/21/2018 | REL'D ON BOND |
| 2/21/2018 | Offender record se nt to VINE1833103001 |
| 2/21/2018 | Charge record sent to VINE 1833103001 |
| 2/21/2018 | RELEASED FROM JAIL |
| 2/21/2018 | Offender record se nt to VINE1833103001 |
| 2/20/2018 | MB 570703 CRIM TRE SPASS-BLDG/VEHICLE |
| 2/20/2018 | COMPLAINT FILED NM 377804 |
| 2/20/2018 | ER2 RECV FROM DPS |



Bexar.org | Bexar County County Clerk | Bexar County District Clerk
100 Dolorosa San Antonio, Texas 78205 | 210.335.2011



Home / Back to Search Results

# Case #566364   Events 00057

**Mag Case Number**

NM377805

**Name**

JACK EDWARD MILLER

| **SID** | **Judicial Number** | **Case Status Date** | **Case Status** |
|---|---|---|---|
| 553480 | 1833104 | 1/24/2020 | AWTG HEARING |

| **Court** | **Location** | **Fine Amount** | **Court Costs** |
|---|---|---|---|
| CC15 | BND | 0.00 | 0.00 |

**Sentence**

0000000000

| **Disposition Date** | **Disposition Status** |
|---|---|
| N/A | |

| **Offense Date** | **Offense Description** |
|---|---|
| 2/20/2018 | DISORDER COND-DISCH/DISPLAY FI |

| **Judgment Date** | **Judgment** |
|---|---|
| N/A | |

**Attorney Name**

**LDC**

THOMPSON, MILLIE L

Exhibit
**B-5**

 **Bond(s) exist for this case - Click here to view.**

# Case Events  Back To Top

*Currently viewing all 57 records*

| Date | Description |
|------|-------------|
| 1/24/2020 | PRE-TRIAL CONFRNCE |
| 1/24/2020 | AWTG HEARING |
| 11/1/2019 | PRE-TRIAL CONFRNCE |
| 11/1/2019 | AWTG HEARING |
| 10/4/2019 | PRE-TRIAL CONFRNCE |
| 10/4/2019 | AWTG HEARING |
| 9/13/2019 | PRE-TRIAL CONFRNCE |
| 9/13/2019 | AWTG HEARING |
| 9/13/2019 | EXAM TRIAL WAIVED |
| 8/5/2019 | INTAKE DA 24072900 |
| 6/21/2019 | PRE-TRIAL CONFRNCE |
| 6/21/2019 | AWTG HEARING |
| 4/29/2019 | PRE-TRIAL CONFRNCE |
| 4/29/2019 | AWTG HEARING |
| 4/29/2019 | ***RED FILE MADE*** |
| 1/25/2019 | PRE-TRIAL CONFRNCE |
| 1/25/2019 | AWTG HEARING |
| 11/13/2018 | PRE-TRIAL CONFRNCE |
| 11/13/2018 | AWTG HEARING |
| 8/15/2018 | PRE-TRIAL CONFRNCE |

| | |
|---|---|
| 8/15/2018 | AWTG HEARING |
| 7/11/2018 | PRE-TRIAL CONFRNCE |
| 7/11/2018 | AWTG HEARING |
| 6/14/2018 | ARRAIGNMENT RESET |
| 6/14/2018 | AWTG DKT APPEARNCE |
| 6/14/2018 | ATTY ARRGN NTCE EM SENT 20180514 |
| 6/8/2018 | ARRAIGNMENT HELD |
| 6/8/2018 | ARRAIGNMENT |
| 4/6/2018 | LDC ATTORNEY HIRED 24067974 |
| 4/6/2018 | NOT RETAIN COUNSEL E-FILED |
| 4/5/2018 | EFILE ENVELOPE NBR 23691544 |
| 3/19/2018 | TRANSF CC15; 1 FOR 1 TRANS (DWI COURT |
| 3/19/2018 | 526741/527788) |
| 3/19/2018 | CNTY COURT TRANSFR CC15 |
| 3/19/2018 | COURT TRNSFR ORDER |
| 3/19/2018 | ORIGINAL TRANSFER ORDER IN RED NO FILE |
| 3/19/2018 | FOLDER FORWARDED TO CC15; |
| 3/16/2018 | APPT OF ATTY FLD |
| 3/14/2018 | ARRAIGNMENT SET |
| 3/14/2018 | DEF ATTORNEY APP 24071140 |
| 3/14/2018 | ATTORNEY APPOINTED V0000P0000 |
| 3/14/2018 | APPT- JUDGE REQST CELESTE BROWN |
| 2/28/2018 | CC RECEIVED BOND # 1761653 |
| 2/21/2018 | BOOKED B20180812302 |
| 2/21/2018 | BOND SET 2000.00 0000000 |
| 2/21/2018 | DEF. MAGISTRATED |

| 2/21/2018 | AWTG DKT APPEARNCE |
| --- | --- |
| 2/21/2018 | CNTY COURT ASSIGND CC8 566364 |
| 2/21/2018 | BOND MADE 2000.00 1761653 |
| 2/21/2018 | SID 0438078 B20180812302 1761653 |
| 2/21/2018 | REL'D ON BOND |
| 2/21/2018 | Offender record se nt to VINE1833104001 |
| 2/21/2018 | Charge record sent to VINE 1833104001 |
| 2/21/2018 | RELEASED FROM JAIL |
| 2/21/2018 | Offender record se nt to VINE1833104001 |
| 2/20/2018 | MB 531102 DISORDER COND-DISCH/DISPLAY |
| 2/20/2018 | COMPLAINT FILED NM 377805 |



Bexar.org | Bexar County County Clerk | Bexar County District Clerk
100 Dolorosa San Antonio, Texas 78205 | 210.335.2011



**COUNTY CLERK & DISTRICT CLERK COURT RECORDS SEARCH**

Records Search Home       Advanced Search       Bexar County

Home  /  Back to Search Results

# Case #572819   Events 00051

**Mag Case Number**

CM048637

**Name**

JACK EDWARD MILLER

| **SID** | **Judicial Number** | **Case Status Date** | **Case Status** |
|---|---|---|---|
| 553480 | 1846639 | 1/24/2020 | AWTG HEARING |

| **Court** | **Location** | **Fine Amount** | **Court Costs** |
|---|---|---|---|
| CC15 | BND | 0.00 | 0.00 |

**Sentence**

0000000000

| **Disposition Date** | **Disposition Status** |
|---|---|
| N/A | |

| **Offense Date** | **Offense Description** |
|---|---|
| 4/28/2018 | INTERFERE W/DUTIES PUB SERVANT |

| **Judgment Date** | **Judgment** |
|---|---|
| N/A | |

**Attorney Name**

**LDC**

THOMPSON, MILLIE L

Exhibit
**B-6**

 **Bond(s) exist for this case - Click here to view.**

# Case Events   Back To Top

*Currently viewing all 51 records*

| Date | Description |
| --- | --- |
| 1/24/2020 | PRE-TRIAL CONFRNCE |
| 1/24/2020 | AWTG HEARING |
| 11/1/2019 | PRE-TRIAL CONFRNCE |
| 11/1/2019 | AWTG HEARING |
| 10/4/2019 | PRE-TRIAL CONFRNCE |
| 10/4/2019 | AWTG HEARING |
| 9/13/2019 | PRE-TRIAL CONFRNCE |
| 9/13/2019 | AWTG HEARING |
| 9/13/2019 | EXAM TRIAL WAIVED |
| 8/15/2019 | INTAKE DA 24072900 |
| 6/21/2019 | PRE-TRIAL CONFRNCE |
| 6/21/2019 | AWTG HEARING |
| 4/29/2019 | PRE-TRIAL CONFRNCE |
| 4/29/2019 | AWTG HEARING |
| 4/29/2019 | ***RED FILE MADE*** |
| 1/25/2019 | PRE-TRIAL CONFRNCE |
| 1/25/2019 | AWTG HEARING |
| 11/13/2018 | PRE-TRIAL CONFRNCE |
| 11/13/2018 | AWTG HEARING |
| 8/15/2018 | PRE-TRIAL CONFRNCE |

| | |
|---|---|
| 8/15/2018 | AWTG HEARING |
| 7/11/2018 | PRE-TRIAL CONFRNCE |
| 7/11/2018 | AWTG HEARING |
| 6/14/2018 | PRE-TRIAL CONFRNCE |
| 6/14/2018 | AWTG HEARING |
| 5/31/2018 | ARRAIGNMENT SET |
| 5/31/2018 | PRO SE 00000000 |
| 5/31/2018 | ARRAIGNMENT HELD |
| 5/31/2018 | ARRAIGNMENT |
| 5/31/2018 | EFILE ENVELOPE NBR 24966313 |
| 5/31/2018 | LDC ATTORNEY HIRED 24067974 |
| 5/17/2018 | CC RECEIVED BOND # 1774567 |
| 5/9/2018 | BOOKED B20182186601 |
| 5/9/2018 | PROPOSED BOND 800.00 0000000 |
| 5/9/2018 | WARRANT EXECUTED 1646431 |
| 5/9/2018 | AWTG DKT APPEARNCE |
| 5/9/2018 | CNTY COURT ASSIGND CC15 572819 |
| 5/9/2018 | BOND MADE 800.00 1774567 |
| 5/9/2018 | SID 0438078 B20182186601 1774567 |
| 5/9/2018 | REL'D ON BOND |
| 5/9/2018 | Offender record se nt to VINE1846639001 |
| 5/9/2018 | Charge record sent to VINE 1846639001 |
| 5/9/2018 | RELEASED FROM JAIL |
| 5/9/2018 | Offender record se nt to VINE1846639001 |
| 5/9/2018 | WARRANT RETURNED 1646431 |
| 5/9/2018 | ER2 RECV FROM DPS |

| 5/4/2018 | WARRANT ISSUED 0000000 |
| 5/4/2018 | MAG WARRANT |
| 5/4/2018 | WARRANT RECEIVED 1646431 |
| 4/28/2018 | MB 530009 INTERFER E W/DUTIES PUB SERVA |
| 4/28/2018 | COMPLAINT FILED CM 048637 |



Bexar.org | Bexar County County Clerk | Bexar County District Clerk
100 Dolorosa San Antonio, Texas 78205 | 210.335.2011