IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER, JACK MILLER, BRIAN HOWD, JAMES A. MEAD, JOSEPH BRANDON PIERCE, MARK BROWN, DAVID BAILEY, JUAN GONZALESJR, KEVIN EGAN, JONATHON GREEN, JAMES SPRINGER, | § § § § § § § § | 5-18-CV-00680-JKP-RBF |
| *Plaintiffs*, | § § | |
| vs. | § § | |
| CHIEF JOSEPH SALVAGGIO *ET AL.* | § § § | |
| *Defendants*. | § | |

## **ORDER**

The Court is in receipt of the parties' respective advisories regarding whether this case should proceed or remain stayed. *See* Dkt. No. 72. **IT IS ORDERED THAT** this case is set for a status conference on **January 31, 2020 at 1:30 pm** in Courtroom A on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206. Counsel must appear in person; telephonic appearances will not be permitted.

**IT IS SO ORDERED**.

SIGNED this 18th day of December, 2019.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE