IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER *ET AL.* | § § § | |
| *Plaintiffs*, | § § | 5-18-CV-00680-JKP-RBF |
| vs. | § § | |
| CHIEF JOSEPH SALVAGGIO *ET AL.* | § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the status of the above-referenced case, which was referred for all non-dispositive pretrial matters and which is currently stayed. *See* Dkt. Nos. 71, 66, 69. On December 13, 2019, the parties filed a joint advisory discussing their respective views on the stay. *See* Dkt. No. 72. The Court held a hearing on this matter on January 31, 2020, at which all parties were present through counsel. For the reasons previously stated in the Court's November 19, 2018 Order and reiterated at the January 31 hearing, Dkt. No. 66, this case will remain stayed.

The parties should meaningfully confer while the case is stayed, and at the conclusion of six months from the date of this Order, file another joint advisory with the Court discussing their respective views on whether the case is ready to proceed or should remain stayed. The advisory should also describe—in detail—the steps the parties propose to take in moving the case forward. In support of and in addition to their respective positions in the joint advisory, the parties may submit information *in camera* should they believe such information would be appropriate and relevant to the Court's determinations.

**IT IS SO ORDERED**.

SIGNED this 5th day of February, 2020.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE