

# Case #603209

**Mag Case Number**:

**Name**: JAMES ALAN SPRINGER

**SID**: 1103396

**Judicial Number**: 1857241

**Case Status Date**
: 2/18/2020

**Case Status**: AWTG HEARING

**Court** : CC8

**Location** : BND

**Fine Amount** :  0.00

**Court Costs** :  0.00

**Sentence** : 0000000000

**Disposition Date** : N/A

**Disposition Status** :

**Offense Date** : 6/18/2018

**Offense Description** : INTERFERE W/DUTIES PUB SERVANT

**Judgment Date** : N/A

**Judgment** :

**Attorney Name** :

> !
> Bond(s) exist for this case - Click here to view. (/Bond/BondSummary?bp=CC603209&r=392d6702-434e-487e-bbab-4b56e0a352be&cs=603209

**Exhibit A1**

## Case Events

*Currently viewing all 62 records*

| Date | Description |
| --- | --- |
| 7/24/2020 | INTAKE DA 24072900 |
| 2/18/2020 | HEARING DATE SET |
| 2/18/2020 | AWTG HEARING |
| 12/16/2019 | HEARING DATE SET |
| 12/16/2019 | AWTG HEARING |
| 9/30/2019 | HEARING DATE SET |
| 9/30/2019 | AWTG HEARING |
| 8/16/2019 | HEARING DATE SET |
| 8/16/2019 | AWTG HEARING |
| 6/17/2019 | HEARING DATE SET |
| 6/17/2019 | AWTG HEARING |
| 6/4/2019 | PRE-TRIAL CONFRNCE |
| 6/4/2019 | AWTG HEARING |
| 4/12/2019 | FILE RECD IN COURT CC8 |
| 4/10/2019 | CNTY COURT TRANSFR CC8 |
| 4/10/2019 | COURT TRNSFR ORDER |
| 3/25/2019 | PRE-TRIAL CONFRNCE |
| 3/25/2019 | AWTG HEARING |
| 3/23/2019 | FILE RECD IN COURT CC1 |
| 3/1/2019 | FILE RECD IN COURT CC1 |
| 2/28/2019 | PRE-TRIAL CONFRNCE |
| 2/28/2019 | AWTG HEARING |
| 1/22/2019 | ARRAIGNMENT SET |
| 1/4/2019 | CC RECEIVED BOND # 1810851 |
| 12/28/2018 | WARRANT RETURNED 1672576 |
| 12/28/2018 | FILE RECD IN COURT CC1 |
| 12/27/2018 | BOOKED B20186127401 |
| 12/27/2018 | WARRANT EXECUTED 1672576 |
| 12/27/2018 | DEF. MAGISTRATED |
| 12/27/2018 | BOND MADE 800.00 20 1810851 |
| 12/27/2018 | SID 0438294 B20186127401 1810851 |
| 12/27/2018 | REL'D ON BOND |
| 12/27/2018 | RELEASED FROM JAIL |
| 12/27/2018 | Offender record se nt to VINE1857241001 |
| 12/27/2018 | Charge record sent to VINE 1857241001 |
| 12/27/2018 | FILE RECD IN COURT CRCENTRAL |
| 12/27/2018 | ER2 RECV FROM DPS |
| 12/11/2018 | FILE RECD IN COURT CC1 |
| 12/10/2018 | COMPLAINT REC'D CF |
| 12/10/2018 | CNTY COURT ASSIGND CC1 603209 |
| 12/10/2018 | WARRANT ISSUED 0000000 |
| 12/10/2018 | COUNTY COURT FUG |
| 12/10/2018 | WARRANT RECEIVED 1672576 |
| 12/10/2018 | FILE SENT TO COURT CC1 |
| 12/7/2018 | PRES WALFR TO ADM |
| 12/7/2018 | ADM WALFR TO CF WARRANT |
| 12/7/2018 | BOND SET 800.00 0000000 |
| 12/6/2018 | WALFR REC'D ADM |
| 12/6/2018 | ADM WALFR TO PRES CC6 |
| 11/5/2018 | PRES WALFR TO ADM |
| 11/5/2018 | ADM WALFR TO DA'S REJECTED BY JUDGE |

| Date | Description |
| --- | --- |
| 11/5/2018 | PLEASE SEE JUDGE ABOUT PROBABLE CAUSE |
| 11/2/2018 | RECORD UNSEALED |
| 11/2/2018 | WALFR REC'D ADM |
| 11/2/2018 | ADM WALFR TO PRES CC2 |
| 10/23/2018 | AWTG FILING |
| 10/18/2018 | DSMD-FURTH INVEST |
| 10/18/2018 | CASE CLOSED |
| 7/10/2018 | REPORT FILED |
| 7/10/2018 | RECORD SEALED |
| 7/10/2018 | AWTG FILING |
| 6/18/2018 | MB 530009 INTERFER E W/DUTIES PUB SERVA |