

# Case #2018CR7461

**Mag Case Number**: NM394250

**Name**: JAMES ALAN SPRINGER JR

**SID**: 1103396

**Judicial Number**: 1854291

**Case Status Date**: 2/18/2020

**Case Status**: AWTG TRIAL

**Court** : D227

**Location** : BND

**Fine Amount** :  0.00

**Court Costs** :  0.00

**Sentence** : 0000000000

**Disposition Date** : N/A

**Disposition Status** :

**Offense Date** : 6/23/2018

**Offense Description** : RETALIATION

**Judgment Date** : N/A

**Judgment** :

**Attorney Name** :

**LDC** : GILMORE, STEVEN

> !
> Bond(s) exist for this case - Click here to view. (/Bond/BondSummary?bp=DC2018CR7461&r=069d25f7-9c8a-4446-a83f-5eb5df1f24bf&cs=2018CR7461&ct=&=&full=y&



Exhibit **A2**

# Case Events

*Currently viewing all 130 records*

| Date | Description |
| --- | --- |
| 7/22/2020 | INTAKE DA 24072900 |
| 2/18/2020 | TRIAL DATE SET |
| 2/18/2020 | AWTG TRIAL |
| 2/18/2020 | ST'S MOTION FOR CONTINUANCE |
| 12/18/2019 | ATTY NOTICE FAXED FOR SETTING 02182020 |
| 12/18/2019 | ATTY NOTICE EMAIL FOR SETTING 02182020 |
| 12/16/2019 | TRIAL DATE SET |
| 12/16/2019 | AWTG TRIAL |
| 11/2/2019 | ATTY NOTICE FAXED FOR SETTING 12162019 |
| 11/2/2019 | ATTY NOTICE EMAIL FOR SETTING 12162019 |
| 9/30/2019 | TRIAL DATE SET |
| 9/30/2019 | AWTG TRIAL |
| 9/9/2019 | ORD MTN QUASH WRNT V1551P0488(DENIED) |
| 9/9/2019 | MTN TO QUASH WARRANT |
| 9/9/2019 | ORD MTN QUASH WRNT V1551P0489(DENIED) |
| 9/5/2019 | EFILE ENVELOPE NBR 36548344 |
| 9/5/2019 | ASSERT RIGHT |
| 8/13/2019 | DVD'S W/D OFF TO PL KENREANNE DAVIS |
| 8/13/2019 | DVD W/D OFF TO PL KENREANNE DAVIS |
| 7/19/2019 | ATTY NOTICE FAXED FOR SETTING 09302019 |
| 7/19/2019 | ATTY NOTICE EMAIL FOR SETTING 09302019 |
| 6/17/2019 | TRIAL DATE SET |
| 6/17/2019 | AWTG TRIAL |
| 5/15/2019 | FLASH DRIVE P/U BY BRANDON RAMSEY |
| 5/8/2019 | DC FILE REC IN CRT 227 |
| 5/7/2019 | REFERRED TO CLM TRO/MT STAY/QSH WRRT |
| 5/7/2019 | CASE HANDLD M.A.C. MTN FOR TEMPORARY |
| 5/7/2019 | RESTRAINING ORD & MTN TO STAY EXECUTIO |
| 5/7/2019 | FOR & TO QUASH SEA RCH WARRANT HRD |
| 5/7/2019 | HEARING HELD |
| 5/7/2019 | ORDER TO DENY V1527P2842 |
| 5/7/2019 | BY ORDERS OF JUDGE CARRUTHERS |
| 5/7/2019 | COURT REPORTER ROXIE PENA |
| 5/7/2019 | OUTTAKE DA 24077572 |
| 5/7/2019 | OUTTAKE DA 24074930 |
| 5/7/2019 | ASST DA ANDREW FIELDS |
| 5/7/2019 | ASST DA BRANDON RAMSEY |
| 5/7/2019 | DC FILE FORWARD TO 227TH |
| 5/6/2019 | DC FILE FORWARD TO MAG COURT |
| 5/6/2019 | DC FILE REC IN CRT MAG CRT |
| 4/8/2019 | ATTY NOTICE FAXED FOR SETTING 06172019 |
| 4/8/2019 | ATTY NOTICE EMAIL FOR SETTING 06172019 |
| 3/28/2019 | CODEFENDANT 1110596 |
| 3/25/2019 | TRIAL DATE SET |
| 3/25/2019 | AWTG TRIAL |
| 2/28/2019 | ORD OF REFERRAL V1519P3058 |
| 2/28/2019 | MT/ORD SCANNED TO MAG COURT |
| 2/28/2019 | MAG RCVD ORD OF RE FERRAL & RQST FOR |
| 2/28/2019 | TEMP. REST. ORDER MTN TO STAY EXECUTIO |
| 2/28/2019 | OF/& TO QUASH SEAR CH WRNT FROM 227TH |
| 2/19/2019 | EFILE ENVELOPE NBR 31270730 |
| 2/19/2019 | REQ TEMP RESTRAIN ORD MTN STAY AND QUA |
| 2/19/2019 | SH |

| Date | Description |
|---|---|
| 2/14/2019 | SUPP DVDS SENT TO 227 |
| 2/7/2019 | AGREED MT QUASH SRCH WRRNT 2018W0994 |
| 2/7/2019 | ORD QUASH WARRANT V1519P1354 |
| 2/7/2019 | ORD TO QUASH PRG JDG CARRUTHERS |
| 1/29/2019 | ATTY NOTICE FAXED FOR SETTING 03252019 |
| 1/29/2019 | ATTY NOTICE EMAIL FOR SETTING 03252019 |
| 1/15/2019 | DC FILE REC IN CRT 227 |
| 1/14/2019 | DC FILE FORWARD TO 227TH |
| 1/10/2019 | REFERRED TO CLM PRETIRAL MOTIONS |
| 1/10/2019 | DC FILE FORWARD TO MAG COURT |
| 1/10/2019 | DC FILE REC IN CRT MAG COURT |
| 1/10/2019 | CASE HANDLD M.A.C. PRETRL MTNS HRD |
| 1/10/2019 | RQST FOR TEMPORARY ORDER; MTN TO STAY |
| 1/10/2019 | EXECUTION OF & TO QUASH SEARCH WRNT |
| 1/10/2019 | WITHDRAWN; MTN FOR THE PRODUCTION OF |
| 1/10/2019 | GRAND JURY TRANSCR IPTS-DENIED |
| 1/10/2019 | BY ORDERS OF JUDGE CARRUTHERS |
| 1/10/2019 | COURT REPORTER ROXIE PENA |
| 1/10/2019 | OUTTAKE DA 24027761 |
| 1/10/2019 | ASST DA BRANDON RAMSEY |
| 1/10/2019 | ORD WITHDRAWN V1518P1410 |
| 1/10/2019 | ORD PROD GRAND JRY V1518P1409(DENIED) |
| 12/13/2018 | MAG RVD ORD OF RFR MTN PRD GND JRY TRNS |
| 12/13/2018 | MAG RVD ORD OF RFR MTN FOR TEMP RSTN OR |
| 12/12/2018 | EFILE ENVELOPE NBR 29675110 |
| 12/12/2018 | MT QUASH WRRNTS/SHOW CAUSE |
| 12/12/2018 | MT/ORD OF REFERRAL FWD TO MAG COURT |
| 12/12/2018 | MT/ORD OF REFFERAL FWD TO MAG COURT |
| 12/11/2018 | ORD OF REFERRAL V1502P3854 |
| 12/11/2018 | ORD OF REFERRAL V1502P3853 |
| 12/10/2018 | TRIAL DATE SET |
| 12/10/2018 | AWTG TRIAL |
| 12/5/2018 | EFILE ENVELOPE NBR 29510062 |
| 12/5/2018 | MTN PROD GRAND JRY TRANSCRIPT ART20.02D |
| 10/30/2018 | ATTY NOTICE FAXED FOR SETTING 12102018 |
| 10/30/2018 | ATTY NOTICE EMAIL FOR SETTING 12102018 |
| 10/29/2018 | TRIAL DATE SET |
| 10/29/2018 | AWTG TRIAL |
| 8/20/2018 | EFILE ENVELOPE NBR 26865805 |
| 8/20/2018 | 1ST AMD MT QUASH W ARRANT |
| 8/20/2018 | EFILE ENVELOPE NBR 26898792 |
| 8/20/2018 | SUPP 1ST AMD MTN T O QUASH |
| 8/17/2018 | EFILE ENVELOPE NBR 26852785 |
| 8/17/2018 | REQ TEMP REST ORD MTN STAY & QUASH |
| 8/17/2018 | EFILE ENVELOPE NBR 26861042 |
| 8/17/2018 | MT QUASH WARRANT |
| 8/16/2018 | PRE-HEARING RESET D227 |
| 8/15/2018 | ATTY NOTICE FAXED FOR SETTING 10292018 |
| 8/15/2018 | ATTY NOTICE EMAIL FOR SETTING 10292018 |
| 7/23/2018 | DC FILE FORWARD TO D227 |
| 7/23/2018 | DC FILE REC IN CRT 227TH |
| 7/20/2018 | ARRAIGNMENT SET |
| 7/20/2018 | AWTG TRIAL SETTING |
| 7/19/2018 | INDICTED BY GJ |
| 7/19/2018 | GRAND JURY REPORT V1485P0683 |

| Date | Description |
| --- | --- |
| 7/19/2018 | DIST COURT ASSIGND D227 2018CR7461 |
| 7/19/2018 | Offender record se nt to VINE1854291001 |
| 7/19/2018 | Charge record sent to VINE 1854291001 |
| 6/28/2018 | EFILE ENVELOPE NBR 25629163 |
| 6/28/2018 | LDC ATTORNEY HIRED 24096173 |
| 6/28/2018 | DC RECEIVED BOND 1781762 |
| 6/27/2018 | GJ NUMBER ASSIGNED GJ675052 |
| 6/27/2018 | CODEFENDANT 1103395 |
| 6/24/2018 | BOOKED B20183003701 |
| 6/24/2018 | BOND SET 5000.00 0000000 |
| 6/24/2018 | DEF. MAGISTRATED |
| 6/24/2018 | AWTG INDICTMENT |
| 6/24/2018 | BOND MADE 5000.00 1781762 |
| 6/24/2018 | SID 0438294 B20183003701 1781762 |
| 6/24/2018 | REL'D ON BOND |
| 6/24/2018 | Offender record se nt to VINE1854291001 |
| 6/24/2018 | Charge record sent to VINE 1854291001 |
| 6/24/2018 | RELEASED FROM JAIL |
| 6/24/2018 | Offender record se nt to VINE1854291001 |
| 6/23/2018 | F3 500430 RETALIAT ION |
| 6/23/2018 | COMPLAINT FILED NM 394250 |
| 6/23/2018 | ER2 RECV FROM DPS |