IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER, JACK MILLER, BRIAN HOWD, JAMES A. MEAD, JOSEPH BRANDON PIERCE, MARK BROWN, DAVID BAILEY, JUAN GONZALESJR, KEVIN EGAN, JONATHON GREEN, JAMES SPRINGER,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CHIEF JOSEPH SALVAGGIO *ET AL.*<br><br>*Defendants*. | 5-18-CV-00680-JKP-RBF |

**ORDER**

The Court is in receipt of the parties' respective advisories regarding whether this case should remain stayed, and the Court would like to address this matter with counsel. *See* Dkt. No. 76.

**IT IS ORDERED THAT** this case is set for a telephonic attorney status conference on **October 13, 2020 at 1:00 pm**. The following call-in information applies to this setting:

> Toll free number:  877-402-9753
> Access code: 8309798
> Participant Security Code:  93075

Counsel must call at least 10 minutes before the start of the hearing and check in with the Courtroom Deputy, Ms. Amy Jackson. The use of speaker phones is prohibited during a telephonic appearance.

**IT IS SO ORDERED.**

SIGNED this 30th day of September, 2020.

_____
RICHARD B.  FARRER
UNITED STATES MAGISTRATE JUDGE