UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER; ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL NO. SA-18-CA-680-FB |
| § | |
| CHIEF JOSEPH SALVAGGIO; ET AL. § | |
| § | |
| Defendants. § | |

## ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant CITY OF LEON VALLEY ("City"), files this Alternative Dispute Resolution Report pursuant to this Court's Scheduling Order, dated October 30, 2020. [Dkt No. 83].

1. Counsel for Defendant City informed the clients of the alternative dispute resolution procedures available in the Western District of Texas.

2. Plaintiffs have not submitted a written settlement offer to Defendant City. Plaintiffs' deadline to submit a written settlement offer is December 4, 2020. Defendant City will respond to the offer on or before December 21, 2020, if Plaintiffs' demand is timely submitted, in accordance with the Scheduling Order.

3. The individuals responsible for settlement negotiations on behalf of Defendant City are Patrick C. Bernal and Adolfo Ruiz.

4. Defendant City recognizes ADR methods approved by this Court, but feel at this time, alternative dispute resolution is premature pending further discovery. The parties are just

beginning formal discovery. Mediation may be appropriate at a later stage in these proceedings after appropriate discovery and further case development.

Signed this 9th day of November, 2020.

        Respectfully submitted,

        DENTON NAVARRO ROCHA BERNAL & ZECH
        A Professional Corporation
        2517 N. Main Avenue
        San Antonio, Texas 78212
        Telephone:  (210) 227-3243
        Facsimile:  (210) 225-4481
        pbernal@rampagelaw.com
        aruiz@rampagelaw.com

BY: */s/ Adolfo Ruiz*
     PATRICK C. BERNAL
     State Bar No. 02208750
     ADOLFO RUIZ
     State Bar No. 17385600
     ATTORNEYS FOR DEFENDANTS
     CITY OF LEON VALLEY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this 9th day of November, 2020, to the following:

Solomon M. Radner        **E-NOTIFICATION**
EXCOLO LAW, PLLC
26700 Lahser Rd, Suite 401
Southfield, MI 48033

Charles S. Frigerio        **E-NOTIFICATION**
Law Offices of Charles S. Frigerio PC
111 Soledad, Ste. 840
San Antonio, Texas 78205

        */s/ Adolfo Ruiz*
        PATRICK C. BERNAL
        ADOLFO RUIZ