UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

*Plaintiffs*,

v.

CHIEF JOSEPH SALVAGGIO, et al;

*Defendants*.

_____/

Case No.: 5:18-cv-680

Hon. Jason K. Pulliam

### PLAINTIFFS' COUNSEL SOLOMON RADNER'S MOTION TO WITHDRAW AS COUNSEL

NOW COMES, Plaintiffs' counsel, Solomon M. Radner, and respectfully moves this Honorable Court to allow him withdraw from this case, pursuant to Local Rule AT-3 WITHDRAWAL OF ATTORNEY.

Undersigned counsel further advises the Court that co-counsel Brandon Grable is already representing all plaintiffs together with undersigned counsel, and Mr. Grable will continue to represent all plaintiffs, as Successor Attorney, for purposes of the herein cited Local Rule.

The reason for withdrawal is simply that undesigned counsel accepted employment at a law firm, effective November 1, 2020, and it has become clear over the past several months that remaining as counsel for the plaintiffs in this case and providing this case the attention it requires, has unfortunately become impossible due to undersigned counsel's obligations connected to this new employment. Mr.

- 1 -

Grable is aware of this development and is prepared to move forward as counsel for all plaintiffs.

The only exception is Plaintiff Brandon Joseph Pierce, who has made it abundantly clear that he does not wish to be represented by undersigned counsel, and for whom there exists an irreconcilable breakdown in the attorney client relationship. This being the case, a copy of this motion is being sent to him directly. Despite this unfortunate development, the relief sought in the instant motion stays the same: the withdrawal of undersigned counsel for all plaintiffs.

WHEREFORE, Plaintiffs respectfully request that the instant Motion be GRANTED and that the Court enter any other relief it deems affair and just.

Respectfully Submitted,

**JOHNSON LAW, PLLC**

*/S/ Solomon M. Radner*
SOLOMON M. RADNER
Attorney for Plaintiffs
535 Groswold Street, Suite 2632
Detroit, MI 48226
(313) 324-8300
sradner@venjohnsonlaw.com

Dated: May 10, 2021

## **PROOF OF SERVICE**

    On May 10, 2021, the undersigned served the foregoing document on all known parties of record by e-filing it on this Court's CM/ECF e-filing system which will send notice to counsel of record for all represented parties, with the exception of the Doe defendants who have yet to be identified, as well as to the following Plaintiff via e-mail and first class mail:

    Brandon Joseph Pierce
    644 Kerry,
    Crowley, TX 76026
    ethicsinstead@protonmail.com

    */s/ Solomon M. Radner*