UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

    *Plaintiffs*,

v.

CHIEF JOSEPH SALVAGGIO, et al;

    *Defendants*.

_____/

Case No.: 5:18-cv-680

Hon. Jason K. Pulliam

## [PROPOSED] ORDER GRANTING SOLOMON RADNER'S MOTION TO WITHDRAW AS COUNSEL

Based upon Plaintiffs' counsel's unopposed motion herein;

    IT IS SO ORDERED that Solomon Radner's motion to withdraw as counsel is hereby GRANTED. The Clerk's Office is directed to remove Solomon Radner from the docket and e-filing notification recipient list for the above-entitled case.

Dated: _____

                                              Hon. Jason K. Pulliam
                                              U.S. DISTRICT COURT JUDGE