UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER; ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL NO. 5:18-CV-00680-JKP-RBF |
| § | |
| CHIEF JOSEPH SALVAGGIO; ET AL. § | |
| § | |
| Defendants. § | |

## NOTICE OF LEAD COUNSEL FOR PLAINTIFFS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Attorneys Brandon J. Grable and Austin M. Reyna of Grable Grimshaw Mora PLLC, 1603 Babcock Road, Suite 280, San Antonio, Texas 78229 who are admitted to practice in the US District Court Western District of Texas, and file this entry of appearance as lead counsel for the following Plaintiffs:

**David Bailey**
**Mark Brown**
**Kevin Egan**
**Gregory Gardiner**
**Juan Gonzales**
**Jonathan Green**
**Jason Green**
**Brian Howd**
**Jack Miller**
**Theresa Richard**
**James Springer**
**James Mead**
**Russell Zinter**

The undersigned advises the Court and counsel of their representation of the above-named Plaintiffs, and request notice of all future filings, settings, correspondence, and communication

from the Court and other parties to the undersigned in accordance with the Federal Rules of Civil Procedure.

For purposes of clarification, the Court previously granted withdraw of **Brandon Joseph Pierce** [Docket Entry # 100]. The undersigned was not retained by **Selena Herrera**, so for purposes of further clarification, the undersigned will submit a Motion to Withdraw as Counsel in a subsequent filing after complying with local rules.

        Respectfully Submitted,

        **GRABLE GRIMSHAW MORA PLLC**

        _____
        **BRANDON J. GRABLE**
        Texas State Bar No. 24086983
        brandon@ggm.law
        **AUSTIN M. REYNA**
        Texas State Bar No. 24118645
        austin@ggm.law
        1603 Babcock Road, Suite 280
        San Antonio, Texas 78229
        Telephone: (210) 963-5297
        Facsimile: (210) 641-3332
        **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby affirm that on this 7th day of June 2021, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service.

_____
Brandon J. Grable