

San Antonio I Austin I Rio Grande Valley
2517 N. Main Avenue I San Antonio, Texas 78212-4685
V 210-227-3243 I F 210-225-4481

June 14, 2021

US District Court Clerk- Western District         **VIA E-NOTIFICATION**
655 E. Cesar Chavez Blvd.
San Antonio, Texas 78206

RE:   *Russell Zinter, et al v. City of Leon Valley, et al*
      No. 5:18-CV-00680-FB (U.S.D.C., Western District, San Antonio Division)

To Whom It May Concern:

Please be advised that I will be on vacation beginning July 12, 2021, to July 19, 2021. As a matter of professional courtesy, I request that you avoid scheduling any matters in the above-referenced case on any of these dates and that no discovery, motions, pleadings or other instruments be filed or served when required a response to be filed during this period or immediately thereafter.

I am copying counsel and notifying them of this request. I hereby request that counsel contact my office about any scheduling issues resulting from this notice that need to be addressed.

Should you have any questions, please do not hesitate to contact me. Thank you in advance for your professional courtesy in this matter.

Very truly yours,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation

*/s/ Adolfo Ruiz*

ADOLFO RUIZ

AR/dq