# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

    *Plaintiffs*,

v.

CHIEF JOSEPH SALVAGGIO, et al;

    *Defendants*.

Case No.: 5:18-cv-680

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF SELENA HERRERA

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Attorneys Brandon J. Grable and Austin M. Reyna of Grable Grimshaw Mora PLLC, and respectfully move the Court to allow them to withdraw from the above styled and numbered cause of action, pursuant to Local Rule AT-3 WITHDRAWAL OF ATTORNEY. Plaintiff's counsel has conferred with all opposing counsels and no party opposes the withdrawal.

The undersigned made multiple attempts to contact Selena Herrera concerning the undersigned's representation in a lead counsel capacity. We were unsuccessful in making any contact with her despite the undersigned's due diligence. At this time, we will not be representing Ms. Herrera. Ms. Herrera's last known address is 202 S. Hoy Street, Buffalo, Oklahoma 73834. Ms. Herrera's last known telephone number

is (469) 397-6016. A copy of this motion is being sent to Ms. Herrera by certified mail to her at her last known mailing address.

Respectfully Submitted,

**GRABLE GRIMSHAW MORA PLLC**

___/s/Austin Reyna_____
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
brandon@ggm.law
**AUSTIN M. REYNA**
Texas State Bar No. 24118645
austin@ggm.law
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby affirm that on this 22nd day of June 2021, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service.

___/s/Austin Reyna_____
Austin M. Reyna