# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

RUSSELL ZINTER, et al;

*Plaintiffs*,

Case No.: 5:18-cv-680

v.

CHIEF JOSEPH SALVAGGIO, et al;

*Defendants*.

_____/

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Based upon Plaintiffs' counsels' unopposed motion herein;

    IT IS SO ORDERED that Brandon J. Grable and Austin M. Reyna motion to withdraw as counsel from representation of Plaintiff Selena Herrera is hereby GRANTED.

Dated: _____

                                                  Hon. Richard B. FARRER
                                                  UNITED STATES MAGISTRATE JUDGE