IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER *ET AL*. | § | |
| | § | |
| *Plaintiffs*, | § | 5-18-CV-00680-JKP-RBF |
| | § | |
| vs. | § | |
| | § | |
| CHIEF JOSEPH SALVAGGIO *ET AL*. | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**ORDER**

Before the Court is the Unopposed Motion to Withdraw As Counsel for Plaintiff Selena Herrera filed by attorneys Brandon J. Grable and Austin M. Reyna of Grable Grimshaw Mora PLLC. *See* Dkt. No. 105. Counsel filed the instant motion to withdraw shortly after the Court set this case for an in-person hearing for July 27, 2021 at 11 am in Courtroom A on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 7820. *See* Dkt. No. 104.

**IT IS THEREFORE ORDERED THAT** the parties should be prepared to discuss the Motion to Withdraw, Dkt. No. 105, at the scheduled July 27, 2021 hearing. **Plaintiff Herrera shall appear-in person for the hearing**. **Should Herrera fail to appear at the hearing, her claims may be subject to dismissal for failure to prosecute or comply with a Court order**. *See* Fed. R. Civ. P. 41(b).

Counsel for Herrera shall transmit a copy of this Order to Herrera at her last known address.

**IT IS SO ORDERED**.

SIGNED this 13th day of July, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE