UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER; ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL NO. SA-18-CA-680-JKP-RBF |
| § | |
| CHIEF JOSEPH SALVAGGIO; ET AL. § | |
| § | |
| Defendants. § | |

## ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER

Came on to be heard the Parties' Joint Motion to Modify Scheduling Order. After considering the agreed motion, the Court determined the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the following deadlines are extended as follows:

| Event | Current Deadline | Deadline After Extension |
|---|---|---|
| Expert Witness Deadline: | Plaintiff: 09/27/2021<br>Defendant: 10/25/2021 | Plaintiff: 10/27/2021<br>Defendant: 11/24/2021 |

SIGNED this the _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE