

October 26, 2021

<u>**VIA E-FILE/E-SERVICE**</u>
Attn: Honorable Clerks of the Court
Attn: Counsel of Opposing Parties

### NOTICE TO CLERK OF THE COURT AND COUNSEL

Re:     **Notice of Unavailability of Brandon J. Grable**

Dear Honorable Clerks of the Court and Counsel:

This letter is intended to notify all Honorable Clerks of the Court and Counsel that I, Brandon J. Grable will be unavailable on the following dates:

- <u>November 29 through December 8, 2021</u>, for Military Duty and
- <u>June 27, 2022, through July 8, 2022,</u> due to professional obligations either out of state or out of the country.

Please do not set any matters for hearing, trial, mediation, or deposition during this time. Verifying documentation is available upon request.

Thank you for your professional attention to this matter. If you have any questions or concerns, please feel free to contact my office at (210) 963-5297.

Sincerely,

Brandon Grable

1603 Babcock Road · Suite 280 · San Antonio · Texas · 78229·210.963.5297 · info@ggm.law

| **Brandon J. Grable** | **Matthew A. Grimshaw** | **Randy J. Mora** |
|---|---|---|
| *brandon@ggm.law* | *matt@ggm.law* | *randy@ggm.law* |