| | |
|---|---|
| **From:** | Marlena Guajardo |
| **To:** | Adolfo Ruiz |
| **Subject:** | FW: 2021-10-07, Zinter et al v Salvaggio et al, Deposition |
| **Date:** | Friday, October 29, 2021 10:27:49 AM |
| **Importance:** | High |

**From:** Brandon J. Grable <brandon@ggm.law>
**Sent:** Thursday, October 7, 2021 1:37 PM
**To:** Charles Frigerio <csf@frigeriolawfirm.com>; Patrick Bernal <pbernal@rampagelaw.com>; Adolfo Ruiz <aruiz@rampagelaw.com>
**Cc:** Austin Reyna <austin@ggm.law>; Carolyn Stritzke <cstritzke@ggm.law>; Joelle Thomas <jthomas@ggm.law>
**Subject:** 2021-10-07, Zinter et al v Salvaggio et al, Deposition

Counsel,

Following up from our recent conversation, please provide deposition dates for your clients:

| Plaintiffs | Available Dates | Final Date |
|---|---|---|
| James Springer | Any day | |
| Jack Miller | Any day EXCEPT Thursdays | |
| David Bailey | Any day | |
| James Mead | 11/1-11/5; no zoom access | |
| Kevin Egan | 11/1-11/4 | |
| Greg Gardiner | Any day | |
| Theresa Richard | 11/1-11/12 with 3 day advance | |
| Russel Zinter | 1-Nov | |
| Brian Howd | | |
| Mark Brown | Any day with 3-4 day advance | |
| Juan Gonzales Jr. | | |
| Jonathan Green | 11/1-11/12 with a week's advance | |
| Jason Green | most Thursdays | |

| Defendants | Available Dates | Final Date |
|---|---|---|
| Chief Salvaggio | | |
| City of Leon Valley | | |
| David Anderson | | |
| Deput Goldman | | |
| Johnny Vasquez | | |
| Chad Mandry | | |
| Jim Wells | | |
| Louis Farias | | |
| Brandon Evans | | |
| Uziel Hernandez | | |
| Detective King | | |
| Officer Azar | | |
| Officer Breton | | |
| Officer Castro | | |
| Officer Rivera | | |
| Officer Tacquard | | |
| Officer Urdiales | | |
| Officer Yarborough | | |

| Experts | Available Dates | Final Date |
|---|---|---|
| Adolfo Ruiz | | |
| Patrick Bernal | | |
| Lowell Denton | | |

**Brandon J. Grable** | **Member** | **Grable Grimshaw Mora PLLC**
1603 Babcock Road | Suite 280 | San Antonio, Texas 78229
Office: 210.963.5297 | Fax: 210.641.3332

Disclaimer: This email and any attachments are the property of Grable Grimshaw Mora PLLC and may contain confidential and/or privileged material. If you are not the intended recipient, any use, disclosure or copying of this email or any attachments is unauthorized. If you received this email in error, please immediately notify the sender and delete the email and any attachments from your computer. Please do not forward without permission.

Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | | |
|---|---|---|---|
| **RUSSELL ZINTER; ET AL.** | § | | |
| | § | | |
| *Plaintiffs,* | § | | |
| | § | | |
| **v.** | § | **NO:** | **5:18-CV-00680-JKP-RBF** |
| | § | | |
| **CHIEF JOSEPH SALVAGGIO, ET AL.** | § | | |
| | § | | |
| *Defendants.* | § | | |

---

### NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION
### OF EXPERT PATRICK BERNAL

---

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that the undersigned, on behalf of Plaintiffs Zinter, Howd, Bailey, Gardiner, Miller, Mead, Springer, Green, Green, Gonzales, Egan, Brown, and Richard, will take the remote deposition of **PATRICK BERNAL on November 17th, 2021, beginning at 9:00 a.m.**, through Prevail.IO's court deposition videoconference platform.  Therefore, this deposition requires a strong internet connection and a device such as a computer, tablet, or function with a functioning camera, microphone, and speakers capable of accessing and using the Prevail.IO platform.

The deposition will be taken before a notary public who will make a video recording of the deposition.  The parties will have access to real-time, instant AI transcription.  Pursuant to Rule 30 of the Federal Rules of Civil Procedure, if any party designating another method of recording the testimony bears the expense of the additional record or transcript.

Information for accessing the Prevail.IO platform are forthcoming.

SIGNED this 27th day of October 2021.



Respectfully Submitted,


**GRABLE GRIMSHAW MORA PLLC**

*/s/ Austin M. Reyna*
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
brandon@ggm.law
**AUSTIN M. REYNA**
Texas State Bar No. 24118645
austin@ggm.law
1603 Babcock Road, Suite 280
San Antonio, Texas  78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served upon the below named parties, via electronic mail or certified mail according to the Federal Rules of Civil Procedure on this 27th day of October 2021.

**Charles Frigerio**       **Email:** csfrigeriolaw@sbcglobal.net
Law Offices of Charles S. Frigerio   **Email:** frigeriolaw1995@sbcglobal.net
111 Soledad, Suite 840
San Antonio, Texas 78205
*Attorney for Defendants, Officers*

**Adolfo Ruiz**        **Email:** aruiz@rampagelaw.com
DENTON NAVARRO ROCHA BERNAL & ZECH
2517 North Main Avenue
San Antonio, TX 78212
*Attorneys for Defendants, City*

**Brandon Joseph Pierce**     **Email:** ethicsinstead@protonmail.com
644 Kerry
Crowley, Texas 76026

**Selena Herrera**      **CMRRR # 9400 1119 6900 0000 11**
202 S. Hoy Street
Buffalo, Oklahoma 73834

         */s/Austin M. Reyna*
        **Austin M. Reyna**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RUSSELL ZINTER; ET AL.** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **NO:**   **5:18-CV-00680-JKP-RBF** |
| | § | |
| **CHIEF JOSEPH SALVAGGIO, ET AL.** | § | |
| | § | |
| *Defendants.* | § | |

### NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION
### OF EXPERT ADOLFO RUIZ

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that the undersigned, on behalf of Plaintiffs Zinter, Howd, Bailey, Gardiner, Miller, Mead, Springer, Green, Green, Gonzales, Egan, Brown, and Richard, will take the remote deposition of **ADOLFO RUIZ on November 17th, 2021, beginning at 10:00 a.m.**, through Prevail.IO's court deposition videoconference platform.  Therefore, this deposition requires a strong internet connection and a device such as a computer, tablet, or function with a functioning camera, microphone, and speakers capable of accessing and using the Prevail.IO platform.

The deposition will be taken before a notary public who will make a video recording of the deposition.  The parties will have access to real-time, instant AI transcription.  Pursuant to Rule 30 of the Federal Rules of Civil Procedure, if any party designating another method of recording the testimony bears the expense of the additional record or transcript.

Information for accessing the Prevail.IO platform are forthcoming.

SIGNED this 27th day of October 2021.



Exhibit
C

Respectfully Submitted,

**GRABLE GRIMSHAW MORA PLLC**

*/s/ Austin M. Reyna*
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
brandon@ggm.law
**AUSTIN M. REYNA**
Texas State Bar No. 24118645
austin@ggm.law
1603 Babcock Road, Suite 280
San Antonio, Texas  78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served upon the below named parties, via electronic mail or certified mail according to the Federal Rules of Civil Procedure on this 27th day of October 2021.

**Charles Frigerio**
Law Offices of Charles S. Frigerio
111 Soledad, Suite 840
San Antonio, Texas 78205
*Attorney for Defendants, Officers*

**Email:** csfrigeriolaw@sbcglobal.net
**Email:** frigeriolaw1995@sbcglobal.net

**Adolfo Ruiz**
DENTON NAVARRO ROCHA BERNAL & ZECH
2517 North Main Avenue
San Antonio, TX 78212
*Attorneys for Defendants, City*

**Email:** aruiz@rampagelaw.com

**Brandon Joseph Pierce**
644 Kerry
Crowley, Texas 76026

**Email:** ethicsinstead@protonmail.com

**Selena Herrera**
202 S. Hoy Street
Buffalo, Oklahoma 73834

**CMRRR # 9400 1119 6900 0000 11**

 */s/Austin M. Reyna*
**Austin M. Reyna**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **RUSSELL ZINTER; ET AL.** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **NO:    5:18-CV-00680-JKP-RBF** |
| | § | |
| **CHIEF JOSEPH SALVAGGIO, ET AL.** | § | |
| | § | |
| *Defendants.* | § | |

---

**NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION**
**OF EXPERT LOWELL DENTON**

---

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that the undersigned, on behalf of Plaintiffs Zinter, Howd, Bailey, Gardiner, Miller, Mead, Springer, Green, Green, Gonzales, Egan, Brown, and Richard, will take the remote deposition of **LOWELL DENTON on November 17ᵗʰ, 2021, beginning at 11:00 a.m.**, through Prevail.IO's court deposition videoconference platform.  Therefore, this deposition requires a strong internet connection and a device such as a computer, tablet, or function with a functioning camera, microphone, and speakers capable of accessing and using the Prevail.IO platform.

The deposition will be taken before a notary public who will make a video recording of the deposition.  The parties will have access to real-time, instant AI transcription.  Pursuant to Rule 30 of the Federal Rules of Civil Procedure, if any party designating another method of recording the testimony bears the expense of the additional record or transcript.

Information for accessing the Prevail.IO platform are forthcoming.

SIGNED this 27ᵗʰ day of October 2021.

**Exhibit D**

Respectfully Submitted,

**GRABLE GRIMSHAW MORA PLLC**

*/s/ Austin M. Reyna*
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
brandon@ggm.law
**AUSTIN M. REYNA**
Texas State Bar No. 24118645
austin@ggm.law
1603 Babcock Road, Suite 280
San Antonio, Texas  78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332
**COUNSEL FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

       This is to certify that a true and correct copy of the foregoing instrument has been served upon the below named parties, via electronic mail or certified mail according to the Federal Rules of Civil Procedure on this 27th day of October 2021.

**<u>Charles Frigerio</u>**                          **Email:** csfrigeriolaw@sbcglobal.net
Law Offices of Charles S. Frigerio      **Email:** frigeriolaw1995@sbcglobal.net
111 Soledad, Suite 840
San Antonio, Texas 78205
*Attorney for Defendants, Officers*

**<u>Adolfo Ruiz</u>**                             **Email:** aruiz@rampagelaw.com
Denton Navarro Rocha Bernal & Zech
2517 North Main Avenue
San Antonio, TX 78212
*Attorneys for Defendants, City*

**<u>Brandon Joseph Pierce</u>**              **Email:** ethicsinstead@protonmail.com
644 Kerry
Crowley, Texas 76026

**<u>Selena Herrera</u>**                     **CMRRR # 9400 1119 6900 0000 11**
202 S. Hoy Street
Buffalo, Oklahoma 73834

                                                 */s/Austin M. Reyna*
                                                **Austin M. Reyna**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL NO. SA-18-CA-680-JKP-RBF |
| | § | |
| CHIEF JOSEPH SALVAGGIO; ET AL. | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF ADOLFO RUIZ

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

Before me, the undersigned notary, on this day personally appeared Adolfo Ruiz, a person whose identity is known to me. After being by me duly cautioned to tell the truth, subject to the penalties for perjury, he did affirm and testify as follows:

"My name is Adolfo Ruiz. I am over the age of eighteen (18) years, am of sound mind, and am fully capable of making this affidavit. I am personally familiar with facts recited below, which are true and correct.

I am one of the attorneys from the law firm of Denton, Navarro, Rocha, Bernal & Zech representing Defendant, the City of Leon Valley, in the above-referenced case. I am also designated as one of the experts to testify as to the reasonableness of Plaintiffs' attorneys' fees in this matter. Our office received the deposition notices for Attorneys Bernal, Denton, and I on October 27, 2021. Although there was no identification as to the nature of the deposition testimony on the notices, Plaintiffs' counsel informed me that it was because we were identified as experts to testify as to Plaintiffs' request for attorney fees.

Pursuant to the authority cited in Defendant's Motion for Protective Order, Plaintiffs' request for Defendant's counsels' deposition is premature, counterproductive, and not in accordance with Fed. R. Civ. P. 26(b)(1), (c)(1) and 30(a)(2).

Alternatively, there are approximately 16 Defendants and 15 Plaintiffs in this case. There is no trial date set and Plaintiffs' responses to Defendant's

**Exhibit
E**

Requests for Production and Interrogatories are due on or before November 26, 2021. Mr. Bernal, Mr. Denton, and I will need adequate time to review any attorney fee documents sent to us by Plaintiffs' counsel in order to prepare and render an opinion as to the reasonableness of Plaintiffs attorneys' fees.

Upon conference with Plaintiffs' counsel, he did not agree to reset the Defendant's counsels' testimony on Plaintiffs' attorneys' fees for a time period after November 17, 2021.

Defendant's counsel is fully ready and available to render their expert opinion concerning the reasonableness of Plaintiffs' attorneys' fees when those records are available to Defendant's counsel to testify at the appropriate time."

Further Affiant sayeth not.

ADOLFO RUIZ
ATTORNEY FOR DEFENDANT
CITY OF LEON VALLEY

SUBSCRIBED AND SWORN TO BEFORE ME on this _29_ day of October 2021, to certify which witness my hand and official seal.

DANIELLE JUSTINE QUINTERO
My Notary ID # 132007068
Expires May 9, 2023

NOTARY PUBLIC, STATE OF TEXAS