AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-CV-680

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>FBI AGENT HARLEN L JOHNSTON</u> was received by me on *(date)* <u>Dec 3, 2021, 10:09 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>JASON, FBI LOCAL COUNSEL</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>FBI AGENT HARLEN L JOHNSTON</u> on *(date)* <u>Fri, Dec 03 2021 at 2:28PM</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/08/21

_____
Server's signature

Angela Rodriguez
PSC#15983
EXP. 11/30/22
_____
*Printed name and title*

8521 Blanco Rd #2-236, San Antonio, TX 78216
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 3, 2021, 2:28 pm CST at COMPANY: 5740 UNIVERSITY HEIGHTS BLVD, SAN ANTONIO, TX 78249 received by FBI AGENT HARLEN L JONSTON.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-CV-680

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FBI REPRESENTATIVE OF SQUAD CT-4 OF THE SAN ANTONIO DOMESTIC TERRORISM UNIT was received by me on *(date)* Dec 3, 2021, 10:09 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JASON, FBI LEGAL COUNSEL , who is designated by law to accept service of process on behalf of *(name of organization)* FBI REPRESENTATIVE OF SQUAD CT-4 OF THE SAN ANTONIO DOMESTIC TERRORISM UNIT on *(date)* Fri, Dec 03 2021 AT 2:26PM ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/08/2021

_____
*Server's signature*

Angela Rodriguez
PSC#15983
EXP. 11/30/22
_____
*Printed name and title*

8521 Blanco Rd #2-236, San Antonio, TX 78216
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 3, 2021, 2:26 pm CST at COMPANY: 5740 UNIVERSITY HEIGHTS BLVD, SAN ANTONIO, TX 78249 received by FBI REPRESENTATIVE OF SQUAD CT-4 OF THE SAN ANTONIO DOMESTIC TERRORISM UNIT.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-CV-680

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>FBI AGENT S JASON HARRIS</u> was received by me on *(date)*
<u>Dec 3, 2021, 10:09 am.</u>

☐   I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy
to the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>JASON, FBI LOCAL COUNSEL</u> , who is designated by law to
accept service of process on behalf of *(name of organization)* <u>FBI AGENT S JASON HARRIS</u> on *(date)* <u>Fri,</u>
<u>Dec 03 2021 at 2:27pm</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: 12/08/21

_____
Server's signature

Angela Rodriguez
PSC#15983
EXP. 11/30/22
_____
*Printed name and title*

8521 Blanco Rd #2-236, San Antonio, TX 78216
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 3, 2021, 2:27 pm CST at COMPANY: 5740 UNIVERSITY HEIGHTS BLVD, SAN ANTONIO,
TX 78249 received by FBI AGENT S JASON HARRIS.