UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER; ET AL. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. SA-18-CA-680-FB |
| CHIEF JOSEPH SALVAGGIO; ET AL. | § § § | |
| Defendants. | § | |

## JOINT REPORT ON STATUS OF SETTLEMENT NEGOTIATIONS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant CITY OF LEON VALLEY ("City"); Individual Defendants JOSEPH SALVAGGIO, DAVID ANDERSON, SGT. URDIALES, DET. KING, CPL. CHAD MANDRY, CPL. LUIS FARIAS, and OFFICERS VASQUEZ, WELLS, EVANS, HERNANDES YARBROUGH, BRETON, AZAR, CASTRO, TACQUARD and RIVER ("Individual Defendants"); and Plaintiffs RUSSELL ZINTER, JACK MILLER, RIAN HOWD, JAMES MEAD, MARK BROWN, DAVID BAILEY, JUAN GONZALES JR., KEVIN EGAN, JONATHAN GREEN, JAMES SPRINGER, GREG GARDINER, JASON GREEN, and THERESA RICHARD[1] ("Plaintiffs") (collectively referred to as "the Parties") file this Joint Report on Status of Settlement Negotiations pursuant to this Court's Amended Scheduling Order, dated July 29, 2021. [Dkt No. 111].

1. Counsel for the Parties have informed their respective clients of the alternative dispute resolution procedures available in the Western District of Texas.

---

[1] Plaintiffs do not include pro se Plaintiffs, Joseph Brandon Pierce and Selena Herrera. Plaintiff Herrera's mail via United States Postal Service continues to be returned and marked "Return to Sender. No Mail Receptacle. Unable to Forward."

2.     On November 30, 2021, Plaintiffs tendered a written demand for each Plaintiff to Defendant City and Individual Officer Defendants. Defendants responded to Plaintiffs' demand with a counteroffer on December 10, 2021.

3.     Individuals responsible for settlement negotiations are Patrick C. Bernal and Adolfo Ruiz on behalf of Defendant City; Charles Frigerio and Hector Saenz on behalf of the Individual Defendants; and Brandon Grable and Austin Reyna on behalf of Plaintiffs.

1.     The Parties have reached an impasse and have not engaged in any further settlement negotiations since December 11, 2021.

Signed this 28th day of December 2021.

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
Telephone:    (210) 227-3243
Facsimile:     (210) 225-4481
pbernal@rampagelaw.com
aruiz@rampagelaw.com

BY:    */s/ Adolfo Ruiz*
PATRICK C. BERNAL
State Bar No. 02208750
ADOLFO RUIZ
State Bar No. 17385600
ATTORNEYS FOR DEFENDANT
CITY OF LEON VALLEY

LAW OFFICES OF CHARLES S. FRIGERIO
Charles S. Frigerio
Hector Saenz
111 Soledad, Ste. 840
San Antonio, Texas 78205
Telephone:    (210) 271-7877
Facsimile:     (210) 225-4481
csfrigeriolaw@sbcglobal.net
frigeriolaw1995@sbcglobal.net

|   |   |
|---|---|
| BY: | */s/ Charles S. Frigerio* |

CHARLES S. FRIGERIO
Texas State Bar No. 07477500
HECTOR SAENZ
Texas State Bar No. 17514850
COUNSEL FOR INDIVIDUAL DEFENDANTS

GRABLE GRIMSHAW MORA PLLC
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
Telephone:   (210) 963-5297
Facsimile:    (210) 641-3332
brandon@ggm.law
austin@ggm.law

BY:  */s/ Brandon J. Grable*
BRANDON J. GRABLE
Texas State Bar No. 24086983
AUSTIN M. REYNA
Texas State Bar No. 24118645
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby affirm that on this 28th day of December 2021, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service and/or via certified mail, return receipt requested, unless otherwise indicated, and according to the Federal Rules of Civil Procedure.

*/s/ Adolfo Ruiz*
ADOLFO RUIZ