IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER *ET AL.* | § § § | |
| *Plaintiffs*, | § § | 5-18-CV-00680-JKP-RBF |
| vs. | § § § | |
| CHIEF JOSEPH SALVAGGIO *ET AL.* | § § § | |
| *Defendants*. | § § § § | |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion for a Continuance. *See* Dkt. No. 132. This case was referred for resolution of all nondispositive pretrial matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 71. The Court has authority to enter this Order pursuant to 28 U.S.C. § 636(b)(1)(A). Plaintiffs' Motion, Dkt. No. 132, is **DENIED**.

The parties were previously admonished that further extension requests would be disfavored. There is nothing provided in the present motion to warrant departing from the guidance on extensions the Court previously indicated would govern this case. Although the case was stayed for quite some time—due to concerns raised by Plaintiffs' actions—the case has been unstayed since October of 2020. The motion doesn't mention any meaningful activity on discovery until June 2021. No depositions are mentioned until mid-November 2021. Accordingly, Plaintiffs haven't presented good cause to modify the scheduling order. *See* Fed. R. Civ. P. 16(b)(4). The trial date has been set by the District Court and will not be moved in response to the present motion. If the parties desire to extend the close of discovery, they can so

1

request by separate motion, but the dispositive motions deadline and trial date will not be adjusted.

**IT IS SO ORDERED**.

SIGNED this 13th day of January, 2022.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE