# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RUSSEL ZINTER; ET AL.** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | NO:   SA: 5:18-CV-00680-JKP-RBF |
| **CHIEF JOSEPH SALVAGGIO, ET AL.** | § § § | |
| *Defendants.* | § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE AND MOTION FOR ENLARGEMENT OF PAGE LIMITS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs RUSSELL ZINTER, DAVID BAILEY, MARK BROWN, KEVIN EGAN, GREGORY GARDINER, JUAN GONZALES, JONATHAN GREEN, JASON GREEN, BRIAN HOWD, JACK MILLER, THERESA RICHARD, JAMES SPRINGER, and JAMES MEAD ("Plaintiffs") file their *Motion for Leave and Motion for Enlargement of Page Limits* requesting to file *Plaintiffs' Motion to Compel Discovery* of greater than 10 pages length, and in support of such request, respectfully shows this Honorable Court as follows:

1. Under Western District of Texas Local Rule CV-7(c), a response to a discovery or case management motion filed with this Court is limited to 10 pages in length and other responsive motions are limited to 20 pages.

2. In order to properly detail the arguments and authorities that Plaintiffs rely on in support of their *Plaintiffs' Motion to Compel Discovery* [Dkt. 141]. Plaintiffs respectfully request that the Court enlarge the page limit for its motion to fifteen pages (15).

3. Defendants' counsel has indicated they are unopposed to this Motion.

Respectfully Submitted,

**GRABLE GRIMSHAW PLLC**

*/s/ Brandon J. Grable*
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
brandon@g2.law
**AUSTIN M. REYNA**
Texas State Bar No. 24118645
austin@g2.law
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby affirm that on this 24th day of January 2022, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service.

*/s/ Brandon J. Grable*