# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

RUSSELL ZINTER, JACK MILLER, BRIAN HOWD, JAMES A. MEAD, JOSEPH BRANDON PIERCE, MARK BROWN, DAVID BAILEY, JUAN GONZALESJR, KEVIN EGAN, JONATHON GREEN, JAMES SPRINGER, THERESA C. RICHARD, JASON GREEN, GREG GARDINER, SELENA HERRARA,

    *Plaintiffs,*

v.

CHIEF JOSEPH SALVAGGIO, LIEUTENANT JOHN DOE ANDERSON, OFFICER JANE DOE GOLDMAN, OFFICER JOHN DOE VASQUEZ, CORPORAL C MANDRY, SERGEANT JOHN DOE, DETECTIVE JIM WELLS, OFFICER L FARIAS, BADGE 534; OFFICER JOHN DOE EVANS, BADGE 556; OFFICER JOHN DOE HERNANDEZ, JOHN DOE TAZER 1, JOHN DOE TAZER 2, THE CITY OF LEON VALLEY, TEXAS, A POLITICAL SUBDIVISION OF THE STATE OF TEXAS; LIEUTENANT DAVID ANDERSON, OFFICER JOHNNY VASQUEZ, #552, ID1176; CPL. CHAD MANDRY, OFFICER BRANDON EVANS, BADGE 556; OFFICER UZIEL HERNANDEZ, OFFICER YARBROUGH, OFFICER BRETON, OFFICER AZAR, OFFICER URDIALES, OFFICER KING, OFFICER CASTRO, OFFICER TACQUARD, OFFICER E. RIVERA,

    *Defendants.*

Case No.  SA-18-CV-00680-JKPSA-

## TRANSFER ORDER

It is hereby ORDERED this civil case assigned to the docket of the undersigned be TRANSFERRED to the docket of United States District Judge Royce Lamberth for all purposes upon the mutual consent of both judges. All Scheduling Order and response deadlines will remain in effect and unchanged. The Court's Jury Trial Scheduling Order dated November 23, 2021, *(ECF No. 125)*, remains in effect. The jury trial and pretrial conference will be held before Judge Lamberth.

Pursuant to the Amended Order Assigning the Business of the Court effective October 15, 2019, the Clerk shall credit the case to the percentage of business of the receiving Judge.

It is so ORDERED.
SIGNED this 25th day of February, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE