GRABLE
GRIMSHAW
PLLC

February 28, 2022

FILED
FEB 28 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**VIA EMAIL:**
Ms. Natasha Martinez
Western District of Texas

RE:   No. SA:18-CA-680-JKP-RBF, *Zinter et al. v. Salvaggio et al.*, filed in the United States District Court, Western District of Texas, San Antonio Division.

Dear Ms. Martinez:

The purpose of this letter is to accompany the thumb drive hand-delivered to the court to be filed with Plaintiff's Motion to File Documents under Seal (Dkt 154).

We hand delivered a thumb drive with the exhibits listed below, on Friday, February 25, 2022, and were told we needed a second thumb drive, to which we are now providing with this letter.

The following Exhibits are to Plaintiff's Partial Motion for Summary Judgment (Dkt 153-1) that could not be filed due to their size and media type. The Exhibits included on the thumb drive are: **Exhibits 11-35 (video); 37-39 (video); 86 (video); and 112 (audio).**

Should you require any additional information, please contact me at brandon@g2.law or at (210) 963-5297. Thank you.

Brandon J. Grable