IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER; JACK MILLER; BRIAN HOWD; JAMES A. MEAD; JOSEPH BRANDON PIERCE; MARK BROWN; DAVID BAILEY; JUAN GONZALES JR.; KEVIN EGAN; JONATHON GREEN; JAMES SPRINGER <br><br> Plaintiffs, <br><br> VS. <br><br> CHIEF JOSEPH SALVAGGIO; LIEUTENANT DAVID ANDERSON; DEPUTY JANE DOE GOLDMAN; OFFICER JOHNNY VASQUEZ; CPL CHAD MANDRY; SERGEANT JOHN DOE; OFFICER JIMMIE WELLS; CPL. LOUIS FARIAS, BADGE 534; OFFICER BRANDON EVANS, BADGE 556; OFFICER UZIEL HERNANDEZ; JOHN DOE TASER 1; JOHN DOE TASER 2 AND THE CITY OF LEON VALLEY, A POLITICAL SUBDIVISION OF THE STATE OF TEXAS <br><br> Defendants. | CIVIL ACTION NO. 5:18-CV-0680-RCL-RBF |

### DEFENDANTS CITY OF LEON VALLEY, ET AL'S UNOPPOSED MOTION FOR CONTINUANCE OF THE JURY TRIAL SCHEDULING ORDER (DKT 125)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ROYCE C. LAMBERTH:

NOW COMES CITY OF LEON VALLEY, ET AL, Defendants in the above entitled and numbered cause and files this their Unopposed Motion for Continuance of the Jury Trial Scheudling Order [ECF DKT. 125] and in support thereof would respectfully show unto the Court the following:

**I.**

Pursuant to the Court's Docket Text Order entered on November 23, 2021, Dispositive Motions were due by February 24, 2022.  Defendant City of Leon Valley and the Individual Defendant Officers filed Motions for Summary Judgment February 24, 2022 and Plaintiffs filed a Motion for Partial Summary Judgment on February 24, 2022.   Responses to said motions are due pursuant to the Local Rules of the Western District of Texas by March 10, 2022.

Currently, pursuant to the Court's Jury Trial Scheduling Order, Rule 16(e) Final Joint Pre-Trial Order is due on March 4, 2022.

**II.**

Defendants CITY OF LEON VALLEY and Defendants City of Leon Valley Police Officers, CHIEF OF POLICE JOSEPH SALVAGGIO, LT. DAVID ANDERSON, SGT. JOEL URDIALES, DET. ALEX KING, CPL. CHAD MANDRY, CPL. LOUIS FARIAS, OFFICER JOHNNY VASQUEZ, OFFICER JIMMIE WELLS, OFFICER BRANDON EVANS, OFFICER UZIEL HERNANDEZ, OFFICER CLARENCE YARBOROUGH, OFFICER JORGE BRETON, OFFICER JOANN AZAR, OFFICER BENJAMIN CASTRO, OFFICER MIKE TAQUARD, OFFICER ERIKA RIVERA move to extend the filing of the Joint Pretrial Order deadline and Final Pretrial Conference of March 18, 2022 and the trial date of March 28, 2022 since dispositive motions are currently pending with the Court.  Defendants assert that the calendaring of the Motions for Summary Judgment and Partial Summary Judgment, their response and reply periods make the current Jury Trial date impractical.  Defendants have conferred with Plaintiffs' counsel and Plaintiffs' counsel is not opposed to this motion.

This motion is not filed for the purpose of delay but so that this case can be for the purpose of justice.

**WHEREFORE, PREMISES CONSIDERED**, Defendants pray the jury trial scheduling order be continued to such time as when the dispositive motions have been ruled upon in accordance with the Federal Rules of Civil Procedure and for such other and further relief as they may show themselves justly entitled.

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**

A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: csfrigeriolaw@sbcglobal.net
frigeriolaw1995@sbcglobal.net

BY: /s/ Charles S. Frigerio
CHARLES S. FRIGERIO
SBN: 07477500
ATTORNEY-IN-CHARGE

HECTOR X. SAENZ
SBN: 17514850

**ATTORNEYS FOR DEFENDANTS CHIEF OF POLICE JOSEPH SALVAGGIO, LT. DAVID ANDERSON, SGT. JOEL URDIALES, DET. ALEX KING, CPL. CHAD MANDRY, CPL. LOUIS FARIAS, OFFICER JOHNNY VASQUEZ, OFFICER JIMMIE WELLS, OFFICER BRANDON EVANS, OFFICER UZIEL HERNANDEZ, OFFICER CLARENCE YARBOROUGH, OFFICER JORGE BRETON, OFFICER JOANN AZAR, OFFICER BENJAMIN CASTRO, OFFICER MIKE TAQUARD, OFFICER ERIKA RIVERA**

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 N. Main A venue
San Antonio, Texas 78212
Telephone: (210) 227-3243
Facsimile: (210) 225-4481
pbernal@rampagelaw.com
aruiz@rampagelaw.com

                               BY: *Isl Adolfo Ruiz*
                                  PATRICK C. BERNAL
                                  State Bar No. 02208750
                                  ADOLFO RUIZ
                                  State Bar No. 17385600
                                  COUNSEL FOR DEFENDANT
                                  CITY OF LEON VALLEY

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of March, 2022, I electronically filed the foregoing Defendants City of Leon Valley Et Al's Motion to Continue the Court's trial scheduling order has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing and by certified mail to the non-ECF to the following:

Mr. Brandon J. Grable
Mr. Austin Reyna
Grable Law Firm PLLC
1603 Babcock Road, Suite 118
San Antonio, Texas 78229

Mr. Brandon Joseph Pierce
644 Kerry
Crowley, Texas 76026

Ms. Selena Herrera
202 S. Hoy Street
Buffalo, Oklahoma 73834

                                       /s/ Charles S. Frigerio
                                       CHARLES S. FRIGERIO