UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**RUSSELL ZINTER**, *et al.*,

    *Plaintiffs*,

v.

**JOSEPH SALVAGGIO**, *et al.*,

    *Defendants*.

Case No. 5:18-cv-680-RCL

## ORDER

Defendants have filed an unopposed motion [158] to continue the pretrial order deadline, the final pretrial conference, and the trial date in the above-captioned matter. As made clear in the transfer order, these deadlines and settings remained in effect after the case was transferred to the undersigned. This trial date was set on November 23, 2021. ECF No. 125. The parties have been admonished that further extension requests would be disfavored. Order, ECF No. 137. Magistrate Judge Farrer has denied the parties' requests for continuances several times. *Id.*; 02/11/2022 Minute Entry. The parties have not shown good cause for a continuance and the motion is hereby **DENIED**. The deadlines in the Scheduling Order [125] remain firm.

It is **SO ORDERED**.

Date: March 2, 2022

Royce C. Lamberth
United States District Judge

1