UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **RUSSELL ZINTER; ET AL.** § | |
| § | |
|     **Plaintiffs,** § | |
| § | |
| v. § | CIVIL NO. SA-18-CA-680-RCL-RBF |
| § | |
| **CHIEF JOSEPH SALVAGGIO; ET AL.** § | |
| § | |
|     **Defendants.** § | |

**DEFENDANT CITY OF LEON VALLEY'S OBJECTIONS
TO PLAINTIFFS' WITNESS LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW DEFENDANT, CITY OF LEON VALLEY, a political Subdivision of the State of Texas ("City" or "Defendant") and under Local Rule CV-16(g) files its objections to Plaintiffs' Witness List **[Dkt. 160, pp. 28-36]** as follows:

1. **Late-designated witnesses.** Plaintiffs did not provide to Defendant City disclosures of their witnesses prior to the close of discovery on January 13, 2022, or thirty (30) days prior to trial pursuant to FRCP Rule 26 (a) (3) (A) (ii), (B). Defendant received Plaintiffs' witness list on March 4, 2022, when the parties filed their CV-16 (f) filings. As such, the witnesses were untimely in designating their testifying witnesses. The City objects to each witness designated in Dkt. 160, pp. 28-36 and requests that this Court exclude each witness's testimony.

2. **In the alternative, Plaintiffs have not identified the nature of their witnesses' testimony**. Pursuant to this Court's Jury Trial Scheduling Order, the parties' witness list required by CV-16(f)(5) "shall" also include a brief statement of the nature of the testimony. **[Dkt. 125].** As demonstrated by the Plaintiffs' submittal of their Witness List **[Dkt. 160, pp. 28-36],** none of

the mandatory disclosure of the nature of the witness's testimony is present. As such, Defendant is left to surmise the nature of the Plaintiffs' witness's testimony which inhibits Defendant's ability to adequately prepare for trial. Defendant requests this Court to strike and/or limit the testimony of Plaintiffs' designated witnesses.

Signed this 11th day of March, 2022.

            Respectfully submitted,
            DENTON NAVARRO ROCHA BERNAL & ZECH
            A Professional Corporation
            2517 N. Main Avenue
            San Antonio, Texas 78212
            Telephone: (210) 227-3243
            Facsimile: (210) 225-4481
            pbernal@rampagelaw.com
            aruiz@rampagelaw.com

BY: ***/s/ Adolfo Ruiz***
            PATRICK C. BERNAL
            State Bar No. 02208750
            ADOLFO RUIZ
            State Bar No. 17385600
            COUNSEL FOR DEFENDANT
            CITY OF LEON VALLEY

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this 11th day of March, 2022, to the following:

| | |
|---|---|
| Brandon J. Grable<br>Austin M. Reyna<br>GRABLE GRIMSHAW MORA, PLLC<br>1603 Babcock Road, Suite 280<br>San Antonio, Texas 78229 | **E-NOTIFICATION** |
| Charles S. Frigerio<br>Hector Saenz<br>Law Offices of Charles S. Frigerio PC<br>111 Soledad, Ste. 840<br>San Antonio, Texas 78205 | **E-NOTIFICATION** |
| Brandon Joseph Pierce<br>644 Kerry<br>Crowley, Texas 76026 | **Email:** ethicsinstead@protonmail.com |
| Selena Herrera<br>202 S. Hoy Street<br>Buffalo, Oklahoma 73834 | **Certified Mail & Copy First Class Regular Mail** |

                                              ***/s/ Adolfo Ruiz***
                                              PATRICK C. BERNAL
                                              ADOLFO RUIZ