**GRABLE**
**GRIMSHAW**
PLLC

March 11, 2022

FILED
MAR 14 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

<u>VIA EMAIL:</u>
Ms. Natasha Martinez
Western District of Texas

RE: No. SA:18-CA-680-RCL-RBF, *Zinter et al. v. Salvaggio et al.*, filed in the United States District Court, Western District of Texas, San Antonio Division.

Dear Ms. Martinez:

The purpose of this letter is to accompany the thumb drive delivered to the court by mail to be filed with Plaintiffs' Response to Defendant Officers' Motion for Summary Judgement and Plaintiffs' Response to Defendant City's Motion for Summary Judgement.

The following Exhibits are to Plaintiffs' Response to Defendant Officers Motion for Summary Judgment (Dkt 149) and Plaintiffs' Response to Defendant City's Motion for Summary Judgment (Dkt 152) that could not be filed due to their size and media type. The Exhibits included on the thumb drive are: **Exhibits 11-35 (video); 37-39 (video); 86 (video); and 112 (audio).**

We understand that you require a second thumb drive with these exhibits. We will mail both thumb drives on Friday, March 11, 2022.

Should you require any additional information, please contact me at brandon@g2.law or at (210) 963-5297. Thank you.

Brandon J. Grable

Brandon Grable
Grable Grimshaw PLLC
1603 Babcock Rd. Suite 280
San Antonio TX 78229-4752

CERTIFIED MAIL



9407 1116 9900 0934 2323 41

PS Form 3800 6/02

Has a USB

Western District of Texas
ATTN: Court Clerk
262 West Nueva Ste 1400
San Antonio TX 78207-4531



$4.28
US POSTAGE
FIRST-CLASS
FROM 78229
03/10/2022
stamps
endicia

RECEIVED
MAR 14 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK