UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER, et al; § | |
|    *Plaintiffs*, § | |
| § | |
| v. § | CIVIL NO. SA-18-CV-680-RCL-RBF |
| § | |
| CHIEF JOSEPH SALVAGGIO, et al; § | |
|    *Defendants*. § | |

**PLAINTIFFS' COUNSEL AUSTIN REYNA MOTION TO WITHDRAW AS COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned moves this Court to enter an order withdrawing Austin Reyna from this matter. The undersigned, Brandon J. Grable, will remain as lead counsel. Mr. Reyna is no longer employed by Grable Grimshaw PLLC and is in a staff attorney position with the State of Texas. To assist the Court, the undersigned is providing a brief summation of his representation of Plaintiffs.

On May 10, 2021, Plaintiffs' former lead counsel, Solomon Radner, filed *Plaintiffs' Counsel Solomon Radner's Motion to Withdraw as Counsel.*. *See* Dkt. No. 100. In that motion, Radner represented that Mr. Grable would continue representing the plaintiffs as Successor Attorney, except for Plaintiff **Brandon Joseph Pierce**—who did not want to be represented.

On May 12, 2021, the Court issued a text order granting Mr. Radner's motion.

On June 7, 2021, after consulting (or attempt to consult) with Plaintiffs about moving forward as lead counsel, attorneys Brandon J. Grable and Austin M. Reyna, of Grable Grimshaw PLLC, filed an entry of appearance as lead counsel for the following Plaintiffs:

**David Bailey**
**Mark Brown**
**Kevin Egan**
**Gregory Gardiner**
**Juan Gonzales**
**Jonathan Green**
**Jason Green**
**Brian Howd**
**Jack Miller**
**Theresa Richard**
**James Springer**
**James Mead**
**Russell Zinter**

*See* Dkt. No. 101.

In that notice, the undersigned informed the court that they have not made contact with Plaintiff **Selena Herrera** to confirm whether she requests the undersigned to represent her as lead counsel. Accordingly, on June 22, 2021, the undersigned filed the motion titled, *Unopposed Motion to Withdraw as Counsel for Plaintiff Selena Herrera*. *See* Dkt. No. 105. Following a hearing, the Court granted that motion on July 13, 2021. *See* Dkt. No. 107.

Now, the undersigned moves to seek the withdraw of Austin Reyna. Mr. Reyna's employment with Grable Grimshaw PLLC terminated on March 16, 2022 after accepting employment as a staff attorney with this state's Fourth Court of Appeals.

Mr. Grable will continue as lead counsel for all Plaintiffs except pro se Plaintiffs **Brandon Joseph Pierce** or **Selena Herrera**.

                                                Respectfully Submitted,

                                                **GRABLE GRIMSHAW PLLC**

                                                **BRANDON J. GRABLE**

                    Texas State Bar No. 24086983
                    brandon@g2.law
                    1603 Babcock Road, Suite 280
                    San Antonio, Texas  78229
                    Telephone: (210) 963-5297
                    Facsimile: (210) 641-3332
                    **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby affirm that on this 18th day of March 2022, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record.

*/s/ Brandon J. Grable*
Brandon J. Grable