IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER *ET AL.* | § § § | |
| *Plaintiffs*, | § § | 5-18-CV-00680-RCL |
| vs. | § § § | |
| CHIEF JOSEPH SALVAGGIO *ET AL.* | § § § | |
| *Defendants*. | § § § § § | |

**ORDER RETURNING CASE TO DISTRICT COURT**

**IT IS ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 29th day of March, 2022.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE

1