

June 9, 2022

**VIA E-FILE/E-SERVICE**
Attn: Honorable Clerks of the Court
Attn: Counsel of Opposing Parties

**NOTICE TO CLERK OF THE COURT AND COUNSEL**

Re:   **Notice of Unavailability for Brandon J. Grable**

Dear Honorable Clerks of the Court and Counsel:

This letter is intended to notify all Honorable Clerks of the Court and Counsel that I, Brandon J. Grable will be unavailable on the following dates:

- June 27, 2022, through July 8, 2022,
- August 25 – 26, 2022
- September 9, 2022

Please do not set any matters for hearing, trial, mediation, or deposition during this time. Verifying documentation is available upon request.

Thank you for your professional attention to this matter. If you have any questions or concerns, please feel free to contact my office at (210) 963-5297.

Sincerely,

Brandon Grable