UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **RUSSELL ZINTER,** *et al.*, § | |
| *Plaintiffs,* § | |
| § | |
| v. § | Case No. 5:18-cv-680-RCL |
| § | |
| **JOSEPH SALVAGGIO,** *et al.*, § | |
| *Defendants.* § | |

## PLAINTIFFS' ADVISORY TO THE COURT

Plaintiffs Russell Zinter, Jack Miller, Brian Howd, James Mead, Mark Brown, David Bailey, Juan Gonzales, Jr., Kevin Egan, Jonathan Green, James Springer, Gregory Gardiner, Jason Green, and Theresa Richard, by and through counsel, file this Advisory to the court.

On July 7, 2022, the Court entered an Order under seal at Dkt. No. 197, requiring the parties to identify proposed redactions to the Memorandum Opinion filed under seal at Dkt. No. 196, and the Order filed under seal at Dkt. No. 197. Plaintiffs have no proposed redactions either document filed under seal at Dkt. Nos. 196 and 197.

Respectfully Submitted,

GRABLE GRIMSHAW PLLC

*/s/ Brandon J. Grable*_____
**BRANDON J. GRABLE**
Texas State Bar No. 24086983
brandon@g2.law
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332
**COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I, Brandon J. Grable, hereby certify that a copy of the foregoing has been served on all counsel of record by e-mail and/or facsimile and/or placing a copy of the same in the United States mail, postage pre-paid and addressed, on this 11th day of July 2022.

| | |
|---|---|
| Law Offices of Charles S. Frigerio | **Email:** csfrigeriolaw@sbcglobal.net |
| **Charles Frigerio** | **Email:** frigeriolaw1995@sbcglobal.net |
| 111 Soledad, Suite 840 | |
| San Antonio, Texas 78205 | |
| *Attorney for Defendant Officers* | |
| | |
| Denton Navarro Rocha Bernal & Zech | **Email:** aruiz@rampagelaw.com |
| **Adolfo Ruiz** | |
| 2517 North Main Avenue | |
| San Antonio, Texas 78212 | |
| *Attorney for Defendant City* | |

                              */s/ Brandon J. Grable*
                              Brandon J. Grable