UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL ZINTER; ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL NO. SA-18-CA-680-RCL-RBF |
| § | |
| CHIEF JOSEPH SALVAGGIO; ET AL. § | |
| § | |
| Defendants. § | |

### DEFENDANTS CITY OF LEON VALLEY AND INDIVIDUAL DEFENDANTS' ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Defendants CITY OF LEON VALLEY ("City") and Defendants, Chief Of Police Joseph Salvaggio, Lieutenant David Anderson, Officer Johnny Vasquez, Corporal Chad Mandry, Detective Jimmie Wells, Corporal Louis Farias, Officer Brandon Evans, Officer Uziel Hernandez, Officer Clarence Yarbrough, Officer Jorge Breton, Officer Joann Azar, Sergeant Joel Urdiales, Officer Alex King, Officer Benjamin Castro, Officer Mike Tacquard, And Officer Erika Rivera ("Individual Defendants") by and through counsel, file this Advisory to the Court.

On July 7, 2022, the Court entered an Order under seal at Dkt. No. 197, requiring the parties to identify proposed redactions to the Memorandum Opinion filed under seal at Dkt. No. 196, and the Order filed under seal at Dkt. No. 197. Defendant City and Individual Defendants have no proposed redactions to either document filed under seal at Dkt. Nos. 196 and 197.

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
Telephone:     (210) 227-3243
Facsimile:      (210) 225-4481
pbernal@rampagelaw.com
aruiz@rampagelaw.com

BY:     */s/ Adolfo Ruiz*
   PATRICK C. BERNAL
   State Bar No. 02208750
   ADOLFO RUIZ
   State Bar No. 17385600
   COUNSEL FOR DEFENDANT
   CITY OF LEON VALLEY

LAW OFFICES OF CHARLES S. FRIGERIO
Charles S. Frigerio
Hector Saenz
111 Soledad, Ste. 840
San Antonio, Texas 78205
Telephone:     (210) 271-7877
Facsimile:      (210) 225-4481
csfrigeriolaw@sbcglobal.net
frigeriolaw1995@sbcglobal.net

BY:     */s/ Charles S. Frigerio*
   CHARLES S. FRIGERIO
   Texas State Bar No. 07477500
   HECTOR SAENZ
   Texas State Bar No. 17514850
   COUNSEL FOR INDIVIDUAL DEFENDANTS

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this 12th day of July, 2022, to the following:

Brandon J. Grable          **E-NOTIFICATION**
Austin M. Reyna
GRABLE GRIMSHAW MORA, PLLC
1603 Babcock Road, Suite 280
San Antonio, Texas 78229

            */s/ Adolfo Ruiz*
            PATRICK C. BERNAL
            ADOLFO RUIZ

            */s/ Charles S. Frigerio*
            CHARLES S. FRIGERIO