FILED
July 13, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Breanna Coldewey__
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RUSSELL ZINTER, *et al.*,

    *Plaintiffs*,

v.

JOSEPH SALVAGGIO, *et al.*,

    *Defendants*.

Case No. 5:18-cv-680-RCL

## ORDER

The Court recently filed a memorandum opinion [196] and order [197] under seal. In that order, the Court directed the parties to propose redactions, if any, to these filings. The parties have advised the Court that they have no proposed redactions. *See* Pls.' Advisory, ECF No. 198; Defs.' Advisory, ECF No. 199. It is therefore **ORDERED** that the memorandum opinion [196] and order [197] are hereby **UNSEALED**.

It is **SO ORDERED**.

Date: July *13*, 2022

Royce C. Lamberth
United States District Judge