**FILED**

July 14, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Breanna Coldewey_
DEPUTY

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **RUSSELL ZINTER**, *et al.*, | |
| *Plaintiffs*, | |
| **v.** | **Case No. 5:18-cv-680-RCL** |
| **JOSEPH SALVAGGIO**, *et al.*, | |
| *Defendants*. | |

## ADVISORY TO PARTIES

The parties are hereby advised of the Tenth Circuit's decision in *Irizarry v. Yehia*, ___ F.4th ___, 2022 WL 2659462 (10th Cir. July 11, 2022), in which the Tenth Circuit joined the First, Third, Fifth, Seventh, Ninth, and Eleventh Circuits to conclude that "there is a First Amendment right to film the police performing their duties in public." *Id.* at *6, *8–9. The Tenth Circuit also joined the First, Third, and Fifth Circuits to hold that "officers commit[] constitutional violations when they arrest[] or detain[] plaintiffs for filming the police performing their duties in public." *Id.* at *11. Though the Court recognizes that the events in *Irizarry* occurred in May 2019, the *Irizarry* court relied on *Turner v. Lieutenant Driver*, 848 F.3d 678 (5th Cir. 2017), in which the Fifth Circuit concluded that "the First Amendment protects the right to record the police." *Turner*, 848 F.3d at 690.

Date: July 14, 2022

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge

1