# EXHIBIT A
# CITY OF LEON VALLEY POLICE DEPARTMENT REPORTS

# CIVIL ACTION NO. 5:18-CV-0680

LEON VALLEY, TEXAS

| LEON VALLEY POLICE DEPARTMENT | SUPPLEMENT REPORT<br>LVPD FORM NO. 65 [3-67] | DATE:<br>07/18/18 |
|---|---|---|

TO         : Records

FROM       : Lt. David Anderson #502

COPIES     : File

SUBJECT    : CASE 2018-04036

MESSAGE HERE: [TYPE OR PRINT ONLY - USE INK]

Actor- Springer, James WM 07-29-84
Offense- Texas Penal Code 36.06 Obstruction or Retaliation

On July 17, 2018 I reviewed a downloaded version of a YouTube livestream video that was created on June 23, 2018. The title of the video is "Protesting The Sovereign Citizens". The 37-minute video was streamed on the YouTube channel titled "James Freeman" which is a known a/k/a for James Springer. Springer is the creator/operator of the channel. I have had previous encounters with the actor and after viewing the livestream video I know that the person in the video is Springer. Springer is making a livestream video of himself and his demonstration activities on June 23, 2018 in Leon Valley, Texas with other agitators. Throughout the video comments are posted related to Springer's video by followers. Additionally, there are at least three "moderators" who follow and monitor the livestream who edit the comments and are tasked with ensuring that content does not violate YouTube's policies on harmful or dangerous content.

Upon reviewing James Freeman, a/k/a James Springer's livestream the following was observed:
*Note- The point in the video that is referred to is in the minute: second format (00:00) and may be approximate.

———————————————— LEON VALLEY, TEXAS ————————————————

18:27- A commenter known as Skorp Kitsan posts the address of 14534 Panther Point, Helotes, Texas which is the home address of Leon Valley Police Chief Joseph Salvaggio. This address was not removed or flagged as harmful or dangerous content by any moderator or by Springer. Identified as Screenshot 1.

21:26- A commenter known as Skorp Kitsan posts "Chief's address:14534 Panther Point, Helotes, Texas 78203-I am sure he will be hiding there". This location is the home address of Leon Valley Police Chief Joseph Salvaggio. This address was not removed or flagged as harmful or dangerous content by any moderator or by Springer. Identified as Screenshot 2.

22:14- A commenter known as Skorp Kitsan posts "Chief's address:14534 Panther Point, Helotes, Texas 78203". This location is the home address of Leon Valley Police Chief Joseph Salvaggio. This address was not removed or flagged as harmful or dangerous content by any moderator or by Springer. Identified as Screenshot 3.

23:12- A commenter known as Skorp Kitsan posts again despite multiple moderators and James Freeman k/a James Springer being present and not editing, "Chief's address:14534 Panther Point, Helotes, Texas 78203-HE is UNLAWFULLY and ILLEGALLY stealing yalls personal property. Go get it back!". This location is the home address of Leon Valley Police Chief Joseph Salvaggio. This address was not removed or flagged as harmful or dangerous content by any moderator or by Springer. Identified as Screenshot 4.

Def Officers Bates No. 000042

LEON VALLEY, TEXAS

| LEON VALLEY POLICE DEPARTMENT | SUPPLEMENT REPORT LVPD FORM NO. 65 [3-67] | DATE: 07/18/18 |
|---|---|---|

TO : Records

FROM : Lt. David Anderson #502

COPIES : File

SUBJECT : CASE 2018-04036

MESSAGE HERE: [TYPE OR PRINT ONLY - USE INK]

Actor- Nyguen, Bao-Quac, DOB 12-01-1982

Offense- Texas Penal Code 36.06 Obstruction or Retaliation

On July 17, 2018 I reviewed a downloaded version of a YouTube livestream video that was created on June 23, 2018. The title of the video is "We are protesting piggies guys, protesting piggies. The 2 hour and 59-minute video was livestreamed on the YouTube channel titled "Clash with Bao" and the listed actor is the creator/operator of the channel. I have had previous encounters with the actor and after viewing the livestream video I know that the person in the video is Nyguen. Nyguen is making a video of himself and his demonstration activities on June 23, 2018 in Leon Valley, Texas. Throughout the video comments are posted related to Nyguen's video by followers and others and on multiple occasions Nyguen can be seen reading these comments from his device screen and answering those who comment on the video. Additionally, there are multiple "moderators" who follow and monitor the livestream who edit the comments and are tasked with ensuring that content does not violate YouTube's policies on harmful or dangerous content.

Upon reviewing Nyguen's Clash with Bao livestream the following was observed:
*Note- The point in the video that is referred to is in the hour: minute: second format (00:00:00) and may be approximate.

———————————————— LEON VALLEY, TEXAS ————————————————

1:25:52- Clearly posted on the livestream comments is the address of 14534 Panther Point, Helotes, Texas which is the home address of Leon Valley Police Chief Joseph Salvaggio. This address was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. Identified as Screenshot 1.

1:32:38- A commenter known as Thrombotic Event posts "Salvaggio needs a hot lead enema" This comment was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. Identified as Screenshot 2.

1:34:06- A commenter known as Skorp Kitsan posted "I just checked it and I am pretty sure that's his address. This comment was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. Identified as Screenshot 3.

1:36:00- A commenter known as Skorp Kitsan posted "Well here you go guys, go ask him personally, he a thief. The Chief's address is 14535 Panther Pt, Helotes, TX 78023-4366". This comment was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. Identified as Screenshot 4.

1:37:18- A commenter known as Thrombotic Event posts "14535 Panther Pt, Helotes, TX 78023-4366. House is blurred out on street view". This is the home address of Leon Valley Police Chief Joseph Salvaggio. This comment was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. Two comments later another commenter asks Bao to "mod me". Identified as Screenshot 5.

1:37:56- A commenter known as Skorp Kitsan posted "The Chief's wife's name is Patricia Salvaggio" and commenter StikmanModesto posted "We need the Chief's home phone number and personal cell number. Neither comment was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. Identified as Screenshot 6.

Def Officers Bates No. 000044

1:388:32- Nyguen is looking at the device and reading the comments posted during the livestream. While appears to clearly be reading the comments a commenter known as paul revere posted "The Chief's address is 14535 Panther Pt., Helotes, TX 78023-4366. This comment was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. Identified as Screenshot 7.

1:58:54- A commenter known as "ohio rights" posted "PLS SHOOT UP LEON VALLEY PD". This comment was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. Identified as Screenshot 8

2:00:24- A commenter known as "nuts mc flurry" posted "Doesn't LVPD need a rather large truck of fertilizer delivered?" apparently referring to the explosive capabilities of fertilizer as interpreted by myself. This comment was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. Identified as Screenshot 9.

1:57:30- A commenter known as "mr707racer" posted "Bao so you know your mods are censoring lots of supports voices on truth so I unsubscribed bye!!! Divide n conquer mods good job!!!". This comment cates that Nyguen and the moderators are apparently monitoring the channel and censoring some commenters who disagree with the video. Identified as Screenshot 10.

1:59:32- A commenter known as "ohio rights" posted "Get estimates for demolishing Leon Valley Police and City Hall". This comment was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. A commenter known as bigish813 G posted " a lot of message getting deleted wtf is going on" indicating that moderators were active on the video. Identified as Screenshot 11.

2:00:03- A commenter known as "bigish813 g" posted "bao is a big boy he can handle trolls trust me". This is an indication that Nyguen is actually handling "trolls" or people who disagree with, argue or annoy other users. A commenter known as greedy troll posted "good job deleting that guys comment to shoot up the pd. not". Genesis posted "How many dumbasses must the mods beat over the head with wrenches before they learn not to troll?? indicating that moderators were active. Identified as Screenshot 12.

——————————————————— LEON VALLEY, TEXAS ———————————————————

2:01:09- A commenter known as Skorp Kitsan posted "I have the Chief's car and his wife's car. This comment was not removed or flagged as harmful or dangerous content by a moderator or by Nyguen. Identified as Screenshot 13.