IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RUSSELL ZINTER, *et al.,*                          §
                                                    §
            Plaintiffs,                             §
                                                    §
VS.                                                 §    CIVIL ACTION NO. 5:18-CV-0680-RCL-RBF
                                                    §
CHIEF JOSEPH SALVAGGIO; *et al.,*                   §
                                                    §
            Defendants.                             §
_____                 §

## DEFENDANT OFFICERS SUPPLEMENTAL ATTACHMENT TO THEIR RESPONSE TO ORDER TO SHOW CAUSE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE ROYCE C. LAMBETH:**

NOW COMES CITY OF LEON VALLEY OFFICERS, Defendants in the above entitled and numbered cause, and files this their supplemental attachments to their Response in Opposition to Court's Show Cause Order already on file with this Court. In support thereof, Defendant would show the following:

### I.

Attached hereto is Defendants' Exhibit B are Body Cam Videos as follows:

(1)   Exhibit B   -   Body Cam Videos of Sgt. Urdiales and Corporal Farias.

Said above referenced videos which are contained on a DVD regarding the Incident of June 18, 2018 pertaining to Plaintiff David Bailey.. This DVD containing Videos is being filed traditionally since it is the USB containing Body Cam Videos of the incident of June 18, 2018 concerning Plaintiff David Bailey and is incorporated in Defendants' Response In Opposition to the Court's Show Cause Order as Exhibit B for all purposes.

## II.

This supplemental attachment is to be submitted to the Court and into the Record for the sake of the completeness of the record to show this attachment (the DVD CONTAINING VIDEOS OF THE INCIDENT OF JUNE 18, 2018 CONCERNING PLAINTIFF DAVID BAILEY to Defendant's Exhibit B of their Response in Opposition to the Court's Show Cause Order.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that this supplemental attachment of the DVD containing Body Cam Videos of the Incident of June 18, 2018, Exhibit B, be attached to their Response in Opposition to the Court's Show Cause Order and be made part of the record in the above styled cause of action.

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: CSF@FrigerioLawFirm.com

BY:    /s/ Charles S. Frigerio
        CHARLES S. FRIGERIO
        SBN:  07477500
**LEAD COUNSEL AND ATTORNEY IN CHARGE**

        HECTOR X. SAENZ
        SBN:  17514850
ATTORNEYS FOR DEFENDANT
**SGT. SETH SCURLOCK**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of July, 2022, I electronically filed the foregoing Defendant **SGT. SCURLOCK**'s Supplement to their Response in Opposition to the Court's Show Cause Order with the Clerk of the Court using the CM/ECF system Notification will be forwarded via Federal Express to:

Mr. Brandon J. Grable
Grable Law Firm PLLC
1603 Babcock Road, Suite 118
San Antonio, Texas 78229

Mr. Adolfo Ruiz
Mr. Patrick Charles Bernal
Denton, Navarro, Rocha & Bernal
2517 N. Main Ave.
San Antonio, TX 78212-3108

Selena Herrara
202 S. Hoy Street
Buffalo, OK 73834                              Via Certified Mail and U.S. Mail

Brandon Joseph Pierce                          Email: ethicsinstead@protonmail.com
644 Kerry
Crowley, Texas 76026

                                               /s/ Charles S. Frigerio
                                               CHARLES S. FRIGERIO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER, *et al.,* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:18-CV-0680-RCL-RBF |
| | § | |
| CHIEF JOSEPH SALVAGGIO; *et al.,* | § | |
| | § | |
| Defendants. | § | |
| | § | |

# "SUPPLEMENTAL ATTACHMENT TO EXHIBIT B"

EXHIBIT B (BODY CAM OF SGT. URDIALES AND CORPORAL FARIAS) HAS BEEN

FILED IN THE TRADITIONAL MANNER WITH THE COURT AND IS SENT FED EX AND

WILL BE RECEIVED BY THE CLERK'S OFFICE ON JULY 23, 2022.

TO

**DEFENDANTS RESPONSE IN OPPOSITION TO COURT'S SHOW CAUSE ORDER**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER, *et al.,* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:18-CV-0680-RCL-RBF |
| | § | |
| CHIEF JOSEPH SALVAGGIO; *et al.,* | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

## **EXHIBIT B**

DVD CONTAINING THE BODY CAM VIDEOS OF SGT. URDIALES AND CORPORAL FARIAS
OF THE INCIDENT ON JUNE 18, 2018 CONCERNING PLAINTIFF DAVID BAILEY
.

This document is sent via Fed Ex to the Clerk's Office.


EXHIBIT NOT AVAILABLE ELECTRONICALLY
AND HAS BEEN PLACED IN CIVIL CASE FILE FOLDER.