# LAW OFFICES OF CHARLES S. FRIGERIO

CHARLES S. FRIGERIO• •• +++
HECTOR X SAENZ•
STEVEN N. HARKIEWICZ
*Of Counsel*

JULIE ANN VASQUEZ
*Litigation Administrator*

A Professional Corporation
Attorneys at Law and Counselors
111 Soledad, Suite 465
San Antonio, Texas 78205
**Telephone 210.271.7877**
Fax 210.271.0602

•*Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization*
••*American Board of Trial Advocacy*
+*Litigation Counsel of America*
++*National Board of Trial Advocacy*

FILED

JUL 26 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

July 22, 2022

U.S. District Clerk's Office
U.S. Courthouse for the Western District
San Antonio Division
252 West Nueva Street, Room 1-400
San Antonio, Texas 78207

*Via Fed Ex*

RE: Civil Action No. 5:18-CV-0680-RCL-RBF
*Russell Zinter, et al. v. Chief Joseph Salvaggio, et al.*
In the United States District Court - Western District of Texas
San Antonio Division

Dear Clerk of the Court:

Enclosed herewith please find enclosed herewith find a DVD of the following documents:

**(1) Defendant Officers' Supplemental Attachment to their Response to the Court's Show Cause Order and Exhibit B – DVD Drive containing Body Cam Videos of Sgt. Urdiales and Corporal Farias of the incident of June 18, 2018 in question concerning Plaintiff David Bailey.**

in the above styled matter. Defendants filed their Response to Show Cause Order (Dkt. 204) on July 21, 2022. Defendant's First Supplemental Attachment was filed via CM/ECF under Docket No. 205. We are filing this First Supplement traditionally to the Court in this matter. I would appreciate your filing same with the Court in the above styled matter and attaching the USB Drive containing the videos to the motion and including it as part of the record.

By copy of this letter, I am forwarding a copy of same to pro se plaintiff. Thank you for your assistance in this regard. Should you have any questions, please do not hesitate to contact me.

Sincerely,

*Charles S. Frigerio*

Charles S. Frigerio
(Electronically Signed)

CSF:jav
Enclosures As Stated Above
Cc: All Counsel of Record via DropBox