IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL ZINTER, *ET AL* | § § § | |
| *Plaintiffs*, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:18-CV-0680-RCL |
| JOSEPH SALVAGGIO, *ET AL*, | § § § | |
| *Defendants*. | § § § | |

## DEFENDANT OFFICERS' ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ROYCE C. LAMBETH:

Defendant City of Leon Valley Officers conferred with Plaintiffs' counsel pursuant to this Court's Order (Dkt. 208). The parties conferred concerning the options of mediating the case, both as to some or all plaintiffs. The parties are in principal in agreement to mediation. However, with the appellate deadline facing Defendant Officers in this Court's Order (Dkt. 196 and 197) Defendant Officers must file their Interlocutory Appeal from an Appellate standpoint.

This Advisory is being filed to advise the Court they will continue to abide by this Court's Order (Dkt. 208) with regard to the remaining defendants who are not subject to the Appellate deadlines.

        Respectfully submitted,

        **LAW OFFICES OF CHARLES S. FRIGERIO**
        A Professional Corporation
        Riverview Towers
        111 Soledad, Suite 465
        San Antonio, Texas 78205
        (210) 271-7877
        Email: CSF@FrigerioLawFirm.com
               Firm@FrigerioLawFirm.com

        BY: /s/ Charles S. Frigerio
            CHARLES S. FRIGERIO
            SBN: 07477500
            ATTORNEY-IN-CHARGE

HECTOR X. SAENZ  
SBN:  17514850  
ATTORNEYS FOR DEFENDANT OFFICERS

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 5th day of August, 2022, I electronically filed the foregoing Defendant Officers Advisory to the Court with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Charles S. Frigerio  
CHARLES S. FRIGERIO