# United States Court of Appeals
# for the Fifth Circuit

No. 22-50700

FILED
NOV 17 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

A True Copy
Certified order issued Nov 17, 2022

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

RUSSELL ZINTER; JACK MILLER; BRIAN HOWD; JAMES A. MEAD; MARK BROWN; DAVID BAILEY; JUAN GONZALES, JR.; KEVIN EGAN; JONATHON GREEN; JAMES SPRINGER; THERESA C. RICHARD; JASON GREEN; GREG GARDINER,

*Plaintiffs—Appellees/Cross-Appellants,*

JOSEPH BRANDON PIERCE; SELENA HERRARA,

*Plaintiffs—Appellees,*

versus

CHIEF JOSEPH SALVAGGIO; DETECTIVE JIM WELLS; OFFICER L. FARIAS, *Badge 534*; LIEUTENANT DAVID ANDERSON; OFFICER JOHNNY VASQUEZ, *#552*, ID1176; CORPORAL CHAD MANDRY; OFFICER BRANDON EVANS, *Badge 556*; OFFICER UZIEL HERNANDEZ; OFFICER YARBROUGH; OFFICER AZAR; OFFICER URDIALES; OFFICER CASTRO; OFFICER TACQUARD,

*Defendants—Appellants/Cross-Appellees.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:18-CV-680-RCL

CLERK'S OFFICE:

No. 22-50700

Under Fed. R. App. P. 42(b), the appeal is dismissed as of November 17, 2022, pursuant to the joint stipulation of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Majella A. Sutton*

Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT