

FILED
NOV 17 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Case No. 22-50700

# In The United States Court Of Appeals
## FOR THE FIFTH CIRCUIT

RUSSELL ZINTER; JACK MILLER; BRIAN HOWD; JAMES A. MEAD; MARK BROWN; DAVID BAILEY; JUAN GONZALES, JR.; KEVIN EGAN; JONATHAN GREEN; JAMES SPRINGER; THERESA C. RICHARD; JASON GREEN; GREG GARDNIER,

*Plaintiffs – Appellees/Cross-Appellants*

BRANDON PIERCE; SELENA HERRERA,

*Plaintiffs - Appellees*

v.

CHIEF JOSEPH SALVAGGIO; DETECTIVE JIM WELLS; OFFICER L. FARIAS BADGE 534; LIEUTENANT DAVID ANDERSON; OFFICER JOHNNY VASQUEZ, #552, ID1176; CORPORAL CHAD MANDRY; OFFICER BRANDON EVANS, BADGE 556; OFFICER UZIEL HERNANDEZ, OFFICER YARBOROUGH; OFFICER AZAR; OFFICER URDIALES; OFFICER CASTRO; OFFICER TACQUARD,

*Defendants – Appellants/Cross-Appellees*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION
CIVIL ACTION NO. 5:18-CV-680-RCL

**JOINT MOTION TO DISMISS APPEAL OF APPELLANTS/CROSS-APPELLEES AND APPELLEES/CROSS-APPELLANTS**

TO THE HONORABLE COURT OF APPEALS FOR THE FIFTH CIRCUIT:

NOW COMES the Appellants/Cross-Appellees CHIEF JOSEPH SALVAGGIO; DETECTIVE JIM WELLS; OFFICER L. FARIAS BADGE 534; LIEUTENANT DAVID ANDERSON; OFFICER JOHNNY VASQUEZ, #552, ID1176; CORPORAL CHAD MANDRY; OFFICER BRANDON EVANS, BADGE 556; OFFICER UZIEL HERNANDEZ, OFFICER YARBOROUGH; OFFICER AZAR; OFFICER URDIALES; OFFICER CASTRO; OFFICER TACQUARD and Appellees/Cross-Appellants RUSSELL ZINTER; JACK MILLER; BRIAN HOWD; JAMES A. MEAD; MARK BROWN; DAVID BAILEY; JUAN GONZALES, JR.; KEVIN EGAN; JONATHAN GREEN; JAMES SPRINGER; THERESA C. RICHARD; JASON GREEN; GREG GARDNIER and JOSEPH BRANDON PIERCE; SELENA HERRERA, Plaintiffs - Appellees in the in the above entitled and numbered cause, and pursuant to Rule 42(b) FEDERAL RULES OF APPELLATE PROCEDURE files this their Stipulated Dismissal and would respectfully show unto the Court the following:

The Appellants/Cross-Appellees and Appellees/Cross Appellants files this their stipulated dismissal signed by the counsel of record. The case was successfully mediated in the Fifth Circuit Conference Program.

All Parties bear their own costs.

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205-2243
(210) 271-7877
(210) 271-0602 Telefax


BY: s/ Charles Straith Frigerio
    CHARLES STRAITH FRIGERIO
    State Bar No. 07477500

    HECTOR X. SAENZ
    State Bar No. 17514850

**ATTORNEYS FOR APPELLANTS/CROSS-APPELLEES**
CHIEF JOSEPH SALVAGGIO, LT. DAVID ANDERSON, SERGEANT JOEL URDIALES, CORPORAL LOUIS FARIAS, CORPORAL CHAD MANDRY, DETECTIVE ALEX KING, DETECTIVE JIMMIE WELLS, OFFICER JOANN AZAR, OFFICER JORGE BRETON, OFFICER BENJAMIN CASTRO, OFFICER BRANDON EVANS, OFFICER UZIEL HERNANDEZ, OFFICER ERIKA RIVERA, OFFICER MIKE TACQUARD, OFFICER JOHNNY VASQUEZ, AND OFFICER CLARENCE YARBOROUGH

**GRABLE GRIMSHAW MORA PLLC**
1603 Babcock Road, Suite 280
San Antonio, Texas 78229
Telephone: (210) 963-5297
Facsimile: (210) 641-3332


BY: //s// *Brandon J. Grable with Permission*
    **BRANDON J. GRABLE**
    Texas State Bar No. 24086983
    brandon@ggm.law

**ATTORNEY FOR PLAINTIFFS**
RUSSEL ZINTER, JACK MILLER, BRIAN HOWD, JAMES A. MEAD, MARK BROWN, DAVID BAILEY, JUAN GONZALES, JR., KEVIN EGAN, JONATHAN GREEN, JAMES SPRINGER, GREG GARDINER, JASON GREEN AND THERESA C. RICHARD