UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
July 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**RUSSELL ZINTER, et al.,**

*Plaintiffs,*

v.

**CHIEF JOSEPH SALVAGGIO, et al.,**

*Defendants.*

Case No. 5:18-cv-680 (RCL)

## STATUS REPORT ORDER

Claims by several plaintiffs against several defendants remain pending in the above-captioned matter.

In the interest of expediency, and because this case, having been pending for more than three years, is reportable to Congress, it is hereby **ORDERED** that the parties shall submit a status report by August 25, 2023, jointly if possible, separately if necessary, containing: (1) a list and description of the parties and claims remaining for trial; (2) a proposed trial date in 2024 and estimated length of trial; and (3) a proposed scheduling order for pretrial motions.

It is **SO ORDERED**.

Date: July 28, 2023

Royce C. Lamberth
United States District Judge

1